UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
UTICA VICINAGE

---

The Estate of Joseph P. King,
by and through its administrator
Ad Prosequendum, Amy King,
and Amy King, in her own right.        }        CIVIL ACTION

        Plaintiff,        }        INDEX NO.  9:20-cv-1413 (TJM/ML)

        v.

Joseph Ward, Superintendent
of Mid-State Correctional Facility (NY),
in his individual capacity; John Does
Corrections Officers (1-10, fictitious
individuals), in their individual capacities;
Jami Palladino, Mid-State Social
Worker, in her individual capacity; Hal
Meyers, Mid-State Chief Mental Health
Counselor, in his individual capacity;
Anthony J. Annucci, Acting Comissioner,
State of New York Department of
Corrections, in his individual capacity; and
Marie T. Sullivan, MD, Commissioner,
State of New York Department of Mental
Health, in his individual capacity.

---

**SUMMONS IN A CIVIL ACTION**

To:    Hal Meyers, Chief Mental Health Counselor
        Mid-State Correctional Facility
        9005 Old River Road
        Marcy, NY 13403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an

1

answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

_s/Matthew Bartholomew_
Signature of Clerk or Deputy Clerk

Date:  __11/17/2020__

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: