**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOHN M. DOMURAD** | James M. Hanley Federal Building |
| Clerk | P.O. Box 7367, 100 S. Clinton St. |
| | Syracuse NY 13261-7367 |
| **DANIEL R. MCALLISTER** | (315) 234-8500 |
| Chief Deputy | |

November 17, 2020

Keith Altman, Esq.
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334

RE:  The Estate of Joseph P. King, et al vs. Joseph Ward, et al
NYND CASE NO. 9:20-cv-1413 (TJM/ML)

Dear Sir or Madam:

Please be advised that the above case was filed November 16, 2020, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Matthew Bartholomew, Case Processing Specialist

Encs.
cc: All counsel of record (via CM/ECF)
    NDNY File