AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| Estate of Joesph p. King | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 9:20-cv-01413 |
| Joseph Ward, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Estate of Joesph P. King and Amy King                                                                                                  .

Date:  12/11/2020                                                              /s/ Keith Altman
                                                                                       *Attorney's signature*

                                                                              Keith Altman (702338)
                                                                              *Printed name and bar number*

                                                                              33228 West 12 Mile Road, Suite 375
                                                                              Farmington Hills, MI 48331

                                                                              *Address*

                                                                              kaltman@lawampmmt.com
                                                                              *E-mail address*

                                                                              (516) 456-5885
                                                                              *Telephone number*

                                                                              *FAX number*