UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

The Estate of Joseph P. King, by and through its
Administrator Ad Prosequendum, Amy King, and
Amy King in her own right,

                               *Plaintiff*,         **NOTICE OF APPEARANCE**

      -against-

                                                     9:20-CV-1413
                                                       (TJM/ML)

Joseph Ward, Superintendent of Mid-State Correctional
Facility (NY), in his individual capacity; John Does
Corrections Officers (1-10, fictitious individuals),
in their individual capacities; Jami Palladino, Mid-State Social
Worker, in her individual capacity; Hal Meyers, Mid-State
Chief Mental Health Counselor, in his individual capacity;
Anthony J. Annucci, Acting Commissioner, State of New York
Department of Corrections, in his individual capacity; and
Marie T. Sullivan, Commissioner, State of New York Department
of Mental Health, in her individual capacity,

                               *Defendants*.
_____

TO:     CLERK OF THE COURT
           United States District Court
           Northern District of New York
           100 South Clinton Street
           P.O. Box 7367
           Syracuse, New York 13261-7367

           Hach Rose Schirripa & Cheverie, LLP
           Frank R. Schitripa
           112 Madison Avenue
           New York, NY 10016

           Law Offices of Keith Altman
           Keith Altman
           *Admission Pending*
           33228 West 12 Mile Road, Suite 375
           Farmington Hills, Ml 48334

           LeJrto Law Group
           D. Scott Wiggins
           *Admission Pending*

300 Atrium Way. Suite 200
Mt Laurel, NJ 08054

  PLEASE TAKE NOTICE that I appear in this action on behalf of Defendant Jami Palladino and request that service of all papers be served upon me at my office at the address given below. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by this Defendant.

Dated:  Syracuse, New York
    January 25, 2021

            LETITIA JAMES
            Attorney General of the State of New York
            Attorney for Defendant
            300 S. State Street, Suite 300
            Syracuse, New York 13202

            By: _____/s_____

            Aimee Cowan, Esq.
            Assistant Attorney General
            Bar Roll No. 516178
            Telephone: (315) 448-4800
            Fax: (315) 448-4853
            Email: aimee.cowan@ag.ny.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2021, she filed Defendant Jami Palladino's Notice of Appearance by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

Hach Rose Schirripa & Cheverie, LLP
Frank R. Schitripa
112 Madison Avenue
New York, NY 10016

Law Offices of Keith Altman
Keith Altman
*Admission Pending*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Ml 48334

LeJrto Law Group
D. Scott Wiggins
*Admission Pending*
300 Atrium Way. Suite 200
Mt Laurel, NJ 08054

Dated:	Syracuse, New York
	January 25, 2021

                        LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant
300 S. State Street, Suite 300
Syracuse, New York 13202

By: _____/s_____

Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone:    (315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov