UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

The Estate of Joseph P. King, by and through its
Administrator Ad Prosequendum, Amy King, and
Amy King in her own right,

                                *Plaintiff*,      **NOTICE OF APPEARANCE**

        -against-

                                                9:20-CV-1413
                                               (TJM/ML)

Joseph Ward, Superintendent of Mid-State Correctional
Facility (NY), in his individual capacity; John Does
Corrections Officers (1-10, fictitious individuals),
in their individual capacities; Jami Palladino, Mid-State Social
Worker, in her individual capacity; Hal Meyers, Mid-State
Chief Mental Health Counselor, in his individual capacity;
Anthony J. Annucci, Acting Commissioner, State of New York
Department of Corrections, in his individual capacity; and
Marie T. Sullivan, Commissioner, State of New York Department
of Mental Health, in her individual capacity,

                                *Defendants*.
_____

TO:    CLERK OF THE COURT
        United States District Court
        Northern District of New York
        100 South Clinton Street
        P.O. Box 7367
        Syracuse, New York 13261-7367

        Hach Rose Schirripa & Cheverie, LLP
        Frank R. Schitripa
        112 Madison Avenue
        New York, NY 10016

        Law Offices of Keith Altman
        Keith Altman
        *Admission Pending*
        33228 West 12 Mile Road, Suite 375
        Farmington Hills, Ml 48334

        LeJrto Law Group
        D. Scott Wiggins
        *Admission Pending*

300 Atrium Way. Suite 200
Mt Laurel, NJ 08054


       PLEASE TAKE NOTICE that I appear in this action on behalf of Defendant Ann Marie T. Sullivan and request that service of all papers be served upon me at my office at the address given below. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by this Defendant.

Dated:       Syracuse, New York
              January 26, 2021

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendant
                                      300 S. State Street, Suite 300
                                      Syracuse, New York 13202

                                      By:       /s_____

                                      Aimee Cowan, Esq.
                                      Assistant Attorney General
                                      Bar Roll No. 516178
                                      Telephone:    (315) 448-4800
                                      Fax: (315) 448-4853
                                      Email: aimee.cowan@ag.ny.gov

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 26, 2021, she filed Defendant Ann Marie T. Sullivan's Notice of Appearance by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

Hach Rose Schirripa & Cheverie, LLP
Frank R. Schitripa
112 Madison Avenue
New York, NY 10016

Law Offices of Keith Altman
Keith Altman
*Admission Pending*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Ml 48334

LeJrto Law Group
D. Scott Wiggins
*Admission Pending*
300 Atrium Way. Suite 200
Mt Laurel, NJ 08054

Dated:      Syracuse, New York
            January 26, 2021

                                                  LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendant
300 S. State Street, Suite 300
Syracuse, New York 13202

By:     /s

Aimee Cowan, Esq.
Assistant Attorney General
Bar Roll No. 516178
Telephone:     (315) 448-4800
Fax: (315) 448-4853
Email: aimee.cowan@ag.ny.gov