AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Northern District of New York

| Estate of Joseph P. King | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  9:20-cv-01413 |
| Joseph Ward, et. al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Estate of Joseph P. King

Date:   01/29/2021

/s/ D. Scott Wiggins
*Attorney's signature*

D. Scott Wiggins (702338)
*Printed name and bar number*
Lento Law Group, P.C.
1500 Market Street, 12th Floor, East Tower
Philadelphia, PA 19102

*Address*

dswiggins@lentolawgroup.com
*E-mail address*

(267) 833-0200
*Telephone number*

(267) 833-0300
*FAX number*