UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

The Estate of Joseph P. King, by and through its
Administrator Ad Prosequendum, Amy King, and
Amy King in her own right,

                                *Plaintiff*,       **NOTICE OF APPEARANCE**

         -against-

                                          9:20-CV-1413
                                        (TJM/ML)

Joseph Ward, Superintendent of Mid-State Correctional
Facility (NY), in his individual capacity; John Does
Corrections Officers (1-10, fictitious individuals),
in their individual capacities; Jami Palladino, Mid-State Social
Worker, in her individual capacity; Hal Meyers, Mid-State
Chief Mental Health Counselor, in his individual capacity;
Anthony J. Annucci, Acting Commissioner, State of New York
Department of Corrections, in his individual capacity; and
Marie T. Sullivan, Commissioner, State of New York Department
of Mental Health, in her individual capacity,

                               *Defendants*.
_____

TO:    CLERK OF THE COURT
        United States District Court
        Northern District of New York
        100 South Clinton Street
        P.O. Box 7367
        Syracuse, New York 13261-7367

        Hach Rose Schirripa & Cheverie, LLP
        Frank R. Schirripa
        112 Madison Avenue
        New York, NY 10016

        Law Offices of Keith Altman
        Keith Altman
        *Admission Pending*
        33228 West 12 Mile Road, Suite 375
        Farmington Hills, Ml 48334

        Lento Law Group, P.C.
        Douglas Scott Wiggins
        *Admission Pending*

1

1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102

PLEASE TAKE NOTICE that I appear in this action on behalf of Defendant Anthony J. Annucci and request that service of all papers be served upon me at my office at the address given below. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by this Defendant.

Dated:          Syracuse, New York
                February 1, 2021

                                          LETITIA JAMES
                                          Attorney General of the State of New York
                                          Attorney for Defendant
                                          300 S. State Street, Suite 300
                                          Syracuse, New York 13202

                                          By: _____/s_____

                                          Aimee Cowan, Esq.
                                          Assistant Attorney General
                                          Bar Roll No. 516178
                                          Telephone:     (315) 448-4800
                                          Fax: (315) 448-4853
                                          Email: aimee.cowan@ag.ny.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 1, 2021, she filed Defendant Anthony J. Annucci's Notice of Appearance by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

Hach Rose Schirripa & Cheverie, LLP
Frank R. Schirripa
112 Madison Avenue
New York, NY 10016

Law Offices of Keith Altman
Keith Altman
*Admission Pending*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Ml 48334

Lento Law Group, P.C.
Douglas Scott Wiggins
*Admission Pending*
1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102

Dated:          Syracuse, New York
                February 1, 2021

                                    LETITIA JAMES
                                    Attorney General of the State of New York
                                    Attorney for Defendant
                                    300 S. State Street, Suite 300
                                    Syracuse, New York 13202

                                    By:  _____/s_____

                                    Aimee Cowan, Esq.
                                    Assistant Attorney General
                                    Bar Roll No. 516178
                                    Telephone:     (315) 448-4800
                                    Fax: (315) 448-4853
                                    Email: aimee.cowan@ag.ny.gov