

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

February 2, 2021

Hon. Miroslav Lovric  
United States Magistrate Judge  
15 Henry Street  
Binghamton, New York 13901

    Re:    *Estate of Joseph P. King v. Ward, et al*  
            Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

    I have recently been assigned to the above-entitled matter. To date, I have received notice that three of the named Defendants have been served. All three Defendants have requested representation by my office. Accordingly, I have filed Notices of Appearance for those Defendants.

    The Court has set a February 10, 2021 deadline for Rule 26 Disclosures and the Civil Case Management Plan. Additionally, the Court has scheduled a Rule 16 conference for February 17, 2021. Given that the remaining Defendants must still be served, and they will have the option to request representation from my office, Defendants respectfully request a 30-day extension for the aforementioned deadlines and an adjournment of the Rule 16 conference. I have spoken with Plaintiff's counsel and they have graciously agreed to postponing these deadlines and the Rule 16 conference.

Respectfully,

_____s/_____  
Aimee Cowan, Esq.  
Assistant Attorney General

cc:   Keith Altman, Esq., *via CM/ECF*
      Frank Schirripa, Esq., *via CM/ECF*
      Douglas Scott Wiggins, Esq., *via CM/ECF*