**AFFIDAVIT OF SERVICE**

| Case:<br>9:20-cv-1413<br>(TJM/ML) | Court:<br>UNITED STATES DISTRICT COURT NORTHERN<br>DISTRICT | County:<br>Onondaga, NY | Job:<br>5261725 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>The Estate of Joseph P. King, } by and through its administrator }<br>Ad Prosequendum, Amy King, } and Amy King, in her own right, | | **Defendant / Respondent:**<br>Joseph Ward, Superintendent } of Mid-State Correctional Facility<br>(NY), } in his individual capacity; John Does } Corrections Officers (1-<br>10, fictitious } COMPLAINT individuals), in their individual<br>capacities; } Jami Palladino, Mid-State Social } JURY TRIAL<br>DEMANDED Worker, in her individual capacity; Hal } Meyers, Mid-<br>State Chief Mental Health } Counselor, in his individual capacity; }<br>Anthony J. Annucci, Acting Commissioner, } State of New York<br>Department of } Corrections, in his individual capacity; and } Marie<br>T. Sullivan, MD, Commissioner, } State of New York Department of<br>Mental } Health, in her individual capacity. | |
| **Received by:**<br>JP Process Serving | | **For:**<br>LENTO LAW GROUP | |
| **To be served upon:**<br>Jami Palladino Mid- State Social Worker | | | |

I, JAKEEM PENN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jami Palladino Mid- State Social Worker, PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
**Manner of Service:**   Personal/Individual, Jan 19, 2021, 12:46 pm EST
**Documents:**   COMPLAINT, JURY TRIAL DEMAND

**Additional Comments:**
1) Unsuccessful Attempt: Jan 18, 2021, 12:19 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
No one is in the office today.

2) Successful Attempt: Jan 19, 2021, 12:46 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403 received by Jami Palladino Mid- State Social Worker. Age: 45; Ethnicity: Caucasian; Gender: Female; Weight: 200; Height: 5'7"; Hair: Blond; Glasses

**Fees:**   $35.00

_____      2/1/21
JAKEEM PENN          **Date**

JP Process Serving
P.O. BOX 105
UTICA, NY 13503
315-542-6115

Subscribed and sworn to before me by the affiant who is
personally known to me.

**Notary Public**  _____

**Date**          **Commission Expires**

BRENT WHITTINGTON
Notary Public, State of New York
Reg. No. 01WH6124415
Qualified in Oneida County
Commission Expires March 28, 2021

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   9:20-cv-01413-TJM-ML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Jami  Palladino
was received by me on *(date)*    January 14, 2021.

☒ I personally served the summons on the individual at *(place)*    NYS DOC Mid State Correctional
9005 Old River Rd, Marcy, NY 13403 on *(date)* January 19, 2021; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   I mailed a copy to the individual's last known address as pursuant to rules of service as
required.


My fees are $   35.00   for travel and $   0.00   for services, for a total of $   35.00   .

I declare under penalty of perjury that this information is true.

Date:   2/1/21

_____
Server's signature

Jakeem Penn SR   Server
Printed name and title

500 Seneca ST  Utica NY 13503
Suite 105   Server's address

Additional information regarding attempted service, etc: