## AFFIDAVIT OF NON-SERVICE

| Case:<br>9:20-cv-1413 (TJM/ML) | Court:<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT | County:<br>Onondaga, NY | Job:<br>5261720 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>The Estate of Joseph P. King, } by and through its administrator } Ad Prosequendum, Amy King, } and Amy King, in her own right, | | **Defendant / Respondent:**<br>Joseph Ward, Superintendent } of Mid-State Correctional Facility (NY), } in his individual capacity; John Does } Corrections Officers (1-10, fictitious } COMPLAINT individuals), in their individual capacities; } Jami Palladino, Mid-State Social } JURY TRIAL DEMANDED Worker, in her individual capacity; Hal } Meyers, Mid-State Chief Mental Health } Counselor, in his individual capacity; } Anthony J. Annucci, Acting Commissioner, } State of New York Department of } Corrections, in his individual capacity; and } Marie T. Sullivan, MD, Commissioner, } State of New York Department of Mental } Health, in her individual capacity. | | |
| **Received by:**<br>JP Process Serving | | **For:**<br>LENTO LAW GROUP | |
| **To be served upon:**<br>Joseph Ward, Superintendent } of Mid-State Correctional Facility (NY), | | | |

I, JAKEEM PENN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Joseph Ward, Superintendent } of Mid-State Correctional Facility (NY),, PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   COMPLAINT, JURY TRIAL DEMAND

**Additional Comments:**
1) Unsuccessful Attempt: Jan 18, 2021, 12:19 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
No one is in the office today.

2) Unsuccessful Attempt: Jan 19, 2021, 12:47 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
He is not the SUPERINTENDENT. He has been gone for 5 years now.

3) Unsuccessful Attempt: Jan 21, 2021, 4:10 pm EST at Home: 19 BONNIE BRAE, UTICA, NY 13501-5904
No answer at the house.

4) Unsuccessful Attempt: Jan 22, 2021, 12:55 pm EST at Home: 19 BONNIE BRAE, UTICA, NY 13501-5904
Vehicles in the driveway. Footprints in the snow leading to the house but no one is answering the door

5) Unsuccessful Attempt: Jan 23, 2021, 5:23 pm EST at Home: 19 BONNIE BRAE, UTICA, NY 13501-5904
I believe someone is home but just not answering the door. Is a vehicle in the driveway can't see any lights the curtains are too thick. The dog was just not outside while I was knocking on the door

6) Unsuccessful Attempt: Jan 27, 2021, 3:07 pm EST at Home: 19 BONNIE BRAE, UTICA, NY 13501-5904
No one is answering the door. I can see foot traffic to the door from the vehicle. But no one will answer the house door.

7) Unsuccessful Attempt: Feb 1, 2021, 12:41 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
No answer at the house.

8) Feb 4, 2021, Taped to the door. Regular Mailing and Certified Mailing 7016 3010 0000 1799 3115

**Fees:**   $35.00

_____  2/8/21
JAKEEM PENN            Date

JP Process Serving
P.O. BOX 105
UTICA, NY 13503
315-542-6115

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

2/8/21
Date        Commission Expires

BRENT WHITTINGTON
Notary Public, State of New York
Reg. No. 01W...
Qualified in O...
Commission Expires March 26, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 9:20-cv-01413-TJM-ML

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Ward
was received by me on *(date)* January 14, 2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I mailed a copy to the individual's last known address as pursuant to rules of service as required. Regular & Certified Mail at 19 Bonnie Brae, Utica, NY 13501, on February 4, 2021

My fees are $ 35.00 for travel and $ 0.00 for services, for a total of $ 35.00.

I declare under penalty of perjury that this information is true.

Date: 2/4/21

Server's signature

Jakeem Penn SR     Server
Printed name and title

500 Seneca St Utica NY 13503
Suite 105    Server's address

Additional information regarding attempted service, etc:

