

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

February 24, 2021

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

    Re:   *Estate of Joseph P. King v. Ward, et al*
           Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

    To date, I have received notice that four of the named Defendants have been served. All four Defendants have requested representation by my office. Accordingly, I have filed Notices of Appearance for those Defendants.

    However, one Defendant remains to be served in this matter and will presumably request representation by my office. Further, Plaintiff's attorneys have indicated they may be willing to dismiss Defendant Ward upon review of a signed declaration indicating that he was retired at the time of the incident alleged in the Complaint.

    Consequently, Defendants respectfully request that Defendants' deadline to respond to Plaintiff's Complaint be postponed pending service on all Defendants and a decision as to whether Defendant Ward will be dismissed.

                                        Respectfully,

                                    _____s/_____
                                    Aimee Cowan, Esq.
                                    Assistant Attorney General

cc: Keith Altman, Esq., *via CM/ECF*
Frank Schirripa, Esq., *via CM/ECF*
Douglas Scott Wiggins, Esq., *via CM/ECF*