

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

March 11, 2021

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

      Re:    *Estate of Joseph P. King v. Ward, et al*
               Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

      Please accept this letter as a status report in accordance with the Court's Text Order dated February 25, 2021 (Dkt. No. 29). I have spoken with Defendant Meyers, who is still employed by the New York State Office of Mental Health, and he has not yet been served with the Summons and Complaint in this matter. Consequently, he has not yet requested representation by my office.

                                  Respectfully,

                                    _____s/_____
                                    Aimee Cowan, Esq.
                                    Assistant Attorney General

cc:    Keith Altman, Esq., *via CM/ECF*
        Frank Schirripa, Esq., *via CM/ECF*
        Douglas Scott Wiggins, Esq., *via CM/ECF*