**AFFIDAVIT OF NON-SERVICE**

| Case:<br>9:20-cv-1413<br>(TJM/ML) | Court:<br>UNITED STATES DISTRICT COURT NORTHERN<br>DISTRICT | County:<br>Onondaga, NY | Job:<br>5261717 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>The Estate of Joseph P. King, } by and through its administrator }<br>Ad Prosequendum, Amy King, } and Amy King, in her own right, | | **Defendant / Respondent:**<br>Joseph Ward, Superintendent } of Mid-State Correctional Facility<br>(NY), } in his individual capacity; John Does } Corrections Officers (1-<br>10, fictitious } COMPLAINT individuals), in their individual<br>capacities; } Jami Palladino, Mid-State Social } JURY TRIAL<br>DEMANDED Worker, in her individual capacity; Hal } Meyers, Mid-<br>State Chief Mental Health } Counselor, in his individual capacity; }<br>Anthony J. Annucci, Acting Commissioner, } State of New York<br>Department of } Corrections, in his individual capacity; and } Marie<br>T. Sullivan, MD, Commissioner, } State of New York Department of<br>Mental } Health, in her individual capacity. | |
| **Received by:**<br>JP Process Serving | | **For:**<br>LENTO LAW GROUP | |
| **To be served upon:**<br>Hal Meyers, Mid-State Chief Mental Health }. | | | |

I, JAKEEM PENN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Hal Meyers, Mid-State Chief Mental Health }. , PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
**Manner of Service:**  Unsuccessful Attempt
**Documents:**  COMPLAINT, JURY TRIAL DEMAND

**Additional Comments:**
1) Unsuccessful Attempt: Jan 18, 2021, 12:19 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
No one is in the office today.

2) Unsuccessful Attempt: Jan 19, 2021, 12:48 pm EST at PLACE OF EMPLOYMENT: 9005 OLD RIVER RD, MARCY, NY 13403
He is a supervisor but doesn't work solely at this facility. He goes from facility to facility. He may be at this location on Friday. But I was told I'd be better off finding them at home. Haven't been able to find a home address.

**Fees:**   $35.00

_____      2/1/21
JAKEEM PENN                          Date

JP Process Serving
P.O. BOX 105
UTICA, NY 13503
315-542-6115

Subscribed and sworn to before me by the affiant who is
personally known to me.

_____
**Notary Public**

_____     1 / 2 /
**Date**              **Commission Expires**

BRENT WHITTINGTON
Notary Public, State of New York
Reg. No. 01WH6124415
Qualified in Oneida County
Commission Expires March 28, 2021

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  9:20-cv-01413-TJM-ML

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Hal Myers

was received by me on *(date)*  January 14, 2021.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because  P.O.E and Local Residence Not Valid or

☐ Other *(specify):*  I mailed a copy to the individual's last known address as pursuant to rules of service as
required.

My fees are $  35.00  for travel and $  0.00  for services, for a total of $  35.00  .

I declare under penalty of perjury that this information is true.

Date:  2/4/121

_____
Server's signature

Jiheem Penn SR     Server
Printed name and title

500 Seneca ST Utica NY 13503
Suite 105    Server's address

Additional information regarding attempted service, etc: