# AFFIDAVIT OF SERVICE

| Case: 9:20-cv-1413 (TJM/ML) | Court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT | County: Onondaga, NY | Job: 5528178 |
|---|---|---|---|
| **Plaintiff / Petitioner:** The Estate of Joseph P. King, by and through its administrator Ad Prosequendum, Amy King, and Amy King in her own right, | | **Defendant / Respondent:** Joseph Ward, Superintendent of Mid-State Correctional Facility (NY), et al. | |
| **Received by:** JP Process Serving | | **For:** LENTO LAW GROUP | |
| **To be served upon:** Hal Myers Central New York Psychiatric Center | | | |

I, JAKEEM PENN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Kristina F, CORPORATE: 9005 OLD RIVER RD , MARCY, NY 13403-3031
**Manner of Service:** Substitute Service - Personal, Apr 2, 2021, 12:01 pm EDT
**Documents:** COMPLAINT, JURY TRIAL DEMANDED

**Additional Comments:**

1) Unsuccessful Attempt: Apr 1, 2021, 1:06 pm EDT at CORPORATE: 9005 OLD RIVER RD , MARCY, NY 13403-3031 Spoke to the guard on duty. He called down to the Psych Dept. He then informed me that Hal Myers was not at the location and they were not sure if and when he was coming in.

2) Successful Attempt: Apr 2, 2021, 12:01 pm EDT at CORPORATE: 9005 OLD RIVER RD , MARCY, NY 13403-3031 received by Kristina F. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 125; Height: 4'11"; Hair: Brown; Relationship: OA 2 INMATE RECORDS ;

JAKEEM PENN    Date: 4/5/21

JP Process Serving
P.O. BOX 105
UTICA, NY 13503
315-542-6115

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date: 4-5-2021    Commission Expires

PAULA J. DYGERT  #01DY5038014
Notary Public, State of New York
Qualified in Herkimer County
My Commission Expires 3-5-2023