UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

The Estate of Joseph P. King, by and through its
Administrator Ad Prosequendum, Amy King, and
Amy King in her own right,

         *Plaintiff*,  **NOTICE OF APPEARANCE**

   -against-

               9:20-CV-1413
                (TJM/ML)

Joseph Ward, Superintendent of Mid-State Correctional
Facility (NY), in his individual capacity; John Does
Corrections Officers (1-10, fictitious individuals),
in their individual capacities; Jami Palladino, Mid-State Social
Worker, in her individual capacity; Hal Meyers, Mid-State
Chief Mental Health Counselor, in his individual capacity;
Anthony J. Annucci, Acting Commissioner, State of New York
Department of Corrections, in his individual capacity; and
Marie T. Sullivan, Commissioner, State of New York Department
of Mental Health, in her individual capacity,

         *Defendants*.

_____

TO: CLERK OF THE COURT
    United States District Court
    Northern District of New York
    100 South Clinton Street
    P.O. Box 7367
    Syracuse, New York 13261-7367

    Hach Rose Schirripa & Cheverie, LLP
    Frank R. Schirripa
    112 Madison Avenue
    New York, NY 10016

    Law Offices of Keith Altman
    Keith Altman
    *Admission Pending*
    33228 West 12 Mile Road, Suite 375
    Farmington Hills, Ml 48334

    Lento Law Group, P.C.
    Douglas Scott Wiggins
    *Admission Pending*

1

1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102

      PLEASE TAKE NOTICE that I appear in this action on behalf of Defendant Hal Meyers and request that service of all papers be served upon me at my office at the address given below. This Notice shall not constitute a waiver of any jurisdictional defenses or objections to the complaint herein by this Defendant.

Dated:      Syracuse, New York
              April 5, 2021

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendant
                                      300 S. State Street, Suite 300
                                      Syracuse, New York 13202

                                      By: _____/s_____

                                      Aimee Cowan, Esq.
                                      Assistant Attorney General
                                      Bar Roll No. 516178
                                      Telephone:    (315) 448-4800
                                      Fax: (315) 448-4853
                                      Email: aimee.cowan@ag.ny.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2021, she filed Defendant Hal Meyers' Notice of Appearance by electronically filing with the Clerk of the Court herein, using the CM/ECF system, which is understood to have sent notification of such filing electronically to the following:

Hach Rose Schirripa & Cheverie, LLP
Frank R. Schirripa
112 Madison Avenue
New York, NY 10016

Law Offices of Keith Altman
Keith Altman
*Admission Pending*
33228 West 12 Mile Road, Suite 375
Farmington Hills, Ml 48334

Lento Law Group, P.C.
Douglas Scott Wiggins
*Admission Pending*
1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102

Dated:  Syracuse, New York
April 5, 2021

          LETITIA JAMES
          Attorney General of the State of New York
          Attorney for Defendant
          300 S. State Street, Suite 300
          Syracuse, New York 13202

          By: _____/s_____

          Aimee Cowan, Esq.
          Assistant Attorney General
          Bar Roll No. 516178
          Telephone:    (315) 448-4800
          Fax: (315) 448-4853
          Email: aimee.cowan@ag.ny.gov