THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **The Estate Of Joseph P. King, by and through its Administrator Ad Prosequendum Amy King, and in her own right,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Ward, et.al,**<br><br>**Defendant.** | Civil Action No. 20-CV-01413 |

## NOTICE OF APPEARANCE

Please enter the appearance of Hillary M. Nappi, Esq. as attorney for the Plaintiffs, The Estate of Joseph P. King, by and through its Administrator Ad Prosequendum, Amy King, and in her own right, in connection with the above-captioned matter.

Dated: May 26 2021           /s/ *Hillary Nappi*
　　　　　　　　　　　　　　Hillary Nappi
　　　　　　　　　　　　　　HACH ROSE SCHIRRIPA & CHEVERIE LLP
　　　　　　　　　　　　　　112 Madison Avenue, 10th Floor
　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　Tel.: (212) 213-8311
　　　　　　　　　　　　　　Fax: (212) 779-0057
　　　　　　　　　　　　　　hnappi@hrsclaw.com

　　　　　　　　　　　　　　*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2021, I caused the foregoing **Notice of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ *Hillary Nappi*
      Hillary M. Nappi