## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Estate of Joseph P. King, et al, <br><br> Plaintiff. <br><br> v. <br><br> Ward, et al., <br><br> Defendants | No. 9:20-cv-01413-TJM-ML |

## EX PARTE MOTION TO WITHDRAWAL

Keith Altman of The Law Office of Keith Altman, hereby moves to withdraw as counsel of record for The Estate of Joseph P. King, et al, Plaintiff in this case because he is no longer assisting counsel in this case.

Withdrawal will not materially affect the Plaintiff, because he has and will continue to be represented by the other attorneys who have appeared on his behalf.

Mr. Altman respectfully requests that a text-only order be entered regarding this withdrawal.

Dated: June 10, 2021

Respectfully submitted,
THE LAW OFFICE OF KEITH ALTMAN

By: /s/ *Keith Altman*
Keith Altman (P81702)
33228 W. 12 Mile Road, Ste. 375
Farmington Hills, MI 48334
516.456.5885
kaltman@lawampmmt.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, I electronically filed the foregoing pleading using the ECF system which will send notification of such filing to all counsels of record.

Dated: June 10, 2021                                    Respectfully submitted,
                                                        THE LAW OFFICE OF KEITH ALTMAN

                                                        By: /s/ *Keith Altman*
                                                        Keith Altman (P81702)
                                                        33228 W. 12 Mile Road, Ste. 375
                                                        Farmington Hills, MI 48334
                                                        516.456.5885
                                                        kaltman@lawampmmt.com