UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Estate of Joseph P. King, by and through its administrator Ad Prosequendum, Amy King, and Amy King, in her own right,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Joseph Ward, Superintendent of Mid-State Correctional Facility (NY), in his individual capacity; John Does Corrections Officers (1-10, fictitious individuals), in their individual capacities; Jami Palladino, Mid-State Social Worker, in her individual capacity; Hal Meyers, Mid-State Chief Mental Health Counselor, in his individual capacity; Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; and Marie T. Sullivan, MD, Commissioner, State of New York Department of Mental Health, in her individual capacity. | INDEX NO. 9:20-cv-1413 |

**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION AND AMEND THE COMPLAINT**

　　Plaintiffs and Defendants hereby enter the following Joint Stipulation and [Proposed] Order to Amend Case Caption and Amend the Complaint:

　　WHEREAS, Plaintiffs filed their Complaint on November 16, 2020 (Dkt. 1);

　　WHEREAS, Plaintiffs' Complaint improperly articulated the fiduciary role of Plaintiff Amy King;

　　WHEREAS, the Parties stipulated to the dismissal against on defendant – Joseph Ward – and the Court ordered such dismissal on March 24, 2021 (Dkt. 38);

　　WHEREAS, the remaining Defendants entered an Answer on March 24, 2021 (Dkt. 39);

　　WHEREAS, the Court entered a Uniform pretrial Scheduling Order setting the deadline for Amended Pleadings being due to the Court by June 21, 2021 (Dkt. 45);

WHEREAS, Plaintiffs filed an Amended Complaint on June 21, 2021 (Dkt. No. 50);

WHEREAS, Plaintiffs experienced a law office miscommunication and this Stipulation should have been entered and filed prior to or simultaneously with Plaintiffs' Amended Complaint;

WHEREAS, The Court entered an Order on June 22, 2021 directing Plaintiff to show cause how the filing of the Amended complaint complied with Fed. R. Civ. P. 15(a) (Dkt. No. 51) and the Parties submit this Joint Stipulation and Proposed Order in response thereto;

WHEREAS, the Parties have met and conferred regarding the allegations contained in Plaintiffs' First Amended Complaint;

WHEREAS, the Parties consent to Plaintiff's filing of the Amended Complaint (Dkt. No. 50);

WHEREAS, the Parties believe that for ease of reference and efficiency, the caption in this matter should be amended to remove Joseph Ward and the "John Doe Defendants";

NOW THEREFORE, THE PARTIES HEREBY STIPULATE to the filing of Plaintiffs' Amended Complaint on June 21, 2021;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the caption in this case shall read "The Estate of Joseph P. King, by and through its Administratrix, Amy King, and Amy King, in her own right, v. Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; and Marie T. Sullivan, MD, Commissioner ,State of New York Department of Mental Health, in her individual capacity, Jami Palladino, Mid-State Social Worker, in her individual capacity; Hal Meyers, Mid-State Chief Mental Health Counselor, in his individual capacity"

IT IS SO STIPULATED.


Dated: June 24, 2021                              **Hach Rose Schirripa & Cheverie, LLP**

                                                  By: *Hillary Nappi*
                                                  Hillary M. Nappi
                                                  112 Madison Avenue
                                                  New York, NY 10016
                                                  Telephone: (212) 213-8311
                                                  Facsimile: (212) 779-0028
                                                  hnappi@hrsclaw.com


Dated: ____June 24, 2021_____                 LETITIA JAMES

2

3

                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        By: _____s/_____
                                        Aimee Cowan, Esq.
                                        Office of the Attorney General
                                        300 S. State Street, Suite 300
                                        Syracuse, New York 13202
                                        Bar Roll No. 516178

Dated: _____                 _____

                                        Hon. Mirsolav Lovric
                                        U.S. Magistrate Judge