

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

July 28, 2021

Hon. Miroslav Lovric  
United States Magistrate Judge  
15 Henry Street  
Binghamton, New York 13901

      Re:   *Estate of Joseph P. King v. Palladino, et al*  
             Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

      In accordance with the Court's Uniform Pretrial Scheduling Order, please accept this letter as a status report from the parties regarding the above-entitled matter. (*See*, Dkt. No. 45). Plaintiff filed an Amended Complaint on June 21, 2021 (Dkt. No. 50). Defendants stipulated to Plaintiff filing the Amended Complaint, which terminated the John Doe Correction Officers defendants (Dkt. Nos. 52, 53).[1]

      Defendants answered Plaintiff's Amended Complaint on July 9, 2021 (Dkt. No. 54) and filed Waiver of Conflict affidavits *ex parte* on July 21, 2021. (Dkt. No. 55). Defendants further served a Notice of Deposition, First Set of Interrogatories and First Notice to Produce on Plaintiff on July 22, 2021. Plaintiff's counsel intends to serve discovery demands on Defendants next week.

      Should the Court require any more information from the parties, the parties would be happy to provide that information.

---

[1] Defendant Joseph Ward was previously dismissed from this case via stipulation dated March 24, 2021. (Dkt. No. 38).

Respectfully,

_____s/_____
Aimee Cowan, Esq.
Assistant Attorney General

cc: Hillary Nappi, Esq., *via CM/ECF*