

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

November 8, 2021

Hon. Miroslav Lovric  
United States Magistrate Judge  
15 Henry Street  
Binghamton, New York 13901

      Re:   *Estate of Joseph P. King v. Annucci, et al*  
             Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

      Please accept this letter as a status report in accordance with the Court's Text Order dated August 26, 2021 (Dkt. No. 57). Defendants have served discovery demands and have received responses from Plaintiff. Plaintiff served discovery demands as well, including document demands and interrogatories on all four named defendants. Plaintiff's counsel has graciously granted Defendants extensions to respond to these demands. Defendants' responses are expected to be forwarded by the end of this month. The parties intend to schedule depositions of the parties in the near future and do not anticipate the need to modify the existing scheduling order.

      Respectfully,

      _____s/_____  
      Aimee Cowan, Esq.  
      Assistant Attorney General

cc:   Hillary Nappi, Esq., *via CM/ECF*  
      Frank Schirripa, Esq., *via CM/ECF*  
      Douglas Scott Wiggins, Esq., *via CM/ECF*