

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

February 8, 2022

Hon. Miroslav Lovric
United States Magistrate Judge
15 Henry Street
Binghamton, New York 13901

      Re:   *Estate of Joseph P. King v. Annucci, et al*
            Civil Case No.: 9:20-cv-1413

Dear Judge Lovric:

      Please accept this letter as a joint status report in accordance with the Court's Text Order dated November 15, 2021 (Dkt. No. 59). To date, Defendants have served discovery demands and have received responses from Plaintiff. Plaintiff has served discovery demands as well, including document demands and interrogatories on all four named defendants. Defendants have forwarded their responses to Plaintiff.

      Additionally, Plaintiff's deposition has been scheduled for March 18, 2022. The parties anticipate scheduling Defendants' depositions shortly.

                               Respectfully,

                               _____s/_____
                               Aimee Cowan, Esq.
                               Assistant Attorney General

cc:    Hillary Nappi, Esq., *via CM/ECF*
       Frank Schirripa, Esq., *via CM/ECF*
       Douglas Scott Wiggins, Esq., *via CM/ECF*