THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **The Estate Of Joseph P. King, by and through its Administrator Ad Prosequendum Amy King, and in her own right,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Ward, et.al,**<br><br>**Defendant.** | Civil Action No. 20-CV-01413 |

## NOTICE OF APPEARANCE

Please enter the appearance of Hillary M. Nappi, Esq. as attorney for the Plaintiffs, The Estate of Joseph P. King, by and through its Administrator Ad Prosequendum, Amy King, and in her own right, in connection with the above-captioned matter.

Dated: May 2, 2022            /s/ *Yamile Kalkach*
                              Yamile Kalkach, Esq.
                              HACH ROSE SCHIRRIPA & CHEVERIE LLP
                              112 Madison Avenue, 10th Floor
                              New York, New York 10016
                              Tel.: (212) 213-8311
                              Fax: (212) 779-0057
                              ykalkach@hrsclaw.com

                              *Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of May 2022, I caused the foregoing **Notice of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

　　　　　　　　　　　　　　　　　　　　　/s/ *Yamile Kalkach*
　　　　　　　　　　　　　　　　　　　　　Yamile Kalkach