

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

December 29, 2022

Hon. Thomas J. McAvoy
United States District Judge
15 Henry Street
Binghamton, New York 13901

    Re:    *Estate of Joseph P. King v. Annucci, et al*
            Civil Case No.: 9:20-cv-1413

Dear Judge McAvoy:

    The summary judgment deadline for the above-entitled matter is January 19, 2023. (ECF No. 68). Given the extensive discovery completed and the breadth of the complex issues contained within Plaintiff's Amended Complaint, Defendants respectfully request a 10-page extension for their memorandum of law, for a total of thirty-five pages.

                                    Respectfully,

                                    _s/Aimee Cowan_____

                                  Aimee Cowan, Esq.
                                  Assistant Attorney General

cc:    Yamile Kalkach Campos, Esq., *via CM/ECF*
        Hillary Nappi, Esq., *via CM/ECF*