UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| The Estate of Joseph P. King, by and through its Administratrix, Amy King, and Amy King in her own right,<br>        *Plaintiff*,<br><br>-against-<br><br>Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; and Marie T. Sullivan, Commissioner, State of New York Department of Mental Health, in her individual capacity; Jami Palladino, Mid-State Social Worker, in her individual capacity; Hal Meyers, Mid-State Chief Mental Health Counselor, in his individual capacity;<br><br>        *Defendants*. | **NOTICE OF MOTION**<br><br>9:20-CV-1413<br>(TJM/ML) |

_____

| | |
|---|---|
| Motion By: | LETITIA JAMES<br>Attorney General of the State of New York<br>Attorney for Defendants<br><br>By: Aimee Cowan<br>Assistant Attorney General, of Counsel<br>Bar Roll No. 516178 |
| Time and Place of Hearing: | _____, at 10:00 a.m. before United States District Judge Thomas J. McAvoy to be held at the United States District Courthouse in Binghamton, New York **upon submission only** |
| Relief and Basis: | An Order pursuant to Fed. R. Civ. P. 56(a) dismissing Plaintiff's Amended Complaint with prejudice, and for such other and further relief as the Court deems just and proper. |
| Supporting Papers: | Statement of Material Facts Not in Dispute, Declaration of Attorney Cowan, with attached Exhibits "A" through "Q," Declaration of Defendants Annucci, Sullivan, Meyers and Palladino, and Defendants' Memorandum of Law. |

1

Dated: Syracuse, New York
January 12, 2023

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendants
        300 S. State Street, Ste. 300
        Syracuse, New York 13202

        By: _s/Aimee Cowan_____
        Aimee Cowan
        Assistant Attorney General, of Counsel
        Bar Roll No. 516178
        Telephone:     (315) 448-4800
        Fax: (315) 448-4853
        Email: aimee.cowan@ag.ny.gov

To: Yamile Kalkach Campos, Esq.
    Hillary Nappi, Esq.
    Hach Rose Schirripa & Cheverie, LLP
    112 Madison Avenue
    New York, NY 10016