## New York State INCIDENT REPORT

| 1. Agency | 2. Div/Precinct | | 3. ORI | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|
| D1 TROOP D - ZONE 1 | D111 | | NY1320100 | 18D111B | 8591701 |

| 7,8,9. Date Reported (Day, Date, Time) | 10,11,12. Occurred On/From (Day, Date, Time) | 13,14,15. Occurred To (Day, Date, Time) |
|---|---|---|
| FRIDAY 11/16/2018 05:10 | FRIDAY 11/16/2018 02:50 | FRIDAY 11/16/2018 02:50 |

| 16. Incident Type | 17. Business Name |
|---|---|
| SUICIDE-SUICIDE | MIDSTATE CORRECTIONAL FACILITY |

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**
9005 OLD RIVER ROAD

**20. City/State/Zip**
MARCY NEW YORK 13403

| 21. Location Code (TSLED) | 23. No. of Victims | 24. No. of Suspects | 26. Victim also Complainant? |
|---|---|---|---|
| MARCY TOWN 3362 | 1 | 0 | NO |

**Location Type**
JAIL/PRISON

**Dispatcher Notes**
SP Marcy BCI- Suicide- Investigator Croneiser assigned

### ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name Bldg., Apt.No., City, State, Zip | Res Phone / Bus Phone |
|---|---|---|---|---|
| DOCTOR | BROWN, VANESSA | | ST. ELIZABETH'S MEDICAL CENTER UTICA NY 13501 | (315)801-8111 |
| DOCTOR | LANDI, KRISTEN | | ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE SYRACUSE NY 13210 | (315)435-3163 |
| LAW ENFORCEMENT OFFICER | DECARLIS, MICHAEL, P | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | KITCHEN, MERCEDES | | NYSDOCCS OSI BLDG#906 UTICA NY 13501 | (315)580-3859 |
| LAW ENFORCEMENT OFFICER | STAPPENBECK, MARK | | NYSDOCCS OSI - INVESTIGATOR UTICA NY | (315)552-7377 (315)793-6330 |
| LAW ENFORCEMENT OFFICER | SALVATORE, DAVID, D | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | NELSON, KENNETH, P | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | DUFORD, RONALD, N | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | HEALEY, DONALD | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | JONES, AARON JR | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | WANINGER, ANDREW, M | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | FORWARD, GABRIEL | | 9005 OLD RIVER ROAD MARCY NY 13403 | |
| LAW ENFORCEMENT OFFICER | GAISER, TIMOTHY | | 9005 OLD RIVER RD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | HALL, RONALD, W JR | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| LAW ENFORCEMENT OFFICER | SMALDON, ADAM, J | | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |

| | | | |
|---|---|---|---|
| LAW ENFORCEMENT OFFICER | PIERSON, ADAM, D | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| NEXT OF KIN | KING, AMY, L | 2 JACKSON ST PORT HENRY NY 12974 | (518)354-7072 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | GEDOW, ABDUL | 2209 GENESEE STREET UTICA NY 13501 | (315)801-8100 |
| PERSON INTERVIEWED | EBERSOLD, ZACHERY, T | 105 NORTH DOXTATOR STREET ROME NY 13440 | (315)339-5600 |
| PERSON INTERVIEWED | PLAISIME, MAGDALAH | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | BEACH, SCOTT | ASST. FORENSIC INVESTIGATOR - ONONONDA COUNTY SYRACUSE NY 13210 | (315)435-3163 (315)868-4639 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| PERSON INTERVIEWED | [redacted] | 9005 OLD RIVER ROAD MARCY NY 13403 | (315)768-8581 |
| VICTIM | KING, JOSEPH, P | MID-STATE CORRECTIONAL FACILITY MARCY NY 13403 | (315)768-8581 |

## VICTIM

| | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence |
|---|---|---|---|---|---|---|---|
| KING, JOSEPH, P | [redacted] | 50 | MALE | WHITE | NOT HISPANIC | | |

## PROPERTY

| 58. Name | Property Status |
|---|---|
| KING, JOSEPH P | SEIZED |
| **Property Type** | **Make or Model / Drug** |
| PERSONAL PAPERS | NOTE |
| **Serial No.** | **Qty/Measure** / **Value** |

**Description**
-Note written to Next of Kin Amy King- ORIGINAL SECURED AND RETAINED BY NYSDOCCS--ORIGINAL NOT IN NYSP CUSTODY

| 58. Name | Property Status |
|---|---|
| KING, JOSEPH P | NONE |
| **Property Type** | **Make or Model / Drug** |
| OTHER PROPERTY | SHOESTRING |
| **Serial No.** | **Qty/Measure** / **Value** |

**Description**
- Shoestring (garrote) located around the neck of the deceased- turned over to Abdul Gedow (St. Elizabeth's Hospital) for transportation with the body to the ME's Office- NOT IN NYSP CUSTODY

otal Property Value :        $.00

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

9BCI CASE ADOPTION

Lt. Ronald Hall, Midstate Correctional Facility, reports that Inmate Joseph P. King, DIN 13A3662, committed suicide by hanging. Inv. Laura A. Croneiser assigned.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

INITIAL

On today's date at 5:10 AM, I was contacted by Trooper Tonya Calandra who advised that she had been notified by Lt. Ronald Hall, Midstate Correctional Facility, that an Inmate had hung himself in a bathroom in the 4B housing unit. She stated that the Inmate had been transported to St. Elizabeth's Hospital where he was pronounced deceased.

