UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RECEIVED
ATTORNEY GENERAL'S OFFICE
AUG 1 2 2022
CLAIMS & LITIGATION BUREAU
SYRACUSE OFFICE

| | |
|---|---|
| The Estate of Joseph P. King, by and through its Administratrix, Amy King, and Amy King, in her own right, | CIVIL ACTION |
| Plaintiff, | INDEX NO. 9:20-cv-1413 |
| v. | |
| Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; and Marie T. Sullivan, MD, Commissioner, State of New York Department of Mental Health, in her individual capacity Jami Palladino, Mid-State Social Worker, in her individual capacity; Hal Meyers, Mid-State Chief Mental Health Counselor, in his individual capacity; | PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST REQUEST FOR ADMISSION |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION

Pursuant to Rule 36 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of New York, Plaintiffs hereby respond to Defendants' First Requests for Admission dated July 15, 2022.

### RESPONSES

**REQUEST FOR ADMISSION NO. 1**

The audio recording that is date and time stamped November 1, 2018, 10:19a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

1

**RESPONSE TO REQUEST NO. 1**

Plaintiff admits that the audio recording that is date and time stamped November 1, 2018, 10:19a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 2**

The audio recording that is date and time stamped November 1, 2018, 1:54 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 2**

Plaintiff admits that the audio recording that is date and time stamped November 1, 2018, 1:54 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 3**

The audio recording that is date and time stamped November 1, 2018, 3:54 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**RESPONSE TO REQUEST NO. 3**

Plaintiff admits that the audio recording that is date and time stamped November 1, 2018, 3:54 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**REQUEST FOR ADMISSION NO. 4**

The audio recording that is date and time stamped November 13, 2018, 10:57 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 4**

Plaintiff admits that the audio recording that is date and time stamped November 13, 2018, 10:57 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 5**

The audio recording that is date and time stamped November 14, 2018, 10:05 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 5**

Plaintiff admits that the audio recording that is date and time stamped November 14, 2018, 10:05 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 6**

The audio recording that is date and time stamped November 14, 2018, 6:02 p.m., is a telephone conversation between Plaintiff's decedent and his son, Joseph King Jr. and then his daughter, Meghan King, speaks to her father for the remainder of the audio recording.

**RESPONSE TO REQUEST NO. 6**

Plaintiff admits that the audio recording that is date and time stamped November 14, 2018, 6:02 p.m., is a telephone conversation between Plaintiff's decedent and his son, Joseph King Jr.

**REQUEST FOR ADMISSION NO. 7**

The audio recording that is date and time stamped November 14, 2018, 6:33 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 7**

Plaintiff admits that the audio recording that is date and time stamped November 14, 2018, 6:33 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 8**

The audio recording that is date and time stamped November 15, 2018, 9:55 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 8**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 9:55 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 9**

The audio recording that is date and time stamped November 15, 2018, 10:47 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 9**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 10:47 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 10**

The audio recording that is date and time stamped November 15, 2018, 11:30 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 10**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 11:30 a.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 11**

The audio recording that is date and time stamped November 15, 2018, 4:56 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**RESPONSE TO REQUEST NO. 11**

Plaintiff admits to that the audio recording that is date and time stamped November 15, 2018, 4:56 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**REQUEST FOR ADMISSION NO. 12**

The audio recording that is date and time stamped November 15, 2018, 6:49 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**RESPONSE TO REQUEST NO. 12**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 6:49 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**REQUEST FOR ADMISSION NO. 13**

The audio recording that is date and time stamped November 15, 2018, 8:31 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 13**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 8:31 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 14**

The audio recording that is date and time stamped November 15, 2018, 9:42 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 14**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 9:42 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 15**

The audio recording that is date and time stamped November 15, 2018, 10:16 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**RESPONSE TO REQUEST NO. 15**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 10:16 p.m., is a telephone conversation between Plaintiff's decedent and his daughter, Meghan King.

**REQUEST FOR ADMISSION NO. 16**

The audio recording that is date and time stamped November 15, 2018, 10:31 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

**RESPONSE TO REQUEST NO. 16**

Plaintiff admits that the audio recording that is date and time stamped November 15, 2018, 10:31 p.m., is a telephone conversation between Plaintiff and Plaintiff's decedent.

Dated: August 9, 2022

                                                Respectfully submitted,

                                                */s/ Yamile Kalkach*
                                                Hillary Nappi, Esq.
                                                Yamile Kalkach, Esq.
                                                HACH ROSE SCHIRRIPA & CHEVERIE, LLP
                                                112 Madison Avenue, 10th Floor
                                                New York, New York 10016
                                                Tel: (212) 213-8311
                                                hnappi@hrsclaw.com
                                                ykalkach@hrsclaw.com
                                                Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, do hereby certify that on the August 9, 2022 a true and correct copy of the above and foregoing was served by regular mail to the following address:

New York State Attorney General – Syracuse Regional Office
Assistant Attorney General
Aimee Cowan
300 South State Street Suite 300
Syracuse, NY 13202
Tel: (315) 448-4800
*Attorney for defendants*

/s/ *Yamile Kalkach*
Yamile Kalkach



Yamile K[...]
Hach Rose [...]
112 Madison Ave, 10th Floor
New York, NY 10016

US POSTAGE PITNEY BOWES
ZIP 10016
02 7H
0006028603
$001.68⁰
AUG 09 2022
FIRST-CLASS

RECEIVED
ATTORNEY GENERAL'S OFFICE
AUG 1 2 2022
CLAIMS & LITIGATION BUREAU
SYRACUSE OFFICE

New York State Attorney General
Syracuse Regional Office
300 South State Street
Suite 300
Syracuse, NY 13202

Attn: Aimee Cowan - Assistant Attorney General