Page 1

Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK


THE ESTATE OF JOSEPH P. KING, et al,

    Plaintiffs,

v                              Index No.:  9:20-CV-1413

ANTHONY J. ANNUCCI, et al,

    Defendants.

_____X

         DEPOSITION OF: AMY KING

         DATE:          March 18, 2022

         TIME:          10:01 a.m. to 12:13 p.m.

         VENUE:        WebEx


Reported by Howard Hubbard

Page 2

1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2   APPEARANCES:

3       FOR THE PLAINTIFF:

4           HACH ROSE SCHIRRIPA & CHEVERIE, L.L.P.

5           BY:  HILLARY NAPPI, ESQ.

6           112 Madison Avenue

7           New York, New York 10016

8       FOR THE DEFENDANTS:

9           OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

10          BY:  AIMEE COWAN, A.A.G.

11          300 South State Street, Suite 300

12          Syracuse, New York 13202

13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2          I N D E X   O F   P R O C E E D I N G S

3    AMY KING: Sworn

4    Direct Examination by Ms. Cowan                          5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                          STIPULATIONS

3         It is HEREBY STIPULATED by and among the attorneys

4   for the respective parties, in accordance with the Federal

5   Rules of Civil Procedure, that this deposition may be

6   taken by the Defendant at this time, pursuant to subpoena;

7         FURTHER STIPULATED, that all objections except as to

8   the form of the questions and responsiveness of the

9   answers, be reserved until trial;

10        FURTHER STIPULATED, that the witness may read and

11  sign the deposition and make any corrections to same

12  before any Notary Public;

13        AND FURTHER STIPULATED, that if the original

14  deposition has not been duly signed by the witness and

15  returned to the attorney taking the deposition by the time

16  of trial or any hearing in this cause, a certified copy of

17  the deposition may be used as though it were the original

18

19

20

21

22

23

24

25

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2                     (The deposition commenced at 10:01

3          a.m.)

4                     THE REPORTER:  Okay.  Can the witness

5          please raise your right hand?

6                     Do you swear or affirm that the

7          testimony you're about to give will be the truth, the

8          whole truth, and nothing but the truth?

9                     MS. KING:  Yes.

10                    WITNESS; AMY KING; Sworn

11                    THE REPORTER:  Can you please state

12         your name for the record?

13                    THE WITNESS:  Amy King.

14                    THE REPORTER:  Okay.  Thank you.  You

15         can put your hand down now.

16                    Your -- your witness is sworn.

17                    MS. COWAN:  Thank you.

18                    DIRECT EXAMINATION

19                    BY MS. COWAN:

20                    Q.   Good morning, Ms. King.

21                    A.   Good morning.

22                    Q.   Can you hear me okay?

23                    A.   Yes.

24                    Q.   Okay.  If you can't hear me or if

25         we glitch out or something, please let me know
```

Associated Reporters Int'l., Inc.

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         immediately and -- and we will figure it out.  Okay?
 3                        A.    Okay.
 4                        Q.    My name is Aimee Cowan.  I
 5         represent the Defendants in the lawsuit that you and
 6         your attorney have filed.  I have a few questions for
 7         you today about this lawsuit.  A few ground rules.
 8         Number one, if I ask a question, and it doesn't make
 9         sense to you, please let me know.  I can rephrase it
10         for you.  Okay?
11                        A.    Yes.
12                        Q.    If you could just make sure that
13         your answers are audible, no shaking your head or
14         saying uh-huh, just so we can get a clear record.
15         Okay?
16                        A.    Yes.
17                        Q.    And then, lastly, this might be a
18         little hard, because we're doing this virtual, but if
19         you could just make sure you let me finish asking my
20         question before you start answering, that way we're
21         not speaking over each other.  Okay?
22                        A.    Yes.
23                        Q.    Can you please state your full
24         name again for me?
25                        A.    Amy Lynn King.
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                      Q.    Are there any other names that
 3    you've gone by?
 4                      A.    My maiden name, in the past.
 5                      Q.    Which was?
 6                      A.    Which was Sickles, S-I-C-K-L-E-S.
 7                      Q.    Okay.  And what is your date of
 8    birth?
 9                      A.    ███████████ .
10                      Q.    Are you on any medications today
11    that could affect your ability to testify?
12                      A.    No.
13                      Q.    Have you drank any alcohol today?
14                      A.    No.
15                      Q.    Other than your attorney, have
16    you discussed this deposition with anybody else?
17                      A.    No.  I mean, the couple family
18    members that met with the lawyer, the very first day,
19    know of it, but I haven't discussed anything going on
20    since then.
21                      Q.    What other family members met
22    with your attorneys?
23                      A.    The very -- it was just the very
24    first day to see if they would take my case, and that
25    was two of my sister-in-laws.  Do you want their
```

1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2        names?

3                        Q.    Sure.

4                        A.    Beverly Mattison, Susan

5        McCloskey, my daughter Megan King, and her cousin

6        Jeannie McBride.

7                        Q.    Okay.  Did you review anything in

8        preparation for this deposition?

9                        A.    Review?

10                       Q.    Did you look over any documents,

11       anything like that?

12                       A.    No.

13                       Q.    Okay.  Are you currently married?

14                       A.    No.

15                       Q.    Were you previously married to

16       Joseph King?

17                       A.    Yes.

18                       Q.    When did you -- when did you

19       actually meet him?

20                       A.    In 1992, after I graduated, so

21       like July 1992.

22                       Q.    And when did you officially start

23       a relationship with him?

24                       A.    It just kept going.

25                       Q.    Okay.

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                          A.    It's just from there on.

3                          Q.    You were sort of in a

4     relationship, I guess, essentially after 1992 when

5     you graduated?

6                          A.    Yes.  We started seeing each

7     other and then we just stayed together.

8                          Q.    Okay.  When did you get married?

9                          A.    In August 14th, 1999.

10                         Q.    Were you ever legally divorced

11    from him?

12                         A.    No.

13                         Q.    And I -- I know you mentioned you

14    have a daughter.  How many children do you have?

15                         A.    Two.

16                         Q.    How old are your children today?

17                         A.    Twenty-three and twenty-eight.

18                         Q.    And I think you mentioned you had

19    a daughter named Megan?

20                         A.    Yes.

21                         Q.    Is she twenty-eight or twenty-

22    three?

23                         A.    Twenty-eight.

24                         Q.    Okay.  And what is the other

25    child's name?

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        A.   Joseph King, Jr.
 3                        Q.   And he is twenty-three?
 4                        A.   Yes.
 5                        Q.   Where do they live?
 6                        A.   They live in Clifton Park.
 7    Joseph, Megan, and Joseph's girlfriend share an
 8    apartment and split the expenses.
 9                        Q.   How long have they lived there
10    under that arrangement?
11                        A.   They moved back down this way in
12    -- it's been a couple of years.
13                        Q.   Okay.  And are they employed?
14                        A.   My daughter is, right now.  My
15    son is not, at the moment.
16                        Q.   Where is your daughter employed?
17                        A.   She is a court clerk for the Town
18    of North Greenbush.  And that job, she just started.
19                        Q.   Okay.  And where was she employed
20    prior to that position?
21                        A.   Walgreens, in Saratoga.
22                        Q.   Do you know how long she was
23    employed at Walgreens?
24                        A.   Oh, yes, because before she
25    moved, she was in -- she transferred, so I'm just
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         going to say five years, but she was there a while.
 3                    Q.   Okay.  So at -- at least five
 4         years, probably longer?
 5                    A.   Yes.
 6                    Q.   All right.  And you said your son
 7         is currently unemployed?
 8                    A.   Yes.
 9                    Q.   When was the last time he was
10         employed?
11                    A.   Well, he's doing -- right now,
12         he's doing Grubhub, but he was at Price Chopper maybe
13         a few months ago.
14                    Q.   Okay.  And how long was he at
15         Price Chopper for?
16                    A.   Oh, god, not long.  I'm not quite
17         sure, but he's trying to find that job right now, so.
18                    Q.   Okay.  What is his highest level
19         of education?  Did he graduate high school?
20                    A.   Yes.
21                    Q.   All right.
22                    A.   And then he started -- he did a
23         year of college, and then he came back home.
24                    Q.   Got you.  And as for your
25         daughter, what is her highest level of education?
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                    A.    Bachelor's degree in criminal
 3       justice.
 4                    Q.    At some point, your husband,
 5       Joseph King, he was incarcerated; correct?
 6                    A.    Yes.
 7                    Q.    And -- and what year was he
 8       actually incarcerated?
 9                    A.    Do you mean when he first went to
10       jail or prison?
11                    Q.    When he first went to jail?
12                    A.    That was in 2012, January 2nd.
13                    Q.    Okay.  So that was about ten
14       years ago?
15                    A.    Yes.
16                    Q.    So let's see.  Your son would
17       have been thirteen; your daughter would have been
18       eighteen?
19                    A.    Yeah, she was in high school -- I
20       mean twelfth grade.
21                    Q.    And were both your children
22       living at -- in your home at the time?
23                    A.    Yes.
24                    Q.    Prior to his incarceration -- and
25       I'm about to ask you a few questions that are a
```

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2         little broad, I guess, so let me --
3                   A.   Yeah.
4                   Q.   -- know if you understand them or
5         not.  Prior to his incarceration, what kind of father
6         was Mr. King to your son and daughter?
7                   A.   He was a good father.  He went to
8         any school function, any open house, teacher
9         conferences.  Even if he worked all night, he picked
10        them up from school.  He drove them to school.  We
11        went on vacations.  He was a very involved father.
12        They were close to him.
13                  Q.   What about helping out around the
14        house, did he do anything in that regard?
15                  A.   Yes.  Yes, he did.
16                  Q.   Okay.
17                  A.   Yes, he -- if I was working and
18        he wasn't, he'd clean.  All the -- you know, anything
19        that had to do with fixing the cars or yard work or
20        anything like that, he did shoveling.
21                  Q.   Anything else?
22                  A.   As far as -- as far as --?
23                  Q.   As far as helping out around the
24        house, helping you out, helping the kids out,
25        anything like that?
```

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2                        A.   Oh, yeah, I mean, he -- he helped
3         them if they -- they needed help with homework, or he
4         -- I mean, he would do dishes, vacuum, cook, as far
5         as that kind of stuff.  Otherwise, I mean, as far as
6         playing with them, yes, he played with them.  I mean,
7         he took them swimming.  He took them to parks.  He
8         took them and their friends to concerts, just normal
9         family things.
10                       Q.   And your children, are they both
11        the biological children of Mr. King?
12                       A.   Yes.
13                       Q.   Okay.  Where do you currently
14        reside?
15                       A.   In East Greenbush, New York.
16                       Q.   And how long have you lived
17        there?
18                       A.   Maybe two and a half years, could
19        be three.
20                       Q.   Okay.  So since approximately
21        2019, 2020?
22                       A.   Yes -- yes.
23                       Q.   And who lives there with you,
24        currently?
25                       A.   Right now, my boyfriend and I.
```

Page 15

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        Q.    What is your boyfriend's name?
 3                        A.    Martin Johns.
 4                        Q.    How long has he lived with you at
 5    that address?
 6                        A.    Well, I moved in here, so for as
 7    long as I moved down here.
 8                        Q.    Okay.  So he's lived with you for
 9    about two and a half years?
10                        A.    Yes.
11                        Q.    Two and a half, three years?
12                        A.    Yes.
13                        Q.    Prior to your East Greenbush
14    address, where did you live?
15                        A.    In Port Henry, New York.
16                        Q.    And is that where you lived with
17    Mr. King?
18                        A.    Yeah -- yes, that's where I lived
19    since I met him.  All his family is from up there.
20    All of my family is here.
21                        Q.    In East Greenbush?
22                        A.    Yes.
23                        Q.    All right.  Got you.  Okay.  So
24    the address in Port Henry, what was that address?
25                        A.    2 Jackson Street.
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        Q.   And you said you lived there
 3         since 1992-ish?
 4                        A.   Yes -- yes.  I mean, there was
 5         the year we moved down to North Greenbush, but then
 6         we went back up.
 7                        Q.   All right.  Any plans to move
 8         anywhere else in the near future?
 9                        A.   Out of the area, no.  I mean, I
10         don't know if I would get another place, but no, I'm
11         not moving away.
12                        Q.   You're not moving out of the
13         state or anything like that?
14                        A.   No.
15                        Q.   What is the highest level of
16         education that you have achieved?
17                        A.   I have an associate's degree in
18         mental health and I have a year towards my bachelor's
19         degree.
20                        Q.   And where did you get your
21         associate's degree?
22                        A.   North Country Community College.
23                        Q.   What year did you get that
24         degree?
25                        A.   Oh, boy.  I want to say like
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        2002.  I don't know the exact date.
 3                  Q.   Okay.  I think you said it was in
 4        mental health?
 5                  A.   Uh-huh.
 6                  Q.   Okay.
 7                  A.   Yes.
 8                  THE REPORTER:  Yeah, I need a yes, or
 9        a no.
10                  THE WITNESS:  Yes.
11                  THE REPORTER:  I need a yes or no to
12        the last -- thank you.
13                  THE WITNESS:  Yes.
14                  MS. COWAN:  Sorry.
15                  BY MS. COWAN:  (Cont'g.)
16                  Q.   And that was a two-year degree?
17                  A.   Yes.
18                  Q.   Did you specialize in any
19        particular area of mental health with that degree?
20                  A.   It was just community mental
21        health, a lot of social services classes, counseling,
22        things like that.
23                  Q.   And I -- I think you said you
24        have some -- some further degree and -- and your
25        bachelor's?
```

Associated Reporters Int'l., Inc.

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                      A.    Uh-huh.
 3                      Q.    Can you tell me about that?
 4                      A.    Yes.  That was for child and
 5         family services, childcare management.
 6                      Q.    And where did you get that degree
 7         from?
 8                      A.    I didn't finish it, but
 9         Plattsburgh State.
10                      Q.    Okay.  How far are you from
11         attaining that bachelor's degree?
12                      A.    Maybe a year, year and a half.
13                      Q.    Do you have any professional
14         certifications or licenses or anything like that?
15                      A.    Just a certified teaching
16         assistant.
17                      Q.    When you do get that certificate?
18                      A.    I've had it for like twenty
19         years, so maybe -- oh, 2005.
20                      Q.    And where did you get that
21         certificate from?
22                      A.    From the New York State Teachers
23         -- whatever the -- what is that -- it's through New
24         York State -- through the New York State teaching --
25         I'm just going -- sorry, I'm going blank.
```

```
 1     Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                    Q.    That's okay.
 3                    A.    Wherever you get it from the New
 4          York State teaching.
 5                    Q.    What did you need to do to obtain
 6          that certification?
 7                    A.    I already had the college credits
 8          and then I was working in the field, so.
 9                    Q.    Okay.
10                    A.    I just had to apply for it and I
11          got it.
12                    Q.    Have you ever been convicted of a
13          crime?
14                    A.    No.
15                    Q.    Are you currently employed?
16                    A.    Yes.
17                    Q.    Where are you employed?
18                    A.    I am employed for Achievements
19          Preschool and also St. Kateri School.
20                    Q.    And what position do you have at
21          Achievements Preschool?
22                    A.    I'm a teaching assistant, and I'm
23          currently taking over for the special education
24          teacher until they hire a new one.
25                    Q.    Okay.  How many hours do you work
```

Page 20

```
 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2         at the preschool?
 3                     A.   Just for them -- I mean, our
 4         preschool is inside the Catholic school, so I do
 5         before-care, then I do my regular hours for the
 6         preschool, and then I stay for after-school for the
 7         Catholic school.  So I'm there ten hours a day, seven
 8         to five.
 9                     Q.   Okay.  And how long have you
10         worked for that preschool?
11                     A.   Since 2019, because I got that
12         job -- like, I got that job and then I moved down
13         here.
14                     Q.   Where did you work prior to that
15         preschool?
16                     A.   Children's Development Group
17         inside Ticonderoga Elementary School.
18                     Q.   As a teaching assistant?
19                     A.   Yes.
20                     Q.   How long were you at that
21         particular place?
22                     A.   Nine years.
23                     Q.   I think you said you also worked
24         at St. Kittery?
25                     A.   Kateri.
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        Q.    Kateri?
 3                        A.    Yes, it's a Catholic school.
 4                        Q.    And what are your hours at that -
 5   - at St. Kateri?
 6                        A.    Well, I'm there all day because
 7   our special education preschool children are
 8   integrated with their teacher and they're typically
 9   functioning preschoolers.  So I'm there from seven to
10   five, but I'm only employed by them from seven to
11   eight in the morning, and then three to five in the
12   afternoon.
13                        Q.    Okay.  I got you.  I think you
14   said that your husband was initially incarcerated in
15   2012?
16                        A.    Yes, that's when -- January 2nd
17   was the first time he got arrested, yes.
18                        Q.    All right.  Did he spend any time
19   outside of prison before then going back to prison?
20                        A.    Yes, he was in the Essex County
21   Jail for fourteen months.  And then he got to come
22   home for -- let's see.  He came home in March, went
23   back in May, so he got to come home for a few months
24   before going back in August of 2013.
25                        Q.    Okay.
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                    A.   That's when he got sentenced to
 3         prison.
 4                    Q.   What is his date of birth?
 5                    A.   June 3rd, '68.
 6                    Q.   Prior to 2012 when he went to
 7         jail, or -- yeah, when he went to jail, was your
 8         husband employed?
 9                    A.   Yes.
10                    Q.   Where was he employed?
11                    A.   Walmart in Ticonderoga, New York,
12         doing maintenance.
13                    Q.   How long was he employed there?
14                    A.   A while, maybe like three years.
15                    Q.   Why does his employment end at --
16         at Walmart?
17                    A.   Because he got arrested.
18                    Q.   Prior to Walmart, did he work
19         anywhere else?
20                    A.   Yes, he did.  He worked for the
21         Essex County A.R.C., Mountain Lake Services.
22                    Q.   How long did he work there?
23                    A.   A long time, ten years plus --
24                    Q.   What was his position there?
25                    A.   -- is my estimate.  Support staff
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         -- direct support staff professional.
 3                        Q.   And was he ever disciplined or
 4         fired from either of those jobs?
 5                        A.   He was fired from Mountain Lake
 6         Services in 2008.
 7                        Q.   Why is that?
 8                        A.   Well, the supervisor that was at
 9         the house he worked in at the time claimed that she
10         smelled marijuana in the garage.  But she never saw
11         anything like where he'd go out and take a break.
12         And that's why he got let go.
13                        Q.   Okay.  So someone accused him of
14         smoking marijuana on the job and then he was fired?
15                        A.   On the grounds, yes.
16                        Q.   Okay.  Any other disciplinary
17         issues at either of those jobs?
18                        A.   No.
19                        Q.   What was Mr. King's educational
20         background?
21                        A.   He had his high school diploma
22         and he started going to college for criminal justice.
23                        Q.   When did he graduate from high
24         school?
25                        A.   '88.
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                          Q.    Where did he graduate from?

3                          A.    Moriah Central School.

4                          Q.    And you said he had some college?

5                          A.    Yes.

6                          Q.    When did he start going to

7        college?

8                          A.    Somewheres between '92 and '94.

9                          Q.    How many college courses did he

10       complete?

11                         A.    I'm not sure.

12                         Q.    But he didn't complete his

13       degree; right?

14                         A.    No, he did not.

15                         Q.    Do you know why he didn't?

16                         A.    I think it's just because we

17       started seeing each other and we were together all

18       the time.  I mean, we were young and I ended up

19       getting pregnant, and he just didn't go back.

20                         Q.    Other than his high school

21       diploma, some college, any other certifications or

22       licenses, or anything like that?

23                         A.    Yes.  In high school, I think he

24       got his auto mechanic certification.

25                         Q.    Where did he attend college for

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         that brief period of time?
 3                        A.    North Country Community College.
 4                        Q.    Prior to his incarceration in
 5         2012, did Mr. King treat with any mental health care
 6         professionals?
 7                        A.    Yes.
 8                        Q.    Where did he treat?
 9                        A.    Do you mean he was in treatment
10         or just receiving treatment?
11                        Q.    Both.
12                        A.    He was seeing his doctor at
13         Ticonderoga Health Center.  And he was also going to
14         Essex County Mental Health in Elizabethtown, New
15         York.  A couple of times, he didn't feel right and he
16         went to -- trying to think of the -- Plattsburgh
17         Hospital, I'm trying to think of what it's called.
18         I'm not sure if it's -- the hospital in Plattsburgh.
19         There's only one.  I'm not sure if it's Champlain
20         Valley.  But he had went up there and reached out for
21         help.
22                        I'm trying to think where else, it was
23         so long ago.  Plattsburgh -- that's all I can
24         remember.
25                        Q.    Okay.  Was he ever diagnosed
```

Page 26

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         specifically with any mental health issues?
 3                    A.   Yes, anxiety and depression.
 4                    Q.   Okay.  With respect to the doctor
 5         on Ticonderoga that you mentioned, was that a primary
 6         care doctor?
 7                    A.   Yes.
 8                    Q.   When did he start treating with
 9         that doctor for mental health issues?
10                    A.   It was after he was fired from
11         his job, so I'm going to estimate 2008, 2009.
12                    Q.   All right.  And how long did he
13         treat with the doctor from Ticonderoga?
14                    A.   Straight up until he got
15         arrested.
16                    Q.   Okay.  So up to 2012?
17                    A.   Yes.  And then he --.
18                    Q.   Do you remember the doctor --?
19                    A.   Sorry.
20                    Q.   Sorry.  I'm talking over you now.
21                    Do you remember the doctor's name in
22         Ticonderoga?
23                    A.   He seen a couple, but I believe
24         one of them was Robert Berrick.  Because the way it
25         was at Ticonderoga Health Center is, like, a lot of
```

Page 27

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         times your doctor wasn't available, so they'd give
 3         you someone else.  So he's probably seen a few.
 4                    Q.   Okay.  Okay.  So he saw people in
 5         that practice?
 6                    A.   Yes.
 7                    Q.   All right.
 8                    A.   Yes.  It was -- it was
 9         Ticonderoga Health Center, but it's called Hudson
10         Headwaters.
11                    Q.   And did he start seeing those
12         doctors because he was fired?
13                    A.   Because of the way he was feeling
14         -- he was starting to feel after he got fired.  He
15         was starting to feel depressed and down and not
16         right.
17                    Q.   Did any doctor in that practice
18         diagnose him with anxiety and depression?
19                    A.   Yes.
20                    Q.   Did anyone in that practice
21         prescribe him any medications?
22                    A.   Yes.
23                    Q.   What did they prescribe him?
24                    A.   He was prescribed a lot of
25         medications, on and off, like trying different ones.
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        Oh boy, I wish I -- I wish I had them in front of me.
 3        He had Zoloft.  At one point, they gave him Xanax.  I
 4        know they gave him stuff to sleep, different --
 5        different common named anxiety and depression
 6        medications.  I know he was on Celexa.  It was like
 7        trial and error.  They were always changing his
 8        medications.
 9                    Q.   And why were they always changing
10        his medications?  Were they not helping or working,
11        according to him?
12                    A.   Yes.
13                    Q.   Now, you mentioned Essex County
14        Mental Health in Elizabethtown; correct?
15                    A.   Uh-huh.
16                    Q.   And when did he treat there?
17                    A.   Just in the same timeframe.  I'm
18        sorry; I don't know exact date.
19                    Q.   So 2008 to 2012?
20                    A.   Yes.
21                    Q.   All right.  Do you know who we
22        saw at Essex County?
23                    A.   I don't.  It was a lady.  It's a
24        small place.  But I don't know her name.
25                    Q.   Did anyone from that facility
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2         prescribe him any medications?