I contacted Senior Investigator Mark Nell and advised him of this death investigation. He advised that he would respond to Midstate Correctional Facility to assist.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

RESPONSE MIDSTATE CORRECTIONAL FACILITY

I responded to Midstate Correctional Facility and was briefed by Trooper Calandra, Lt. Ronald Hall, and C.O. Adam Smaldon. I was advised that at approximately 2:50 AM, C.O. Smaldon heard a loud bang come from the bathroom area in building 4. C.O. Smaldon walked into the bathroom to find a towel over one of the bathroom stall doors. In the same stall, there were sneakers sitting in front of the toilet, making it appear as if someone was sitting on the toilet. C.O. Smaldon asked who was in the stall, but received no response. C.O. Smaldon opened the stall to find no one in the stall. He then noticed legs in the adjacent stall. C.O. Smaldon opened that stall door and found Inmate Joseph King, DIN 13A3662, sitting on the floor next to the toilet with a shoestring around his neck, unresponsive. The shoestring was tied to the electrical conduit on the ceiling. C.O. Smaldon broke the shoestring and laid Inmate King on the bathroom floor. C.O. Smaldon then removed the remaining string from Inmate King's neck. C.O. Smaldon then called for a medical response and initiated CPR. An AED was applied by NYSDOCCS staff, and no shock was advised. Amcare ambulance arrived at the facility at approximately 3:20 AM and transported Inmate King to St. Elizabeth's Hospital at approximately 3:40 AM. At 4:20 AM, Inmate King was pronounced deceased by Dr. Vanessa Brown. It should be noted that blizzard type weather conditions existed during the ambulance transfer to the hospital.

I was advised that Inmate King had a history of suicide attempts and was labeled a "1S," which indicates mental illness.

Trooper Calandra secured a Supporting Deposition from C.O. Smaldon, which is attached to this report as Enclosure #1. C.O. Smaldon also completed a NYSDOCCS Memorandum, detailing his recollection of events, which is attached as Enclosure #2.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

RESPONSE TO THE SCENE

I responded to the scene, which was the Inmate bathroom in the 4B housing unit. When one enters the bathroom in a northerly direction, one would enter the sink area. One could travel easterly to the shower area or remain in the sink area. If one continued walking northerly in the sink area, one would approach the bathroom stalls located on the west side of the room. There are six bathroom stalls. The first bathroom stall and the last bathroom stall are not in working order. Located in the fifth stall in front of the toilet was a pair of shoes, a Playboy magazine, a paper picture of a female with blonde hair, and a roll of toilet paper. Across from said bathroom stall on the floor was a tan colored towel. In the sixth (last) bathroom stall, a piece of plastic was over the toilet to deter anyone from using the inoperative toilet. In this last stall, a string was located tied to the electrical conduit located on the ceiling. The string was frayed where it appeared the string had been broken. An additional piece of tied shoestring was located on the floor in front of the bathroom stalls. That piece of string was also frayed.

Photographs were secured from the scene by NYSDOCCS. A copy of said photos from NYSDOCCS will remain in the case

folder.

At this time, Senior Investigator Mark Nell and NYSDOCCS OSI arrived on scene. I briefed Senior Investigator Mark Nell and OSI Investigator Mercedes Kitchen on the investigation thus far.

NYSDOCCS staff then located a letter in Inmate King's cube that Inmate King had written to his wife that he had requested to be mailed out. The letter was dated November 15, 2018 addressed to "Amy." In the letter, Inmate King at first stated that he prays that there is still hope for their relationship when he returns. He then stated, "I just got off the phone with you. And you get so aggravated with me. I really think you want to end our relationship. I don't want to hurt you or the kids, but I don't really think I'll make it through the night. I feel it's time [to] say goodbye. I hope your happy to do what you want now that I'm out of your life. Because I know you really don't want me anymore. And I can't live with myself." He then stated, "I am so sad, unhappy, and you are breaking my heart. I just can't do this anymore. I'm sorry. I love you! Love! Your husband Joe." At the end of the letter, he stated, "Good-bye my beautiful. I love you and I'm sorry. Tell Megan and Joseph I love them and I'm sorry. Please forgive me!" On the back side of the letter he wrote, "You have broken my heart and I need to kill this pain." NYSDOCCS provided a copy of this note, which is attached as Enclosure #3 of this investigative report. It should be noted that NYSDOCCS secured the original copy of this note as part of their evidence per NYSDOCCS Directive 4910A.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

C.O. ADAM SMALDON

C.O. Smaldon responded to the scene, and we completed a walk through of the scene of what he had witnessed. He stated that at approximately 2:50 AM, he heard a loud bang come from the Inmate bathroom. He stated that he approached the bathroom and found the main bathroom door propped open. He stated that he entered the bathroom and saw shoes in front of the toilet in the next to last bathroom stall and a towel covered the stall door. He immediately thought that an Inmate was in that stall. He asked the Inmate what he was doing and received no response. He removed the towel and found no one in the bathroom stall. He then noticed legs coming into that stall from the very last stall. He immediately looked into the last stall and located Inmate King sitting on the floor with his legs underneath the toilet with a shoestring around his neck. The shoestring had been tied to the conduit in the ceiling. C.O. Smaldon immediately broke the string and assisted the Inmate to the floor. He removed the shoelace that was around the Inmate's neck and called for a medical response over the radio and began CPR. Medical personnel and NYSDOCCS personnel arrived and took over CPR. He stated that C.O. Pierson responded and placed the AED pads on the Inmate and began listening to the instructions from the AED. C.O. Smaldon left the area and made security rounds. He explained that Inmate King was not breathing and had no pulse when he located him.