3                        A.   I believe so, yes.

4                        Q.   How many times did he go there?

5    Any -- any clue how often he was going to Essex

6    County Mental Health?

7                        A.   At least once a week.

8                        Q.   Okay.  What services did he

9    receive there, was it like a counseling session or a

10   psychologist saw him?

11                       A.   No, it wasn't a psychologist.

12   Just a mental health counselor.

13                       Q.   So he was going to see a doctor

14   at Ticonderoga -- sorry -- at Hudson -- you said

15   Hudson Headquarters?

16                       A.   Headwaters.

17                       Q.   Headwaters?

18                       A.   Yeah.

19                       Q.   And Essex County Mental Health at

20   the same time?

21                       A.   Yes -- yes.  I think he -- I mean

22   -- yes.  I don't know how else to describe that.

23                       Q.   So how often per week was he

24   seeing someone for mental health counseling?

25                       A.   Probably once.

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        Q.   So once a week?
 3                        A.   Once a week, and then when he
 4         needed to go to the doctors, he would go to the
 5         doctors.  But I mean mental health knew what he was
 6         taking from the doctors.  They had his records.
 7                        Q.   Right.  And that was between the
 8         time period of 2008 and 2012?
 9                        A.   Yeah, everything was right in
10         that timeframe.
11                        Q.   Now, you said he went to the
12         hospital in Plattsburgh when he didn't --
13                        A.   Yes.
14                        Q.   -- feel right?
15                        A.   Yes.  I can only say that,
16         because I don't know what that feels like, is he was
17         always saying he didn't feel right in the head.  Now,
18         before he met me, he had a head injury.  And he had a
19         head injury even while I was with him.  So I don't --
20         I'm not sure if the traumatic brain injury played a
21         part.
22                        But he was always saying he didn't
23         feel right in the head.  So his sister took him up to
24         the hospital, to the mental health unit.  And they
25         always just sent him home with a prescription.  They
```

Associated Reporters Int'l., Inc.

```
1     Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2          didn't keep him.
3                         Q.   How often did he go up to the
4          Plattsburgh hospital for that reason?
5                         A.   He probably went up there at
6          least three times.
7                         Q.   Do you know when that was?
8                         A.   Just in the same -- all before,
9          from when he lost his job, to getting arrested.
10                        Q.   So in the time between 1992 and
11         2008, did Mr. King treat anywhere for any mental
12         health issues?
13                        A.   No.
14                        Q.   When you first met him, did he
15         have any mental health complaints?
16                        A.   No.
17                        Q.   So his first complaints of -- of
18         mental health issues came in 2008 after he was fired?
19                        A.   That's what I was aware of, yes.
20                        Q.   Now, you said that he had a
21         couple of head injuries; correct?
22                        A.   Yes.
23                        Q.   You said --
24                        A.   Yes.
25                        Q.   -- one happened before you met
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2        him?

3                        A.   He was in a four-wheeler

4        accident.  I believe he was still in high school, and

5        he hit a cement wall.  He was in a coma for a couple

6        of weeks.

7                        Q.   Is this based on what he told

8        you?

9                        A.   No, not just based on what he

10       told me.  I -- I have the medical records, also.

11                       Q.   Okay.

12                       A.   Just him, his family, everyone,

13       just what I've always known.

14                       Q.   Was he diagnosed with a traumatic

15       brain injury at that point?

16                       A.   I'm not sure if he was at that

17       point.  I -- I was never known of at least.

18                       Q.   Do you know if he treated with

19       any neurologist or any other medical professionals?

20                       A.   We -- we did go to a neurologist

21       at one point, and I cannot remember the time, but I

22       can tell you it was in Burlington, Vermont.

23                       Q.   Okay.  Was he still treating with

24       that person when you met him?

25                       A.   No.

Page 33

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        Q.    And you said --?

3                        A.    After.

4                        Q.    Sorry; go ahead.

5                        A.    I'm sorry.  He went back again,

6         after.  Over time, when he went to the doctors and

7         with this head and stuff, they sent him back.

8                        Q.    Okay.  When was that?

9                        A.    It was in that same timeframe.

10        I'm sorry.  I mean, I'd have to look up -- look back

11        into his medical records to see.

12                       Q.    What about -- you mentioned that

13        he had a second head injury when you were with him?

14                       A.    Yes.  And that was in 2008 and of

15        which he stayed off a four-wheeler accident, but one

16        day he took my daughter's four-wheeler for a ride and

17        took a turn too sharp and the handlebars landed on

18        his head.

19                       Q.    What were his injuries from that

20        accident?

21                       A.    Just a concussion, like scraped

22        head -- oh, I apologize.  And there was an incident -

23        - another incident before I met him of a serious head

24        injury.

25                       Q.    Okay.  So there was one incident

Page 34

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        where he was on a four-wheeler in high school where
 3        he had --
 4                    A.   Yes.
 5                    Q.   -- a head injury?
 6                    A.   Yes.
 7                    Q.   And then there was another
 8        incident before you met him?
 9                    A.   Yes.  He was crossing the street
10        and a snowplow hit him -- hit him right in the head.
11                    Q.   What were his injuries from that
12        incident?
13                    A.   I believe he just -- he was in
14        the hospital.  He wasn't in a coma.  He had a scar
15        right here.  I'm not sure.
16                    Q.   Okay.  Then you said he had
17        another four-wheeler incident in 2008?
18                    A.   Yes.  And that was the one where
19        the four-wheeler -- the handlebars landed on his head
20        and he got a concussion.
21                    Q.   Was he unconscious, in a coma for
22        any period of time after that?
23                    A.   No.
24                    Q.   With respect to that 2008
25        accident, did that affect his ability to work after
```

Page 35

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         that?
 3                        A.   It didn't affect his ability to
 4         work -- ability to work.
 5                        Q.   So there weren't any doctors that
 6         told him, hey, listen, you really can't do any manual
 7         labor, or -- or anything to that effect?
 8                        A.   No.
 9                        Q.   Did it affect his relationship
10         with you or -- or the kids at all?
11                        A.   No.  I mean, it was stressful,
12         but it didn't affect our relationship.
13                        Q.   Was he in the hospital for any
14         period of time after that accident?
15                        A.   Just that night.
16                        Q.   Did it affect his behavior in any
17         way?
18                        A.   No.  I mean, he was embarrassed
19         and he felt guilty, and he bought the kids a puppy.
20         But, yeah, otherwise, no.
21                        Q.   Okay.  Now, did you ever attend
22         any counseling or therapy sessions with your husband?
23                        A.   No.  When he was out -- not
24         counseling or therapy sessions.  When he was out on
25         bail from before he got sent to prison, I did go to -
```

Page 36

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2        - because he was attending St. Joe's and he was
3        attending all the A.A. meetings and everything.  I
4        did go to one of those with him, but not any mental
5        health sessions or therapy.
6                    Q.   So you mentioned A.A. which is
7        Alcoholics Anonymous?
8                    A.   Yes.
9                    Q.   Did Mr. King have substance abuse
10       issues?
11                   A.   He did drink.  He didn't drink
12       every day, but when he did drink, he would -- I want
13       to -- I don't -- I'm not sure how to answer this.  He
14       drank, but not every day.
15                   Q.   Okay.  Was alcohol involved in
16       the 2008 four-wheeler incident?
17                   A.   Yes.
18                   Q.   Do you know how much he had drank
19       before that incident happened?
20                   A.   No, I don't because I had taken
21       my kids to the movies that day.
22                   Q.   Okay.  Was your husband ever
23       arrested for anything related to any substance use?
24                   A.   If -- not to my knowledge.  If he
25       was, then I had no clue that he was.

Page 37

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                    Q.   Okay.  What about any driving

3       while impaired, driving while intoxicated, anything

4       like that?

5                    A.   No.

6                    Q.   Did he have any substance abuse

7       issues with respect to drugs?

8                    A.   He smoked pot every once in a

9       while.  It was not around --.

10                   Q.   Was he ever --?

11                   A.   I'm sorry.  Go ahead.

12                   Q.   Go ahead.

13                   A.   Not around us, so as far as how

14      often?  I don't know, but I mean, because he didn't

15      do it in the house, so.

16                   Q.   Was he ever arrested for

17      possessing any narcotics or recreational drugs?

18                   A.   No.

19                   Q.   Now, you mentioned A.A.  Did he

20      do any substance abuse programs prior to 2012?

21                   A.   No.

22                   Q.   Why was he enrolled in the A.A.

23      program after he was incarcerated?

24                   A.   He was trying to just do

25      everything he could do.  Just -- I mean, it was a

Page 38

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2             wake -- well, I was told it was a wake-up call, and

3             he was just trying to do everything he could do

4             before he was going back to prison.

5                        Q.   You said you were told it was a

6             wake-up call.  Who -- who told you?

7                        A.   I mean, he told me -- the way I

8             believed it was that, you know, because he was so

9             sorry and everything, and that he just felt he needed

10            to do everything he needed to do before he goes to

11            prison.

12                       Q.   Okay.  Prior to 2012, did his

13            alcohol use affect his relationship with you or with

14            the kids?

15                       A.   It never affect with the kids.

16            Where it affected me, but I come from a family where

17            nobody drinks and I don't drink.  So even if he's

18            drinking a little, of course, it bothers me.  But

19            nothing to the point where we were separating or

20            divorcing or anything like that.  But was it

21            stressful?  Yes.

22                       Q.   How often did he drink prior to

23            2012?

24                       A.   Like if he was off on the

25            weekend, he'd have some drinks, or if we were to go

```
 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2         to a wedding or something, he would have drinks.
 3         It's just when he did drink, he would drink a lot.
 4                        Q.   And you said it was stressful for
 5         you when he did drink?
 6                        A.   If he drank a lot, yes, just
 7         because I don't -- I don't drink so I don't want to
 8         be around somebody, whether they're being nice or I
 9         just -- who wants to be around someone like that.
10                        Q.   Okay.  When he would drink, was
11         his behavior stressful to you?
12                        A.   Yes, just because you can't have
13         a conversation with somebody who's drinking.  But he
14         didn't do anything to us or -- you know, I mean, the
15         kids didn't pay attention.  So it wasn't anything.
16         There were no fights or anything.  It was just I
17         didn't like --.
18                        Q.   And you said that -- go ahead.
19                        A.   No, it's just like I didn't like
20         it.  That's all.
21                        Q.   You said that he smoked pot
22         occasionally, prior to 2012?
23                        A.   Right.  Yes.
24                        Q.   How -- how often would you say he
25         smoked pot?
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        A.   Maybe I shouldn't have said

3    occasionally, but a few times a week.

4                        Q.   Okay.  Did it bother you that he

5    smoked pot a few times a week?

6                        A.   No, because he didn't do it

7    around us.

8                        Q.   Did he have any issues with any

9    other recreational drugs, any other substances?

10                        A.   No.  If he did, it's a surprise

11    to me.

12                        Q.   Other than the three incidents

13    that we talked about, the two --

14                        A.   Yes.

15                        Q.   -- before you met him and the one

16    after you met him, any other head injuries that you

17    know of?

18                        A.   I know he went skiing once and he

19    hit a tree, but I mean, I wasn't there.  I don't

20    think it was anything he -- where he had to go to a

21    hospital or anything like that.  So that -- those are

22    the only three that I am aware of.

23                        Q.   Okay.  That incident with skiing,

24    do you know when that happened?

25                        A.   No, I don't.

Associated Reporters Int'l., Inc.

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

 2                    Q.   Was he ever prescribed any

 3    painkiller pills or anything that you knew of to be a

 4    painkiller prior to 2012?

 5                    A.   I'm sure he was, but nothing that

 6    stood out to me or anything that he would have taken

 7    for a long time.  Mostly, it was just all the

 8    depression medications and they gave him stuff to

 9    help him sleep.

10                    Q.   During that time period of 2008

11    to 2012 when you said that he was prescribed mental

12    health medications --

13                    A.   Yes.

14                    Q.   -- did there come a point in time

15    where he refused to take them?

16                    A.   I don't think so.  I don't --

17    trying to think back.  I don't think so because when

18    he was incarcerated, they -- when he first went to

19    county jail, they continued giving him medications

20    there the whole time.  And when he left, before he

21    was sentenced to prison, they sent him home with his

22    medications.

23                    Q.   Do you know any medications that

24    he liked, that he preferred, that -- that seemed to

25    work for him?
```

Page 42

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                        A.    I don't remember what he was
 3        taking in the jail, but beforehand, honestly, I
 4        didn't really pay attention.  He just took his -- but
 5        I just know they switched him a lot between
 6        medications.
 7                        Q.    Okay.  You may have already said
 8        this, but I forgot.  Between 2008 and 2012, did he
 9        have any jobs between that time period?
10                        A.    Yes, Walmart.
11                        Q.    That was Walmart.  Okay.  What --
12        what period of time did he work at Walmart during
13        that time period?
14                        A.    It was about like two or three
15        years.
16                        Q.    What crime was he convicted of
17        that led to his incarceration in 2012?
18                        A.    Arson.
19                        Q.    Was he convicted by a jury or did
20        he plead guilty to that charge?
21                        A.    He took a plea deal.
22                        Q.    What was his sentence?
23                        A.    Four to twelve.
24                        Q.    Did you discuss his crime with
25        him at all?
```

Page 43

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2                        A.   Oh, yes.  Yes.  I was still in
3         shock when he was in jail because it was -- I've
4         never been through anything like that.  Like I've --
5         and he's never been arrested, at least when I was
6         with him.  I mean, I've never known him to be
7         arrested.  And it was a small town and it was just
8         awful.  Yes, I did.
9                        Q.   Was it stressful for you around
10        the time that he was arrested and -- and --
11                       A.   Yes.
12                       Q.   -- went to jail?
13                       A.   Yes.
14                       Q.   Why was it stressful for you?
15                       A.   Well, it was embarrassing.  It
16        was stressful.  It was a small town.  My kids
17        attended that town, the -- it happened in that -- my
18        kids went to school in that town.  It happened in
19        that town.  Everybody knows everybody.  I worked -- I
20        worked in a school.  I mean, it was in the newspaper.
21        It was -- I'm sorry; I thought somebody was talking.
22                       Q.   No.
23                       A.   Just not knowing -- I wasn't home
24        that night, so trying to figure out where he was,
25        what happened, is this real, everything.  I mean, it
```

Page 44

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        was the worst thing that could happen.
 3                      Q.   At that time, where were you
 4        working?
 5                      A.   I was working at the same job.  I
 6        was working for Children's Development Group in
 7        Ticonderoga Elementary School.
 8                      Q.   Okay.  And what was your salary
 9        at that time?
10                      A.   It was low, maybe seventeen
11        thousand for a ten-month salary.
12                      Q.   Okay.  And Mr. King was fired
13        from Walmart as a result of his arrest?
14                      A.   Yes, because he didn't come to
15        work so --.
16                      Q.   Okay.
17                      A.   He couldn't go back.
18                      Q.   Why was he charged with arson?
19                      A.   Why?  Because he was committed --
20        he was accused of setting fire to his old job at
21        night.
22                      Q.   Did he ever talk to you about
23        whether or not he actually did commit that crime?
24                      A.   No.  He always, right up until
25        the last day, whenever it was brought up, he said he
```

```
 1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2        doesn't remember.
 3                     Q.   Do you know whether he had been
 4        drinking alcohol that night?
 5                     A.   Yes.
 6                     Q.   He had been drinking alcohol?
 7                     A.   Yes.
 8                     Q.   Okay.  Do you know how much he
 9        drank?
10                     A.   I was told it was liquor --
11        straight liquor with his anxiety meds.
12                     Q.   Do you know what anxiety
13        medication he was on at the time?
14                     A.   I don't remember.  I mean, I
15        could say Celexa, but I don't know.
16                     Q.   Okay.  All right.  So he was
17        sentenced to four to twelve years in prison?
18                     A.   Yes.
19                     Q.   And did he have an opportunity to
20        go before a parole board?
21                     A.   Yes.
22                     Q.   Do you remember when he went
23        before a parole board for the first time?
24                     A.   It would have been after he did
25        four years.  It might have been three years, like
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2         when his minimum time came up.

3                        Q.   All right.  And -- and did you

4         attend that parole board hearing or did you just hear

5         about it?

6                        A.   No.  No, we couldn't attend it.

7         It was just -- they did it in there.

8                        Q.   I'm assuming he was denied parole

9         at that time?

10                       A.   Yes.

11                       Q.   Do you know why he was denied

12        parole?

13                       A.   At that time, I don't think --

14        and I don't know if this is a reason, but I don't

15        think he had had all his programs done that you have

16        to have to finish, to be released.

17                       Q.   Do you know what programs those

18        were?

19                       A.   I know he had to do -- I think

20        one was related to maybe an alcohol or drug program.

21        I just can't think of the actual program on my -- at

22        the top of my head right now.