It should be noted that C.O. Smaldon stated that he made security rounds are approximately 2:30 AM. At approximately 2:45 AM, he conducted the master count and all Inmates were accounted for.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. ADAM PIERSON

C.O. Adam Pierson reported that at approximately 2:50 AM, he responded to a medical emergency on housing unit 4B. He advised that he was the "4" Rover, and he brought the AED and first aid kit/BVM (Bag Valve Mask) kit to the unit. Upon entering the 4B bathroom, he witnessed C.O. Smaldon performing CPR on Inmate Joseph King, DIN 13A3662. He proceeded to open the AED and first aid kit. He connected the AED to Inmate King, and he and C.O. Smaldon followed the prompts of the AED. C.O. Smaldon continued compressions, and C.O. Pierson gave breaths with the BVM. At this time, more personnel responded. He then relieved C.O. Smaldon from chest compressions and C.O. Waninger relieved him of the breaths with the BVM. They continued to follow the direction of the AED. When the nurse arrived, she advised them to continue at the direction of the AED. They continued CPR with the assistance of the AED until EMTs arrived on scene. It should be noted that the AED advised no shock.

A Memorandum was completed by C.O. Pierson stating same and is attached as Enclosure #4 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. ANDREW WANINGER

C.O. Andrew Waninger reported that at approximately 2:50 AM, he responded to a medical emergency in the 4B inmate bathroom. When he arrived, C.O. Smaldon and Pierson already had the AED attached to Inmate King, DIN 13A3662, and were performing CPR. He relieved C.O. Pierson and took over rescue breathing with the BVM. He stated that C.O. Pierson then relieved C.O. Smaldon with performing chest compressions. He stated that they continued to follow the prompts from the AED until the nurse arrived. The nurse advised him to continue CPR and follow the prompts from the AED. At this time, C.O. Duford held Inmate King's head and tilted it as he administered rescue breaths via the BVM. They continued CPR until the EMTs arrived. He stated that the EMTs directed them to assist with placing Inmate King on the stretcher. The EMTs removed Inmate King from building 4. C.O. Waninger then helped secure the scene and directed Inmates to utilize the 4A bathroom.

A Memorandum was completed by C.O. Waninger and is attached as Enclosure #5 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF SGT. DAVID SALVATORE

Sgt. David Salvatore stated that at approximately 2:50 AM, he was working his post as the Assistant Watch Commander stationed in the Building 22 Chart Office. He stated that there was a call for assistance via facility radio regarding a medical emergency in housing unit 4B. A short time later, there was another call via facility radio requesting an ambulance be called and dispatched to the scene as well as a nurse. At approximately 2:55 AM, he notified Kunkel Ambulance via facility telephone to respond to the facility for what he believed to be a cardiac arrest, but he did not have any further details at that time. He then contacted C.O. Nelson and C.O. Decarlis to report directly to Building 22 to gather equipment for an emergency trip and await the ambulance's arrival. C.O. Kennedy was then sent to the tower to prepare for the ambulance's arrival. Sgt. Salvatore then prepared all of the necessary paperwork for an emergency trip.

According to Sgt. Salvatore, the ambulance arrived at the facility truck trap at approximately 3:20 AM and was immediately escorted to Building 4. He was notified a short time later that Stitville Fire Department had arrived at the facility. He stated that they were directed to remain outside the gate until the ambulance departed the facility. At approximately 3:40 AM, the ambulance departed the facility with Stitville Fire Department escorting them, and C.O. Decarlis in a chase vehicle. They arrived at St. Elizabeth's Hospital at approximately 4:09 AM. He was then notified by C.O. Nelson via phone that Inmate King was pronounced deceased at 4:20 AM while at St. Elizabeth's Hospital. C.O's Nelson and Decarlis then remained with Inmate King until instructed further.

A copy of the Memorandum completed by Sgt. Salvatore is attached as Enclosure #6.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. MICHAEL DECARLIS

C.O. Michael Decarlis stated that on November 16, 2018, he was called by Sgt. Salvatore at approximately 2:50 AM to report to the chart office. He was instructed to drive the chase vehicle and follow Amcare ambulance to St. Elizabeth's Hospital. C.O. Decarlis stated that Inmate King was worked on by Hospital staff and was pronounced deceased at 4:20 AM. Upon receiving a body receipt for Inmate King, he returned to the facility.

A Memorandum was completed by C.O. DeCarlis and is attached as Enclosure #7 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF CO. KENNETH NELSON

C.O. Kenneth Nelson reported that on November 16, 2018 at approximately 3:00 AM, he processed Amcare ambulance through the truck trap and escorted them to Building 4. He stated that the ambulance drivers loaded Inmate King on to the stretcher, and he escorted them back to the truck trap. He then rode in the ambulance to St. Elizabeth's Hospital where Inmate King was pronounced deceased at 4:20 AM. Upon receiving a body receipt for Inmate King, he returned back to the facility.