23                       Q.   Was the acronym A.S.A.T.?

24                       A.   Yes -- yes -- yes, it was.

25                       Q.   Do you know why he hadn't

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2          completed that program yet?
3                        A.    That early on, it's just -- he
4          just was waiting to get into it.  It just -- he
5          didn't complete it yet.
6                        Q.    Okay.  When he was denied parole,
7          what year was that?
8                        A.    I want to say 2018, but it could
9          have been 2017.
10                       Q.    When was his next opportunity to
11         go before the parole board?
12                       A.    A couple of years later.
13                       Q.    Okay.  So maybe 2019?
14                       A.    No.  I think it was maybe 2020.
15                       Q.    Are you aware of any misbehavior
16         tickets he received while he was in prison?
17                       A.    Misbehavior, no, I'm not sure --
18         like misbehavior, can you like rephrase that?  I mean
19         --
20                       Q.    Sure.
21                       A.    -- misbehavior?
22                       Q.    Yeah, so in prison, there are
23         certain directives and policies and if -- if an
24         inmate violates those policies, they get what's
25         called a misbehavior ticket.  And they can have a
```

Page 48

```
1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2         hearing after they get that ticket and they can have
3         witnesses testify and things like that.  Are you
4         aware of him receiving any misbehavior tickets like
5         that?
6                        A.    No.
7                        Q.    Okay.  Did he discuss with you,
8         at any point, any of his substance use while he was
9         in prison?
10                       A.    Yes.
11                       Q.    What did he tell you about that?
12                       A.    Well, it took a while, but he had
13        told me once that he had used Suboxone.  That was the
14        only time that I've ever known of that.
15                       Q.    When did he tell you that?
16                       A.    It was while he was at Mid-State
17        Correctional Facility.  It was -- honestly, I don't
18        know.
19                       Q.    Did he told you that he had
20        gotten in trouble for using Suboxone while he was in
21        Mid-State?
22                       A.    In trouble?  I don't think so.
23                       Q.    So when he told you that, did he
24        tell you that he had been using it, or he used it
25        once, or what was the conversation like?
```

```
 1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2                        A.   I'm trying to remember, trying to
 3        think back to the conversations.  I think it came up
 4        because maybe he was going to get drug tested in his
 5        program.  I'm trying to think.  That might be in one
 6        of the programs he was in.  It could be in -- it
 7        could have been when he finally got in ASAT.  And I
 8        believe from what he told me, they give you drug
 9        tests because you would be kicked out if --.
10                        Q.   Was he nervous that he was going
11        to be drug tested because he had taken Suboxone?
12                        A.   Yes.  And I didn't even know what
13        Suboxone was, like I had to Google it.
14                        Q.   Did he tell you where he got it
15        from?
16                        A.   It's all over the place in there.
17        Everything's in there.  He didn't tell me directly
18        who he got it from.
19                        Q.   Okay.  But it wasn't actually
20        prescribed to him; right?
21                        A.   Oh, no.
22                        Q.   Now, when he was transferred to
23        Mid-State Correction Facility, did you still reside
24        in Port Henry at the time?
25                        A.   Yes.
```

Page 50

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                      Q.   How far is that from Mid-State?
 3                      A.   Franklin?  Franklin Correctional,
 4         is that what you said, Franklin Correctional?
 5                      Q.   No.  Mid-State.
 6                      A.   Mid-State Correctional Facility
 7         from my home?
 8                      Q.   Yes.
 9                      A.   Three and a half hours.
10                      Q.   Had he been convicted of any
11         crimes, prior to 2013, to your knowledge?
12                      A.   No.
13                      Q.   Do you know why he was
14         transferred to Mid-State?
15                      A.   Yes, because of his medication
16         level, it put him at a -- he was transferred because
17         of his medication level.  At Franklin, his dose went
18         up and that put him at a different level.  And Mid-
19         State has the mental health on their grounds, and
20         that's why he got transferred.
21                      Q.   What medication was he taking
22         while at Franklin?
23                      A.   I don't know, but he was on
24         depression and sleeping medications there.
25                      Q.   Okay.  So after he was
```

Page 51

```
 1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2        incarcerated in 2012-2013, was he diagnosed with any
 3        mental health conditions after that?
 4                     A.   Yes.  It was still depression
 5        and, at Mid-State, I -- I always kept in contact.  I
 6        mean, my husband and I were on the phone -- any
 7        chance he could get on the phone, he called.  He
 8        called my cell phone no matter where I was.  And I
 9        visited every single weekend and I kept in contact
10        with his counselors.
11                     And in Mid-State, I kept in contact
12        with Hal Meyers, the chief of mental health.  And he
13        had told me, at one point, that he had diagnosed him
14        with social adjustment disorder, because most inmates
15        at that point could adjust to life in there, and he
16        couldn't.  He just wasn't adjusting, which who would
17        --
18                     Q.   Okay.
19                     A.   -- who would be adjusting in
20        prison.  Sorry; I'm just saying.
21                     Q.   Let me back you up for one
22        second.  When was your husband transferred to Mid-
23        State?
24                     A.   Gosh, let's see.  2013, he -- he
25        first went to Downstate to get classified.  Then they
```

Page 52

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2         sent him up to Franklin.  I think he was only in
3         Franklin for a couple of years.  So he went to prison
4         in 2013; he was in Downstate Correctional Facility
5         for a while until he got classified.
6                   And then they transferred him to
7         Franklin Correctional Facility, so he was there --
8         let's see.  I'm just going to say 2015, but I'm not
9         sure.
10                  Q.   That's fine.  Were you aware of a
11        suicide attempt that your husband had made in July of
12        2016?
13                  A.   Yes.
14                  Q.   How did you become aware?
15                  A.   Because an inmate called me to
16        tell me.
17                  Q.   What inmate called you?
18                  A.   I have no idea.  They didn't give
19        me their name.  They just called me and they said I
20        want to let you know that there was an incident with
21        your husband, he's okay, but he can't call you right
22        now and he's with -- I don't know.  I don't remember
23        if he said mental health, the doctors, or what, but I
24        want to let you know he's okay.
25                  So I called this counselor.  Nobody
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        knew anything.  So I got no answers.  So I said,
 3        well, my cousin's wife is a lawyer, I'm going to have
 4        her call and see if she can get any answers.  And
 5        well, of course, you have to have permission to speak
 6        to her because -- but no, no answers.
 7                         Q.   You should you called his
 8        counselor.  Who was that?
 9                         A.   It was -- the chief of mental
10        health was either Meyer or Meyers and the counselor
11        was the opposite, was either Meyer -- I believe
12        Meyer.  And he had -- he had no -- he had no idea
13        that that was going on.
14                         Q.   Okay.  And then you said you
15        called your cousin's wife, who is a lawyer?
16                         A.   Yes, because I wasn't getting any
17        answers.  So I figured, well, maybe she can get some
18        answers if she called.  And she couldn't.  And plus,
19        you had to have -- you know, there had to be written
20        permission from him to speak to her, so.
21                         Q.   What is your cousin's wife's
22        name?
23                         A.   At the time, it was Angela Kelly.
24        She's married to him now, but at the time, they
25        weren't married.
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        Q.   Did you ever actually speak to

3    anybody from DOCCS or from Office of Mental Health

4    about the suicide attempt?

5                        A.   Nobody would tell me anything.  I

6    -- I was always in contact with Hal Meyers, the chief

7    of mental health.  I mean, gosh, they were probably

8    tired of me, I called so much.  And I even visited

9    him in mental health, took the little green cross on

10   the property to make sure that he was still standing.

11   And I was very involved.

12                       No.  He had told me, my husband, that

13   he was in the stairway alone and he attempted it.

14   And of course, he fell.  Well, he had a mark on his

15   nose.  And all the inmates were like you're going to

16   get written up if you don't tell, you know, because

17   they check for marks and stuff, apparently.

18                       And so he went and told, himself, and

19   they sent him over to Mental Health.

20                       Q.   Did he tell you why he attempted

21   suicide at that point?

22                       A.   Just that he couldn't -- just he

23   couldn't take being in there.  He just felt like he

24   was never coming home and he just cannot take being

25   in there.

1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2                    Q.   Up to that point, had he ever

3        said anything to you about wanting to commit suicide

4        or -- or anything like that?

5                    A.   No, but he was having -- he was

6        having a hard time being there.  I mean, he cried

7        practically every day.  That's why I made sure that I

8        visited every single weekend for seven years.  If I

9        missed a weekend, then it was a blizzard.  But I made

10       sure he had his packages, made sure he had his

11       commentary, made sure he had pictures of us, letters,

12       people were writing him to keep him going to get him

13       through this.

14                   Q.   Did he indicate to you that he

15       would ever try to take his life again?

16                   A.   I don't think so, no -- no,

17       because I did bring that up before, and he promised

18       me that he would never do that again.  I mean, it was

19       -- I mean, he promised that he would never do that,

20       that even if he thought that, he could never do that

21       to us and never leave his children.

22                   Q.   When did he say that to you?

23                   A.   It was just in casual

24       conversation all the time, just if it ever came up

25       over time.

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                    Q.    So he --?
 3                    A.    Right up --.
 4                    Q.    Sorry; go ahead.
 5                    A.    Right up the whole time, right up
 6        until he passed away, like whenever he was feeling
 7        extremely down.
 8                    Q.    So he said that, multiple times
 9        to you, that he would never try to do that again?
10                    A.    Yes.  And I had told him -- he
11        was always afraid to go over to Mental Health because
12        the way they -- he was treated, I had always said, if
13        I have any indications or anything, you say anything,
14        that's it, I'm getting on the phone with Mental
15        Health and I'm letting them know how you feel.
16                    Q.    You said he was afraid to go to
17        Mental Health because of how he was treated?
18                    A.    Yes.
19                    Q.    What do you mean by that?
20                    A.    Well, from what he told me when
21        he was over there, like he had -- just the way he was
22        treated by the C.O.s.  We all know not all C.O.s are
23        perfect.  You know, if he had a hard time laying down
24        and he was pacing or something, they would threaten
25        him and tell him to get back in bed.
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                   When I -- my daughter and I went to
 3        visit him in Mental Health, we took the bus over.
 4        Then it was a little room and a guard sat outside the
 5        door, and we stayed there all day.  And this is when
 6        he first went into Mental Health.  And I understand
 7        that it's a prison.  I get it.  But he still had his
 8        -- they hadn't been giving him anything, like he
 9        didn't get any -- like a new -- any clean clothes or
10        anything.
11                   And like I said, I get it, it's a
12        prison.  It's not, you know, a nice place to be, but
13        he looked awful.  And so I remember saying to the
14        guard, you know, can he get his clean clothes?  And
15        he told me, well, this isn't Boy Scouts.  Well,
16        obviously, it's not Boy Scouts, but you could still
17        get him his clean clothes.
18                   And he did get them after that,
19        because when he called me, I made sure of it, but --
20        just sorry, I'm just -- now I'm getting like
21        aggravated, not towards you, towards the situation.
22        So I'm rambling on.
23                   Q.   That's okay.  So my understanding
24        then is that he had issues with the correction
25        officers and how they treated him versus the mental
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2         health counselors and how they treated him?
3                        A.   He barely seen any mental health
4         counselors there.  You know, he's supposed to be
5         getting this counseling, but he barely seen them.  I
6         mean, I was always calling his social worker, Mrs.
7         Palladino, or -- and I wouldn't even get any answers.
8         Like it was all just like -- I mean, I should have
9         just been in there, counseling him.  It's -- I don't
10        know; it's ridiculous.
11                       Q.   So we have the July 2016 suicide
12        attempts.  And then obviously, November 2018
13        happened.
14                       A.   Right.
15                       Q.   Are you aware of any other
16        suicide attempts that he made?
17                       A.   No.
18                       Q.   The reason why I asked that is
19        because your amended complaint indicates that there
20        may have been another attempted suicide.  And I
21        wasn't sure if you were aware of when or if that
22        actually happened or not.
23                       A.   No, I'm not aware.
24                       Q.   Okay.  After that July 2016
25        attempt, was your husband prescribed any other

1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2       medication, any different medication?

3                       A.   He was on and off medication in

4       there.  And when he was off it, I don't think he was

5       weaned off it.  I think it was cold turkey and you're

6       not supposed to do that.

7                       Q.   Did you ever communicate with

8       anyone at DOCCS or any mental health people about not

9       allowing your husband to have shoelaces?

10                      A.   No, because, for one thing,

11      that's not my responsibility.  That's theirs.  I

12      mean, they all had sneakers and stuff.  I mean, that

13      didn't cross my mind.  I don't work there.  He's

14      under mental health supervision, whether it's DOCCS,

15      you know, in prison or not.  They're the ones that

16      shouldn't be giving them shoelaces.  It shouldn't be

17      coming from me.

18                      Q.   Did you ever ask any staff about

19      any policies regarding shoelaces?

20                      A.   No.  They just -- I knew in -- I

21      think in county jails, you weren't allowed to have

22      them.  But then, it just didn't cross my mind.  I

23      mean, I was overwhelmed.  I'm trying to take care of

24      my kids.  I'm trying to survive.  He does this.  He's

25      in prison on top of it, and then -- no, it didn't.

Page 60

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        I believe he was put in a room after

3          that, without shoelaces.  Why he got them back, I

4          don't know.

5                        Q.   When you say after that, you mean

6          after the July 2016 attempt?

7                        A.   I think so.  But another thing

8          is, okay, you put him back in general population.

9          What are you going to do, take every inmate

10         shoelaces?  You're allowed to have sneakers there.

11         You can buy them sneakers.  So how's that work?  I

12         mean, everybody has sneakers.

13                       Q.   So if he was in general

14         population, he would have access to sneakers, just in

15         general, I guess?

16                       A.   If somebody wanted to give him

17         his shoelaces.  But he was allowed to have sneakers,

18         so he had his own.

19                       Q.   Do you know if your husband had

20         any jobs while he was at Mid-State?  Was he assigned

21         to any particular jobs?

22                       A.   Yes.  And I'm trying to remember

23         what it was.  I think he was a porter.  I'm not sure

24         if that was at Mid-State or Franklin.  I think he

25         did.  I just don't remember.  I know, at Franklin, he

Page 61

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2          was a porter because the C.O., whenever I came to

3          visit, was always saying such nice things about him.

4                        Q.   Okay.  Any other job that you're

5          aware of?

6                        A.   I think he had one.  I just don't

7          remember what it was.

8                        Q.   Okay.

9                        A.    I mean he was there for so many

10         years and I spoke every day, so much information I --

11         I don't remember.

12                       Q.   One of the Defendants that you

13         have in this case, and you've mentioned her before,

14         is Jami Palladino.

15                       A.   Okay.

16                       Q.   Yeah, she -- she was one of the

17         counselors for -- for O.M.H.  Did you ever exchange

18         any correspondence with her?  Ever send her any

19         letters?  Did she ever send you anything?

20                       A.   I talked to her.  No, we never

21         had exchange of letters, but we did speak on the

22         phone.

23                       Q.   All right.  How often did you

24         speak on the phone, how many times?

25                       A.   Just a few times.

```
 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2                        Q.   When was your conversations with
 3          her?
 4                        A.   I don't know.  Whenever he was in
 5          -- well, when he was in -- well, when he was in
 6          Mental Health, and when he wasn't in Mental Health,
 7          I'd call and, you know, just touch base or if I had
 8          any questions.  I don't remember time, dates.
 9                        Q.   Okay.  Would it have been after
10          the July 2016 incident?
11                        A.   Yes -- yes.
12                        Q.   Do you speak to her at all before
13          that incident?
14                        A.    If I did, I don't remember.  It
15          wasn't until he started really, you know, going over
16          to Mental Health and stuff, I think, that I started
17          speaking to her.
18                        Q.   During any of your conversations
19          with her, did you express any concerns that he may
20          attempt suicide again?
21                        A.   I don't remember if it was with
22          her or Hal Meyers, but I was always worried about
23          him, yes.
24                        Q.   Did he ever express to you that
25          he was going to try to attempt suicide again, and
```

Page 63

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2        that's why you were concerned?
 3                    A.   No -- no.  It was just his frame
 4        of mind, always, you know, just -- just, you know,
 5        crying and I can't take this anymore, just coming
 6        from his own actions to me.  But he never came out
 7        and said he was going to do that again.
 8                    Q.   Do you remember any of the sum
 9        and substance of any conversations you had with Ms.
10        Palladino?
11                    A.   Honestly, I don't.
12                    Q.   Okay.  What about any
13        conversations with her about medications that your
14        husband was on?
15                    A.   I might have asked -- see, again,
16        I don't remember if it was her or if it was Hal
17        Meyers -- my gosh, why didn't I just like write a
18        book, so I could answer everything.  If I did, it
19        would have been -- I don't know.  I'm sorry.
20                    Q.   It's okay.  Do you recall any
21        conversations where you suggested that he be put on
22        certain medications, or taken off certain
23        medications?
24                    A.   No; I would never say take him
25        off or put him on.  I mean, I don't -- I don't know
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2        what he should be on and what he shouldn't be on.  I
3        just know that he shouldn't be -- that you should be
4        weaned off them and not off them cold turkey.
5                    Q.   Now, your complaint indicates
6        that in the -- in the two weeks prior to his death,
7        Ms. Palladino and Mr. Meyers determined that he
8        should stop taking prescribed medications.  Do you
9        know anything about that allegation?
10                   A.   There was times where he was
11       taken off his medications.
12                   Q.   Okay.
13                   A.   And from what I understand, it
14       was just cold turkey.  I know -- and I know his
15       autopsy report, at least from what I read, showed he
16       had nothing in his system.  Maybe I'm wrong, but
17       shouldn't he have had something in his system?  Would
18       that show?
19                   Q.   Let me ask you this.  So you said
20       that there was times where he was taken off
21       medications.  Can you tell me when that happened?
22                   A.   No.  Just over time, different
23       times, I don't know dates.  And I don't know if it
24       was because he wanted to be off them and wanted to be
25       out of mental health because it wasn't a very

Page 65

1     Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2          pleasant place in mental health or what, but either
3          way, regardless of whether -- see, I don't know,
4          because I'm not the doctor.
5                         In my eyes, regardless of whether he
6          wants to be on them or not, I mean, you don't take
7          him off that or at least you wean him off it.  I
8          mean, you take the medicine in front of a nurse and
9          they check your mouth and stuff.  I'm not saying
10         people can't get by you, but just cold turkey, I was
11         always told you just don't -- regardless of what
12         happened, you just -- you can't go cold turkey off
13         depression medications.
14                         Q.   How do you know he was taken off,
15         cold turkey, versus weaned off of medications?
16                         A.   Because he told me.
17                         Q.   Did he ever tell you that he was
18         refusing to take any of his medications?
19                         A.   I think there was times where he
20         -- refusing, no.  But -- but he told me he didn't
21         want it to -- yeah, like he didn't want to take them
22         anymore.  But as far as you mean, like a nurse trying
23         to give it to him, and he refuses?
24                         Q.   Right.
25                         A.   If he did, I don't remember.  I

```
 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2         don't remember that.  I'm sure there is things I
 3         don't know.
 4                        Q.   Do you recall him discussing with
 5         you doctors telling him that they couldn't give him
 6         medications because he was taking Suboxone?
 7                        A.   I do remember that at some point,
 8         yes, because they couldn't interact?
 9                        Q.   He told you that that happened?
10                        A.   I believe so, at one point, he
11         did.
12                        Q.   When did he tell you that?
13                        A.   I don't remember.
14                        Q.   Did he tell you why he wasn't
15         allowed to take his psychiatric medications because
16         of the Suboxone?
17                        A.   He either told me or it was just
18         common sense to me that they would interact.  I mean,
19         that you can't take those and take -- well, isn't
20         Suboxone -- doesn't that try to wean you -- I'm not
21         sure.  I'm not familiar with Suboxone.  My
22         understanding is that they give it to people when
23         they're trying to come off of drugs.  I don't know.
24                        Q.   Well, you don't have any medical
25         training; correct?
```

Page 67

1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2                        A.    No.

3                        Q.    Okay.  And you don't have any

4        medical degrees or training or you didn't take --

5                        A.    No.

6                        Q.    -- any classes; correct?

7                        A.    Correct, I don't have any medical

8        training.

9                        Q.    Anything else you can recall

10       about conversations with Jami Palladino about her

11       treatment of your husband?

12                       A.    I didn't talk to her often.  I

13       mostly talked to Hal Meyers.  I don't -- we didn't

14       speak very long.

15                       Q.    Do you have any basis to believe

16       that she was responsible for taking your husband off

17       of any medications?

18                       A.    No, I don't know who is the one

19       who takes them off and don't take them off, so.

20                       Q.    Do you have any allegations with

21       respect to her mental health treatment of your

22       husband?

23                       A.    She's just the social worker;

24       correct?  Right, so she --.

25                       Q.    Go ahead.

Page 68

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        A.   So I'm not sure what other roles

3         she has.  I just took it as she just is like, kind of

4         like a counselor checks in on things every once in a

5         while.  I mean I'm not sure what her role other than

6         that is.

7                        Q.   Okay.  I was just trying to get a

8         sense from your perspective, what your allegations

9         against Ms. Palladino specifically are.  If you have

10        any idea as to what you're alleging against her,

11        specifically?

12                       A.   Against her specifically, alone,

13        none.

14                       Q.   Okay.  So you don't have any

15        critiques as to her mental health treatment of your

16        husband?

17                       A.   I don't know exactly what her

18        role was, other than -- I mean, did I really get any

19        answers from her, no.  It was just, you know, common

20        sense, basic conversation, but I didn't speak to her

21        that much.

22                       Q.   Okay.

23                       A.   I only spoke to her a few times.

24                       Q.   Do you believe that she played

25        any role in your husband's death?

Page 69

1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2                    A.    No.

3                    Q.    What about Mr. Meyers?  You --

4          you referred to Hal Meyers before and I think you

5          said that you -- you did speak with him?

6                    Q.    Yes.

7                    Q.    How many times did --?

8                    A.    Yes, I had to go straight to him

9          because I didn't get any answers.

10                   Q.    How many times did you speak with

11         him?

12                   A.    At least five.

13                   Q.    Do you recall when that was?

14                   A.    Yes.  Mostly, it was after this -

15         - whenever he got involved with Mental Health.

16         Whenever he had to go over to Mental Health, that's

17         when I mostly spoke to him because -- I can't

18         remember, but I don't think he could make phone calls

19         home when he's in Mental Health.  So I had to speak

20         to someone.