A Memorandum was completed by C.O. Nelson and is attached as Enclosure #8.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF C.O. TIMOTHY GAISER

C.O. Timothy Gaiser stated that at approximately 2:50 AM, he was working rounds when Midstate base alerted the radios that there was a medical emergency on housing unit 4B. C.O. Gaiser advised that he picked up C.O. Duford, the east side rover, and C.O. Nelson, the OMH Rover, near Building 27. He then also picked up Nurse Maggie Plaisime while C.O. Nelson exited the van to prepare for the medical trip. He stated that he then drove Nurse Plaisime and C.O. Duford to the back dock of Building 4, and they entered 4B Dorm with the black medical case. He observed several Officers attending to Inmate King on the floor of the 4B bathroom. He witnessed that the AED had been administered while chest compressions and the AMBU bag were being utilized. He stated that he made a round on 4B then drove to the truck trap to process the ambulance into the facility. He then went to Charts and picked up the gate pass and all required documentation for the outside medical transport. He stated that C.O. Nelson processed the ambulance into the facility, and he escorted it down to Building 4 and then back through the truck trap. He stated that the Ambulance cleared the truck trap at approximately 3:40 AM.

C.O. Gaiser completed a Memorandum, which is attached as Enclosure #9 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. GABRIEL FORWARD

C.O. Gabriel Forward reported that on November 16, 2018 at approximately 2:50 AM, he responded to a medical emergency on the 4B housing unit with Sgt. Jones. When he arrived on 4B, he witnessed an Inmate on the bathroom floor with an AED attached and operating. C.O. Smaldon was doing chest compressions on the Inmate while C.O. Pierson was doing rescue breathing with an Ambubag. He stated that C.O. Pierson then relieved C.O. Smaldon, and C.O. Waninger took over the rescue breathes with the Ambubag. C.O. Duford held the Inmate's head and titled it during the rescue breaths. He stated that the nurse directed the C.O.'s to continue their rescue efforts. The rescue efforts continued until the ambulance arrived and took over care for the Inmate. He advised that since he wasn't directly involved, he was directed by Sgt. Jones to return to his post as 2 Rover.

A Memorandum was completed by C.O. Forward and is attached as Enclosure #10 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. RONALD DUFORD

C.O. Ronald Duford reported that on November 16, 2018 at approximately 2:50 AM, he responded to a medical emergency in housing unit 4B with C.O. Gaiser and the Infirmary Nurse. Upon arrival in the Housing Unit, the Inmate was on the bathroom floor with an AED attached and operating. C.O. Pierson and C.O. Waninger were performing CPR on the Inmate, and C.O. Duford advised that he stabilized the Inmate's head. C.O. Duford stated that CPR was performed until the Inmate was transferred to an ambulance where EMT's had taken over care.

C.O. Duford completed a Memorandum, which is attached as Enclosure #11 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF RN MAGDALAH PLAISIME

Nurse Magdalah (Maggie) Plaisime reported that on November 16, 2018, she was notified of a medical emergency in housing unit 4B. After approximately two minutes, she was notified by security to call an ambulance, which she did. Upon her arrival to 4B, she found Inmate King, DIN 13A3662, on the bathroom floor lying flat on his back with an AED attached and operating. She stated that CPR was already in progress by two C.O.'s. She began a RN assessment, and noted that the Inmate appeared cyanotic and had a red mark all around his neckline; however, no bleeding was noted. Upon assessing Inmate King, she found no pulse, no respirations, no chest movement, no reflexes, and his pupils were non-reactive. She further stated that the Inmate did not respond to noxious stimuli nor verbal commands. Inmate King received oxygen and two doses of Narcan IM per NYSDOCCS protocol, but he did not respond. She noted his temperature was 97.4 degrees Fahrenheit and his blood pressure as well as his oxygen

saturation was undetectable. She stated that the AED advised no shock and advised to continue with CPR. While awaiting for the ambulance to arrive, she stated that she started a peripheral line and while she was connecting the fluid, Amcare ambulance arrived on scene and took over the Inmate's care. She stated that Amcare applied a neck brace, and they continued CPR. She stated that the Inmate left the unit and was placed in the ambulance at approximately 3:35 AM.

A Memorandum was completed by RN Plaisime and is attached as Enclosure #12 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF SGT. AARON JONES

Sgt. Aaron Jones reported that on November 16, 2018, he responded to a medical emergency on 4B at approximately 2:50 AM. Upon arrival, he followed a response into the Inmate bathroom and noticed an Inmate lying on the floor. C.O. Smaldon and C.O. Pierson were performing CPR on the Inmate, and an AED was attached to the Inmate and operating. At that time, Sgt. Jones advised that he had advised the C.O.'s to slowly move the Inmate from the toilet area to the floor area so they could have more room to work on him. He stated that C.O. Pierson began giving chest compressions and C.O. Waninger was administering rescue breaths with the ambubag. He stated that C.O. Duford was holding the Inmate's head while the rescue breathing was administered. Nurse Plaisime then responded to the scene and began assessing the Inmate. At this time, he stated that he assisted the nurse with the oxygen and placed oxygen lines on the Inmate. The C.O.'s continued CPR as directed by the AED, stopping only as directed and continued as the AED assessed the Inmate's status until the ambulance arrived. When the ambulance arrived at approximately 3:25 AM, the EMT's began assessing the Inmate and placed him on the backboard. CPR was continued by NYSDOCCS personnel until EMT's took the Inmate off the unit and to the ambulance. He then directed C.O. Smaldon to make rounds of the unit and search the Inmate's cube. Sgt. Jones stated that he secured the bathroom as a crime scene and stationed C.O. Pierson at the door. He then directed the other response C.O.'s to report back to their areas.