21                   So whenever he was actually over in

22         the Mental Health Unit is when I would speak to him -

23         - you know, I'd speak to him about that, or I would

24         call him like if I was worried.  I was always calling

25         and checking up.  And that's what he told me that he

Page 70

```
1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2         just wasn't adjusting like other inmates would adjust
3         by now, social adjustment disorder.
4                        Q.   Again, same questions that I
5         asked you about Mrs. -- Ms. Palladino.  Did you ever
6         tell Mr. Meyers that you were concerned that he would
7         try to attempt suicide again?
8                        A.   I told -- if I did, I don't
9         remember that.  But I told Mr. Meyers that I was
10        worried about him and that he -- the way he is and
11        everything and that he's so upset.  And I do remember
12        how Meyers telling me that he's so dependent on his
13        family that sometimes, and not these exact words, but
14        you got to kind of like give him tough love.
15                       Q.   Do you remember when he told you
16        that?
17                       A.   No.  If I ever -- if I would have
18        ever remembered I had -- I would have to like take
19        dates and like know all this, I would've had a
20        notebook out.
21                       Q.   Okay.  What about any
22        correspondence, did you ever send Mr. Meyers any
23        letters?  Did he ever send you anything?
24                       A.   No.
25                       Q.   Did you ever --?
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        A.    Just phone calls.

3                        Q.    Okay.  Did you ever send any

4       correspondence, any documents or letters or anything

5       to anybody at Department of Corrections or O.M.H.?

6                        A.    No.

7                        Q.    Can you recall anything else

8       about the sum and substance of your conversations

9       with Mr. Meyers?

10                        A.    I mean, I told Mr. Meyers that I

11      just, you know, have been trying to do everything I

12      could possibly do on my end, and I was worried about

13      him when he was over in Mental Health and how he was

14      getting treated.  And he reassured me, of course,

15      that he was not getting treated the way that I

16      understood.

17                        Just -- just like a mother worrying

18      about a child, those were our conversations.

19                        Q.    You said that he reassured you

20      your husband was not getting treated the way you

21      understood.

22                        A.    Yes, because I brought up

23      concerns, like I would say, like, well, you know,

24      there's a C.O. over there, a bigger guy who they

25      refer to as Santa Claus, you know, is treating him

Page 72

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         this way or this way.  Well, he's in Mental Health.
 3         And I understand they're still prisoners, but I mean,
 4         it's mental health, he's there for a reason and there
 5         is certain things that he may not be able to function
 6         like your typical inmate in general population.
 7                    And I brought up my concerns.  And he
 8         just -- he just said, you know, he's unaware of that.
 9         And he -- you know, that -- of course, they're going
10         to say that.  Or he was unaware of it.  I don't know.
11                    I mean, he's only there so many hours
12         a day.  He's not there overnight.
13                    Q.   Did either you or your husband
14         ever file any complaints against any correctional
15         officers?
16                    A.   I never had.
17                    Q.   Do you know if your husband ever
18         did?
19                    A.   I don't know.  I don't know if he
20         did.  Or I don't remember if he did.  He was always
21         scared.  He was always scared of what was going to
22         happen if he told.
23                    Q.   Did he tell you the basis for his
24         fear?
25                    A.   Yes, because he doesn't want to
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         be put in the box, of losing privileges that you're
 3         not supposed to lose, like maybe not getting to use
 4         the phone, or just scared of the way some of the
 5         officers were doing things that you're not supposed
 6         to do.  The officers, I'm speaking of.
 7                      Q.   Other than the officer that they
 8         referred to as Santa Claus, did he tell you any other
 9         names of the officers he was talking about being
10         afraid of?
11                      A.   No.  Over mental -- this was over
12         in Mental Health.
13                      Q.   Uh-huh.
14                      A.   No.  I do remember a time where
15         he was having bad back pains.  I can't remember if he
16         fell or what.  And two of the correction officers
17         threatened him, like, yeah, we better not have to
18         bring you to the hospital or whatever.  And -- and he
19         did end up having to going in to the hospital and
20         they weren't happy.  I don't know their names.
21                      They were none that I've ever seen on
22         weekends.  You know, and even if I did try to see a
23         name, their safety pins are so -- their name tags are
24         so skinny and tiny, I couldn't read them.
25                      Q.   You said your husband had to go
```

Page 74

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2          to the hospital after he fell?
 3                      A.    Something like that, yes.
 4                      Q.    When was that?
 5                      A.    It was after 2016, but I don't
 6          know the exact date.
 7                      Q.    Do you know why he fell?
 8                      A.    I don't.  I don't -- he was
 9          walking, so I don't know.  I don't -- honestly, I
10          don't remember.  I don't know if it was winter or if
11          it's just his back, I don't know.  It wasn't like a
12          major incident, from what I hear.
13                      Q.    But he went to an outside
14          hospital for --
15                      A.    Yes.
16                      Q.    -- those complaints?
17                      A.    Yes.
18                      Q.    With respect to your
19          conversations with Mr. Meyers, did you ever discuss
20          your husband's medications with him?
21                      A.    Yes, about being on and off them.
22                      Q.    Can you tell me about those
23          conversations?
24                      A.    Yes.  And he did tell me, at one
25          point they took him off it because of the Suboxone.
```

Page 75

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                      Q.   Did you ask -- well, strike that.

3                      Anything else you can remember about

4        your conversations with Mr. Meyers about either

5        putting your husband on medications or taking him off

6        medications?

7                      A.   It was -- I don't think it was

8        ever about putting him on medications because I feel

9        he should have stayed on medications, but taking him

10       off because -- especially cold turkey.

11                     Q.   Do you know -- you -- you've said

12       before that he was taken off these medications, cold

13       turkey.  Do you know when he was taken off

14       medications?

15                     A.   No.  But I know he -- from my

16       knowledge, he was not on any before he committed

17       suicide.

18                     Q.   Do you know why he wasn't on any

19       medications before he committed suicide?

20                     A.   No; I was just told he was taken

21       off them.

22                     Q.   You were told by who that he was

23       taken off?

24                     A.   Him, by my husband.

25                     Q.   Okay.

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                      A.   You know, there was times when I

3         didn't speak to him.  There was times where I just --

4         I don't know -- so many years and so many

5         conversations.

6                      Q.   Right.  So I'm going to take you

7         to the year 2018.  And I think you said earlier that

8         you used to visit your husband every weekend.

9                      A.   Yes.

10                     Q.   Is that true for 2018, as well?

11                     A.   It was ever since when he was in

12        Downstate, when he was in Essex County Jail, and when

13        he was in Franklin Correctional Facility, yes.

14                     Q.   So November 2018, did you visit

15        him on the weekends leading up to his death?

16                     A.   Yes.

17                     Q.   What about your children?  Did

18        they visit him, as well?

19                     A.   Yes.

20                     Q.   How often would you say they

21        visited him in that last year?

22                     A.   My daughter more than my son,

23        just because my son was a teenager and he had sports

24        and he had things going on, but more than probably

25        most kids visited their parents in prison.

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                      Q.   And you said that you spoke to
 3         your husband on the phone, frequently?
 4                      A.   Yes, all the time.  I couldn't
 5         even get through a grocery line without him calling.
 6                      Q.   That was before November 2018?
 7                      A.   Yes -- yes.  I was there the
 8         weekend before he committed suicide.
 9                      Q.   How long was that visit, that
10         weekend before he committed suicide?
11                      A.   We've always stayed all day, like
12         the whole time, got there early and stayed -- I mean,
13         once in a while, we'd leave an hour early, but
14         otherwise, we were there the whole day.
15                      Q.   At any point during that visit
16         with him, the weekend before, did he indicate that he
17         wanted to hurt himself or attempt suicide?
18                      A.   No.
19                      Q.   What was his general demeanor
20         like at that visit?
21                      A.   He was always -- he was always --
22         the visits were always him sad and don't want to be
23         in there, and I feel like I'm never going to come
24         home.  That's what the visits were pretty much always
25         like.
```

Page 78

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2                        Q.    Uh-huh.
3                        A.    It was always me trying to keep
4        him -- keep him going.
5                        Q.    Was that true since you first
6        started visiting him, back in 2013?
7                        A.    No.  It really got worse in Mid-
8        State.  That's when it -- I mean, was he still upset
9        and -- yeah, in Franklin, but it wasn't until Mid-
10       State when it was all -- just got worse.
11                       Q.    Okay.  So that was since 2015, he
12       began acting that way?
13                       A.    Whenever he -- whenever he first
14       started getting into Mid-State, after he was there
15       for a bit, that's when it really --
16                       Q.    Okay.
17                       A.    -- went downhill.
18                       Q.    Did you speak to your husband on
19       the phone the day before he committed suicide?
20                       A.    I'm sure I did, yes.
21                       Q.    Do you recall any sum and
22       substance of those conversations?
23                       A.    I think I wasn't sure if I was
24       going to be there that weekend, but I was going to
25       try to get there.  I was trying to give him -- I

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         tried everything.  There would be -- I tried the
 3         tough love thing, but most of the time I walked
 4         around eggshells because I wanted him to come home
 5         and I was trying to get him through it every day,
 6         every day.  Instead of trying to get myself through
 7         anything, I was always trying to just get him through
 8         it.
 9                   I mean, I'm not going to lie.  There
10         was times where I told him straight out that that is
11         it, you need to get it together or, you know, I'm
12         leaving or I'm not going to be here, I'm just, get it
13         together because I was, like, I didn't know what else
14         to do at times.
15                   I mean, day after day after day, and
16         like Hal Meyers told me before, you know, he's so
17         dependent on your -- on the family, which that's what
18         I wanted.  I mean, we wanted to be there for him.  He
19         said, sometimes you got to hit the tough lot.  So I
20         had to go back and forth, but the majority of that
21         time it was -- it was not doing that.
22                   Q.   So at any point during your
23         conversations with him, the day before, did he say
24         anything about hurting himself or wanting to commit
25         suicide?
```

Page 80

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                    A.    No.

3                    Q.    If he had said anything like

4         that, what would you have done?

5                    A.    I would have called -- I would

6         have told him that I'm calling Mental Health -- or

7         maybe I shouldn't tell him because he'd be like no,

8         no, no, I'm not really going to do that, I'm not

9         going to do that, you know, I'm just upset.  But I

10        would have.  I would have called somebody so they

11        could put them on suicide watch if they did that.

12                   Q.    Do you know if any of your

13        children spoke to him the day before?

14                   A.    I don't remember.  If they were

15        home, they would have because when I was done

16        talking, they would get on the phone.  We all always

17        talked.  And my son's -- my son's musically talented,

18        so he'd play music for him, or just anything.

19        Anything to keep him connected to home.

20                   Q.    Do you know if he spoke to your

21        kids at all about wanting to hurt himself or wanting

22        to commit suicide?

23                   A.    Not about wanting -- as far as I

24        know, not about wanting to commit suicide, but he did

25        the same thing to them.  He'd put worries on him,

Page 81

```
 1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2        like I can't take this and stuff, stuff they should
 3        not hear.
 4                      Q.   Do you know if he said those
 5        things because you talked to them about it or because
 6        he told you he said that to them?
 7                      A.   They told me.
 8                      Q.   Okay.  Now, up -- up to that
 9        point, did you undergo any mental health counseling?
10        By up to that point, I mean November 2018.
11                      A.   Not counseling, no.  I just --
12        I'm still -- I mean, I -- my regular doctor and being
13        on medication, yes.
14                      Q.   Okay.
15                      A.   Just work, work, work.
16                      Q.   Because while your husband was in
17        prison, you were obviously the sole breadwinner for -
18        - for you and your family?  Is that -- is that a yes
19        or --?
20                      A.   Yes.  I'm sorry.
21                      Q.   And if you -- if you want to take
22        a break at any point --
23                      A.   No.
24                      Q.   -- we can take a break.
25                      A.   Sorry, I didn't mean to cut you
```

Page 82

```
 1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2        off.  I don't want to take a break.  I just want to
 3        keep going.
 4                   Q.   Okay.  So up to November 2018,
 5        you had seen your primary care doctor about some
 6        mental health conditions --
 7                   A.   Yes.
 8                   Q.   -- or mental health concerns for
 9        yourself?
10                   A.   Yeah, yes.
11                   Q.   Were you ever diagnosed with any
12        mental health conditions up to that point?
13                   A.   Just anxiety and depression.
14                   Q.   Were you on any medications for
15        those conditions?
16                   A.   Yes.
17                   Q.   What medications were you put on?
18                   A.   Citalopram.
19                   Q.   Do you remember when you were
20        prescribed that medication?
21                   A.   Oh, before that event.  I've been
22        on it for years.
23                   Q.   Okay.  Before when, you mean?
24                   A.   Before he committed suicide.
25                   Q.   Okay.  So you've been on -- I'm
```

Page 83

```
1     Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2          sorry -- what was it?
3                    A.   Citalopram, I think it's generic
4          for -- it might be generic for Celexa.
5                    Q.   Okay.  Do you remember when you
6          were put on the medication?  Was it after your
7          husband went to prison?
8                    A.   Yes.  Not right after, because I
9          didn't know whether I was coming or going or what was
10         going on, or nothing really sunk in.  It was -- but
11         yes, after.
12                   Q.   All right.  Any other medications
13         you were put on prior to his death?
14                   A.   No.
15                   Q.   That primary care --?
16                   A.   Well, I mean high blood pressure
17         medication, but nothing related to mental health.
18                   Q.   Okay.  When were you put on the
19         high blood pressure medication?
20                   A.   I don't remember.
21                   Q.   Your primary care doctor, what
22         was that person's name?
23                   A.   When I was living up there, it
24         was Robert Berrick, same -- same place, Ticonderoga
25         Health Center.
```

Page 84

```
1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2                    Q.    Was he the one that prescribed
3        you the Celexa?
4                    A.    Yes.
5                    Q.    Did you ever have any mental
6        health counseling?  Did you ever see any therapist or
7        psychologist or anything like that prior to his
8        death?
9                    A.    When he first went away and
10       everything, I started to, and the guy just -- I
11       didn't really want to continue with him.  It was a
12       small town and he started asking me questions about
13       his lawyer and everything.  And from that day on, I
14       was like, no, I don't think so, not going back to
15       him, because that's not why I'm here.
16                         He was asking me about his case and
17       his lawyer because he knew -- he knew of his lawyer.
18       I know the D.A. went to school with him, too, small
19       town.
20                    Q.    How many times did you see that
21       particular therapist?
22                    A.    Maybe twice.  It was right at the
23       health center.
24                    Q.    At the Ticonderoga Health Center?
25                    A.    Yes.
```

Page 85

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2                    Q.   As of November 15th, 2016 --
3          2018, sorry -- so that was the day before your
4          husband's death, were you and your husband separated
5          at that time?
6                    A.   No.
7                    Q.   Were -- were you dating other
8          people?
9                    A.   No.
10                   Q.   Did you speak to your husband on
11         the phone, the day before, about dating somebody
12         else?
13                   A.   Not about dating someone else,
14         but I told him that I was talking to someone.
15                   Q.   Okay.
16                   A.   I was trying to get him -- which
17         did not work, I was just trying to get him to get it
18         together and get home.
19                   Q.   Did you -- did you indicate to
20         him that you were interested in this other person?
21                   A.   Not interested, but that I was
22         friends and talked to him.
23                   Q.   Was your husband concerned about
24         this other person and you spending time with him?
25                   A.   Yes.
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                    Q.   What did he say --?
 3                    A.   But I really didn't spend time
 4        with anyone.  I mean, I have friends.  I had friends,
 5        but all I did is just work and go see him, work and
 6        go see him, right up until that day.
 7                    Q.   This -- this other person that
 8        you were referring to, that you were talking to I
 9        guess, what was that person's name?
10                    A.   It's -- it's Martin, my current
11        boyfriend which was not my -- which I was not seeing
12        then, but --.
13                    Q.   Okay.  And -- and your husband,
14        at the time he expressed that he was concerned about
15        maybe you having a relationship with this other
16        person, Martin?
17                    A.   He was just -- he just didn't
18        want me to leave him, but I wasn't going anywhere.
19        That's what he would express.  But he's -- he's
20        always did that.  The inmates in there would always
21        say, oh, yeah, your wife's going to leave.  And they
22        were always talking like that.  And he believes
23        anything.
24                    And you know, even before, you wait,
25        you're in here long enough, your -- your wife is
```

```
1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2        going to leave, just because theirs do.  You know,
3        they would always -- he would always tell me that
4        kind of stuff.
5                     Q.   Up to that point, had you ever
6        spoken to a divorce attorney?
7                     A.   No.
8                     Q.   Did you ever speak to anybody
9        about possibly divorcing your husband?
10                    A.   No.
11                    Q.   Did you tell your husband that
12       you were thinking of leaving him or thinking of
13       getting a divorce?
14                    A.   No.
15                    Q.   But it was his impression that it
16       was possible that -- that you would leave him?
17                    A.   That's what he was afraid of.
18       But I didn't -- I never said I was divorcing him or
19       that I was dating someone or anything to that matter.
20                    Q.   Did you ever discuss divorce
21       papers with him?
22                    A.   No -- no.
23                    Q.   Had your husband been released
24       from prison, eventually, whether on parole or whether
25       he served out his full sentence, did you have any
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2         intention to divorce him?

3                        A.   No.

4                        Q.   You said that you're currently in

5    a relationship with -- I think you said Martin?

6                        A.   Yes.

7                        Q.   And is that the only relationship

8    that you've had since your husband's death?

9                        A.   Yes.

10                       Q.   When were you officially in a

11   relationship with this person?

12                       A.   Maybe 2020, the end of 2019.

13                       Q.   And I think you said that you --

14   you're currently living with him now?

15                       A.   Yes.

16                       Q.   When did he first start living

17   with you?

18                       A.   Maybe August 2019.

19                       Q.   I'm going to talk a little bit

20   about your husband's death.  So if you want to take a

21   break, that's totally fine.  I just have a few

22   questions about it.  Okay?

23                       A.   Okay.

24                       Q.   How did you become aware that

25   your husband had died?

Page 89

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                       A.    That morning, it was a Friday,
 3         and I worked at a school and it was a snow day, so I
 4         was home.  The phone rang before seven o'clock, and
 5         it said Mid-State Correction Facility, which I
 6         thought was weird, because the inmates can't use the
 7         phone until seven o'clock.  But, you know, didn't
 8         really -- I was like, okay, maybe something's screwed
 9         up.
10                       Then the phone rang again and it was -
11         - someone told me I'm sorry that your husband passed
12         away, but didn't give me any details, just kept
13         referring me to the pastor or the reverend or
14         somebody there.  And that was that.
15                       So of course, I get on the phone and
16         try to call around and stuff, but nobody would give
17         me information or details.  Nothing.  I got nothing.
18         So I think a pastor, somebody did call me.  And I
19         still didn't have details.
20                       And then later on in the day, I
21         believe it was later on in the day, maybe a State
22         Trooper or somebody from -- a lady from Marcy --
23         Marcy, maybe it was their State Police or somebody,
24         called me and told me -- told me I'm sorry, you know,
25         I -- I know you were -- I had heard that you're
```

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2          trying to find out details of your husband's death,

3          and this is what happened.  That was it.

4                      Q.    Do you know who the -- the first

5          person was who called you from Mid-State?

6                      A.    Nope.

7                      Q.    Okay.

8                      A.    It was a man, and I don't know.

9                      Q.    Did you ever speak to anybody in

10         DOCCS or O.M.H. about your husband's death?

11                     A.    No.  After he died, that was it.

12         I mean, I didn't even get his stuff back.  I did --

13         they referred me to a lady who takes care of that.

14         I'm sure I have a piece of paper somewheres with her

15         name on it.  And she told me that -- I mean,

16         obviously, whatever he had, the inmates are going to

17         steal.

18                     But I didn't want all the pictures of

19         -- we always sent pictures of myself and the kids --

20         just floating around in the correctional facility.

21         So I at least wanted that back.  And she told me they

22         were going to mail it out to me.  And then I never

23         heard from -- never heard from them again.  I did not

24         get -- every time I called, I was just referred to

25         speak -- I can speak to the pastor.  So no, never

Page 91

```
1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2         again.
3                        Q.   So you never get any of his
4         belongings or anything like that?
5                        A.   Nothing.  Nope.
6                        Q.   While your husband was in prison,
7         did you send him letters?
8                        A.   Yeah -- yes.
9                        Q.   Did you keep any copies of those
10        letters?
11                       A.   I may have some somewheres.  I'd
12        have to look.
13                       Q.   And what about, did your husband
14        send you letters?
15                       A.   Yes.
16                       Q.   Did you keep copies of those
17        letters?
18                       A.   I think I might have some.
19                       Q.   If you have some, if you could
20        track those down, maybe, and -- and give them to your
21        attorney.
22                       A.   Yes.
23                       Q.   That would be great.
24                       A.   Yes.
25                       Q.   Did you write, anybody else at
```

1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2        that facility, any letters other than your husband?

3                      A.   No -- no.

4                      Q.   Did you ever speak to any other

5        inmates who were in the prison at the same time as

6        your husband at the time of his death?

7                      A.   No.

8                      Q.   Now, I'm going to talk to you a

9        little bit about some of the damages that you are

10       requesting as a result of your lawsuit, one of which

11       is funeral expenses.  What were the funeral

12       arrangements for your husband?

13                     A.   He was cremated.

14                     Q.   Okay.

15                     A.   So he was cremated and then we

16       had just a little service at the cemetery up near his

17       family.  And we just had to order, online, just like

18       a plaque.  We never got to get like an actual stone

19       or anything.  So he's actually in the same spot with

20       his parents.

21                     Q.   Who paid for the funeral

22       arrangements and the funeral expenses?

23                     A.   Myself and his sister, of which I

24       told her I'd pay her back.

25                     Q.   How much did his sister pay for

```
 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
 2         these arrangements?
 3                        A.   The whole total was twenty-five
 4         hundred dollars, but that's another thing I'll have
 5         to get from her because I don't remember how much she
 6         -- she paid more than I did.  I don't remember, but
 7         it was -- it was with the arrangement of me paying
 8         her back.
 9                        Q.   Did you ever pay her back?
10                        A.   Not yet, I didn't give her the
11         whole thing, no.
12                        Q.   What about any other expenses
13         that you're claiming?  Are you familiar with any
14         other expenses that you're claiming for this -- for
15         this case?
16                        A.   Just -- just like for the stress
17         that the kids and I went through.
18                        Q.   Okay.  I'll -- I'll get into that
19         in a second, but I -- I'm just taking about straight-
20         up expenses like funeral arrangements, medical bills,
21         anything like that?
22                        A.   The funeral arrangements.
23                        Q.   Okay.
24                        A.   I don't think there are any
25         medical bills.  If there are, then I don't have them.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 94

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2         I know that -- that I didn't have to pay to have him

3         brought home.

4                    Q.   Okay.  Other than funeral

5         expenses, any other expenses you can think of?

6                    A.   I can't think of.

7                    Q.   Okay.  You did mention some

8         psychological damages, I think, that you're claiming.

9         And we talked a little bit about the mental health

10        care that you received prior to his death.

11                   A.   Right.

12                   Q.   You mentioned you were on Celexa

13        because of your treatment at Ticonderoga Health

14        Center.

15                   A.   Uh-huh.  And I'm still on it, but

16        I have -- since I live here now, I have a different

17        doctor.

18                   Q.   Okay.  That was my next question.

19        You -- you're still on the Celexa now?

20                   A.   Yes.

21                   Q.   What -- what's your dosage of the

22        Celexa?

23                   A.   I think it's -- now, it's just

24        twenty.  I think it's twenty milligrams or twenty-

25        five milligrams.