A copy of the Memorandum completed by Sgt. Jones is attached as Enclosure #13 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

MEMORANDUM OF C.O. DONALD HEALEY

C.O. Donald Healey reported that on November 16, 2018 at approximately 2:50 AM, he responded to a medical emergency on housing unit 4B. When he arrived at the housing unit 4B bathroom, C.O. Smaldon was performing CPR on Inmate King, DIN 13A3662. At this time, he summoned Rounds I to bring the nurse to the scene. When Rounds I arrived with the nurse, he stated that he met them at the back door of building 4 and let them in. When the ambulance arrived, he stated that they let them in the front door of Building 4. He stated that he secured state clothing from Inmate King's room and brought it to the truck trap, placing it in the chase vehicle.

A copy of C.O. Healey's Memorandum is attached as Enclosure #14 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

RESPONSE TO ST. ELIZABETH'S HOSPITAL

Inv. Robert Piekielniak responded to St. Elizabeth's Hospital and found that Inmate King had already been moved to the morgue. Inv. Piekielniak responded to that location and found that the body had been tagged and placed in a white body bag. Upon opening the bag, he noted that due to the refrigeration of the body, it was cold to the touch. The decedent was wearing a neck collar, had an intubation tube coming out of his mouth, and was unclothed. A ligature mark was located around the neck of the deceased. His arms were crossed over the torso of his body and taped together. Redness as well as a red mark were located on his chest. A check of the body and extremities revealed no apparent fractures or wounds. Everything regarding the scene and the body appeared to be consistent with that of a suicide.

Inv. Piekielniak obtained photographs of the body. The photos were transferred to a CD and forwarded to SP Oneida FIU with a completed Gen'l 34D. A second copy of the photos will be kept in the SP Marcy BCI Case folder. The Gen'l 34D is carried as Enclosure #15 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF DR. VANESSA BROWN

Inv. Robert Piekielniak additionally interviewed Dr. Vanessa Brown, St. Elizabeth's Medical Center Emergency Room Doctor. She stated that at around 3:15 AM, she was advised of a trauma code en route to her hospital from a local correctional facility. She stated that the ambulance arrived at approximately 4:10 AM with a white male patient who appeared to be approximately 45 years old. She stated that the male had a crusted over ligature mark around his neck. She stated that she did not see any other injuries on the male. She stated that he was intubated on arrival. She advised that he was given Epinephrine and Atropine, but no cardiac rhythm was established. She advised that she pronounced him deceased at 4:20 AM.

A Supporting Deposition was secured from Dr. Brown and is attached as Enclosure #16 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF ZACHERY T. EBERSOLD

Trooper Tonya Calandra interviewed Zachery Ebersold, a Critical Care Technician for Amcare Ambulance located at 105 North Doxtator Street in the City of Rome.

Ebersold stated that on November 16, 2018 he was working as a Critical Care Technician for Amcare Ambulance. He stated that Amcare received a call from Kunkel Ambulance advising that they were not available to respond to Midstate Correctional Facility in Marcy for a cardiac arrest/hanging call. He stated that he then responded with Amcare ambulance to Midstate Correctional. Upon arrival, he was advised by C.O.'s who had escorted them into the facility that an Inmate was down on the floor in complete cardiac arrest. When he arrived on scene, he stated that obvious ligature markings were visible around the Inmate's neck. He witnessed CPR being performed by C.O.'s on scene. He stated that they placed the Inmate on a backboard and brought him to the ambulance while CPR was being continued. He stated that life saving measures were initiated, monitors were applied, IV drugs were injected, attempts were made to insert a breathing tube, and an attempt to start his heart was conducted. He advised that they transported the Inmate to St. Elizabeth's Hospital where he was rushed into trauma unit one. At that time, care was turned over to St. Elizabeth's Hospital staff. He stated that the Inmate was pronounced deceased at 4:20 AM, but he was unsure of the doctor's name who pronounced him.

A copy of the Supporting Deposition provided by Ebersold is attached as Enclosure #17.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

NEXT OF KIN NOTIFICATION

NYSDOCCS notified Inmate King's wife, Amy King, of Inmate King's death.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

ONONDAGA COUNTY MEDICAL EXAMINER'S OFFICE

Onondaga County Medical Examiner's Officer Inv. Scott Beach was notified by St. Elizabeth's Hospital and NYSDOCCS. He ordered the removal of the body to the Onondaga County Medical Examiner's Office for a post-mortem examination. It should be noted that Senior Investigator Mark Nell turned over the garrote removed from the neck of Inmate King to Abdul Gedow of St. Elizabeth's Hospital for transportation with the body to the Onondaga County Medical Examiner's Office. Gen'l 15- Property Receipt was completed and is attached as Enclosure #18.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

TROOP NOTIFICATION

Senior Investigator Mark Nell contacted Troop D. Lt. Timothy Roberts to notify him of this death investigation. It was determined that due to this incident being a suicide, an AMS message would be sent reference this incident.

Sgt. S/C Bradley Irwin notified Uniform Lt. Musco Millner.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

AMS MESSAGE

AMS Message #AMSP1688WW02F was sent reference this incident, and a copy is attached as Enclosure #19.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF INMATE ▮▮▮▮▮▮▮▮▮▮

Inmate ▮▮▮▮▮▮▮▮▮▮ was interviewed regarding this incident as he lived in the same cube as Inmate King.