```
1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2                    Q.   At any point, was it more than
3        twenty or twenty-five milligrams?
4                    A.   No, because I was too scared to
5        take -- they tried to get me higher dosages, but
6        after everything he went through with his
7        medications, I was too scared to take them.
8                    Q.   When did they try to give you
9        higher dosages?
10                   A.   When I first started getting on
11       them.
12                   Q.   Okay.  So back in 2016, 2015?
13                   A.   Yeah, just an estimate, yes.
14                   Q.   Okay.  Other than the Celexa, are
15       you on any other medications now?
16                   A.   Just the high blood pressure
17       medication.
18                   Q.   Okay.  And since your husband's
19       death, have you treated with any other mental health
20       care professionals other than your primary care
21       doctor?
22                   A.   No.
23                   Q.   Are you claiming any lost wages
24       on behalf of your husband?
25                   A.   It would just have been the
```

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
2         beginning, you know, when it all first happened, but
3         no.
4                        Q.   What do you mean by the beginning
5         when it all first happened?
6                        A.   I mean, of course, I had to miss
7         work when he passed away and I had to -- but there's
8         nothing that really stands out.
9                        Q.   Okay.  And then you mentioned
10        stress on your kids?
11                       A.   Oh, yeah.
12                       Q.   Have your kids -- have your kids
13        been to see any mental health care professionals
14        since his death?
15                       A.   They go through their doctor.  My
16        son was actually diagnosed with P.S.T.D.
17                       Q.   Okay.  And -- and you said they
18        go through their doctor.  Who's their doctor?
19                       A.   My son goes to Community Care.
20        They both go to Community Care physicians, and -- I
21        think my daughter goes there.  My son goes to
22        Community Care Physicians, in Clifton Park, New York.
23        I can get you his doctor's name or I can give it to -
24        -.
25                       Q.   Okay.  And prior to your
```

800.523.7887                        Associated Reporters Int'l., Inc.

Page 97

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King
2         husband's death, did your son have any mental health
3         treatment?
4                        A.    Yeah, they were -- they were both
5         on medication.
6                        Q.    Okay.  Both your son and your
7         daughter?
8                        A.    Yeah.  Yes.
9                        Q.    And this was prior to your
10        husband's death?
11                       A.    Yes.  And after, yeah -- yes.
12                       Q.    Okay.  What medications were your
13        kids on prior to his death?
14                       A.    My daughter is on sertraline or -
15        - starts with S, sertraline.  My son's was changed.
16        I don't know what he was on before, but he has --
17        right now he's on citalopram.  He has stuff to help
18        him sleep.  I can get a list.
19                       Q.    Okay.  What about this -- were
20        they -- were they actually diagnosed with any mental
21        health conditions prior to your husband's death?
22                       A.    Just depression and anxiety.  My
23        daughter gets panic attacks, but the panic attacks
24        are more after.
25                       Q.    Okay.

ARII@courtsteno.com                        www.courtsteno.com

1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2                        A.   And my son's P.S.T.D was after

3          they diagnosed him.

4                        Q.   The depression and anxiety that

5          your kids were diagnosed with prior to your husband's

6          death, was that as a result of your husband going to

7          prison?

8                        A.   Yeah.  Yes.  It was never before.

9                        Q.   Did it have anything to do with

10         anything else that happened in their lives, other

11         than your husband going to prison?

12                       A.   No.

13                       Q.   And you said your son was just

14         recently diagnosed with P.T.S.D.?

15                       A.   Yes, like this past year.  Might

16         have been two years by now.  I -- but yeah, fairly

17         new.

18                       Q.   Do you know why he was diagnosed

19         with that disorder?

20                       A.   Just he is -- I mean, I wasn't

21         there with him, but just his nerves and depression

22         and his shakiness.  And I'm not sure how they, you

23         know, diagnose you with that, but not sleeping.  They

24         both have nightmares.

25                       Q.   Do you know if the P.T.S.D.

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2       diagnosis is related to your husband's death?
 3                     A.   Yes.  Yes, because he spoke with
 4       his doctor about it.
 5                     Q.   Have you ever done any family
 6       counseling with your daughter or your son?
 7                     A.   No.  That was on our mind, but we
 8       just haven't but my son has brought that up and I
 9       have researched different counselors, and our
10       insurance is limited to who we see.
11                     Q.   Okay.  Obviously, you were
12       appointed as the administrator of your husband's
13       estate; correct?
14                     A.   Yes.
15                     Q.   Has anybody challenged that in
16       court?  Has anybody challenged your status as the
17       administrator?
18                     A.   No.
19                     Q.   Did you husband have a will?
20                     A.   No.
21                     Q.   Did he have any debts when he
22       died?
23                     A.   He had some -- well, I didn't
24       receive anything after he died, but after he went
25       away, he had some credit card debts, and he had a
```

```
 1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2         student loan.  But then I never received anything
 3         after -- after.
 4                        Q.   Okay.
 5                        A.   Like I -- I had -- after he went
 6         away, I had called everyone and told them that he was
 7         away.
 8                        Q.   Did your husband have any life
 9         insurance policies?
10                        A.   He had one that I didn't know
11         about at the time, that his dad had taken out on him,
12         which I didn't even know until he passed away, when
13         he was younger.  And I think it was like a thousand
14         dollars, but I do have the paper.
15                        Q.   Okay.
16                        A.   It was a small one.
17                        Q.   So with respect to your husband's
18         estate, do you have any sense of how much it's worth?
19                        A.   I don't.  I just know as far as
20         the pain and everything, that my -- that's my main
21         focus.  I mean, you know, I -- I know everybody goes
22         through pain, but I just wish I could switch spots
23         with -- I don't mean this rudely, but I wish I can
24         just switch spots with any of you so you can,
25         especially my kids, you know, get how that feels.
```

```
 1   Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King
 2                     It's just my stomach tightens up.  I
 3   mean, you know, I'm -- I'm actually getting
 4   frustrated and -- and just what we went through is
 5   just -- just ridiculous.
 6                     Q.   How would you describe the
 7   relationship between your husband and your daughter
 8   right before his death, so 2018?
 9                     A.   Good.  Very good.  I mean, she
10   did the same thing.  All that responsibility
11   shouldn't be on kids, but you know, just always there
12   for him, you know, keep on going, to be positive.
13   You know, if he talked about what went on in there,
14   she always tried to keep it positive for him.  They
15   had a good relationship.
16                     And it wasn't easy for her with him
17   being in there and her background being criminal
18   justice.  You know, it had its ups and downs.
19                     Q.   Did your daughter hold any sort
20   of resentment or anything because your -- your
21   husband was in prison?
22                     A.   No.  No.  I mean, I think, you
23   know, we had our moments where it was like -- you
24   know, she had her moments to where she would try to
25   be like, okay, dad, you just got to get through this,
```

1     Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2          you know, you put your -- you're here, now deal with

3          it.  But the majority of the -- majority was just to

4          be positive and keep him -- the goal was to get him

5          home.

6                         Q.   What about the relationship

7          between your husband and your son, can you describe

8          that to me?

9                         A.   They had -- they had a good

10         relationship, too.  Of course, my son was young and

11         busy with his friends, so he didn't see him as often

12         or talk to him as often as we did.  But he at least

13         talked to him once a day, but they had a good

14         relationship.

15                        Q.   Uh-huh.

16                        A.   We all had the same goal, to try

17         to get him home.

18                        Q.   So this -- this is going to be

19         kind of a broad question and --

20                        A.   Yeah.

21                        Q.   -- I apologize, but your amended

22         compliant indicates that your husband didn't receive

23         the necessary care for his mental health needs.  Can

24         you tell me what additional or further care that --

25         that you allege he should have received?

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                        A.   Further care?  Well, I mean,

3         considering his state of mind that everybody could

4         clearly see in there, I feel he should've been

5         watched more closely and -- and -- watched more

6         closely, definitely.

7                        If they had to take him off his

8         medication, regardless of what it was for, don't send

9         him back out in general population.  Watch him.

10        Watch him for that period of time because now you're

11        going -- and no, I'm not a medical expert, but now

12        you're going cold turkey.  When you already have

13        mental health issues and you've been taken off of

14        medication, regardless of what it's from, I mean, I

15        would think that would screw your mind right up right

16        there.

17                        I -- I just feel like he should've

18        been watched more.  I mean, everybody sees it.

19        Everybody knows.  I mean, everybody knows everything

20        in there.  I just --.

21                        Q.   Who -- go ahead.

22                        A.   No, you go ahead.

23                        Q.   Okay.  I was just going say who

24        do you allege should've watched him more closely?

25                        A.   Well, I mean, was there any

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2         communication between Mental Health and, you know,

3         the corrections officers?  So say, for instance, you

4         know, he's going through that, even though he got put

5         back in general population, if he's having a -- if

6         he's having a hard time, which clearly you can see he

7         was, well then, why wouldn't they -- and I -- I

8         understand there's a lot of inmates and only so many

9         C.O.s.  But if supposedly there, you know, inmates

10        seen him upset or he was, you know, having a hard

11        time or they knew he goes back and forth to Mental

12        Health, well, then maybe whoever's on watch in his

13        section should have more of a watch on him.

14                    Q.   Anything else you're alleging

15        with respect to further monitoring or further care he

16        should have received?

17                    A.   I just believe he just -- as far

18        as mental health goes, that he just wasn't getting

19        the care he should get in prison, considering that he

20        had a suicide attempt before.

21                    MS. COWAN:  I'm going to look over my

22        notes.  Do we want to take like a quick break, like

23        two, three minutes, or something?  Is that okay?

24                    THE WITNESS:  Yeah, whatever you have

25        to do.

800.523.7887                              Associated Reporters Int'l., Inc.

Page 105

1   Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2                      MS. NAPPI:  I would appreciate it if

3         we could take ten minutes if it's all right.

4                      MS. COWAN:  Yeah, that's fine.

5                      MS. NAPPI:  Okay.  Thank you so much.

6                      (Off the record, 12:02 p.m.)

7                      (The deposition resumed, 12:12 p.m.)

8                      THE REPORTER:  Okay.  We're back on

9         the record.

10                     MS. COWAN:  I have no further

11        questions.  So unless your attorney has any questions

12        for you, I'm -- I'm all set for today.

13                     MS. NAPPI:  I have no questions.

14                     THE WITNESS:  Okay.  I apologize if I

15        seemed frustrated.  It's not towards anyone.  It's

16        just everything inside me, and not remembering dates,

17        I'm like who would have ever thought I had to

18        remember everything.

19                     MS. COWAN:  Not a problem.

20                     MS. NAPPI:  I have no further

21        questions.

22                     MS. COWAN:  All set?

23                     THE REPORTER:  Okay.  Let -- let me --

24                     MS. COWAN:  Okay.

25                     THE REPORTER:  -- let me take us off

ARII@courtsteno.com                              www.courtsteno.com

Associated Reporters Int'l., Inc.

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2        the record.

3                        (The deposition concluded, 12:13 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                          Associated Reporters Int'l., Inc.

Page 107

 1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

 2   STATE OF                 )
     COUNTY OF                )
 3
             I, AMY KING, have read the foregoing record of
 4   my testimony taken at the time and place noted in the
     heading hereof and do hereby acknowledge:
 5   (Please check one)
             ( ) That it is a true and correct transcript of
 6   same.
             ( ) With the exceptions noted in the attached
 7   errata sheet, it is a true and correct transcript of same.

 8
                            X
                             AMY KING
 9

10   Sworn to before me this
     _____day of _____, 2022.
11   X_____
     NOTARY PUBLIC
12   My Commission Expires:
     _____
13

14

15

16

17

18

19

20

21

22

23

24

25

1    Estate/of King, et al v Annucci, et al – 3-18-22 – Amy King

2        I, HOWARD HUBBARD, do hereby certify that the

3    foregoing testimony of AMY KING was taken by me, in the

4    cause, at the time and place, and in the presence of

5    counsel, as stated in the caption hereto, at Page 1

6    hereof; that before giving testimony said witness was

7    duly sworn to testify the truth, the whole truth and

8    nothing but the truth; that the foregoing typewritten

9    transcription, consisting of pages number 1 to 106,

10    inclusive, is a true record prepared by me and completed

11    by Associated Reporters Int'l., Inc. from materials

12    provided by me.

13

14    HOWARD HUBBARD, Reporter

15

16

17

18

19

20

21

22

23

24

25

Page 109

```
1    Estate/of King, et al v Annucci, et al - 3-18-22 - Amy King

2            ASSOCIATED REPORTERS INTERNATIONAL, INC.
                        (800) 523-7887
3
     Date:
4    Case Name:  Estate of Joseph King, et al v Annucci, et al
     Index Number:  9:20-CV-1413
5    Deponent:  Amy King
     Deposition Date:  3/18/2022
6    Examining Attorney:  Aimee Cowan

7    Dear Ms. King:

8
     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12
                 OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13               BY:  AIMEE COWAN, A.A.G.
                 300 South State Street, Suite 300
14               Syracuse, New York 13202

15
     CORRECTIONS:
16
     _____      Word or phrase: _____
                   Corrected to:   _____
17
     _____      Word or phrase: _____
18               Corrected to:   _____
                   Word or phrase: _____
19               Corrected to:   _____
                   Word or phrase: _____
20               Corrected to:   _____
                   Word or phrase: _____
21               Corrected to:   _____
                   Word or phrase: _____
22               Corrected to:   _____
                   Word or phrase: _____
23
                   Corrected to:   _____