He stated that about a week and a half ago, Inmate King moved into his cube on housing unit 4B. Approximately two days ago, he advised that Inmate King told him that his wife was seeing someone else, which he did not like. Inmate ▮▮▮▮ stated that Inmate King explained to him that he would be going to the parole board soon, and he thought he was going to have to do another six years of his prison sentence. Inmate King told him that he didn't want to do any more prison time and just wanted to be home with his family. Inmate ▮▮▮▮ stated that Inmate King told him that he didn't want to live anymore. Inmate ▮▮▮▮ advised that he tried to encourage Inmate King and reassured him that he would make it through all of this. Inmate ▮▮▮▮ did not think he was serious because he did not cry and seemed "normal" when he was talking to him. Inmate ▮▮▮▮ said he saw that Inmate King had written his wife a letter, but did not know the contents of said letter.

Inmate ▮▮▮▮ explained that last evening, he went to bed at approximately 10:20 PM- 10:30 PM. He stated that when he went to bed, Inmate King was awake in his bunk. He remembered Inmate King looking at him, and he turned over and went to sleep. He stated that he didn't hear Inmate King wake up during the night. He advised that when he awoke at approximately 7:15 AM, Inmate King wasn't in their room. At that time, he was advised by other Inmates that Inmate King tried to hang himself.

A Supporting Deposition was secured from Inmate ▮▮▮▮ and is attached as Enclosure #20 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF INMATE ▮▮▮▮▮▮▮▮▮▮

Inmate ▮▮▮▮▮▮▮▮▮▮ was also interviewed regarding this investigation.

Inmate ▮▮▮▮ stated that he is the Orientator of the ASAT (Alcohol and Substance Abuse Treatment) program on Dorm 4B. He stated that his job is to acclimate new Inmates in the ASAT program. Inmate ▮▮▮▮ explained that Inmate King came to Dorm 4B approximately a week ago. He stated that he reached out to him, and they had a meeting where they discussed the requirements of the program, the contract, and what was expected from each participant. He stated that while speaking to Inmate King, nothing of concern came up during that initial interview. He stated that the next morning he asked Inmate King how his day was going. Inmate King told him that he was not feeling great over some personal issues. Inmate ▮▮▮▮ advised that Inmate King did not go into any detail, and Inmate ▮▮▮▮ advised that he gave Inmate King some encouraging words. Inmate ▮▮▮▮ advised that it was either that night or the next day, he overheard some of Inmate King's phone conversations. At that time, he realized that Inmate King's marriage was suffering. Inmate King was upset as he was speaking on the phone. He recalled Inmate King saying, "Please don't leave me!" He also heard Inmate King tell the person that he couldn't do this without her. He assumed Inmate King was talking to his wife.

At approximately 9:30 PM- 10:00 PM on November 15, 2018, Inmate ▮▮▮▮ advised that he stopped into Inmate King's room to see how he was doing. At that time, Inmate King explained to Inmate ▮▮▮▮ that his wife was dating another person. She had told him that was she actually falling for this person; however, she stated that she was not having sexual relations with this person, but Inmate King thought differently. Inmate ▮▮▮▮ advised that he tried to encourage Inmate King, and he replied that he did not think

that he could get through this. He stated that he kept encouraging Inmate King that he could get through all of this. Inmate ▮ stated that Inmate King never said he was going to hurt himself and only thought Inmate King meant getting through the situation with his wife. Inmate ▮ stated that they talked for approximately ten minutes, and he kept telling Inmate King that he can't control what goes on around him, only what goes on in the facility. He stated that Inmate King told him that when he was in Franklin Correctional, he did six months in the ASAT porogam and completed the program. He told him he participated in another ASAT program after Franklin and was removed from the program due to a positive drug trest. Inmate ▮ advised that Inmate King told him that since he had a positive drug test, it was going to elongate his stay in the prison system and he wouldn't be paroled. Inmate ▮ said that Inmate King's wife wasn't happy with that and, according to Inmate King, began having a relationship with someone else.

Inmate ▮ stated after the conversation with Inmate King, he left his room and went to his room to sleep. When he awoke in the morning, he heard that Inmate King had attempted to commit suicide.

A Supporting Deposition was secured from Inmate ▮ and is attached as Enclosure #21 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF INMATE ▮

NYSDOCCS OSI Investigator Mark Stappenbeck interviewed Inmate ▮ regarding this incident.

Inmate ▮ advised that on November 15, 2018, Inmate King had approached him and told him that his wife was going to leave him. He stated that Inmate King was upset, and he asked Inmate King if she had slept with another man. Inmate King told him that she wouldn't tell him because he would become upset. He then asked Inmate King if he had called her, and he told him that she was still accepting his calls. At that time, Inmate ▮ advised that he showed Inmate King the Penal Law section that states that she can't commit adultery as he thought that would help him. Inmate ▮ stated that Inmate King told him that he wasn't supposed to be in prison, and he was only in prison still because of the Suboxone he took. Inmate King stated that he did not know that there was heroin in the Suboxone. Inmate ▮ advised that Inmate King said that he didn't want to do this anymore. Inmate ▮ stated that if he only knew that Inmate King was talking about suicide, he would have told the C.O.'s. Inmate ▮ further stated that as Inmate King was talking to him, he appeared as if he was about to cry.

Inmate ▮ could not offer any additional information that could aid in this investigation.

A Supporting Deposition was secured from Inmate ▮ and is attached as Enclosure #22.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

INTERVIEW OF INMATE ▮

NYSDOCCS OSI Investigator Mark Stappenbeck interviewed Inmate ▮ regarding this investigation.