24   _____
     Date Signed                        _____
25                                      AMY KING
```

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 110

| A |
|---|

ability 7:11 34:25 35:3,4
able 72:5
abuse 36:9 37:6,20
access 60:14
accident 32:4 33:15,20 34:25
  35:14
accused 23:13 44:20
achieved 16:16
achievements 19:18,21
acknowledge 107:4
acronym 46:23
acting 78:12
actions 63:6
actual 46:21 92:18
additional 102:24
address 15:5,14,24,24
adjust 51:15 70:2
adjusting 51:16,19 70:2
adjustment 51:14 70:3
administrator 99:12,17
affect 7:11 34:25 35:3,9,12,16
  38:13,15
affirm 5:6
afraid 56:11,16 73:10 87:17
afternoon 21:12
afterschool 20:6
aggravated 57:21
ago 11:13 12:14 25:23
ahead 33:4 37:11,12 39:18 56:4
  67:25 103:21,22
aimee 2:10 6:4 109:6,13
al 1:1,1,5,8 2:1,1 3:1,1 4:1,1
  5:1,1 6:1,1 7:1,1 8:1,1 9:1,1
  10:1,1 11:1,1 12:1,1 13:1,1
  14:1,1 15:1,1 16:1,1 17:1,1
  18:1,1 19:1,1 20:1,1 21:1,1
  22:1,1 23:1,1 24:1,1 25:1,1
  26:1,1 27:1,1 28:1,1 29:1,1
  30:1,1 31:1,1 32:1,1 33:1,1
  34:1,1 35:1,1 36:1,1 37:1,1
  38:1,1 39:1,1 40:1,1 41:1,1
  42:1,1 43:1,1 44:1,1 45:1,1
  46:1,1 47:1,1 48:1,1 49:1,1
  50:1,1 51:1,1 52:1,1 53:1,1
  54:1,1 55:1,1 56:1,1 57:1,1
  58:1,1 59:1,1 60:1,1 61:1,1
  62:1,1 63:1,1 64:1,1 65:1,1
  66:1,1 67:1,1 68:1,1 69:1,1
  70:1,1 71:1,1 72:1,1 73:1,1
  74:1,1 75:1,1 76:1,1 77:1,1
  78:1,1 79:1,1 80:1,1 81:1,1
  82:1,1 83:1,1 84:1,1 85:1,1
  86:1,1 87:1,1 88:1,1 89:1,1
  90:1,1 91:1,1 92:1,1 93:1,1
  94:1,1 95:1,1 96:1,1 97:1,1
  98:1,1 99:1,1 100:1,1 101:1,1
  102:1,1 103:1,1 104:1,1 105:1
  105:1 106:1,1 107:1,1 108:1,1
  109:1,1,4,4
alcohol 7:13 36:15 38:13 45:4,6
  46:20
alcoholics 36:7
allegation 64:9
allegations 67:20 68:8
allege 102:25 103:24
alleging 68:10 104:14
allowed 59:21 60:10,17 66:15
allowing 59:9
amended 58:19 102:21
amy 1:1,11 2:1 3:1,3 4:1 5:1,10
  5:13 6:1,25 7:1 8:1 9:1 10:1
  11:1 12:1 13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1 33:1 34:1
  35:1 36:1 37:1 38:1 39:1 40:1
  41:1 42:1 43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1 51:1 52:1
  53:1 54:1 55:1 56:1 57:1 58:1
  59:1 60:1 61:1 62:1 63:1 64:1
  65:1 66:1 67:1 68:1 69:1 70:1
  71:1 72:1 73:1 74:1 75:1 76:1
  77:1 78:1 79:1 80:1 81:1 82:1
  83:1 84:1 85:1 86:1 87:1 88:1
  89:1 90:1 91:1 92:1 93:1 94:1
  95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1,3,8 108:1,3
  109:1,5,25
angela 53:23
annucci 1:1,8 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1

800.523.7887                                    Associated Reporters Int'l., Inc.

48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1
101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1,4
**anonymous** 36:7
**answer** 36:13 63:18
**answering** 6:20
**answers** 4:9 6:13 53:2,4,6,17,18
58:7 68:19 69:9
**anthony** 1:8
**anxiety** 26:3 27:18 28:5 45:11
45:12 82:13 97:22 98:4
**anybody** 7:16 54:3 71:5 87:8
90:9 91:25 99:15,16
**anymore** 63:5 65:22
**apartment** 10:8
**apologize** 33:22 102:21 105:14
**apparently** 54:17
**appearances** 2:2
**apply** 19:10
**appointed** 99:12
**appreciate** 105:2
**appropriate** 109:10
**approximately** 14:20
**area** 16:9 17:19
**arrangement** 10:10 93:7
**arrangements** 92:12,22 93:2,20
93:22
**arrest** 44:13
**arrested** 21:17 22:17 26:15 31:9
36:23 37:16 43:5,7,10
**arson** 42:18 44:18
**asat** 49:7
**asked** 58:18 63:15 70:5
**asking** 6:19 84:12,16
**assigned** 60:20
**assistant** 18:16 19:22 20:18
**associated** 108:11 109:2
**associates** 16:17,21
**assuming** 46:8
**attached** 107:6
**attacks** 97:23,23
**attaining** 18:11

**attempt** 52:11 54:4 58:25 60:6
62:20,25 70:7 77:17 104:20
**attempted** 54:13,20 58:20
**attempts** 58:12,16
**attend** 24:25 35:21 46:4,6
**attended** 43:17
**attending** 36:2,3
**attention** 39:15 42:4
**attorney** 2:9 4:15 6:6 7:15 87:6
91:21 105:11 109:6,12
**attorneys** 4:3 7:22
**audible** 6:13
**august** 9:9 21:24 88:18
**auto** 24:24
**autopsy** 64:15
**available** 27:2
**avenue** 2:6
**aware** 31:19 40:22 47:15 48:4
52:10,14 58:15,21,23 61:5
88:24
**awful** 43:8 57:13

**B**
**bachelors** 12:2 16:18 17:25
18:11
**back** 10:11 11:23 16:6 21:19,23
21:24 24:19 33:5,7,10 38:4
41:17 44:17 49:3 51:21 56:25
60:3,8 73:15 74:11 78:6 79:20
84:14 90:12,21 92:24 93:8,9
95:12 103:9 104:5,11 105:8
**background** 23:20 101:17
**bad** 73:15
**bail** 35:25
**barely** 58:3,5
**base** 62:7
**based** 32:7,9
**basic** 68:20
**basis** 67:15 72:23
**bed** 56:25
**beforecare** 20:5
**began** 78:12
**beginning** 96:2,4
**behalf** 95:24
**behavior** 35:16 39:11
**believe** 26:23 29:3 32:4 34:13
49:8 53:11 60:2 66:10 67:15
68:24 89:21 104:17
**believed** 38:8
**believes** 86:22

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 112

belongings 91:4
berrick 26:24 83:24
better 73:17
beverly 8:4
bigger 71:24
bills 93:20,25
biological 14:11
birth 7:8 22:4
bit 78:15 88:19 92:9 94:9
blank 18:25
blizzard 55:9
blood 83:16,19 95:16
board 45:20,23 46:4 47:11
book 63:18
bother 40:4
bothers 38:18
bought 35:19
box 73:2
boy 16:25 28:2 57:15,16
boyfriend 14:25 86:11
boyfriends 15:2
brain 30:20 32:15
breadwinner 81:17
break 23:11 81:22,24 82:2 88:21
  104:22
brief 25:2
bring 55:17 73:18
broad 13:2 102:19
brought 44:25 71:22 72:7 94:3
  99:8
burlington 32:22
bus 57:3
busy 102:11
buy 60:11

----
C
----
c 3:2 22:21 56:22,22 61:2 71:24
  104:9
call 38:2,6 52:21 53:4 62:7
  69:24 89:16,18
called 25:17 27:9 47:25 51:7,8
  52:15,17,19,25 53:7,15,18
  54:8 57:19 80:5,10 89:24 90:5
  90:24 100:6
calling 58:6 69:24 77:5 80:6
calls 69:18 71:2
cant 5:24 35:6 39:12 46:21 63:5
  65:10,12 66:19 69:17 73:15
  81:2 89:6 94:6
caption 108:5

card 99:25
care 25:5 26:6 59:23 82:5 83:15
  83:21 90:13 94:10 95:20,20
  96:13,19,20,22 102:23,24
  103:2 104:15,19
cars 13:19
case 7:24 61:13 84:16 93:15
  109:4
casual 55:23
catholic 20:4,7 21:3
cause 4:16 108:4
celexa 28:6 45:15 83:4 84:3
  94:12,19,22 95:14
cell 51:8
cement 32:5
cemetery 92:16
center 25:13 26:25 27:9 83:25
  84:23,24 94:14
central 24:3
certain 47:23 63:22,22 72:5
certificate 18:17,21
certification 19:6 24:24
certifications 18:14 24:21
certified 4:16 18:15
certify 108:2
challenged 99:15,16
champlain 25:19
chance 51:7
changed 97:15
changes 109:8
changing 28:7,9
charge 42:20
charged 44:18
check 54:17 65:9 107:5
checking 69:25
checks 68:4
cheverie 2:4
chief 51:12 53:9 54:6
child 18:4 71:18
childcare 18:5
children 9:14,16 12:21 14:10,11
  21:7 55:21 76:17 80:13
childrens 20:16 44:6
childs 9:25
chopper 11:12,15
citalopram 82:18 83:3 97:17
civil 4:5
claimed 23:9
claiming 93:13,14 94:8 95:23
classes 17:21 67:6

classified 51:25 52:5
claus 71:25 73:8
clean 13:18 57:9,14,17
clear 6:14
clearly 103:4 104:6
clerk 10:17
clifton 10:6 96:22
close 13:12
closely 103:5,6,24
clothes 57:9,14,17
clue 29:5 36:25
cold 59:5 64:4,14 65:10,12,15
  75:10,12 103:12
college 11:23 16:22 19:7 23:22
  24:4,7,9,21,25 25:3
coma 32:5 34:14,21
come 21:21,23 38:16 41:14 44:14
  66:23 77:23 79:4
coming 54:24 59:17 63:5 83:9
commenced 5:2
commentary 55:11
commission 107:12
commit 44:23 55:3 79:24 80:22
  80:24
committed 44:19 75:16,19 77:8
  77:10 78:19 82:24
common 28:5 66:18 68:19
communicate 59:7
communication 104:2
community 16:22 17:20 25:3
  96:19,20,22
complaint 58:19 64:5
complaints 31:15,17 72:14 74:16
complete 24:10,12 47:5
completed 47:2 108:10
compliant 102:22
concerned 63:2 70:6 85:23 86:14
concerns 62:19 71:23 72:7 82:8
concerts 14:8
concluded 106:3
concussion 33:21 34:20
conditions 51:3 82:6,12,15
  97:21
conferences 13:9
connected 80:19
considering 103:3 104:19
consisting 108:9
contact 51:5,9,11 54:6
contg 17:15
continue 84:11

continued 41:19
conversation 39:13 48:25 55:24
  68:20
conversations 49:3 62:2,18 63:9
  63:13,21 67:10 71:8,18 74:19
  74:23 75:4 76:5 78:22 79:23
convicted 19:12 42:16,19 50:10
cook 14:4
copies 91:9,16
copy 4:16
correct 12:5 28:14 31:21 66:25
  67:6,7,24 99:13 107:5,7
corrected 109:16,18,19,20,21,22
  109:23
correction 49:23 57:24 73:16
  89:5
correctional 48:17 50:3,4,6
  52:4,7 72:14 76:13 90:20
corrections 4:11 71:5 104:3
  109:8,11,15
correspondence 61:18 70:22 71:4
couldn 66:8 73:24
couldnt 44:17 46:6 51:16 53:18
  54:22,23 66:5 77:4
counsel 108:5
counseling 17:21 29:9,24 35:22
  35:24 58:5,9 81:9,11 84:6
  99:6
counselor 29:12 52:25 53:8,10
  68:4
counselors 51:10 58:2,4 61:17
  99:9
country 16:22 25:3
county 21:20 22:21 25:14 28:13
  28:22 29:6,19 41:19 59:21
  76:12 107:2
couple 7:17 10:12 25:15 26:23
  31:21 32:5 47:12 52:3
course 38:18 53:5 54:14 71:14
  72:9 89:15 96:6 102:10
courses 24:9
court 1:2 10:17 99:16
cousin 8:5
cousins 53:3,15,21
cowan 2:10 3:4 5:17,19 6:4
  17:14,15 104:21 105:4,10,19
  105:22,24 109:6,13
credit 99:25
credits 19:7
cremated 92:13,15

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 114

**cried** 55:6
**crime** 19:13 42:16,24 44:23
**crimes** 50:11
**criminal** 12:2 23:22 101:17
**critiques** 68:15
**cross** 54:9 59:13,22
**crossing** 34:9
**crying** 63:5
**current** 86:10
**currently** 8:13 11:7 14:13,24
  19:15,23 88:4,14
**cut** 81:25

---

**D**

**d** 3:2,2 27:2 80:7,18,25 84:18
  91:11 92:24 96:16 98:2,14,25
**dad** 100:11 101:25
**damages** 92:9 94:8
**date** 1:12 7:7 17:2 22:4 28:18
  74:6 109:3,5,24
**dates** 62:8 64:23 70:19 105:16
**dating** 85:7,11,13 87:19
**daughter** 8:5 9:14,19 10:14,16
  11:25 12:17 13:6 57:2 76:22
  96:21 97:7,14,23 99:6 101:7
  101:19
**daughters** 33:16
**day** 7:18,24 20:7 21:6 33:16
  36:12,14,21 44:25 55:7 57:5
  61:10 72:12 77:11,14 78:19
  79:5,6,15,15,23 80:13
  84:13 85:3,11 86:6 89:3,20,21
  102:13 107:10
**days** 109:9,10
**deal** 42:21 102:2
**dear** 109:7
**death** 64:6 68:25 76:15 83:13
  84:8 85:4 88:8,20 90:2,10
  92:6 94:10 95:19 96:14 97:2
  97:10,13,21 98:6 99:2 101:8
**debts** 99:21,25
**defendant** 4:6
**defendants** 1:9 2:8 6:5 61:12
**definitely** 103:6
**degree** 12:2 16:17,19,21,24
  17:16,19,24 18:6,11 24:13
**degrees** 67:4
**delivered** 109:10
**demeanor** 77:19
**denied** 46:8,11 47:6

**department** 71:5
**dependent** 70:12 79:17
**deponent** 109:5
**deposition** 1:11 4:5,11,14,15,17
  5:2 7:16 8:8 105:7 106:3
  109:5
**depressed** 27:15
**depression** 26:3 27:18 28:5 41:8
  50:24 51:4 65:13 82:13 97:22
  98:4,21
**describe** 29:22 101:6 102:7
**details** 89:12,17,19 90:2
**determined** 64:7
**development** 20:16 44:6
**diagnose** 27:18 98:23
**diagnosed** 25:25 32:14 51:2,13
  82:11 96:16 97:20 98:3,5,14
  98:18
**diagnosis** 99:2
**didn** 100:10
**didnt** 18:8 24:12,15,19 25:15
  30:12,17,22 31:2 35:3,12
  36:11 37:14 39:14,15,17,19
  40:6 42:4 44:14 47:5 49:12,17
  52:18 57:9 59:13,22,25 63:17
  65:20,21 67:4,12,13 68:20
  69:9 76:3 79:13 81:25 83:9
  84:11 86:3,17 87:18 89:7,12
  89:19 90:12,18 93:10 94:2
  99:23 100:12 102:11,22
**died** 88:25 90:11 99:22,24
**different** 27:25 28:4,5 50:18
  59:2 64:22 94:16 99:9
**diploma** 23:21 24:21
**direct** 3:4 5:18 23:2
**directives** 47:23
**directly** 49:17
**disciplinary** 23:16
**disciplined** 23:3
**discuss** 42:24 48:7 74:19 87:20
**discussed** 7:16,19
**discussing** 66:4
**dishes** 14:4
**disorder** 51:14 70:3 98:19
**district** 1:2,3
**divorce** 87:6,13,20 88:2
**divorced** 9:10
**divorcing** 38:20 87:9,18
**doccs** 54:3 59:8,14 90:10
**doctor** 25:12 26:4,6,9,13,18

27:2,17 29:13 65:4 81:12 82:5
 83:21 94:17 95:21 96:15,18,18
 99:4
doctors 26:21 27:12 30:4,5,6
 33:6 35:5 52:23 66:5 96:23
documents 8:10 71:4
doesnt 6:8 45:2 66:20 72:25
doing 6:18 11:11,12 22:12 73:5
 79:21
dollars 93:4 100:14
don 58:9 74:9
dont 16:10 17:2 28:18,23,24
 29:22 30:16,19 36:13,20 37:14
 38:17 39:7,7,7 40:19,25 41:16
 41:16,17 42:2 45:14,15 46:13
 46:14,14 48:17,22 50:23 52:22
 52:22 54:16 55:16 59:4,13
 60:4,25 61:6,11 62:4,8,14,21
 63:11,16,19,25,25 64:23,23
 65:3,6,11,25 66:2,3,13,23,24
 67:3,7,13,18,19 68:14,17
 69:18 70:8 72:10,19,19,20
 73:20 74:5,8,8,9,10,10,11
 75:7 76:4 77:22 80:14 82:2
 83:20 84:14 90:8 93:5,6,24,25
 97:16 100:19,23 103:8
door 57:5
dosage 94:21
dosages 95:5,9
dose 50:17
downhill 78:17
downs 101:18
downstate 51:25 52:4 76:12
drank 7:13 36:14,18 39:6 45:9
drink 36:11,11,12 38:17,22 39:3
 39:3,5,7,10
drinking 38:18 39:13 45:4,6
drinks 38:17,25 39:2
driving 37:2,3
drove 13:10
drug 46:20 49:4,8,11
drugs 37:7,17 40:9 66:23
duly 4:14 108:7

E
e 3:2,2,2
earlier 76:7
early 47:3 77:12,13
east 14:15 15:13,21
easy 101:16

education 11:19,25 16:16 19:23
 21:7
educational 23:19
effect 35:7
eggshells 79:4
eight 21:11
eighteen 12:18
either 23:4,17 53:10,11 65:2
 66:17 72:13 75:4
elementary 20:17 44:7
elizabethtown 25:14 28:14
embarrassed 35:18
embarrassing 43:15
employed 10:13,16,19,23 11:10
 19:15,17,18 21:10 22:8,10,13
employment 22:15
ended 24:18
enrolled 37:22
errata 107:7
error 28:7
especially 75:10 100:25
esq 2:5
essentially 9:4
essex 21:20 22:21 25:14 28:13
 28:22 29:5,19 76:12
estate 1:1,5 2:1 3:1 4:1 5:1
 6:1 7:1 8:1 9:1 10:1 11:1
 12:1 13:1 14:1 15:1 16:1 17:1
 18:1 19:1 20:1 21:1 22:1 23:1
 24:1 25:1 26:1 27:1 28:1 29:1
 30:1 31:1 32:1 33:1 34:1 35:1
 36:1 37:1 38:1 39:1 40:1 41:1
 42:1 43:1 44:1 45:1 46:1 47:1
 48:1 49:1 50:1 51:1 52:1 53:1
 54:1 55:1 56:1 57:1 58:1 59:1
 60:1 61:1 62:1 63:1 64:1 65:1
 66:1 67:1 68:1 69:1 70:1 71:1
 72:1 73:1 74:1 75:1 76:1 77:1
 78:1 79:1 80:1 81:1 82:1 83:1
 84:1 85:1 86:1 87:1 88:1 89:1
 90:1 91:1 92:1 93:1 94:1 95:1
 96:1 97:1 98:1 99:1,13 100:1
 100:18 101:1 102:1 103:1
 104:1 105:1 106:1 107:1 108:1
 109:1,4
estimate 22:25 26:11 95:13
et 1:1,1,5,8 2:1,1 3:1,1 4:1,1
 5:1,1 6:1,1 7:1,1 8:1,1 9:1,1
 10:1,1 11:1,1 12:1,1 13:1,1
 14:1,1 15:1,1 16:1,1 17:1,1

800.523.7887                                          Associated Reporters Int'l., Inc.

```
  18:1,1  19:1,1  20:1,1  21:1,1
  22:1,1  23:1,1  24:1,1  25:1,1
  26:1,1  27:1,1  28:1,1  29:1,1
  30:1,1  31:1,1  32:1,1  33:1,1
  34:1,1  35:1,1  36:1,1  37:1,1
  38:1,1  39:1,1  40:1,1  41:1,1
  42:1,1  43:1,1  44:1,1  45:1,1
  46:1,1  47:1,1  48:1,1  49:1,1
  50:1,1  51:1,1  52:1,1  53:1,1
  54:1,1  55:1,1  56:1,1  57:1,1
  58:1,1  59:1,1  60:1,1  61:1,1
  62:1,1  63:1,1  64:1,1  65:1,1
  66:1,1  67:1,1  68:1,1  69:1,1
  70:1,1  71:1,1  72:1,1  73:1,1
  74:1,1  75:1,1  76:1,1  77:1,1
  78:1,1  79:1,1  80:1,1  81:1,1
  82:1,1  83:1,1  84:1,1  85:1,1
  86:1,1  87:1,1  88:1,1  89:1,1
  90:1,1  91:1,1  92:1,1  93:1,1
  94:1,1  95:1,1  96:1,1  97:1,1
  98:1,1  99:1,1  100:1,1  101:1,1
  102:1,1  103:1,1  104:1,1  105:1
  105:1  106:1,1  107:1,1  108:1,1
  109:1,1,4,4
event 82:21
eventually 87:24
everybody 43:19,19  60:12  100:21
  103:3,18,19,19
everythings 49:17
exact 17:2  28:18  70:13  74:6
exactly 68:17
examination 3:4  5:18
examining 109:6
exceptions 107:6
exchange 61:17,21
expenses 10:8  92:11,22  93:12,14
  93:20  94:5,5
expert 103:11
expires 107:12
express 62:19,24  86:19
expressed 86:14
extremely 56:7
eyes 65:5

                    F
f 3:2
facility 28:25  48:17  49:23  50:6
  52:4,7  76:13  89:5  90:20  92:2
fail 109:10
fairly 98:16
```

```
familiar 66:21  93:13
family 7:17,21  14:9  15:19,20
  18:5  32:12  38:16  70:13  79:17
  81:18  92:17  99:5
far 13:22,22,23  14:4,5  18:10
  37:13  50:2  65:22  80:23  100:19
  104:17
father 13:5,7,11
fear 72:24
federal 4:4
feel 25:15  27:14,15  30:14,17,23
  56:15  75:8  77:23  103:4,17
feeling 27:13  56:6
feels 30:16  100:25
fell 54:14  73:16  74:2,7
felt 35:19  38:9  54:23
field 19:8
fights 39:16
figure 6:2  43:24
figured 53:17
file 72:14
filed 6:6
finally 49:7
find 11:17  90:2
fine 52:10  88:21  105:4
finish 6:19  18:8  46:16
fire 44:20
fired 23:4,5,14  26:10  27:12,14
  31:18  44:12
first 7:18,24  12:9,11  21:17
  31:14,17  41:18  45:23  51:25
  57:6  78:5,13  84:9  88:16  90:4
  95:10  96:2,5
five 11:2,3  20:8  21:10,11  69:12
  94:25
fixing 13:19
floating 90:20
focus 100:21
foregoing 107:3  108:3,8
forgot 42:8
form 4:8
forth 79:20  104:11
four 42:23  45:17,25
fourteen 21:21
fourwheeler 32:3  33:15,16  34:2
  34:17,19  36:16
frame 63:3
franklin 50:3,3,4,17,22  52:2,3
  52:7  60:24,25  76:13  78:9
frequently 77:3
```

**friday** 89:2
**friends** 14:8 85:22 86:4,4
  102:11
**front** 28:2 65:8
**frustrated** 101:4 105:15
**full** 6:23 87:25
**function** 13:8 72:5
**functioning** 21:9
**funeral** 92:11,11,21,22 93:20,22
  94:4
**further** 4:7,10,13 17:24 102:24
  103:2 104:15,15 105:10,20
**future** 16:8

---
**G**
---

**g** 2:10 3:2 109:13
**garage** 23:10
**general** 2:9 60:8,13,15 72:6
  77:19 103:9 104:5 109:12
**generic** 83:3,4
**getting** 24:19 31:9 53:16 56:14
  57:20 58:5 71:14,15,20 73:3
  78:14 87:13 95:10 101:3
  104:18
**girlfriend** 10:7
**give** 5:7 27:2 49:8 52:18 60:16
  65:23 66:5,22 70:14 78:25
  89:12,16 91:20 93:10 95:8
  96:23
**giving** 41:19 57:8 59:16 108:6
**glitch** 5:25
**go** 23:11,12 24:19 29:4 30:4,4
  31:3 32:20 33:4 35:25 36:4
  37:11,12 38:25 39:18 40:20
  44:17 45:20 47:11 56:4,11,16
  65:12 67:25 69:8,16 73:25
  79:20 86:5,6 96:15,18,20
  103:21,22
**goal** 102:4,16
**god** 11:16
**goes** 38:10 96:19,21,21 100:21
  104:11,18
**going** 7:19 8:24 11:2 18:25,25
  21:19,24 23:22 24:6 25:13
  26:11 29:5,13 38:4 49:4,10
  52:8 53:3,13 54:15 55:12 60:9
  62:15,25 63:7 72:9,21 73:19
  76:6,24 77:23 78:4,24,24 79:9
  79:12 80:8,9 82:3 83:9,10
  84:14 86:18,21 87:2 88:19

90:16,22 92:8 98:6,11 101:12
  102:18 103:11,12,23 104:4,21
**good** 5:20,21 13:7 101:9,9,15
  102:9,13
**google** 49:13
**gosh** 51:24 54:7 63:17
**gotten** 48:20
**grade** 12:20
**graduate** 11:19 23:23 24:2
**graduated** 8:20 9:5
**great** 91:23
**green** 54:9
**greenbush** 10:18 14:15 15:13,21
  16:5
**grocery** 77:5
**ground** 6:7
**grounds** 23:15 50:19
**group** 20:16 44:6
**grubhub** 11:12
**guard** 57:4,14
**guess** 9:4 13:2 60:15 86:9
**guilty** 35:19 42:20
**guy** 71:24 84:10

---
**H**
---

**h** 61:17 71:5 90:10
**hach** 2:4
**hadnt** 46:25 57:8
**hal** 51:12 54:6 62:22 63:16
  67:13 69:4 79:16
**half** 14:18 15:9,11 18:12 50:9
**hand** 5:5,15
**handlebars** 33:17 34:19
**happen** 44:2 72:22
**happened** 31:25 36:19 40:24
  43:17,18,25 58:13,22 64:21
  65:12 66:9 90:3 96:2,5 98:10
**happy** 73:20
**hard** 6:18 55:6 56:23 104:6,10
**havent** 7:19 99:8
**head** 6:13 30:17,18,19,23 31:21
  33:7,13,18,22,23 34:5,10,19
  40:16 46:22
**heading** 107:4
**headquarters** 29:15
**headwaters** 27:10 29:16,17
**health** 16:18 17:4,19,21 25:5,13
  25:14 26:2,9,25 27:9 28:14
  29:6,12,19,24 30:5,24 31:12
  31:15,18 36:5 41:12 50:19

51:3,12 52:23 53:10 54:3,7,9
54:19 56:11,15,17 57:3,6 58:2
58:3 59:8,14 62:6,6,16 64:25
65:2 67:21 68:15 69:15,16,19
69:22 71:13 72:2,4 73:12 80:6
81:9 82:6,8,12 83:17,25 84:6
84:23,24 94:9,13 95:19 96:13
97:2,21 102:23 103:13 104:2
104:12,18
**hear** 5:22,24 46:4 74:12 81:3
**heard** 89:25 90:23,23
**hearing** 4:16 46:4 48:2
**hed** 13:18 23:11 38:25
**help** 14:3 25:21 41:9 97:17
**helped** 14:2
**helping** 13:13,23,24,24 28:10
**henry** 15:15,24 49:24
**hereof** 107:4 108:6
**hereto** 108:5
**hes** 11:11,12,17 15:8 27:3 38:17
43:5 52:21,22,24 58:4 59:13
59:24 69:19 70:11,12 72:2,4,8
72:11,12 79:16 86:19,19 92:19
97:17 104:4,5,6
**hey** 35:6
**high** 11:19 12:19 23:21,23 24:20
24:23 32:4 34:2 83:16,19
95:16
**higher** 95:5,9
**highest** 11:18,25 16:15
**hillary** 2:5
**hire** 19:24
**hit** 32:5 34:10,10 40:19 79:19
**hold** 101:19
**home** 11:23 12:22 21:22,22,23
30:25 41:21 43:23 50:7 54:24
69:19 77:24 79:4 80:15,19
85:18 89:4 94:3 102:5,17
**homework** 14:3
**honestly** 42:3 48:17 63:11 74:9
**hospital** 25:17,18 30:12,24 31:4
34:14 35:13 40:21 73:18,19
74:2,14
**hour** 77:13
**hours** 19:25 20:5,7 21:4 50:9
72:11
**house** 13:8,14,24 23:9 37:15
**howard** 1:21 108:2,14
**hows** 60:11
**hubbard** 1:21 108:2,14

**hudson** 27:9 29:14,15
**hundred** 93:4
**hurt** 77:17 80:21
**hurting** 79:24
**husband** 12:4 21:14 22:8 35:22
36:22 51:6,22 52:11,21 54:12
58:25 59:9 60:19 63:14 67:11
67:16,22 68:16 71:20 72:13,21
73:25 75:5,24 76:8 77:3 78:18
81:16 83:7 85:4,10,23 86:13
87:9,11,23 88:25 89:11 91:6
91:13 92:2,6,12 95:24 98:6,11
99:19 100:8 101:7,21 102:7,22
**husbands** 68:25 74:20 85:4 88:8
88:20 90:2,10 95:18 97:2,10
97:21 98:5 99:2,12 100:17

**I**
**id** 33:10 62:7 69:23
**idea** 52:18 53:12 68:10
**ill** 93:4,18,18
**im** 10:25 11:16 12:25 16:10
18:25,25 19:22,22 20:7 21:6,9
21:10 24:11 25:17,18,19,22
26:11,20 28:17 30:20 32:16
33:5,10 34:15 36:13 41:5
43:21 46:8 47:17 51:20 52:8,8
53:3 56:14,15 57:20,20,22
58:23 59:23,24 60:22,23 63:19
64:16 65:4,9 66:2,20,21 68:2
68:5 73:6 76:6 77:23 78:20
79:9,11,12,12 80:6,8,8,9
81:12,20 82:25 84:15 88:19
89:11,24 90:14 92:8 93:19
98:22 101:3,3 103:11 104:21
105:12,12,17
**immediately** 6:2
**impaired** 37:3
**impression** 87:15
**incarcerated** 12:5,8 21:14 37:23
41:18 51:2
**incarceration** 12:24 13:5 25:4
42:17
**incident** 33:22,23,25 34:8,12,17
36:16,19 40:23 52:20 62:10,13
74:12
**incidents** 40:12
**inclusive** 108:10
**index** 1:7 109:4
**indicate** 55:14 77:16 85:19

Associated Reporters Int'l., Inc.

**indicates** 58:19 64:5 102:22
**indications** 56:13
**information** 61:10 89:17
**initially** 21:14
**injuries** 31:21 33:19 34:11
  40:16
**injury** 30:18,19,20 32:15 33:13
  33:24 34:5
**inmate** 47:24 52:15,17 60:9 72:6
**inmates** 51:14 54:15 70:2 86:20
  89:6 90:16 92:5 104:8,9
**inside** 20:4,17 105:16
**instance** 104:3
**insurance** 99:10 100:9
**integrated** 21:8
**intention** 88:2
**interact** 66:8,18
**interested** 85:20,21
**international** 109:2
**intl** 108:11
**intoxicated** 37:3
**involved** 13:11 36:15 54:11
  69:15
**isnt** 57:15 66:19
**issues** 23:17 26:2,9 31:12,18
  36:10 37:7 40:8 57:24 103:13
**ive** 18:18 32:13 43:3,4,6 48:14
  73:21 82:21

---
**J**
---

**j** 1:8
**jackson** 15:25
**jail** 12:10,11 21:21 22:7,7
  41:19 42:3 43:3,12 76:12
**jails** 59:21
**jami** 61:14 67:10
**january** 12:12 21:16
**jeannie** 8:6
**job** 10:18 11:17 20:12,12 23:14
  26:11 31:9 44:5,20 61:4
**jobs** 23:4,17 42:9 60:20,21
**joes** 36:2
**johns** 15:3
**joseph** 1:5 8:16 10:2,7 12:5
  109:4
**josephs** 10:7
**jr** 10:2
**july** 8:21 52:11 58:11,24 60:6
  62:10
**june** 22:5

**jury** 42:19
**justice** 12:3 23:22 101:18

---
**K**
---

**kateri** 19:19 20:25 21:2,5
**keep** 31:2 55:12 78:3,4 80:19
  82:3 91:9,16 101:12,14 102:4
**kelly** 53:23
**kept** 8:24 51:5,9,11 89:12
**kicked** 49:9
**kids** 13:24 35:10,19 36:21 38:14
  38:15 39:15 43:16,18 59:24
  76:25 80:21 90:19 93:17 96:10
  96:12,12 97:13 98:5 100:25
  101:11
**kind** 13:5 14:5 68:3 70:14 87:4
  102:19
**king** 1:1,1,5,11 2:1,1 3:1,1,3
  4:1,1 5:1,1,9,10,13,20 6:1,1
  6:25 7:1,1 8:1,1,5,16 9:1,1
  10:1,1,2 11:1,1 12:1,1,5 13:1
  13:1,6 14:1,1,11 15:1,1,17
  16:1,1 17:1,1 18:1,1 19:1,1
  20:1,1 21:1,1 22:1,1 23:1,1
  24:1,1 25:1,1,5 26:1,1 27:1,1
  28:1,1 29:1,1 30:1,1 31:1,1
  31:11 32:1,1 33:1,1 34:1,1
  35:1,1 36:1,1,9 37:1,1 38:1,1
  39:1,1 40:1,1 41:1,1 42:1,1
  43:1,1 44:1,1,12 45:1,1 46:1
  46:1 47:1,1 48:1,1 49:1,1
  50:1,1 51:1,1 52:1,1 53:1,1
  54:1,1 55:1,1 56:1,1 57:1,1
  58:1,1 59:1,1 60:1,1 61:1,1
  62:1,1 63:1,1 64:1,1 65:1,1
  66:1,1 67:1,1 68:1,1 69:1,1
  70:1,1 71:1,1 72:1,1 73:1,1
  74:1,1 75:1,1 76:1,1 77:1,1
  78:1,1 79:1,1 80:1,1 81:1,1
  82:1,1 83:1,1 84:1,1 85:1,1
  86:1,1 87:1,1 88:1,1 89:1,1
  90:1,1 91:1,1 92:1,1 93:1,1
  94:1,1 95:1,1 96:1,1 97:1,1
  98:1,1 99:1,1 100:1,1 101:1,1
  102:1,1 103:1,1 104:1,1 105:1
  105:1 106:1,1 107:1,1,3,8
  108:1,1,3 109:1,1,4,5,7,25
**kings** 23:19
**kittery** 20:24
**knew** 30:5 41:3 53:2 59:20 84:17

800.523.7887                                            Associated Reporters Int'l., Inc.

84:17 104:11
**know** 5:25 6:9 7:19 9:13 10:22
  13:4,18 16:10 17:2 24:15 28:4
  28:6,18,21,24 29:22 30:16
  31:7 32:18 36:18 37:14 38:8
  39:14 40:17,18,24 41:23 42:5
  45:3,8,12,15 46:11,14,17,19
  46:25 48:18 49:12 50:13,23
  52:20,22,24 53:19 54:16 56:15
  56:22,23 57:12,14 58:4,10
  59:15 60:4,19,25 62:4,7,15
  63:4,4,19,25 64:3,9,14,14,23
  64:23 65:3,14 66:3,23 67:18
  68:17,19 69:23 70:19 71:11,23
  71:25 72:8,9,10,17,19,19
  73:20,22 74:6,7,9,10,11 75:11
  75:13,15,18 76:2,4 79:11,13
  79:16 80:9,12,20,24 81:4 83:9
  84:18 86:24 87:2 89:7,24,25
  90:4,8 94:2 96:2 97:16 98:18
  98:23,25 100:10,12,19,21,21
  100:25 101:3,11,12,13,18,23
  101:24 102:2 104:2,4,9,10
**knowing** 43:23
**knowledge** 36:24 50:11 75:16
**known** 32:13,17 43:6 48:14
**knows** 43:19 103:19,19

---
                    **L**
---
**l** 2:4,4
**labor** 35:7
**lady** 28:23 89:22 90:13
**lake** 22:21 23:5
**landed** 33:17 34:19
**lastly** 6:17
**lawsuit** 6:5,7 92:10
**lawyer** 7:18 53:3,15 84:13,17,17
**laying** 56:23
**leading** 76:15
**leave** 55:21 77:13 86:18,21 87:2
  87:16
**leaving** 79:12 87:12
**led** 42:17
**left** 41:20
**legally** 9:10
**letters** 55:11 61:19,21 70:23
  71:4 91:7,10,14,17 92:2
**letting** 56:15
**level** 11:18,25 16:15 50:16,17
  50:18

**licenses** 18:14 24:22
**lie** 79:9
**life** 51:15 55:15 100:8
**liked** 41:24
**limited** 99:10
**line** 77:5
**liquor** 45:10,11
**list** 97:18
**listen** 35:6
**little** 6:18 13:2 38:18 54:9
  57:4 88:19 92:9,16 94:9
**live** 10:5,6 15:14 94:16
**lived** 10:9 14:16 15:4,8,16,18
  16:2
**lives** 14:23 98:10
**living** 12:22 83:23 88:14,16
**loan** 100:2
**long** 10:9,22 11:14,16 14:16
  15:4,7 20:9,20 22:13,22,23
  25:23 26:12 41:7 67:14 77:9
  86:25
**longer** 11:4
**look** 8:10 33:10,10 91:12 104:21
**looked** 57:13
**lose** 73:3
**losing** 73:2
**lost** 31:9 95:23
**lot** 17:21 26:25 27:24 39:3,6
  42:5 79:19 104:8
**love** 70:14 79:3
**low** 44:10
**lynn** 6:25

---
                    **M**
---
**m** 1:13,13 5:3 37:11 49:2,5
  61:17 71:5 90:10 94:15 105:6
  105:7 106:3
**madison** 2:6
**maiden** 7:4
**mail** 90:22
**main** 100:20
**maintenance** 22:12
**major** 74:12
**majority** 79:20 102:3,3
**man** 90:8
**management** 18:5
**manual** 35:6
**march** 1:12 21:22
**marcy** 89:22,23
**marijuana** 23:10,14

800.523.7887                                   Associated Reporters Int'l., Inc.