Inmate ▮ advised that he has been on housing unit 4B for approximately three months. He stated that he did not know Inmate King well, but he heard him arguing on the phone with his wife approximately two days ago. Inmate ▮ advised that he was on the phone next to him, and he overheard him say that his wife was leaving him after twenty-five years of marriage. Inmate ▮ stated that he didn't think Inmate King would commit suicide because comments like that are made every day in prison. He further added that Inmate king never mentioned that he would hurt himself because of his wife leaving him.

A Supporting Deposition was secured from Inmate ▮ and is attached as Enclosure #23 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |
| Narrative | | |

FURTHER INTERVIEWS

The following Inmates who resided in either the same cube as Inmate King or in the adjoining cubes were interviewed and had no information that could aid in this investigation:

Inmate ██████████
Inmate ██████████

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

INTERVIEW OF AMY KING

I interviewed Amy King, wife of the decedent, via telephone regarding the death of her husband.

Amy advised that her husband had mental health issues and had been on and off of depression medications since 2008. She explained that her husband's mother passed away at the end of April 2018, and he was having a hard time with that as well as being incarcerated. She stated that he had prior suicide attempts while in prison. She recalled that her husband told her that he felt like he was never going to get out of prison, and he had recently told her that he couldn't "do this anymore." She explained that she did talk to him about hanging out with friends, and he automatically assumed that she was cheating on him with someone else even though she was not. She advised that she answers every phone call from him numerous times a day and visits him often, but he still didn't understand that she was not cheating on him. She stated that her last visit with him was on Saturday, November 10, 2018. She stated that during one of their recent phone conversations, she told him that he needed to get his act together or else she was leaving him. She stated that she spoke to him last evening, and he asked her if he could call her the following day to which she replied, "Yes."

Amy stated that she has been very involved with NYSDOCCS staff regarding his mental health treatment. She stated that he stopped taking his mental health medications recently even though she tried to tell him that he needed to take them.

Amy declined to provide a Supporting Deposition regarding this death investigation as she stated that her priority at this time was to get her children through the devastating news of the death of their father.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

FURTHER INFORMATION

Midstate Correctional Facility and NYSDOCCS OSI provided the following information regarding Inmate King.

On May 10, 2018, Inmate King was issued a ticket through NYSDOCCS for drug use, which could have hindered his possibility of parole. It should be noted that Inmate King was to appear in front of the Parole Board in January of 2019. He was originally eligible for parole on May 22, 2016. He had a conditional release date of May 22, 2020 and maximum expiration date of May 22, 2024.

Also, Inmate King was noted as a "Level 1S," which meant that he suffers from mental illness. His NYSDOCCS medical records indicated that he has a history of depression and anxiety. On June 3, 2016, he attempted suicide by tying a shoestring around his neck and attached same to the stairwell. During this incident, the shoestring broke, and Inmate King fell, striking his face. A copy of said medical records will be maintained in the case folder.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 11/16/2018 | 11/16/2018 | CRONEISER, LAURA (INV) |

**Narrative**

PRELIMINARY AUTOPSY REPORT

On today's date, I received the Preliminary Autopsy Report from the Onondaga County Medical Examiners Office, which was prepared by Medical Examiner Kristen Landi. The cause of death was "Hanging" and the manner of death was listed as "Suicide." A copy of said report is attached as Enclosure #24 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 12/11/2018 | 12/11/2018 | CRONEISER, LAURA (INV) |

**Narrative**

DEATH CERTIFICATE

On today's date, I received a copy of the Death Certificate from NYSDOCCS OSI Investigator Mercedes Kitchen. Onondaga

County Medical Examiner Kristen Landi listed the Manner of Death to be "Suicide," with the Cause of Death to be "Hanging." A copy of the Death Certificate is carried as Enclosure #25 to this report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/02/2019 | 01/02/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

CASE STATUS

Case is pending the final autopsy report and toxicology report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 02/04/2019 | 02/04/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

AUTOPSY REPORT

On today's date, I received a copy of the final Autopsy Report for Joseph King prepared by Onondaga County Medical Examiner Kristen Landi. The report listed the Manner of Death to be "Suicide" with the Cause of Death to be "Hanging." A full copy of the Autopsy Report is attached as Enclosure #26.

The Toxicology Report indicated that Inmate King's blood was positive for Fluoxetine, Norfluoxetine, Norsertraline, and Mirtazapine. I contacted NYSDOCCS OSI Investigator Mercedes Kitchen who advised that she would contact the appropriate staff to determine if said medication was prescribed to King. A copy of the Toxicology Report is attached as Enclosure #27.

It should be noted that through internet research, it was determined that Norsertraline is a metabolite of Sertraline, and Norfluoxetine is a metabolite of Fluoxetine.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/12/2019 | 03/12/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

NYSDOCCS OSI

I was contacted by Mercedes Kitchen, NYSDOCCS OSI, who advised that upon further investigation, it appeared that Inmate King was prescribed Sertraline and Fluoxetine, but not Mirtazapine. It should be noted that even though the Mirtazapine was not prescribed to King, it does not appear to be a factor that caused his death.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/12/2019 | 03/12/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