```
mark 54:14                              83:17 84:5 94:9 95:19 96:13
marks 54:17                             97:2,20 102:23 103:13 104:2
married 8:13,15 9:8 53:24,25            104:11,18
martin 15:3 86:10,16 88:5           mention 94:7
materials 108:11                    mentioned 9:13,18 26:5 28:13
matter 51:8 87:19                       33:12 36:6 37:19 61:13 94:12
mattison 8:4                            96:9
mcbride 8:6                         met 7:18,21 15:19 30:18 31:14
mccloskey 8:5                           31:25 32:24 33:23 34:8 40:15
mean 7:17 12:9,20 14:2,4,5,6            40:16
    16:4,9 20:3 24:18 25:9 29:21    meyer 53:10,11,12
    30:5 33:10 35:11,18 37:14,25    meyers 51:12 53:10 54:6 62:22
    38:7 39:14 40:19 43:6,20,25         63:17 64:7 67:13 69:3,4 70:6
    45:14 47:18 51:6 54:7 55:6,18       70:9,12,22 71:9,10 74:19 75:4
    55:19 56:19 58:6,8 59:12,12         79:16
    59:23 60:5,12 61:9 63:25 65:6   mid 50:18 51:22 78:7,9
    65:8,22 66:18 68:5,18 71:10     midstate 48:16,21 49:23 50:2,5
    72:3,11 77:12 78:8 79:9,15,18       50:6,14 51:5,11 60:20,24
    81:10,12,25 82:23 83:16 86:4        78:14 89:5 90:5
    90:12,15 96:4,6 98:20 100:21    milligrams 94:24,25 95:3
    100:23 101:3,9,22 103:2,14,18   mind 59:13,22 63:4 99:7 103:3
    103:19,25                           103:15
mechanic 24:24                      minimum 46:2
medical 32:10,19 33:11 66:24        minutes 104:23 105:3
    67:4,7 93:20,25 103:11          misbehavior 47:15,17,18,21,25
medication 45:13 50:15,17,21            48:4
    59:2,2,3 81:13 82:20 83:6,17    missed 55:9
    83:19 95:17 97:5 103:8,14       moment 10:15
medications 7:10 27:21,25 28:6      moments 101:23,24
    28:8,10 29:2 41:8,12,19,22,23   monitoring 104:15
    42:6 50:24 63:13,22,23 64:8     months 11:13 21:21,23
    64:11,21 65:13,15,18 66:6,15    moriah 24:3
    67:17 74:20 75:5,6,8,9,12,14    morning 5:20,21 21:11 89:2
    75:19 82:14,17 83:12 95:7,15    mother 71:17
    97:12                           mountain 22:21 23:5
medicine 65:8                       mouth 65:9
meds 45:11                          move 16:7
meet 8:19                           moved 10:11,25 15:6,7 16:5
meetings 36:3                           20:12
megan 8:5 9:19 10:7                 movies 36:21
members 7:18,21                     moving 16:11,12
mental 16:18 17:4,19,20 25:5,14     multiple 56:8
    26:2,9 28:14 29:6,12,19,24      music 80:18
    30:5,24 31:11,15,18 36:4        musically 80:17
    41:11 50:19 51:3,12 52:23
    53:9 54:3,7,9,19 56:11,14,17                 ─── N ───
    57:3,6,25 58:3 59:8,14 62:6,6   n 3:2,2
    62:16 64:25 65:2 67:21 68:15    name 5:12 6:4,24 7:4 9:25 15:2
    69:15,16,19,22 71:13 72:2,4         26:21 28:24 52:19 53:22 73:23
    73:11,12 80:6 81:9 82:6,8,12        73:23 83:22 86:9 90:15 96:23
```

ARII@courtsteno.com                              www.courtsteno.com

109:4
**named** 9:19 28:5
**names** 7:2 8:2 73:9,20
**nappi** 2:5 105:2,5,13,20
**narcotics** 37:17
**near** 16:8 92:16
**necessary** 102:23
**need** 17:8,11 19:5 79:11
**needed** 14:3 30:4 38:9,10
**needs** 102:23
**nerves** 98:21
**nervous** 49:10
**neurologist** 32:19,20
**never** 23:10 32:17 38:15 43:4,5
  43:6 54:24 55:18,19,20,21
  56:9 61:20 63:6,24 72:16
  77:23 87:18 90:22,23,25 91:3
  92:18 98:8 100:2
**new** 1:3 2:7,7,9,12 14:15 15:15
  18:22,23,24 19:3,24 22:11
  25:14 57:9 96:22 98:17 109:12
  109:14
**newspaper** 43:20
**nice** 39:8 57:12 61:3
**night** 13:9 35:15 43:24 44:21
  45:4
**nightmares** 98:24
**nine** 20:22
**nope** 90:6 91:5
**normal** 14:8
**north** 10:18 16:5,22 25:3
**northern** 1:3
**nose** 54:15
**notary** 4:12 107:11 109:9
**notebook** 70:20
**noted** 107:4,6
**notes** 104:22
**november** 58:12 76:14 77:6 81:10
  82:4 85:2
**number** 6:8 108:9 109:4
**nurse** 65:8,22

---
**O**
**o** 3:2,2 56:22,22 61:2,17 71:5
  71:24 90:10 104:9
**objections** 4:7
**obtain** 19:5
**obviously** 57:16 58:12 81:17
  90:16 99:11
**occasionally** 39:22 40:3

**oclock** 89:4,7
**office** 2:9 54:3 109:12
**officer** 73:7
**officers** 57:25 72:15 73:5,6,9
  73:16 104:3
**officially** 8:22 88:10
**oh** 10:24 11:16 14:2 16:25 18:19
  28:2 33:22 43:2 49:21 82:21
  86:21 96:11
**okay** 5:4,14,22,24 6:2,3,10,15
  6:21 7:7 8:7,13,25 9:8,24
  10:13,19 11:3,14,18 12:13
  13:16 14:13,20 15:8,23 17:3,6
  18:10 19:2,9,25 20:9 21:13,25
  23:13,16 25:25 26:4,16 27:4,4
  29:8 32:11,23 33:8,25 34:16
  35:21 36:15,22 37:2 38:12
  39:10 40:4,23 42:7,11 44:8,12
  44:16 45:8,16 47:6,13 48:7
  49:19 50:25 51:18 52:21,24
  53:14 57:23 58:24 60:8 61:4,8
  61:15 62:9 63:12,20 64:12
  67:3 68:7,14,22 70:21 71:3
  75:25 78:11,16 81:8,14 82:4
  82:23,25 83:5,18 85:15 86:13
  88:22,23 89:8 90:7 92:14
  93:18,23 94:4,7,18 95:12,14
  95:18 96:9,17,25 97:6,12,19
  97:25 99:11 100:4,15 101:25
  103:23 104:23 105:5,8,14,23
  105:24
**old** 9:16 44:20
**once** 29:7,25 30:2,3 37:8 40:18
  48:13,25 68:4 77:13 102:13
**ones** 27:25 59:15
**online** 92:17
**open** 13:8
**opportunity** 45:19 47:10
**opposite** 53:11
**order** 92:17
**original** 4:13,17
**outside** 21:19 57:4 74:13
**overnight** 72:12
**overwhelmed** 59:23

---
**P**
**p** 1:5,13 2:4 3:2 96:16 98:2,14
  98:25 105:6,7 106:3
**pacing** 56:24
**packages** 55:10

**page** 108:5
**pages** 108:9
**paid** 92:21 93:6
**pain** 100:20,22
**painkiller** 41:3,4
**pains** 73:15
**palladino** 58:7 61:14 63:10 64:7 67:10 68:9 70:5
**panic** 97:23,23
**paper** 90:14 100:14
**papers** 87:21
**parents** 76:25 92:20
**park** 10:6 96:22
**parks** 14:7
**parole** 45:20,23 46:4,8,12 47:6 47:11 87:24
**part** 30:21
**particular** 17:19 20:21 60:21 84:21
**parties** 4:4 109:10
**passed** 56:6 89:11 96:7 100:12
**pastor** 89:13,18 90:25
**pay** 39:15 42:4 92:24,25 93:9 94:2
**paying** 93:7
**people** 27:4 55:12 59:8 65:10 66:22 85:8
**perfect** 56:23
**period** 25:2 30:8 34:22 35:14 41:10 42:9,12,13 103:10
**permission** 53:5,20
**person** 32:24 85:20,24 86:7,16 88:11 90:5
**persons** 83:22 86:9
**perspective** 68:8
**phone** 51:6,7,8 56:14 61:22,24 69:18 71:2 73:4 77:3 78:19 80:16 85:11 89:4,7,10,15
**phrase** 109:16,17,18,19,20,21,22
**physicians** 96:20,22
**picked** 13:9
**pictures** 55:11 90:18,19
**piece** 90:14
**pills** 41:3
**pins** 73:23
**place** 16:10 20:21 28:24 49:16 57:12 65:2 83:24 107:4 108:4
**plaintiff** 2:3
**plaintiffs** 1:6
**plans** 16:7

**plaque** 92:18
**plattsburgh** 18:9 25:16,18,23 30:12 31:4
**play** 80:18
**played** 14:6 30:20 68:24
**playing** 14:6
**plea** 42:21
**plead** 42:20
**pleasant** 65:2
**please** 5:5,11,25 6:9,23 107:5 109:8,9
**plus** 22:23 53:18
**point** 12:4 28:3 32:15,17,21 38:19 41:14 48:8 51:13,15 54:21 55:2 66:7,10 74:25 77:15 79:22 81:9,10,22 82:12 87:5 95:2
**police** 89:23
**policies** 47:23,24 59:19 100:9
**population** 60:8,14 72:6 103:9 104:5
**port** 15:15,24 49:24
**porter** 60:23 61:2
**position** 10:20 19:20 22:24
**positive** 101:12,14 102:4
**possessing** 37:17
**possible** 87:16
**possibly** 71:12 87:9
**pot** 37:8 39:21,25 40:5
**practically** 55:7
**practice** 27:5,17,20
**preferred** 41:24
**pregnant** 24:19
**preparation** 8:8
**prepared** 108:10
**preschool** 19:19,21 20:2,4,6,10 20:15 21:7
**preschoolers** 21:9
**prescribe** 27:21,23 29:2
**prescribed** 27:24 41:2,11 49:20 58:25 64:8 82:20 84:2
**prescription** 30:25
**presence** 108:4 109:8
**pressure** 83:16,19 95:16
**pretty** 77:24
**previously** 8:15
**price** 11:12,15
**primary** 26:5 82:5 83:15,21 95:20
**prior** 10:20 12:24 13:5 15:13

20:14 22:6,18 25:4 37:20
38:12,22 39:22 41:4 50:11
64:6 83:13 84:7 94:10 96:25
97:9,13,21 98:5
**prison** 12:10 21:19,19 22:3
35:25 38:4,11 41:21 45:17
47:16,22 48:9 51:20 52:3 57:7
57:12 59:15,25 76:25 81:17
83:7 87:24 91:6 92:5 98:7,11
101:21 104:19
**prisoners** 72:3
**privileges** 73:2
**probably** 11:4 27:3 29:25 31:5
54:7 76:24
**problem** 105:19
**procedure** 4:5
**professional** 18:13 23:2
**professionals** 25:6 32:19 95:20
96:13
**program** 37:23 46:20,21 47:2
49:5
**programs** 37:20 46:15,17 49:6
**promised** 55:17,19
**property** 54:10
**provided** 108:12
**psychiatric** 66:15
**psychological** 94:8
**psychologist** 29:10,11 84:7
**public** 4:12 107:11 109:9
**puppy** 35:19
**pursuant** 4:6
**put** 5:15 50:16,18 60:2,8 63:21
63:25 73:2 80:11,25 82:17
83:6,13,18 102:2 104:4
**putting** 75:5,8

**Q**
**question** 6:8,20 94:18 102:19
**questions** 4:8 6:6 12:25 62:8
70:4 84:12 88:22 105:11,11,13
105:21
**quick** 104:22
**quite** 11:16

**R**
**r** 3:2 22:21
**raise** 5:5
**rambling** 57:22
**rang** 89:4,10
**reached** 25:20

**read** 4:10 64:15 73:24 107:3
109:8
**real** 43:25
**really** 35:6 42:4 62:15 68:18
78:7,15 80:8 83:10 84:11 86:3
89:8 96:8
**reason** 31:4 46:14 58:18 72:4
**reassured** 71:14,19
**recall** 63:20 66:4 67:9 69:13
71:7 78:21
**receive** 29:9 99:24 102:22
**received** 47:16 94:10 100:2
102:25 104:16
**receiving** 25:10 48:4
**record** 5:12 6:14 105:6,9 106:2
107:3 108:10
**records** 30:6 32:10 33:11
**recreational** 37:17 40:9
**refer** 71:25
**referred** 69:4 73:8 90:13,24
**referring** 86:8 89:13
**refused** 41:15
**refuses** 65:23
**refusing** 65:18,20
**regard** 13:14
**regarding** 59:19
**regardless** 65:3,5,11 103:8,14
**regular** 20:5 81:12
**related** 36:23 46:20 83:17 99:2
**relationship** 8:23 9:4 35:9,12
38:13 86:15 88:5,7,11 101:7
101:15 102:6,10,14
**released** 46:16 87:23
**remember** 25:24 26:18,21 32:21
42:2 45:2,14,22 49:2 52:22
57:13 60:22,25 61:7,11 62:8
62:14,21 63:8,16 65:25 66:2,7
66:13 69:18 70:9,11,15 72:20
73:14,15 74:10 75:3 80:14
82:19 83:5,20 93:5,6 105:18
**remembered** 70:18
**remembering** 105:16
**rephrase** 6:9 47:18
**report** 64:15
**reported** 1:21
**reporter** 5:4,11,14 17:8,11
105:8,23,25 108:14
**reporters** 108:11 109:2
**represent** 6:5
**requesting** 92:10

researched 99:9
resentment 101:20
reserved 4:9
reside 14:14 49:23
respect 26:4 34:24 37:7 67:21
  74:18 100:17 104:15
respective 4:4
responsibility 59:11 101:10
responsible 67:16
responsiveness 4:8
result 44:13 92:10 98:6
resumed 105:7
return 109:11
returned 4:15
reverend 89:13
review 8:7,9
ride 33:16
ridiculous 58:10 101:5
right 5:5 10:14 11:6,11,17,21
  14:25 15:23 16:7 21:18 24:13
  25:15 26:12 27:7,16 28:21
  30:7,9,14,17,23 34:10,15
  39:23 44:24 45:16 46:3,22
  49:20 52:21 56:3,5,5 58:14
  61:23 65:24 67:24 76:6 83:8
  83:12 84:22 86:6 94:11 97:17
  101:8 103:15,15 105:3
robert 26:24 83:24
role 68:5,18,25
roles 68:2
room 57:4 60:2
rose 2:4
rudely 100:23
rules 4:5 6:7

                   S
s 3:2 39:20 46:23 51:24 56:22
  56:22 58:9 83:3 89:8 94:23
  96:16 97:15 98:2,14,25 100:20
  104:9
sad 77:22
safety 73:23
salary 44:8,11
santa 71:25 73:8
saratoga 10:21
sat 57:4
saw 23:10 27:4 28:22 29:10
saying 6:14 30:17,22 51:20
  57:13 61:3 65:9
scar 34:14

scared 72:21,21 73:4 95:4,7
schirripa 2:4
school 11:19 12:19 13:8,10,10
  19:19 20:4,7,17 21:3 23:21,24
  24:3,20,23 32:4 34:2 43:18,20
  44:7 84:18 89:3
scouts 57:15,16
scraped 33:21
screw 103:15
screwed 89:8
second 33:13 51:22 93:19
section 104:13
see 7:24 12:16 21:22 29:13
  33:11 51:24 52:8 53:4 63:15
  65:3 73:22 84:6,20 86:5,6
  96:13 99:10 102:11 103:4
  104:6
seeing 9:6 24:17 25:12 27:11
  29:24 86:11
seen 26:23 27:3 58:3,5 73:21
  82:5 104:10
sees 103:18
send 61:18,19 70:22,23 71:3
  91:7,14 103:8
sense 6:9 66:18 68:8,20 100:18
sent 30:25 33:7 35:25 41:21
  52:2 54:19 90:19
sentence 42:22 87:25
sentenced 22:2 41:21 45:17
separated 85:4
separating 38:19
serious 33:23
sertraline 97:14,15
served 87:25
service 92:16
services 17:21 18:5 22:21 23:6
  29:8
session 29:9
sessions 35:22,24 36:5
set 105:12,22
setting 44:20
seven 20:7 21:9,10 55:8 89:4,7
seventeen 44:10
shakiness 98:22
shaking 6:13
share 10:7
sharp 33:17
sheet 107:7
shes 53:24 67:23
shock 43:3

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 126

shoelaces 59:9,16,19 60:3,10,17
shouldn 80:7 101:11
shouldnt 40:2 59:16,16 64:2,3
  64:17
shouldve 103:4,17,24
shoveling 13:20
show 64:18
showed 64:15
sickles 7:6,6
sign 4:11 109:8,10
signature 109:11
signed 4:14 109:24
single 51:9 55:8
sister 30:23 92:23,25
sisterinlaws 7:25
situation 57:21
skiing 40:18,23
skinny 73:24
sleep 28:4 41:9 97:18
sleeping 50:24 98:23
small 28:24 43:7,16 84:12,18
  100:16
smelled 23:10
smoked 37:8 39:21,25 40:5
smoking 23:14
sneakers 59:12 60:10,11,12,14
  60:17
snow 89:3
snowplow 34:10
social 17:21 51:14 58:6 67:23
  70:3
sole 81:17
somebody 39:8,13 43:21 60:16
  80:10 85:11 89:14,18,22,23
somewheres 24:8 90:14 91:11
son 10:15 11:6 12:16 13:6 76:22
  76:23 96:16,19,21 97:2,6
  98:13 99:6,8 102:7,10
sons 80:17,17 97:15 98:2
sorry 17:14 18:25 26:19,20
  28:18 29:14 33:4,5,10 37:11
  38:9 43:21 51:20 56:4 57:20
  63:19 81:20,25 83:2 85:3
  89:11,24
sort 9:3 101:19
south 2:11 109:13
speak 53:5,20 54:2 61:21,24
  62:12 67:14 68:20 69:5,10,19
  69:22,23 76:3 78:18 85:10
  87:8 90:9,25,25 92:4

speaking 6:21 62:17 73:6
special 19:23 21:7
specialize 17:18
specifically 26:2 68:9,11,12
spend 21:18 86:3
spending 85:24
split 10:8
spoke 61:10 68:23 69:17 77:2
  80:13,20 99:3
spoken 87:6
sports 76:23
spot 92:19
spots 100:22,24
st 19:19 20:24 21:5 36:2
staff 22:25 23:2 59:18
stairway 54:13
standing 54:10
stands 96:8
start 6:20 8:22 24:6 26:8 27:11
  88:16
started 9:6 10:18 11:22 23:22
  24:17 62:15,16 78:6,14 84:10
  84:12 95:10
starting 27:14,15
starts 97:15
state 2:9,11 5:11 6:23 16:13
  18:9,22,24,24 19:4 50:19
  51:23 78:8,10 89:21,23 103:3
  107:2 109:12,13
stated 108:5
states 1:2
status 99:16
stay 20:6
stayed 9:7 33:15 57:5 75:9
  77:11,12
steal 90:17
stipulated 4:3,7,10,13
stipulations 4:2
stomach 101:2
stone 92:18
stood 41:6
stop 64:8
straight 26:14 45:11 69:8 79:10
  93:19
street 2:11 15:25 34:9 109:13
stress 93:16 96:10
stressful 35:11 38:21 39:4,11
  43:9,14,16
strike 75:2
student 100:2

**stuff** 14:5 28:4 33:7 41:8 54:17
 59:12 62:16 65:9 81:2,2 87:4
 89:16 90:12 97:17
**suboxone** 48:13,20 49:11,13 66:6
 66:16,20,21 74:25
**subpoena** 4:6
**substance** 36:9,23 37:6,20 48:8
 63:9 71:8 78:22
**substances** 40:9
**suggested** 63:21
**suicide** 52:11 54:4,21 55:3
 58:11,16,20 62:20,25 70:7
 75:17,19 77:8,10,17 78:19
 79:25 80:11,22,24 82:24
 104:20
**suite** 2:11 109:13
**sum** 63:8 71:8 78:21
**sunk** 83:10
**supervision** 59:14
**supervisor** 23:8
**support** 22:25 23:2
**supposed** 58:4 59:6 73:3,5
**supposedly** 104:9
**sure** 6:12,19 8:3 11:17 24:11
 25:18,19 30:20 32:16 34:15
 36:13 41:5 47:17,20 52:9
 54:10 55:7,10,10,11 57:19
 58:21 60:23 66:2,21 68:2,5
 78:20,23 90:14 98:22
**surprise** 40:10
**survive** 59:24
**susan** 8:4
**swear** 5:6
**swimming** 14:7
**switch** 100:22,24
**switched** 42:5
**sworn** 3:3 5:10,16 107:10 108:7
**syracuse** 2:12 109:14
**system** 64:16,17

---

**T**

**t** 46:23 52:21 58:9 66:8 73:24
 74:9 80:7 96:16 98:2,14,25
 100:10 101:11
**tags** 73:23
**take** 7:24 23:11 41:15 54:23,24
 55:15 59:23 60:9 63:5,24 65:6
 65:8,18,21 66:15,19,19 67:4
 67:19 70:18 76:6 81:2,21,24
 82:2 88:20 95:5,7 103:7

 104:22 105:3,25
**taken** 4:6 36:20 41:6 49:11
 63:22 64:11,20 65:14 75:12,13
 75:20,23 100:11 103:13 107:4
 108:3
**takes** 67:19 90:13
**talented** 80:17
**talk** 44:22 67:12 88:19 92:8
 102:12
**talked** 40:13 61:20 67:13 80:17
 81:5 85:22 94:9 101:13 102:13
**talking** 26:20 43:21 73:9 80:16
 85:14 86:8,22
**teacher** 13:8 19:24 21:8
**teachers** 18:22
**teaching** 18:15,24 19:4,22 20:18
**teenager** 76:23
**tell** 18:3 32:22 48:11,15,24
 49:14,17 52:16 54:5,16,20
 56:25 64:21 65:17 66:12,14
 70:6 72:23 73:8 74:22,24 80:7
 87:3,11 102:24
**telling** 66:5 70:12
**ten** 12:13 20:7 22:23 105:3
**tenmonth** 44:11
**tested** 49:4,11
**testify** 7:11 48:3 108:7
**testimony** 5:7 107:4 108:3,6
 109:8
**tests** 49:9
**thank** 5:14,17 17:12 105:5
**thats** 15:18 19:2 21:16 22:2
 23:12 25:23 31:19 50:20 52:10
 55:7 56:14 57:23 59:11,11
 63:2 69:16,25 77:24 78:8,15
 79:17 84:15 86:19 87:17 88:21
 93:4 105:4
**theirs** 59:11 87:2
**therapist** 84:6,21
**therapy** 35:22,24 36:5
**theres** 25:19 71:24 96:7 104:8
**theyre** 21:8 39:8 59:15 66:23
 72:3,9
**thing** 44:2 59:10 60:7 79:3
 80:25 93:4,11 101:10
**things** 14:9 17:22 48:3 61:3
 66:2 68:4 72:5 73:5 76:24
 81:5
**think** 9:18 17:3,23 20:23 21:13
 24:16,23 25:16,17,22 29:21