NYSDOCCS UNUSUAL INCIDENT REPORT

NYSDOCCS OSI Investigator Mercedes Kitchen provided a copy of the NYSDOCCS Unusual Incident Report reference this incident. The report stated that on November 16, 2018 at approximately 2:50 AM, 4B housing unit C.O. Adam Smaldon heard a loud bang come from the bathroom area. C.O. Smaldon walked into the bathroom and found a towel over one of the stall doors and sneakers on the floor. He asked who was in the stall, but received no response. C.O. Smaldon opened the stall to find that stall empty. He then noticed legs in the adjacent stall. C.O. Smaldon opened the stall door to find Inmate King, DIN 13A3662, sitting on the floor with a shoestring around his neck and said shoestring was tied to the electrical conduit on the ceiling. C.O. Smaldon broke the shoestring and laid Inmate King on the bathroom floor. C.O. Smaldon then removed the remaining garrote from Inmate King's neck. C.O. Smaldon called for a medical response via radio at approximately 2:51 AM. Sgt. Jones was notified and responded to the area. C.O. Smaldon immediately started CPR and 4 Building Rover C.O. Pierson arrived with an AED and first aid kit. The AED was applied by C.O. Pierson at approximately 2:52 AM, and no shock was advised. C.O. Pierson and C.O. Smaldon continued CPR while waiting for medical to respond. C.O. Waninger arrived at approximately 2:53 AM and continued CPR with C.O. Pierson while C.O. Duford held Inmate King's head. The ambulance was called by Sgt. Salvatore at approximately 2:55 AM. RN Plaisime arrived at approximately 2:55 AM and assessed Inmate King. She noted that he appeared cyanotic with a red mark around his neck with no bleeding, no pulse was detected, no respirations, no chest movement, no reflexes, pupils non-reactive, and he did not respond to noxious stimuli nor verbal commands. Inmate King was given oxygen and Narcan twice with no response. The ambulance arrived at approximately 3:25 AM. The ambulance left the facility at approximately 3:40 AM. Inmate King was transported to St. Elizabeth's Hospital by Amcare Ambulance where he was pronounced dead by Dr. Vanessa Brown at 4:20 AM. The report indicated that C.O. Smaldon conducted a count at approximately 2:45 AM, and all Inmates were accounted for in their beds. A cube frisk was conducted and a suicide note was recovered by OSI Stappenbeck. The note was

secured per NYSDOCCS Directive 4910A. Staff notified next of kin.

A copy of the NYSDOCCS Unusual Incident Report is attached as Enclosure #28 of this investigative report.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 03/18/2019 | 03/20/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

AMS MESSAGE- AMENDED

On March 18, 2019, the AMS Message regarding this investigation was amended, and the autopsy results of Inmate King were added. A copy of the Amended AMS Message is attached as Enclosure #29.

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 04/20/2019 | 04/20/2019 | CRONEISER, LAURA (INV) |
| Narrative | | |

CLOSING

On April 20, 2019, SP Marcy BCI Case 8591701 (Suicide) is submitted CLOSED BY INVESTIGATION. Throughout the course of this investigation, it was found that everything regarding this death investigation was found to be consistent with that of a suicide with no evidence or indications of foul play. There is currently no evidence nor property in NYSP custody, and there is no other criteria present that would preclude the submission of this report as FINAL.

EVIDENCE:
None

AMS/IJP MESSAGES:
AMS Message #AMSP1688WW02F sent on 11/16/18.
Amended AMS Message #AMSP1688WW02F sent on 03/18/19.

ENCLOSURES:
1) Supporting Deposition- C.O. Adam Smaldon
2) NYSDOCCS Memorandum- C.O. Adam Smaldon
3) Suicide note left by Inmate Joseph King
4) NYSDOCCS Memorandum- C.O. Adam Pierson
5) NYSDOCCS Memorandum- C.O. Andrew Waninger
6) NYSDOCCS Memorandum- Sgt. David Salvatore
7) NYSDOCCS Memorandum- C.O. Michael Decarlis
8) NYSDOCCS Memorandum- C.O. Kenneth Nelson
9) NYSDOCCS Memorandum- C.O. Timothy Gaiser
10) NYSDOCCS Memorandum- C.O. Gabriel Forward
11) NYSDOCCS Memorandum- C.O. Ronald Duford
12) NYSDOCCS Memorandum- RN Magdalah Plaisime
13) NYSDOCCS Memorandum- Sgt. Aaron Jones
14) NYSDOCCS Memorandum- C.O. Donald Healey
15) Gen'l 34D- Digital Photo Record
16) Supporting Deposition- Dr. Vanessa Brown
17) Supporting Deposition- Zachery Ebersold
18) Gen'l 15- Property Receipt
19) AMS Message #AMSP1688WW02F
20) Supporting Deposition- Inmate ███
21) Supporting Deposition- Inmate ███
22) Supporting Deposition- Inmate ███
23) Supporting Deposition- Inmate ███
24) Onondaga County Medical Examiner's Office Preliminary Autopsy Report- Inmate Joseph King
25) Death Certificate- Inmate Joseph King
26) Onondaga County Medical Examiner's Office Final Autopsy Report- Inmate Joseph King
27) Onondaga County Medical Examiner's Office Toxicology Report- Inmate Joseph King
28) NYSDOCCS Unusual Incident Report 18-0245
29) Amended AMS Message #AMSP1688WW02F

***** SP MARCY BCI CASE SUBMITTED - CLOSED BY INVESTIGATION- NO PPD *****

Report submitted on 04/20/2019.

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) INV LAURA GRONEISER | 78. ID No. 4023 | 79. Supervisor Signature (Include Rank) INV BENJAMIN MILLER | 80. ID No. 4998 |
| 81. Status CLOSED BY INVESTIGATION | 82. Status Date 04/20/2019 | 83. Notified/TOT | |

Solvability Total  0