```
           40:20 41:16,17,17 46:13,15,19      100:6
           46:21 47:14 48:22 49:3,3,5    top 46:22 59:25
           52:2 55:16 59:4,5,21 60:7,23  total 93:3
           60:24 61:6 62:16 65:19 69:4   totally 88:21
           69:18 75:7 76:7 78:23 83:3    touch 62:7
           84:14 88:5,13 89:18 91:18     tough 70:14 79:3,19
           93:24 94:5,6,8,23,24 96:21    town 10:17 43:7,16,17,18,19
           100:13 101:22 103:15           84:12,19
thinking 87:12,12                        track 91:20
thirteen 12:17                           training 66:25 67:4,8
thirty 109:9,10                          transcript 107:5,7 109:8,10,11
thought 43:21 55:20 89:6 105:17          transcription 108:9
thousand 44:11 100:13                    transferred 10:25 49:22 50:14
threaten 56:24                            50:16,20 51:22 52:6
threatened 73:17                         traumatic 30:20 32:14
three 9:22 14:19 15:11 21:11             treat 25:5,8 26:13 28:16 31:11
 22:14 31:6 40:12,22 42:14               treated 32:18 56:12,17,22 57:25
 45:25 50:9 104:23                        58:2 71:14,15,20 95:19
ticket 47:25 48:2                        treating 26:8 32:23 71:25
tickets 47:16 48:4                       treatment 25:9,10 67:11,21
ticonderoga 20:17 22:11 25:13             68:15 94:13 97:3
 26:5,13,22,25 27:9 29:14 44:7           tree 40:19
 83:24 84:24 94:13                       trial 4:9,16 28:7
tightens 101:2                           tried 79:2,2 95:5 101:14
time 1:13 4:6,15 11:9 12:22              trooper 89:22
 21:17,18 22:23 23:9 24:18               trouble 48:20,22
 25:2 29:20 30:8 31:10 32:21             true 76:10 78:5 107:5,7 108:10
 33:6 34:22 35:14 41:7,10,14             truth 5:7,8,8 108:7,7,8
 41:20 42:9,12,13 43:10 44:3,9           try 55:15 56:9 62:25 66:20 70:7
 45:13,23 46:2,9,13 48:14                 73:22 78:25 89:16 95:8 101:24
 49:24 53:23,24 55:6,24,25                102:16
 56:5,23 62:8 64:22 73:14 77:4           trying 11:17 25:16,17,22 27:25
 77:12 79:3,21 85:5,24 86:3,14            37:24 38:3 41:17 43:24 49:2,2
 90:24 92:5,6 100:11 103:10               49:5 59:23,24 60:22 65:22
 104:6,11 107:4 108:4                      66:23 68:7 71:11 78:3,25 79:5
timeframe 28:17 30:10 33:9                79:6,7 85:16,17 90:2
times 25:15 27:2 29:4 31:6 40:3          turkey 59:5 64:4,14 65:10,12,15
 40:5 56:8 61:24,25 64:10,20              75:10,13 103:12
 64:23 65:19 68:23 69:7,10               turn 33:17
 76:2,3 79:10,14 84:20                   twelfth 12:20
tiny 73:24                               twelve 42:23 45:17
tired 54:8                               twenty 9:21 18:18 94:24,24,24
today 6:7 7:10,13 9:16 105:12             95:3
told 32:7,10 35:6 38:2,5,6,7             twentyeight 9:17,21,23
 45:10 48:13,19,23 49:8 51:13            twentyfive 93:3 95:3
 54:12,18 56:10,20 57:15 65:11           twentythree 9:17 10:3
 65:16,20 66:9,17 69:25 70:8,9           twice 84:22
 70:15 71:10 72:22 75:20,22              two 7:25 9:15 14:18 15:9,11
 79:10,16 80:6 81:6,7 85:14               40:13 42:14 64:6 73:16 98:16
 89:11,24,24 90:15,21 92:24               104:23
```

**twoyear** 17:16
**typewritten** 108:8
**typical** 72:6
**typically** 21:8

**U**

**uhhuh** 6:14 17:5 18:2 28:15
 73:13 78:2 94:15 102:15
**unaware** 72:8,10
**unconscious** 34:21
**undergo** 81:9
**understand** 13:4 57:6 64:13 72:3
 104:8
**understanding** 57:23 66:22
**understood** 71:16,21
**unemployed** 11:7
**unit** 30:24 69:22
**united** 1:2
**ups** 101:18
**upset** 70:11 78:8 80:9 104:10
**use** 36:23 38:13 48:8 73:3 89:6

**V**

**v** 1:1,7 2:1 3:1 4:1 5:1 6:1 7:1
 8:1 9:1 10:1 11:1 12:1 13:1
 14:1 15:1 16:1 17:1 18:1 19:1
 20:1 21:1 22:1 23:1 24:1 25:1
 26:1 27:1 28:1 29:1 30:1 31:1
 32:1 33:1 34:1 35:1 36:1 37:1
 38:1 39:1 40:1 41:1 42:1 43:1
 44:1 45:1 46:1 47:1 48:1 49:1
 50:1 51:1 52:1 53:1 54:1 55:1
 56:1 57:1 58:1 59:1 60:1 61:1
 62:1 63:1 64:1 65:1 66:1 67:1
 68:1 69:1 70:1 71:1 72:1 73:1
 74:1 75:1 76:1 77:1 78:1 79:1
 80:1 81:1 82:1 83:1 84:1 85:1
 86:1 87:1 88:1 89:1 90:1 91:1
 92:1 93:1 94:1 95:1 96:1 97:1
 98:1 99:1 100:1 101:1 102:1
 103:1 104:1 105:1 106:1 107:1
 108:1 109:1,4
**vacations** 13:11
**vacuum** 14:4
**valley** 25:20
**venue** 1:14
**vermont** 32:22
**versus** 57:25 65:15
**violates** 47:24
**virtual** 6:18

**visit** 57:3 61:3 76:8,14,18 77:9
 77:15,20
**visited** 51:9 54:8 55:8 76:21,25
**visiting** 78:6
**visits** 77:22,24

**W**

**wages** 95:23
**wait** 86:24
**waiting** 47:4
**wake** 38:2
**wakeup** 38:2,6
**walgreens** 10:21,23
**walked** 79:3
**walking** 74:9
**wall** 32:5
**walmart** 22:11,16,18 42:10,11,12
 44:13
**want** 7:25 16:25 36:12 39:7 47:8
 52:20,24 65:21,21 72:25 77:22
 81:21 82:2,2 84:11 86:18
 88:20 90:18 104:22
**wanted** 60:16 64:24,24 77:17
 79:4,18,18 90:21
**wanting** 55:3 79:24 80:21,21,23
 80:24
**wants** 39:9 65:6
**wasnt** 13:18 27:2 29:11 34:14
 39:15 40:19 43:23 49:19 51:16
 53:16 58:21 62:6,15 64:25
 66:14 70:2 74:11 75:18 78:9
 78:23 86:18 98:20 101:16
 104:18
**watch** 80:11 103:9,10 104:12,13
**watched** 103:5,5,18,24
**way** 6:20 10:11 26:24 27:13
 35:17 38:7 56:12,21 65:3
 70:10 71:15,20 72:2,2 73:4
 78:12
**wean** 65:7 66:20
**weaned** 59:5 64:4 65:15
**webex** 1:14
**wed** 77:13
**wedding** 39:2
**week** 29:7,23 30:2,3 40:3,5
**weekend** 38:25 51:9 55:8,9 76:8
 77:8,10,16 78:24
**weekends** 73:22 76:15
**weeks** 32:6 64:6
**weird** 89:6

Associated Reporters Int'l., Inc.

**went** 12:9,11 13:7,11 16:6 21:22 22:6,7 25:16,20 30:11 31:5 33:5,6 40:18 41:18 43:12,18 45:22 50:17 51:25 52:3 54:18 57:2,6 74:13 78:17 83:7 84:9 84:18 93:17 95:6 99:24 100:5 101:4,13
**weve** 77:11
**whats** 47:24 94:21
**whoevers** 104:12
**whos** 39:13 96:18
**wife** 53:3,15 86:25
**wifes** 53:21 86:21
**winter** 74:10
**wish** 28:2,2 100:22,23
**witness** 4:10,14 5:4,10,13,16 17:10,13 104:24 105:14 108:6
**witnesses** 48:3
**word** 109:16,17,18,19,20,21,22
**words** 70:13
**work** 13:19 19:25 20:14 22:18,22 34:25 35:4,4 41:25 42:12 44:15 59:13 60:11 81:15,15,15 85:17 86:5,5 96:7
**worked** 13:9 20:10,23 22:20 23:9 43:19,20 89:3
**worker** 58:6 67:23
**working** 13:17 19:8 28:10 44:4,5 44:6
**worried** 62:22 69:24 70:10 71:12
**worries** 80:25
**worrying** 71:17
**worse** 78:7,10
**worst** 44:2
**worth** 100:18
**wouldnt** 58:7 104:7
**write** 63:17 91:25
**writing** 55:12
**written** 53:19 54:16
**wrong** 64:16

---
**X**
---
**x** 1:10 3:2 107:8,11
**xanax** 28:3

---
**Y**
---
**yard** 13:19
**yeah** 12:19 13:3 14:2 15:18 17:8 22:7 29:18 30:9 35:20 47:22 61:16 65:21 73:17 78:9 82:10

86:21 91:8 95:13 96:11 97:4,8 97:11 98:8,16 102:20 104:24 105:4
**year** 11:23 12:7 16:5,18,23 18:12,12 47:7 76:7,21 98:15
**years** 10:12 11:2,4 12:14 14:18 15:9,11 18:19 20:22 22:14,23 42:15 45:17,25,25 47:12 52:3 55:8 61:10 76:4 82:22 98:16
**york** 1:3 2:7,7,9,12 14:15 15:15 18:22,24,24 19:4 22:11 25:15 96:22 109:12,14
**young** 24:18 102:10
**younger** 100:13
**youre** 5:7 16:12 54:15 59:5 60:10 61:4 68:10 73:2,5 86:25 88:4,14 89:25 93:13,14 94:8 94:19 102:2 103:10,12 104:14
**youve** 7:3 61:13 75:11 82:25 88:8 103:13

---
**Z**
---
**zoloft** 28:3

---
**0**
---
**01** 1:13 5:2 7:9
**02** 7:9 105:6

---
**1**
---
**1** 108:5,9
**10** 1:13 5:2
**10016** 2:7
**106** 108:9
**112** 2:6
**12** 1:13 105:6,7,7 106:3
**131** 1:13 106:3
**13202** 2:12 109:14
**14th** 9:9
**15th** 85:2
**18** 1:12 109:5
**1992** 8:20,21 9:4 31:10
**1992ish** 16:3
**1999** 9:9

---
**2**
---
**2** 15:25
**2002** 17:2
**2005** 18:19
**2008** 23:6 26:11 28:19 30:8 31:11,18 33:14 34:17,24 36:16

41:10 42:8
**2009** 26:11
**2012** 12:12 21:15 22:6 25:5
  26:16 28:19 30:8 37:20 38:12
  38:23 39:22 41:4,11 42:8,17
**20122013** 51:2
**2013** 21:24 50:11 51:24 52:4
  78:6
**2015** 52:8 78:11 95:12
**2016** 52:12 58:11,24 60:6 62:10
  74:5 85:2 95:12
**2017** 47:9
**2018** 47:8 58:12 76:7,10,14 77:6
  81:10 82:4 85:3 101:8
**2019** 14:21 20:11 47:13 88:12,18
**2020** 14:21 47:14 88:12
**2022** 1:12 107:10 109:5
**20cv1413** 1:7 109:4
**2nd** 12:12 21:16

| 3 |
|---|

**3** 109:5
**30** 109:9,10
**300** 2:11,11 109:13,13
**31822** 1:1 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1 95:1 96:1
  97:1 98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1
**3rd** 22:5

| 4 |
|---|

| 5 |
|---|

**5** 3:4
**5237887** 109:2

| 6 |
|---|

**68** 22:5

| 7 |
|---|

**74** 7:9

| 8 |
|---|

**800** 109:2
**88** 23:25

| 9 |
|---|

**9** 1:7 109:4
**92** 24:8
**94** 24:8