Page 1

King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK


THE ESTATE OF JOSEPH P. KING, BY

AND THROUGH ITS ADMINISTRATRIX,

AMY KING, and AMY KING IN HER OWN

RIGHT,

    Plaintiffs,

v                      Index No.:  9:20-CV-1413

ANTHONY J. ANNUCCI, et al,

    Defendants.

_____X

        DEPOSITION OF: JOSEPH PATRICK KING

        DATE:         June 24, 2022

        TIME:         10:12 a.m. to 11:20 a.m.

        VENUE:        WebEx



**ASSOCIATED REPORTERS INT'L., INC.**
ARII@courtsteno.com
(800) 523-7887 www.courtsteno.com
Transcription - National and International reporting coverage

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 2

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2   APPEARANCES:

 3       FOR THE PLAINTIFF:

 4            HACH ROSE SCHIRRIPA & CHEVERIE, L.L.P.

 5            BY:  YAMILE KALKACH, ESQ.

 6            112 Madison Avenue

 7            New York, New York 10016

 8       FOR THE DEFENDANTS:

 9            OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

10            BY:  AIMEE COWAN, ESQ.

11            300 South State Street, Suite 300

12            Syracuse, New York 13205

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2          I N D E X   O F   P R O C E E D I N G S

3    JOSEPH PATRICK KING: Sworn

4    Direct Examination by Ms. Cowan                         5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King
 2                          STIPULATIONS
 3          It is HEREBY STIPULATED by and among the attorneys
 4     for the respective parties, in accordance with the Federal
 5     Rules of Civil Procedure, that this deposition may be
 6     taken by the Defendant at this time, pursuant to subpoena;
 7          FURTHER STIPULATED, that all objections except as to
 8     the form of the questions and responsiveness of the
 9     answers, be reserved until trial;
10          FURTHER STIPULATED, that the witness may read and
11     sign the deposition and make any corrections to same
12     before any Notary Public;
13          AND FURTHER STIPULATED, that if the original
14     deposition has not been duly signed by the witness and
15     returned to the attorney taking the deposition by the time
16     of trial or any hearing in this cause, a certified copy of
17     the deposition may be used as though it were the original
18
19
20
21
22
23
24
25
```

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    (The deposition commenced at 10:12

 3         a.m.)

 4                    THE COURT REPORTER:  Mr. King, can you

 5         please raise your right hand?  Do you swear or affirm

 6         that the testimony you are about to give today in

 7         this cause will be the truth, the whole truth and

 8         nothing but the truth?

 9                    MR. KING:  Yes.

10                    JOSEPH KING; Sworn

11                    THE COURT REPORTER:  Can you please

12         state your name for the record?

13                    THE WITNESS:  Joseph King.

14                    THE COURT REPORTER:  Can you please

15         spell your name for the record?

16                    THE WITNESS:  J-O-S-E-P-H K-I-N-G.

17                    THE COURT REPORTER:  Thank you.  The

18         witness has been sworn.

19                    MS. COWAN:  Thank you.

20                    DIRECT EXAMINATION

21                    BY MS. COWAN:

22                    Q.   Good morning, Mr. King.  My name

23         is Aimee Cowan.  I work for the Office of the

24         Attorney General, and I have a few questions for you

25         this morning but I'm going to try to keep it as brief
```

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2    as I can, okay?

3                    A.    Okay.  Sounds good.

4                    Q.    If I ask a question that you

5    don't understand please tell me.  I can rephrase it

6    for you, okay?

7                    A.    Okay.

8                    Q.    Just got to make sure that your

9    answers are audible.  No shaking your head or saying

10   uh-huh.  Just so that we can get a clear record okay?

11                   A.    Okay.

12                   Q.    Is there anybody else in the room

13   with you right now?

14                   A.    No.

15                   Q.    And can you state your full name

16   for the record please?

17                   A.    Joseph Patrick King, Jr.

18                   Q.    What is your date of birth?

19                   A.    ███████████

20                   Q.    Are there any other names that

21   you've gone by?

22                   A.    No.

23                   Q.    Are you on any medications today

24   that could affect your ability to testify truthfully?

25                   A.    No.

Associated Reporters Int'l., Inc.

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    Q.    Have you drank any alcohol today?

 3                    A.    No.

 4                    Q.    Other than an attorney, have you

 5         discussed this deposition with anybody else?

 6                    A.    No.

 7                    Q.    Did you review anything in

 8         preparation for this deposition?

 9                    A.    No.

10                    Q.    Are you currently married?

11                    A.    No.

12                    Q.    Have you ever been married?

13                    A.    No.

14                    Q.    Do you have any kids?

15                    A.    No.

16                    Q.    Where do you currently reside?

17                    A.    Clifton Park, New York.

18                    Q.    And who lives there with you?

19                    A.    My girlfriend and my sister

20         Meghan.

21                    Q.    And do you rent or do you own

22         that residence?

23                    A.    We currently rent.

24                    Q.    Is it a house or an apartment?

25                    A.    Apartment.
```

Page 8

1      King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                        Q.    How long have you lived there?

3                        A.    Since January 2021.

4                        Q.    And prior to January 2021 where

5      did you live?

6                        A.    Saratoga Springs, New York.

7                        Q.    How long did you live in Saratoga

8      Springs?

9                        A.    That was fifteen months.

10                       Q.    Okay.  So about, I can do my math

11     here, 2019 to 2021?

12                       A.    Yes, October 2019 to January

13     2021.

14                       Q.    Okay.  Okay.  And who did you

15     live with in Saratoga Springs?

16                       A.    My girlfriend and my sister

17     Meghan.

18                       Q.    Prior to October 2019 where did

19     you live?

20                       A.    Port Henry, New York.

21                       Q.    And who did you live with there?

22                       A.    That was my sister Meghan and my

23     mom Amy.

24                       Q.    And was that in the house that

25     you grew up in?

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                    A.    Yes, it was.

3                    Q.    All right.  What is the highest

4       level of education that you've achieved?

5                    A.    Some college.

6                    Q.    Where did you attend college?

7                    A.    I attended SUNY Adirondack in

8       Queensbury, New York.

9                    Q.    How many credits did you ...?

10                   A.    At this time I'm not sure the

11      exact number of credits I finished with.

12                   Q.    Okay.  How long did you attend

13      that school?

14                   A.    I attended the full semester and

15      then I didn't go back to SUNY Adirondack after.

16                   Q.    When was that?  When was the

17      semester ended?

18                   A.    That was after I graduated in

19      2017, and the semester ended in December 2017.

20                   Q.    Okay.  Why did you not go back to

21      school after that semester?

22                   A.    At the time I was thinking about

23      transferring to a closer school.  I was staying in

24      the dorms in Queensbury and the amount of money it

25      was costing was too much to be away only like an hour

Associated Reporters Int'l., Inc.

1     King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2          and a half away from home.

3                         Q.   And did you ...?

4                         A.   I was planning on going to North

5     Country Community College for business and I was

6     signed up to go, but during that semester that's when

7     the incident with my father occurred.

8                         THE COURT REPORTER:  Ms. Cowan?  Can

9     you repeat that -- that question?  I did not hear it

10    all.  Yeah, it's --.

11                        MS. COWAN:  Okay.  I'm not

12    understanding where that feedback is coming from.

13                        THE COURT REPORTER:  Yeah, I'm not.

14                        MS. COWAN:  Because I'm getting like a

15    lot of echoing.  Are you?

16                        THE COURT REPORTER:  Same.

17                        MS. KALKACH:  I think now it's good.

18                        THE COURT REPORTER:  Okay.

19                        MS. COWAN:  Is it right now?

20                        THE COURT REPORTER:  Now -- I believe

21    something's going on on your end, Mr. King, because I

22    -- I keep seeing like the audio come through, like

23    the echo come through on your screen.

24                        THE WITNESS:  Okay.  Let me see if I

25    could maybe change --.

1    King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2                      THE COURT REPORTER:  Ms. Cowan, would

3       you like me to go off the record?

4                      MS. COWAN:  I didn't hear what you

5       just said.

6                      MS. KALKACH:  Me neither.

7                      THE COURT REPORTER:  Would you like me

8       to go off the record?

9                      MS. COWAN:  Yeah.

10                     (Off the record 10:17 a.m.)

11                     (On the record 10:20 a.m.)

12                     BY MS. COWAN:  (Cont'g.)

13                     Q.   Okay.  We were discussing that

14      you were -- you left SUNY Adirondack and you were

15      going to transfer to North Country Community College

16      for the semester of -- was it the fall 2018?

17                     A.   Yes, it was.

18                     Q.   Okay.  And then you said the

19      incident with your father happened so you never ended

20      actually transferring?

21                     MS. KALKACH:  Objection.

22                     A.   I did --.

23                     BY MS. COWAN:  (Cont'g.)

24                     Q.   You can answer.  Can you hear us

25      still, Mr. King?  Mr. King, can you hear us?  Can

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2       anyone hear me?

 3                       MS. KALKACH:  I can hear you.

 4                       THE COURT REPORTER:  I can hear you

 5       fine.

 6                       MS. COWAN:  Oh, I think he's on mute

 7       now.

 8                       THE COURT REPORTER:  It's not showing

 9       mute on my end.

10                       THE WITNESS:  Okay.  Can you hear me

11       now or?

12                       THE COURT REPORTER:  Yes.

13                       MS. COWAN:  Yes.

14                       THE COURT REPORTER:  Now we can hear

15       you.

16                       MS. COWAN:  There we go.

17                       THE WITNESS:  Okay.  I don't know what

18       happened.  Something popped up and it -- what was the

19       last question?  I'm sorry.

20                       BY MS. COWAN:  (Cont'g.)

21                       Q.   Okay.  So the last question was

22       is that you didn't actually officially transfer to

23       North Country Community College because of the

24       incident with your father, is that what you said?

25                       A.   I did transfer, I just did not
```

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        finish the semester.

3                    Q.   Oh, I see.  Okay.  And so SUNY

4        Adirondack who paid for that college experience?

5                    A.   Anything besides financial aid

6        would have been my mom.

7                    Q.   Okay.  And what about North

8        Country Community College, who paid for that?

9                    A.   That would have been the same as

10       well.

11                   Q.   Other than what we just talked

12       about, any other college courses you've taken?

13                   A.   I took two that counted as

14       college courses in high school as A.P. histories.

15                   Q.   Okay.  But no other formal

16       college schooling, is that right?

17                   A.   No.

18                   Q.   Did you --.

19                   A.   Yes, that's right.

20                   Q.   Okay.  Did you achieve any

21       certifications or licenses or anything like that?

22                   MS. KALKACH:  Objection.

23                   A.   No.

24                   BY MS. COWAN:  (Cont'g.)

25                   Q.   I think you said you graduated

Associated Reporters Int'l., Inc.

Page 14

1    King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2        high school in 2017.

3                        A.   Correct.

4                        Q.   What high school did you graduate

5        from?

6                        A.   Moriah Central School.

7                        Q.   Have you ever been convicted of a

8        crime?

9                        A.   No.

10                       Q.   Are you currently employed?

11                       A.   Yes.

12                       Q.   Where are you employed?

13                       A.   Walmart.

14                       Q.   How long have you been employed

15       there?

16                       A.   Since the beginning of this

17       month.

18                       Q.   Okay.  So since beginning of June

19       2022?

20                       A.   Correct.

21                       Q.   What position do you have at

22       Walmart?

23                       A.   I am a digital personal shopper.

24                       Q.   Prior to your employment at

25       Walmart this month, where were you employed?

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King
 2                     A.   I was a independent contractor
 3         for Grubhub.
 4                     Q.   How long did you do that?
 5                     A.   That was for at least a year.
 6         And before that I also did independent contractor for
 7         Doordash as well.
 8                     Q.   And I'm assuming you mean that
 9         you delivered food in your car for both of those
10         companies?
11                     A.   Correct.
12                     Q.   Okay.  Prior to working for
13         Grubhub and Doordash where were you employed?
14                     A.   Directly behind those two was
15         Walgreens.  That was when I lived in Saratoga.
16                     Q.   Okay.  And how long were you
17         employed at Walgreens?
18                     A.   That was a seasonal position so
19         it was only for the holiday season.
20                     Q.   The holiday season would have
21         been back in 2019?
22                     A.   2021.
23                     Q.   Okay.  Prior to -- okay.  So were
24         you employed at Walgreens and Doordash or Grubhub at
25         the same time?
```

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    A.    Correct.

 3                    Q.    All right.  Prior to Walgreens

 4         where were you employed?

 5                    A.    I also worked seasonally at

 6         U.P.S. as a package handler.

 7                    Q.    How long did you work at U.P.S.?

 8                    A.    That was seasonal as well.  More

 9         of extra shifts and stuff like that.  So it was only

10         for the -- the holiday rush -- rush as well last

11         year.

12                    Q.    Oh, and that was 2021?

13                    A.    Yes.

14                    Q.    Okay.  Prior to there where did

15         you work?  Where were you employed?

16                    A.    I know in Port Henry I worked as

17         a housekeeper at a hotel in Middlebury, Vermont

18         called the Middlebury Inn.

19                    Q.    How long did you work there?

20                    A.    That was for the summer before I

21         moved to Saratoga Springs, New York.

22                    Q.    Okay.  So summer 2019?

23                    A.    Correct.

24                    Q.    All right.  And then prior to

25         summer 2019 did you have any employment?
```

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                    A.    In high school I did work two

3    years consecutively for my school's youth summer

4    program for the town.  And then the one year I also -

5    - in 2017 I worked as a bus boy for a restaurant on

6    Lake Champlain in Westport, New York called ...

7                    Q.    Okay.  All right.  Now your

8    mother has filed a lawsuit against some New York

9    State employees who I represent, and that's why I'm

10   asking you some questions today.  And I was wondering

11   if you were familiar at all with the complaint that

12   she filed.

13                   MS. KALKACH:  Objection.  You can

14   answer.

15                   A.    Yes.

16                   BY MS. COWAN:  (Cont'g.)

17                   Q.    Have you seen the complaint that

18   she filed?

19                   A.    Not visually, no.

20                   Q.    Okay.  Are you familiar with some

21   of the allegations that she has made in her

22   complaint?

23                   A.    Yes.

24                   Q.    What is your understanding of

25   what the complaint is alleging?

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                        A.    The main complaint is --

3    actually, would I be able to have you rephrase that

4    just so I would be able to give a more clear answer?

5                        Q.    Sure.  I just was wondering what

6    your understanding is of what your -- what your

7    mother is alleging in her lawsuit against the state

8    employees?

9                        A.    I would say she is alleging

10   negligence of responsibility that the employees had

11   to protect inmates from self-endangerment and self-

12   harm.

13                       Q.    Okay.  Are you familiar with a

14   social worker named Jamie Paledeno [phonetic

15   spelling]?

16                       A.    I am not, no.

17                       Q.    So you never spoke to her

18   personally?

19                       A.    No, I have not.

20                       Q.    And obviously you never met her

21   in person?

22                       A.    No, I have not.

23                       Q.    Are you familiar with a New York

24   State employee named Hal Myers [phonetic spelling]?

25                       A.    No, I am not.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                      Q.   So then I'm assuming you've never

3        spoken to him either in person or over the phone or -

4        - or some other way?

5                      A.   No, I have not.

6                      Q.   Okay.  Now I'm going to get into

7        some questions about your father, and I want you to

8        let me know if you want to take a break, okay?  I

9        completely understand if you want to take a break.  I

10       just ask that if I have a question pending just

11       answer the question first and then we can take a

12       break, okay?

13                     A.   Okay.

14                     Q.   Now it's my understanding that

15       your father was arrested in 2012.  Is that accurate?

16                     A.   Yes.

17                     Q.   And after he was arrested he

18       spent some time in a local prison, Essex County Jail,

19       is that right?

20                     A.   Yes.  The local jail, correct.

21                     Q.   Okay.  How old were you when he

22       was arrested in 2012?

23                     A.   At the time of the arrest I was

24       twelve.

25                     Q.   What grade were you in at that

Associated Reporters Int'l., Inc.

```
 1     King, et al v Annucci, et al – 6/24/2022 – Joseph P. King
 2       time?
 3                        A.   Seventh grade.
 4                        Q.   And your father was then
 5       incarcerated with the New York State Department of
 6       Corrections from 2013 until his death in 2018, is
 7       that right?
 8                        MS. KALKACH:  Objection.
 9                        A.   Correct.
10                        BY MS. COWAN:  (Cont'g.)
11                        Q.   Are you familiar with the
12       criminal conviction that led to his incarceration?
13                        A.   Yes.
14                        Q.   And what was that criminal
15       conviction?
16                        A.   Arson.
17                        Q.   Did you ever speak to your father
18       about that conviction?
19                        A.   Very seldomly [sic].
20                        Q.   All right.  And I know you were
21       twelve at the time he was arrested so it was some
22       time ago.  But had he been convicted of a crime prior
23       to 2013 or 2012?
24                        MS. KALKACH:  Objection.
25                        A.   I don't believe so, no.
```

Page 21

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                    BY MS. COWAN:  (Cont'g.)

3                    Q.    Okay.  Had he ever been arrested

4    prior to that 2012 arrest for arson?

5                    MS. KALKACH:  Objection.

6                    A.    I don't believe so.

7                    BY MS. COWAN:  (Cont'g.)

8                    Q.    So when your father began his --

9    his actual prison sentence with New York State in

10   2013 you would have been thirteen years old?

11                   A.    Yeah, so it was before March

12   16th, correct?

13                   Q.    Okay.  So you were either

14   thirteen or -- or fourteen years old?

15                   A.    Correct.

16                   Q.    Prior to his incarceration in

17   2013 can you describe your relationship with your

18   dad?

19                   A.    Yes.  We were very close.  He

20   always worked overnights.  He would come home from

21   overnights without even sleeping just to do things

22   with me.  He was always able to help me with homework

23   or always was chaperoning for field trips or bringing

24   me and my friends to places like Great Escape or

25   swimming holes.  And even a lot of my friends still

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2         have vivid memories of summer memories and time --

 3         times that we spent with him.  Even through his

 4         incarceration we still remained really close.

 5                   Q.   Okay.  I'm going to ask a few

 6         questions about before his incarceration and then

 7         during his incarceration.  So -- so we'll stick to

 8         before he went to prison.  Was there anything that he

 9         -- that he taught you how to do?  Ride a bike, fish,

10         things like that?

11                   A.   Yes.  He taught me how to ride a

12         bike.  He taught me how to do many, I would say,

13         various tasks that I can't think of necessarily off

14         the top of my head.  But simple things even around

15         the house that he would always show me as I went.

16         Like how to fix a toilet if it was, you know, not

17         filling up with water, how to go inside of the tank

18         and fix it or simple things with the setting up our

19         pool and cleaning it.  Just little things that he

20         didn't need to teach me but I still remember to this

21         day and can still use because he taught me.  And I

22         never had to learn myself.

23                   Q.   Now you said when you were

24         growing up he was working overnight.  Do you know

25         where he was working at that time?
```

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                    A.    He was working at Walmart.

3                    Q.    What was his position at Walmart?

4                    MS. KALKACH:  Objection.

5                    A.    He was an overnight stocker.

6                    BY MS. COWAN:  (Cont'g.)

7                    Q.    And do you know how long he

8    worked at Walmart as a overnight stocker?

9                    A.    I do not.

10                   Q.    Do you know how old you were when

11   he was working that position?

12                   A.    I believe around eleven.

13                   Q.    Okay.  Prior to his incarceration

14   did your dad help out around the house?

15                   A.    Oh, yes.  He helped out mostly,

16   you know, through yard work and simple, you know,

17   fixing tasks.  And would even always help other

18   neighbors shovel when they would see if we had

19   elderly neighbors.  And he would always help them

20   shovel.  If anyone ever needed help painting he would

21   always go over and help paint.  And, yeah, he was --

22   he was very, very outgoing when it came to providing

23   a -- a helping hand.

24                   Q.    Other than that position at

25   Walmart that you already described, do you know any

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2         other employment he had while you were growing up?

3                        A.   Yes.  He also worked overnights

4         for Mountain Lake Service Company.

5                        Q.   And what was his position there?

6                        A.   That I'm not a hundred percent

7         sure, but it was a sort of caretaker for the clients

8         of the service.

9                        Q.   And it was called the Mountain

10        Lake Service Company?

11                       A.   Mountain Lake Services, yes.  It

12        was service with people with mental disabilities.

13                       Q.   Okay.  Do you recall how old you

14        were when he was working at that company?

15                       A.   That was through my childhood.

16                       Q.   Before your dad was incarcerated,

17        was your mom also employed?

18                       A.   Yes, she was.

19                       Q.   Do you recall where she was

20        employed?

21                       A.   She has worked, I think, a few

22        different teaching positions, but they've always been

23        very similar.  And, yeah, I -- I can't remember

24        exactly what the company was called.  But she was

25        always a teacher's assistant.

     1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

     2                    Q.    Okay.  And was that full time or

     3    part time work?

     4                    A.    Full time.

     5                    Q.    To your knowledge did your father

     6    have any substance abuse issues before he was

     7    incarcerated?

     8                    A.    He did not.

     9                    Q.    Were you familiar with any mental

    10    health conditions that he may have been diagnosed

    11    with prior to his incarceration?

    12                    A.    Depression.

    13                    Q.    How were you aware that he had

    14    been diagnosed with depression?

    15                    A.    Just through like simple

    16    conversation with him.

    17                    Q.    Okay.  And that was before he

    18    went into jail in 2013?

    19                    A.    Yes.

    20                    Q.    Did his depression ever affect

    21    your relationship with him?

    22                    A.    No.  After him clarifying I -- I

    23    believe I might have asked why he was at the doctors

    24    or why he had medication and I -- because I never

    25    really noticed anything that was wrong that has my

1    King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2        curiosity to wonder why he, you know, was going to

3        the doctors or somewhat, you know.

4                    Q.   Okay.  And do you know what

5        medications he was on?

6                    A.   I do not.

7                    Q.   At what age did you have

8        conversations with him about his depression

9        diagnosis?

10                   A.   I cannot recall an exact age, but

11       as -- it was as I got older and began to have

12       questions about depression and mental health.

13                   Q.   Okay.  And again this was before

14       he went away to prison in 2013?

15                   A.   Correct.

16                   Q.   All right.  Were you ever

17       diagnosed with any mental health conditions before he

18       was incarcerated?

19                   MS. KALKACH:  Objection.

20                   A.   No.

21                   BY MS. COWAN:  (Cont'g.)

22                   Q.   Did you ever receive any

23       prescriptions for any mental health conditions before

24       your father was in prison?

25                   MS. KALKACH:  Objection

Associated Reporters Int'l., Inc.

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    A.    No.

 3                    BY MS. COWAN:   (Cont'g.)

 4                    Q.    Now I want to kind of switch

 5         gears to during his incarceration.   So from about

 6         2012-ish to 2018.

 7                    A.    Okay.

 8                    Q.    Were you -- were you diagnosed

 9         with any mental health conditions during that time

10         period?

11                    A.    Yes, anxiety and depression.

12                    Q.    Do you recall when those

13         diagnoses were made?

14                    A.    I do not.

15                    Q.    I did receive some medical

16         records based on some authorizations that your

17         attorneys have sent me, one of which which was from

18         Ticonderoga Health Center.   Is that where you treated

19         for the depression anxiety that you just mentioned?

20                    A.    Correct.

21                    Q.    Okay.  And did -- did you ever

22         indicate to your doctors or did they ever indicate to

23         you what the cause of your anxiety or depression was?

24                    A.    Yes, but it was never a specific

25         pinpoint.  There was obviously some things that
```

1   King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        contributed way more than every other little factor.

3        But there -- there definitely was a lot going on at

4        the time that contributed to it.  But the doctors did

5        never specifically say you have depression because of

6        this event or because of ...

7                     Q.   Okay.  Did -- did your father's

8        incarceration did that contribute to your anxiety?

9                     A.   Yes.

10                    Q.   Same thing with depression.  Did

11       your father's incarceration contribute to your

12       depression?

13                    A.   Yes.

14                    Q.   How often did you treat at

15       Ticonderoga Health Center for those conditions?

16                    A.   Do you mean how many times did I

17       like go?  Like how many appointments or?

18                    Q.   Yeah.

19                    A.   I -- I do not recall, but it was

20       regular checkups as they had me come back.

21                    Q.   Okay.  Any ballpark figure like

22       once a month or once every six months or anything

23       like that?

24                    A.   It definitely would have been

25       within a three month radius.

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                        Q.    Okay.  And was that during the

3    entire time that your father was in prison from 2013

4    until 2018?

5                        A.    I'm not a hundred percent sure

6    but I believe so, yes.

7                        Q.    Okay.  Now you said that there

8    was a lot of things that were contributing to your

9    anxiety and depression.  Other than your father being

10   in prison, what else was contributing to those mental

11   health conditions?

12                       A.    I would say just school work and

13   bullying.

14                       Q.    Okay.  You -- you experienced

15   some bullying at school during that time?

16                       A.    Yes, I did.

17                       Q.    And was it because of your father

18   being in prison or for some other reason?

19                       A.    Both.

20                       Q.    While you were in school and your

21   father was in prison, were you ever disciplined at

22   school?

23                       A.    No.

24                       Q.    Were you prescribed any mental

25   health medications during that time period?

```
 1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    A.    Yes.

 3                    Q.    What were you prescribed?

 4                    A.    I believe at the time it was

 5     called sertraline.  I'm not a hundred percent sure

 6     just because it was back when I was in going to the

 7     Ti Health Center.  But I believe at the time it was

 8     sertraline.

 9                    Q.    Do you remember when you were

10     prescribed that medication?

11                    A.    I cannot give an exact date, no.

12                    Q.    Okay.  But it -- it was before

13     your father's death in 2018?

14                    A.    Correct.

15                    Q.    And that medication, was that

16     used to treat your anxiety or depression or both?

17                    A.    I believe mainly depression.

18                    Q.    Were you also prescribed

19     hydroxyzine?

20                    A.    I have been.  I'm not a hundred

21     percent sure when that was prescribed, but that was a

22     prescription to help with anxiety.

23                    Q.    Okay.  And was that a

24     prescription to be taken on as an needed basis or --

25     or something else?
```

1      King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                      A.    As needed.

3                      Q.    Okay.  And do you recall when you

4      were prescribed that medication?

5                      A.    I do not.

6                      Q.    But it was before your father's

7      death in 2018?

8                      A.    Correct.

9                      Q.    You recall how often you took

10     that medication?

11                     A.    I did not take it very much ever

12     before his death.

13                     Q.    Okay.  And the sertraline, do you

14     recall how often you took that medication?

15                     A.    That was a once a day I believe.

16                     Q.    Other than the Ticonderoga Health

17     Center, did you treat anywhere else for any mental

18     health conditions during that time period?

19                     A.    No, I did not.

20                     Q.    Were you prescribed any other

21     medications during that time period?

22                     A.    I do not believe so.

23                     Q.    Going to ask you a really broad

24     question and I apologize.  And let me know if you can

25     answer this or not.  But how did your father's jail

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        sentence affect your life?

3                        MS. KALKACH:  Objection.

4                        A.   Still answer?  Right?

5                        MS. KALKACH:  Yes.

6                        A.   Oh, okay.  So I would say his

7        jail sentence affected my life in a very large way

8        from school to college to work.  It gave me a way

9        more detailed and clear perspective on a lot of

10       different things.  And it put me through a lot of

11       depression and anxiety.  But it wasn't something I

12       couldn't overcome which is something I never would

13       believe that I could overcome.  So it's taught me a

14       lot about perseverance and, you know, self-strength.

15                       And also just to be more grateful with

16       family members.  It was something I could never seen

17       happen so once happening it felt kind of like a

18       dream.  And, yeah, I would say it -- it definitely,

19       you know, hurt over time.  But it did have somewhat

20       of a character building aspect to my personality.

21                       Q.   Did your relationship with your

22       father change after he was in prison?

23                       A.   No.

24                       Q.   So you -- you perceived your

25       relationship to be just as close as it was when he

Associated Reporters Int'l., Inc.

1     King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2        was not in prison?

3                        A.    Besides physical, yes.

4                        Q.    Was he able to send your mom or

5        your family any money while he was in prison?

6                        A.    No.

7                        Q.    While -- and I know you were very

8        young when he went away to jail, but -- but while he

9        was in jail, did you contribute any money towards

10       bills or -- or your family while he was in prison?

11                       A.    Not to bills, no.

12                       Q.    Did you contribute any money

13       towards anything in your household while your dad was

14       in prison?

15                       A.    Very seldom.  Only if it was

16       something extra for myself.

17                       Q.    While your father was in prison,

18       did you visit him?

19                       A.    Often, yes.

20                       Q.    How often would you say you

21       visited him?

22                       A.    I would say my mom went almost

23       every single weekend.  So she would -- I would tag

24       along with her at least one weekend per month.

25                       Q.    What about in the -- the last

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        year that he was in prison.  How often did you see

3        him?

4                        A.    That would -- I would say around

5        a similar time.  Around at least once a month.

6                        Q.    How long were those visits

7        typically?

8                        A.    We would stay the -- the whole

9        duration most of the time.  As soon as we could get

10       there and get over there and he, you know, was

11       brought over.  We sat down and didn't leave until

12       they -- they called for us to leave.

13                       Q.    Was that a couple hours or was

14       that all day or how long would that typically be?

15                       A.    I cannot remember the time they

16       would exactly call but it did feel like all day at

17       the time.

18                       Q.    What about letters.  Did you ever

19       write him any letters while he was in prison?

20                       A.    Yes, I have a -- a lockbox full

21       of letters.

22                       Q.    Letters that you wrote or letters

23       that he wrote to you?

24                       A.    Letters he wrote to me.

25                       Q.    And did you speak with him on the

Associated Reporters Int'l., Inc.

1       King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2            phone while he was in prison?

3                           A.    Yes, often.

4                           Q.    How often would you say you spoke

5            to him?

6                           A.    At least five times a week.  Five

7            days out of the week I would say multiple times a day

8            if he could call.

9                           Q.    During the conversations you had

10           with him on the phone, did he ever express to you

11           that he wanted to harm himself in any way?

12                          A.    Never.

13                          Q.    Did he ever speak to you about

14           any medications that he had been prescribed while in

15           jail?

16                          A.    Never.

17                          Q.    Did he ever speak to you about

18           wanting to change medications or obtain different

19           medications, anything like that while you were

20           speaking to him?

21                          A.    Not to me, no.

22                          Q.    Did he speak to anybody else in

23           your family about his medications?

24                          A.    It would only be my mother.

25                          Q.    Were you ever concerned that he

Associated Reporters Int'l., Inc.

1     King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2         would try to take his own life while he was in

3         prison?

4                        A.    Not before the first attempt.

5         But after, yes.

6                        Q.    Okay.  So that -- that leads me

7         up to my question that you are aware that he

8         attempted suicide in -- in July of 2016?

9                        A.    I am.

10                       Q.    How did you become aware of that

11        attempt?

12                       A.    That I actually asked him myself.

13                       Q.    And what did he say to you?

14                       A.    I -- I already knew of the ...

15        and I asked him if it was true or not.  And he did

16        say it was true.  But it was more of a -- a calm,

17        educational talk rather than a dramatic, you know,

18        movie scene.

19                       Q.    Okay.  Did he indicate why he

20        attempted suicide?

21                       MS. KALKACH:  Objection.

22                       A.    No.

23                       BY MS. COWAN:  (Cont'g.)

24                       Q.    How did you initially find out

25        that he attempted in 2016?

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                        A.    Just through conversations I

3    picked up on through my -- my mom and sister.

4                        Q.    Did he ever indicate to you that

5    he regretted attempting suicide at that time?

6                        A.    Yes.

7                        Q.    You recall exactly what he said

8    to you about that?

9                        MS. KALKACH:   Objection.

10                       A.    I cannot recall an exact thing.

11                       BY MS. COWAN:   (Cont'g.)

12                       Q.    Okay.  Did he ever indicate to

13   you that he would never try that again in the future?

14                       MS. KALKACH:   Objection.

15                       A.    He never specifically indicated

16   that, no.

17                       BY MS. COWAN:   (Cont'g.)

18                       Q.    During the time that your father

19   was in prison, did you ever personally speak with

20   anyone at the jail whether it was DOCCS staff or

21   O.M.H. staff?  Did you ever personally speak to

22   anyone?

23                       MS. KALKACH:   Objection.

24                       BY MS. COWAN:   (Cont'g.)

25                       Q.    No.  Did you ever partially speak

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2         to any staff over the phone about your father?

3                        A.    No.

4                        Q.    Did you ever send any

5         correspondence, any letters or anything like that to

6         any prison staff whether it's DOCCS or O.M.H.?

7                        A.    No.

8                        Q.    So I think you said after you

9         became aware of his suicide attempt in 2016 you were

10        concerned that he may try again to take his own life?

11                       MS. KALKACH:   Objection.

12                       A.    Yes.

13                       BY MS. COWAN:   (Cont'g.)

14                       Q.    Did -- did you communicate your

15        concerns with anybody?

16                       A.    I would say my -- my mom and

17        sister.

18                       Q.    What about any -- any doctors

19        that you were seeing at the time.  Did you express

20        any concerns to any doctors or therapists or any

21        other medical professionals?

22                       A.    Never a specific concern

23        regarding him and his -- his personal matters.  But I

24        would give a -- a -- a gist of what I was going

25        through.  So I would talk to them about it, but just

```
 1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2         not in specifics.

 3                    Q.    Okay.  And I know you were young

 4         -- you must have been about seventeen after your --

 5         your father's first attempt in 2016, is that right?

 6                    A.    Yes.

 7                    Q.    And -- and I'm -- am I right that

 8         you didn't -- you didn't convey your concerns about

 9         your father to anybody with DOCCS or O.M.H. or any

10         other jail staff?

11                    MS. KALKACH:  Objection.

12                    A.    No.

13                    BY MS. COWAN:  (Cont'g.)

14                    Q.    I'd like to take you up to -- to

15         the week leading up to his death, and that would have

16         been the week prior to November 16th, 2018.  Do you

17         recall speaking with him at all on the phone during

18         that period of time?

19                    A.    Yes.

20                    Q.    What was the sum and substance of

21         those conversations?

22                    A.    From what I can recall it was

23         similar conversations as usual.  Again, I -- I don't

24         feel like he would ever try to show me a depressive

25         side no matter what he was feeling.  Even if he -- he
```

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        told me he was not feeling great that day he would

3        always try to make the conversations focus about me

4        and how my day was or what I wanted to talk about.

5                    Q.    Did he ever express to you any

6        concerns that your mom was going to leave him?

7                    A.    Slightly.

8                    Q.    Can you tell me about those

9        conversations?

10                   A.    It was just very, very seldom I

11       would hear about it.  It was just more of him not

12       having I feel like control being somewhere, you know,

13       with skepticism.  Most people would sit there and go

14       on Facebook, Instagram, Twitter and stalk their, you

15       know, significant other every single way they could.

16       But I -- I know sitting in a -- in a room could, you

17       know, make your mind go crazy and I do -- I do not

18       recall exact conversations.  But I just know most of

19       it was him just being just more curious than

20       anything.

21                   Q.    Did he ever indicate that he was

22       worried that she was seeing another man at that time?

23                   MS. KALKACH:  Objection.

24                   A.    I'm not a hundred percent sure.

25                   BY MS. COWAN:  (Cont'g.)

Associated Reporters Int'l., Inc.

 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                    Q.   You -- you don't recall?  Is that

 3    your response is that you don't recall if he was

 4    saying that to you or you're not sure if he said that

 5    to you or not?

 6                    A.   Yeah, at that time -- at that

 7    time I'm not sure if that's what he said to me, no.

 8                    Q.   Okay.  At any time during your

 9    conversations with him, did he indicate he thought

10    that your mother was seeing another man?

11                    MS. KALKACH:  Objection.

12                    A.   I do not believe so, no.

13                    BY MS. COWAN:  (Cont'g.)

14                    Q.   Did you ever speak to your mother

15    about or did she ever speak to you about possibly

16    leaving your father?

17                    A.   No.

18                    Q.   Did she ever speak to you about

19    any plans to meet with any divorce attorneys or -- or

20    any trial separation between her and your father?

21                    A.   Never.

22                    Q.   During that last week when you

23    spoke to him on the phone, did he ever communicate to

24    you that he was thinking of -- of hurting himself in

25    any way?

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                      A.    No.

3                      Q.    Were you concerned at all that he

4    was thinking of hurting himself in any way during

5    that last week?

6                      MS. KALKACH:   Objection.

7                      A.    Not specifically, no.

8                      BY MS. COWAN:   (Cont'g.)

9                      Q.    Did he seem different at all in -

10   - in any way during that last week that you were

11   speaking to him on the phone?

12                     A.    Honestly, I -- I -- I can't

13   recall.

14                     Q.    All right.   I -- I know it was

15   like four years ago at this point so it's okay if you

16   don't remember.  When was the last time that you

17   visited your father in prison?

18                     A.    I cannot remember the exact date.

19   Probably a few weekends before his incident.

20                     Q.    You recall his demeanor during

21   that particular visit?

22                     A.    Again, to me it was -- it was

23   always very, very similar.  He would -- he would just

24   try to put on the best ... and not sulk in front of

25   me.

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                        Q.    So during that last visit he

 3         didn't give any indication that he was thinking of --

 4         of hurting himself in any way?

 5                        A.    Not to me, no.

 6                        Q.    After you left that last visit

 7         with him, were you concerned that he was going to

 8         hurt himself?

 9                        MS. KALKACH:   Objection.

10                        A.    Never from something he said or

11         did.

12                        BY MS. COWAN:   (Cont'g.)

13                        Q.    But were you concerned for any

14         other reason?

15                        A.    Being in a depressive state in

16         that environment, yes.

17                        Q.    Did he appear to be depressed to

18         you when you met with him that last time?

19                        A.    Again, he never appeared it to me

20         specifically, but I knew he was.

21                        Q.    How did you know?

22                        A.    I just -- through simple

23         conversations.  And he was -- he has been through

24         depression before and waking up after he was first

25         gone to jail he -- he said, you know, he couldn't
```

Page 44

1   King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2       believe.  Like it felt like waking up from a dream

3       and he couldn't even believe that's -- that's his

4       reality.  And it -- it lasted all the way until his

5       death.  So I -- I knew he was definitely depressed

6       from that fact alone feeling like you are in the, you

7       know, it is your fault, it's your consequences.  But

8       at the same time with no recollection and no set date

9       of getting out I can see how depression could very

10      well set in.

11                      Q.   Were you familiar with any parole

12      board hearings that he was in front of during his

13      time in prison?

14                      A.   I -- I know he went up for them

15      but I don't know specifics.

16                      Q.   Okay.  Do you recall when he went

17      before them?

18                      A.   I do not.

19                      Q.   Do you know the result of the

20      parole board hearings?

21                      A.   I know they would decline I -- I

22      believe.

23                      Q.   Do you know why they declined to

24      award him parole?

25                      A.   To be honest, I'm not sure.

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                         Q.    Did your father discuss at any

3    time with you that he had been charged with any --

4    strike that -- charged with violating any DOCCS

5    regulations while he was in prison?

6                         A.    No.

7                         Q.    Now your father actually did

8    commit suicide on November 16th, 2018.  How old were

9    you at the time?

10                        A.    I was nineteen.

11                        Q.    Where were you living at that

12   time?

13                        A.    That was in Port Henry, New York.

14                        Q.    Okay.  So you were living with

15   your mom and your sister Meghan at that time?

16                        A.    Correct.

17                        Q.    After your father's death, did

18   you continue to still treat for your anxiety and

19   depression?

20                        A.    Yes.

21                        Q.    Did the treatment for your

22   anxiety and depression change at all after your

23   father's death?

24                        A.    Not based on that experience.

25   Just based on when I switched doctors.

 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2                       Q.   Okay.  When did you switch

 3    doctors?

 4                       A.   When I moved to Saratoga.

 5                       Q.   Who did you begin to see when you

 6    moved to Saratoga?

 7                       A.   A physician named Kathleen Condo

 8    [phonetic spelling] at Community Care Physicians.

 9                       Q.   Did any medications change

10    following your father's death?

11                       A.   Also can I add I meant to say

12    Ellis Medicine for my -- my last one.  My recent

13    doctor is Community Care.  And my last one was Ellis

14    Medicine for Kathleen Condo.

15                       Q.   Okay.  Say that one more time.

16    L. -- L. S. Medicine?

17                       A.   E-L-L-I-S.

18                       Q.   Oh, Ellis Medicine.

19                       A.   Yes.

20                       Q.   Okay.  When did you seek

21    treatment at Ellis Medicine?

22                       A.   That was when I -- after I moved

23    to Saratoga.  I don't remember an exact date, but.

24                       Q.   Okay.  How long did you treat

25    there for?

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King
 2                   A.   I believe until I switched when I
 3    moved to Clifton Park.
 4                   Q.   And Clifton Park was I think you
 5    said Community.
 6                   A.   Community Care Physicians.
 7                   Q.   Care Physicians.  Okay.  At Ellis
 8    Medicine, what did you treat there for?
 9                   A.   That was depression and anxiety.
10                   Q.   How often did you treat at Ellis
11    Medicine?
12                   A.   I would say not -- not as often
13    as Ticonderoga.
14                   Q.   Were you prescribed any different
15    medications at Ellis?
16                   A.   I don't believe so.  I believe I
17    switched antidepressants when I went to Community
18    Care Physicians.
19                   Q.   Were there any new diagnoses at
20    Ellis Medicine?
21                   A.   No.
22                   Q.   And then what about Community
23    Care?  You -- I think you just said that you switched
24    antidepressants when you went to Community Care.
25                   A.   Yes.  I started taking
```

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        citalopram.

3                        Q.    What is the dosage -- dosage for

4        that medicine?

5                        A.    Forty milligram.

6                        Q.    How often do you take that?

7                        A.    That is a once a day.

8                        Q.    What is that -- what condition

9        does that medication treat?

10                       A.    Depression.

11                       Q.    Do you recall when that

12       medication change was made?

13                       A.    I can't recall it exactly but it

14       was from my doctor at Community Care Physicians.

15                       Q.    Do you know why the medication

16       was changed?

17                       A.    It was, I believe, one that I

18       wanted or he wanted to switch to try to have better

19       effective -- effectiveness.

20                       Q.    Were you not satisfied with the -

21       - the effectiveness of the medication you had been

22       taking?

23                       A.    Not that I wasn't satisfied.  I

24       just felt like I was being steered in a more -- more

25       comfortable direction with this medication.  And this

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2       did seem to be less -- less milligrams.  I believe

 3       sertraline used to be like double the milligrams as

 4       citalopram.

 5                    Q.   Now at Community Care were you

 6       diagnosed with any other mental health conditions?

 7                    A.   I -- I'm not sure -- well, I -- I

 8       would say P.T.S.D.  I'm not sure how exactly, you

 9       know, he diagnosed it but we did talk about that

10       during my doctors' visits.

11                    Q.   Do you know if he made that

12       official diagnosis or he just discussed a possible

13       diagnosis of P.T.S.D.?

14                    A.   After -- well, he wanted to ask -

15       - he asked me if I would be interested in a medical

16       marijuana card for P.T.S.D. so I'm assuming it was

17       the diagnosis since the offer was -- was given

18       because after I -- it was after I told him of the

19       events with my father that the discussion of P.T.S.D.

20       began which led into that.

21                    Q.   Okay.  Do you know if the

22       diagnosis or possible diagnosis of P.T.S.D. is linked

23       specifically to your father's death or to multiple

24       events?

25                    A.   Specifically to my father's
```

1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2         death.

3                         Q.   Are you receiving any specialized

4         treatment for P.T.S.D.?

5                         A.   I am not.

6                         Q.   Do you know when your father was

7         supposed to be released from prison, if there was any

8         date certain?

9                         A.   No, it was always kind of a

10        uneasy waiting game.

11                        Q.   Had your father been released

12        from prison, did you have any conversations with him

13        about any plans following his release?  Like if you

14        would live with him or if you would start a business

15        together or anything like that?  Anything about the

16        future?

17                        A.   A lot of things were just

18        rejoicing a lot of things we wanted to do together, a

19        lot of concerts we wanted to see.  He -- he wanted to

20        come back and throw footballs or baseball.  He wanted

21        to bring me to different swim holes.  He has -- has

22        brought to me -- brought me to before.  There was new

23        restaurants I found I wanted to show him.  During his

24        incarceration I taught myself how to play guitar,

25        bass, drums and piano.  And I really wanted to show

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2        him all of that.  I planned on him going to my -- my

3        college.  But when I was moving in, transferring,

4        moving out, graduating.  Talked about looking for

5        cars together and him teaching me how to them in

6        tuned.  A lot of plans.

7                    MS. COWAN:   Okay.  We can go off the

8        record quickly.

9                    (Off the record 11:10 a.m.)

10                   (On the record 11:18 a.m.)

11                   BY MS. COWAN:   (Cont'g.)

12                   Q.   Mr. King, prior to your father's

13       death in 2018 did you experience panic attacks?

14                   A.   If I did I did not understand

15       really as much they were panic attacks.  I would just

16       probably assume they were anxiety.

17                   Q.   Did you come to find out that you

18       had experienced panic attacks during that time?

19                   A.   Very seldomly [sic] but yes.

20                   Q.   How often do you think you

21       experienced them prior to -- to your father's death?

22                   A.   Prior to his death it was -- it

23       was very rarely.  Probably I would say almost a

24       couple times ...

25                   Q.   Have you experienced panic

1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2         attacks since his death?

3                         A.    Main -- mainly after, yes.

4                         Q.    How often?

5                         A.    It was mainly, I would -- I would

6         say, a few -- at one point it might have been even

7         like twice a week.  Not now but closer to the events.

8                         Q.    How long would you say you

9         experienced panic attacks almost twice a week?

10                        A.    It -- it -- I would say it -- it

11        changed depending on what I was doing and how

12        distracted I was and how busy I was at the time.

13                        Q.    Do you know what -- what would

14        bring on these panic attacks?

15                        A.    Just a lot of anxious and anxiety

16        and depression from events that have happened.

17                        Q.    And when you say events that have

18        happened, what do you mean by that?

19                        A.    One being my -- my father's

20        death.

21                        Q.    Anything else?

22                        A.    That -- that would be the main

23        cause of them, yes.

24                        Q.    Were there any other causes that

25        were not the main cause?

Associated Reporters Int'l., Inc.

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King
 2                    A.    Besides just general anxiety
 3    about I'd say like school or work then no.
 4                    Q.    Did you ever receive any
 5    medication specifically for panic attacks?
 6                    A.    That was what I believe the
 7    hydroxyzine was for.  It was mainly if I had a panic
 8    attack at night that's usually when I would have
 9    them.  It would also help me fall asleep, but also I
10    -- I noticed when I took them it would make me drowsy
11    kind of the next morning too, so I was careful when I
12    took them as well.
13                    Q.    At any point when you spoke with
14    your father, did he ever mention to you that he was
15    taking medications that were not prescribed to him?
16                    A.    No.
17                    Q.    At any point did your father ask
18    you to bring him any items for him to trade while he
19    was in jail?
20                    A.    No, never.
21                    Q.    At any point did he ask you to
22    bring any items that you thought he may want to trade
23    but he denied wanting to trade?
24                    A.    No.  I -- he's never asked for
25    anything to trade and I've never thought about
```

Associated Reporters Int'l., Inc.

```
 1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

 2         bringing him anything.

 3                         Q.   At any point did he ask you to

 4         bring candy for him?

 5                         A.   No.

 6                         Q.   Do you recall the last time you

 7         spoke to your father prior to his death?

 8                         A.   I could not -- it was over the

 9         phone but I cannot recall exactly when.

10                         Q.   Okay.  Was it a day before or two

11         days before, do you have any time prior before?

12                         A.   I'm -- I'm not a hundred percent

13         sure.  A few -- within a -- a few days before at

14         least.  Within probably two or three days.

15                         Q.   Do you recall the sum and

16         substance of that last conversation?

17                         A.   I -- I can't, no.

18                         Q.   At any point leading up to his

19         death did he ever discuss with you his medications

20         being discontinued?

21                         A.   Not to me, no.

22                         Q.   Did he discuss his medications

23         being discontinued to anybody else to your knowledge?

24                         A.   If so it would have been just my

25         mother.
```

Associated Reporters Int'l., Inc.

1     King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2                    Q.    Were you aware of any such

3     conversations?

4                    A.    I knew they would have

5     conversations but not of what the content was about.

6                    Q.    Do you have any future plans to

7     go back to college or to further your education?

8                    A.    Recently I've been thinking about

9     possibly going back for a two-year degree.  But I'm

10    still thinking since I just got this full time job.

11                   Q.    Did you inherit anything from

12    your father's estate?

13                   A.    No.

14                   MS. COWAN:  That's all the questions

15    that I have for you.  I really appreciate it.  Thank

16    you so much for sitting down and asking -- and

17    answering these questions with me.  You are free to

18    go unless you're --.

19                   (The deposition concluded at 11:20

20    a.m.)

21

22

23

24

25

Page 56

1     King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2   STATE OF                    )
    COUNTY OF                    )
3
            I, JOSEPH PATRICK KING, have read the foregoing
4   record of my testimony taken at the time and place noted
    in the heading hereof and do hereby acknowledge:
5   (Please check one)
            ( ) That it is a true and correct transcript of
6   same.
            ( ) With the exceptions noted in the attached
7   errata sheet, it is a true and correct transcript of same.

8
                            X
                             JOSEPH PATRICK KING
9

10  Sworn to before me this
    _____day of _____, 2022.
11  X_____
    NOTARY PUBLIC
12  My Commission Expires:
    _____
13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 57

1      King, et al v Annucci, et al – 6/24/2022 – Joseph P. King

2          I, ANTHONY MCCLAIN, do hereby certify that the

3      foregoing testimony of JOSEPH PATRICK KING was taken by

4      me, in the cause, at the time and place, and in the

5      presence of counsel, as stated in the caption hereto, at

6      Page 1 hereof; that before giving testimony said witness

7      was duly sworn to testify the truth, the whole truth and

8      nothing but the truth; that the foregoing typewritten

9      transcription, consisting of pages number 1 to 55,

10     inclusive, is a true record prepared by me and completed

11     by Associated Reporters Int'l., Inc. from materials

12     provided by me.

13     *Anthony McClain* BdF

14     ANTHONY MCCLAIN, Reporter

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 58

1    King, et al v Annucci, et al - 6/24/2022 - Joseph P. King

2          ASSOCIATED REPORTERS INTERNATIONAL, INC.
                        (800) 523-7887
3
     Date:
4    Case Name:  King v Annucci, et al
     Index Number:  9:20-CV-1413
5    Deponent:  Joseph Patrick King
     Deposition Date:  6/24/2022
6    Examining Attorney:  Amy Cowan, A.A.G.

7    Dear Mr. King:

8

     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12
                 OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13               BY:  AIMEE COWAN, ESQ.
                 300 South State Street, Suite 300
14               Syracuse, New York 13205

15
     CORRECTIONS:
16
     _____     Word or phrase: _____
                  Corrected to:   _____
17
                  Word or phrase: _____
18   _____     Corrected to:   _____
                  Word or phrase: _____
19   _____     Corrected to:   _____
                  Word or phrase: _____
20   _____     Corrected to:

21   _____     Word or phrase: _____
                  Corrected to:   _____
22   _____     Word or phrase: _____
                  Corrected to:   _____
23
                  Word or phrase: _____
     _____     Corrected to:   _____
24

## A

**A.A.G** 58:6
**a.m** 1:16,16  5:3  11:10,11  51:9
  51:10  55:20
**A.P** 13:14
**ability** 6:24
**able** 18:3,4  21:22  33:4
**abuse** 25:6
**accurate** 19:15
**achieve** 13:20
**achieved** 9:4
**acknowledge** 56:4
**actual** 21:9
**add** 46:11
**Adirondack** 9:7,15  11:14  13:4
**ADMINISTRATRIX** 1:6
**affect** 6:24  25:20  32:2
**affirm** 5:5
**age** 26:7,10
**ago** 20:22  42:15
**aid** 13:5
**Aimee** 2:10  5:23  58:13
**al** 1:1,1,11  2:1,1  3:1,1  4:1,1
  5:1,1  6:1,1  7:1,1  8:1,1  9:1,1
  10:1,1  11:1,1  12:1,1  13:1,1
  14:1,1  15:1,1  16:1,1  17:1,1
  18:1,1  19:1,1  20:1,1  21:1,1
  22:1,1  23:1,1  24:1,1  25:1,1
  26:1,1  27:1,1  28:1,1  29:1,1
  30:1,1  31:1,1  32:1,1  33:1,1
  34:1,1  35:1,1  36:1,1  37:1,1
  38:1,1  39:1,1  40:1,1  41:1,1
  42:1,1  43:1,1  44:1,1  45:1,1
  46:1,1  47:1,1  48:1,1  49:1,1
  50:1,1  51:1,1  52:1,1  53:1,1
  54:1,1  55:1,1  56:1,1  57:1,1
  58:1,1,4
**alcohol** 7:2
**allegations** 17:21
**alleging** 17:25  18:7,9
**amount** 9:24
**Amy** 1:7,7  8:23  58:6
**and/or** 58:8
**Annucci** 1:1,11  2:1  3:1  4:1  5:1
  6:1  7:1  8:1  9:1  10:1  11:1
  12:1  13:1  14:1  15:1  16:1  17:1
  18:1  19:1  20:1  21:1  22:1  23:1
  24:1  25:1  26:1  27:1  28:1  29:1
  30:1  31:1  32:1  33:1  34:1  35:1

36:1  37:1  38:1  39:1  40:1  41:1
42:1  43:1  44:1  45:1  46:1  47:1
48:1  49:1  50:1  51:1  52:1  53:1
54:1  55:1  56:1  57:1  58:1,4
**answer** 11:24  17:14  18:4  19:11
  31:25  32:4
**answering** 55:17
**answers** 4:9  6:9
**ANTHONY** 1:11  57:2,14
**antidepressants** 47:17,24
**anxiety** 27:11,19,23  28:8  29:9
  30:16,22  32:11  45:18,22  47:9
  51:16  52:15  53:2
**anxious** 52:15
**anybody** 6:12  7:5  35:22  38:15
  39:9  54:23
**apartment** 7:24,25
**apologize** 31:24
**appear** 43:17
**APPEARANCES** 2:2
**appeared** 43:19
**appointments** 28:17
**appreciate** 55:15
**appropriate** 58:10
**arrest** 19:23  21:4
**arrested** 19:15,17,22  20:21  21:3
**arson** 20:16  21:4
**asked** 25:23  36:12,15  49:15
  53:24
**asking** 17:10  55:16
**asleep** 53:9
**aspect** 32:20
**assistant** 24:25
**Associated** 57:11  58:2
**assume** 51:16
**assuming** 15:8  19:2  49:16
**attached** 56:6
**attack** 53:8
**attacks** 51:13,15,18  52:2,9,14
  53:5
**attempt** 36:4,11  38:9  39:5
**attempted** 36:8,20,25
**attempting** 37:5
**attend** 9:6,12
**attended** 9:7,14
**attorney** 2:9  4:15  5:24  7:4  58:6
  58:12
**attorneys** 4:3  27:17  41:19
**audible** 6:9

**audio** 10:22
**authorizations** 27:16
**Avenue** 2:6
**award** 44:24
**aware** 25:13 36:7,10 38:9 55:2

**B**

**back** 9:15,20 15:21 28:20 30:6
  50:20 55:7,9
**ballpark** 28:21
**baseball** 50:20
**based** 27:16 45:24,25
**basis** 30:24
**bass** 50:25
**began** 21:8 26:11 49:20
**beginning** 14:16,18
**believe** 10:20 20:25 21:6 23:12
  25:23 29:6 30:4,7,17 31:15,22
  32:13 41:12 44:2,3,22 47:2,16
  47:16 48:17 49:2 53:6
**best** 42:24
**better** 48:18
**bike** 22:9,12
**bills** 33:10,11
**birth** 6:18
**board** 44:12,20
**boy** 17:5
**break** 19:8,9,12
**brief** 5:25
**bring** 50:21 52:14 53:18,22 54:4
**bringing** 21:23 54:2
**broad** 31:23
**brought** 34:11 50:22,22
**building** 32:20
**bullying** 29:13,15
**bus** 17:5
**business** 10:5 50:14
**busy** 52:12

**C**

**C** 3:2
**call** 34:16 35:8
**called** 16:18 17:6 24:9,24 30:5
  34:12
**calm** 36:16
**candy** 54:4
**caption** 57:5
**car** 15:9
**card** 49:16
**Care** 46:8,13 47:6,7,18,23,24

48:14 49:5
**careful** 53:11
**caretaker** 24:7
**cars** 51:5
**Case** 58:4
**cause** 4:16 5:7 27:23 52:23,25
  57:4
**causes** 52:24
**Center** 27:18 28:15 30:7 31:17
**Central** 14:6
**certain** 50:8
**certifications** 13:21
**certified** 4:16
**certify** 57:2
**Champlain** 17:6
**change** 10:25 32:22 35:18 45:22
  46:9 48:12
**changed** 48:16 52:11
**changes** 58:8
**chaperoning** 21:23
**character** 32:20
**charged** 45:3,4
**check** 56:5
**checkups** 28:20
**CHEVERIE** 2:4
**childhood** 24:15
**citalopram** 48:2 49:4
**Civil** 4:5
**clarifying** 25:22
**cleaning** 22:19
**clear** 6:10 18:4 32:9
**clients** 24:7
**Clifton** 7:17 47:3,4
**close** 21:19 22:4 32:25
**closer** 9:23 52:7
**college** 9:5,6 10:5 11:15 12:23
  13:4,8,12,14,16 32:8 51:3
  55:7
**come** 10:22,23 21:20 28:20 50:20
  51:17
**comfortable** 48:25
**coming** 10:12
**commenced** 5:2
**Commission** 56:12
**commit** 45:8
**communicate** 38:14 41:23
**Community** 10:5 11:15 12:23 13:8
  46:8,13 47:5,6,17,22,24 48:14
  49:5

companies 15:10
company 24:4,10,14,24
complaint 17:11,17,22,25 18:2
completed 57:10
completely 19:9
concern 38:22
concerned 35:25 38:10 42:3 43:7
  43:13
concerns 38:15,20 39:8 40:6
concerts 50:19
concluded 55:19
condition 48:8
conditions 25:10 26:17,23 27:9
  28:15 29:11 31:18 49:6
Condo 46:7,14
consecutively 17:3
consequences 44:7
consisting 57:9
Cont'g 11:12,23 12:20 13:24
  17:16 20:10 21:2,7 23:6 26:21
  27:3 36:23 37:11,17,24 38:13
  39:13 40:25 41:13 42:8 43:12
  51:11
content 55:5
continue 45:18
contractor 15:2,6
contribute 28:8,11 33:9,12
contributed 28:2,4
contributing 29:8,10
control 40:12
conversation 25:16 54:16
conversations 26:8 35:9 37:2
  39:21,23 40:3,9,18 41:9 43:23
  50:12 55:3,5
convey 39:8
convicted 14:7 20:22
conviction 20:12,15,18
copy 4:16
correct 14:3,20 15:11 16:2,23
  19:20 20:9 21:12,15 26:15
  27:20 30:14 31:8 45:16 56:5,7
Corrected 58:16,18,19,20,21,22
  58:23
corrections 4:11 20:6 58:8,11
  58:15
correspondence 38:5
costing 9:25
counsel 57:5
counted 13:13

Country 10:5 11:15 12:23 13:8
County 19:18 56:2
couple 34:13 51:24
courses 13:12,14
COURT 1:2 5:4,11,14,17 10:8,13
  10:16,18,20 11:2,7 12:4,8,12
  12:14
Cowan 2:10 3:4 5:19,21,23 10:8
  10:11,14,19 11:2,4,9,12,23
  12:6,13,16,20 13:24 17:16
  20:10 21:2,7 23:6 26:21 27:3
  36:23 37:11,17,24 38:13 39:13
  40:25 41:13 42:8 43:12 51:7
  51:11 55:14 58:6,13
crazy 40:17
credits 9:9,11
crime 14:8 20:22
criminal 20:12,14
curiosity 26:2
curious 40:19
currently 7:10,16,23 14:10

**D**

D 3:2,2
dad 21:18 23:14 24:16 33:13
date 1:15 6:18 30:11 42:18 44:8
  46:23 50:8 58:3,5,25
day 22:21 31:15 34:14,16 35:7
  40:2,4 48:7 54:10 56:10
days 35:7 54:11,13,14 58:9,10
Dear 58:7
death 20:6 30:13 31:7,12 39:15
  44:5 45:17,23 46:10 49:23
  50:2 51:13,21,22 52:2,20 54:7
  54:19
December 9:19
decline 44:21
declined 44:23
Defendant 4:6
Defendants 1:12 2:8
definitely 28:3,24 32:18 44:5
degree 55:9
delivered 15:9 58:10
demeanor 42:20
denied 53:23
Department 20:5
depending 52:11
Deponent 58:5
deposition 1:14 4:5,11,14,15,17
  5:2 7:5,8 55:19 58:5

depressed 43:17 44:5
depression 25:12,14,20 26:8,12
  27:11,19,23 28:5,10,12 29:9
  30:16,17 32:11 43:24 44:9
  45:19,22 47:9 48:10 52:16
depressive 39:24 43:15
describe 21:17
described 23:25
detailed 32:9
diagnosed 25:10,14 26:17 27:8
  49:6,9
diagnoses 27:13 47:19
diagnosis 26:9 49:12,13,17,22
  49:22
different 24:22 32:10 35:18
  42:9 47:14 50:21
digital 14:23
Direct 3:4 5:20
direction 48:25
Directly 15:14
disabilities 24:12
disciplined 29:21
discontinued 54:20,23
discuss 45:2 54:19,22
discussed 7:5 49:12
discussing 11:13
discussion 49:19
distracted 52:12
DISTRICT 1:2,3
divorce 41:19
DOCCS 37:20 38:6 39:9 45:4
doctor 46:13 48:14
doctors 25:23 26:3 27:22 28:4
  38:18,20 45:25 46:3
doctors' 49:10
doing 52:11
Doordash 15:7,13,24
dorms 9:24
dosage 48:3,3
double 49:3
dramatic 36:17
drank 7:2
dream 32:18 44:2
drowsy 53:10
drums 50:25
duly 4:14 57:7
duration 34:9

**E**

E 3:2,2,2

E-L-L-I-S 46:17
echo 10:23
echoing 10:15
education 9:4 55:7
educational 36:17
effective 48:19
effectiveness 48:19,21
either 19:3 21:13
elderly 23:19
eleven 23:12
Ellis 46:12,13,18,21 47:7,10,15
  47:20
employed 14:10,12,14,25 15:13
  15:17,24 16:4,15 24:17,20
employee 18:24
employees 17:9 18:8,10
employment 14:24 16:25 24:2
ended 9:17,19 11:19
entire 29:3
environment 43:16
errata 56:7
Escape 21:24
ESQ 2:5,10 58:13
Essex 19:18
estate 1:5 55:12
et 1:1,1,11 2:1,1 3:1,1 4:1,1
  5:1,1 6:1,1 7:1,1 8:1,1 9:1,1
  10:1,1 11:1,1 12:1,1 13:1,1
  14:1,1 15:1,1 16:1,1 17:1,1
  18:1,1 19:1,1 20:1,1 21:1,1
  22:1,1 23:1,1 24:1,1 25:1,1
  26:1,1 27:1,1 28:1,1 29:1,1
  30:1,1 31:1,1 32:1,1 33:1,1
  34:1,1 35:1,1 36:1,1 37:1,1
  38:1,1 39:1,1 40:1,1 41:1,1
  42:1,1 43:1,1 44:1,1 45:1,1
  46:1,1 47:1,1 48:1,1 49:1,1
  50:1,1 51:1,1 52:1,1 53:1,1
  54:1,1 55:1,1 56:1,1 57:1,1
  58:1,1,4
event 28:6
events 49:19,24 52:7,16,17
exact 9:11 26:10 30:11 37:10
  40:18 42:18 46:23
exactly 24:24 34:16 37:7 48:13
  49:8 54:9
Examination 3:4 5:20
Examining 58:6
exceptions 56:6

**experience** 13:4 45:24 51:13
**experienced** 29:14 51:18,21,25
  52:9
**Expires** 56:12
**express** 35:10 38:19 40:5
**extra** 16:9 33:16

**F**

**F** 3:2
**Facebook** 40:14
**fact** 44:6
**factor** 28:2
**fail** 58:10
**fall** 11:16 53:9
**familiar** 17:11,20 18:13,23
  20:11 25:9 44:11
**family** 32:16 33:5,10 35:23
**father** 10:7 11:19 12:24 19:7,15
  20:4,17 21:8 25:5 26:24 29:3
  29:9,17,21 32:22 33:17 37:18
  38:2 39:9 41:16,20 42:17 45:2
  45:7 49:19 50:6,11 53:14,17
  54:7
**father's** 28:7,11 30:13 31:6,25
  39:5 45:17,23 46:10 49:23,25
  51:12,21 52:19 55:12
**fault** 44:7
**Federal** 4:4
**feedback** 10:12
**feel** 34:16 39:24 40:12
**feeling** 39:25 40:2 44:6
**felt** 32:17 44:2 48:24
**field** 21:23
**fifteen** 8:9
**figure** 28:21
**filed** 17:8,12,18
**filling** 22:17
**financial** 13:5
**find** 36:24 51:17
**fine** 12:5
**finish** 13:2
**finished** 9:11
**first** 19:11 36:4 39:5 43:24
**fish** 22:9
**five** 35:6,6
**fix** 22:16,18
**fixing** 23:17
**focus** 40:3
**following** 46:10 50:13
**food** 15:9

**footballs** 50:20
**foregoing** 56:3 57:3,8
**form** 4:8
**formal** 13:15
**Forty** 48:5
**found** 50:23
**four** 42:15
**fourteen** 21:14
**free** 55:17
**friends** 21:24,25
**front** 42:24 44:12
**full** 6:15 9:14 25:2,4 34:20
  55:10
**further** 4:7,10,13 55:7
**future** 37:13 50:16 55:6

**G**

**G** 3:2
**game** 50:10
**gears** 27:5
**general** 2:9 5:24 53:2 58:12
**getting** 10:14 44:9
**girlfriend** 7:19 8:16
**gist** 38:24
**give** 5:6 18:4 30:11 38:24 43:3
**given** 49:17
**giving** 57:6
**go** 9:15,20 10:6 11:3,8 12:16
  22:17 23:21 28:17 40:13,17
  51:7 55:7,18
**going** 5:25 10:4,21 11:15 19:6
  22:5 26:2 28:3 30:6 31:23
  38:24 40:6 43:7 51:2 55:9
**good** 5:22 6:3 10:17
**grade** 19:25 20:3
**graduate** 14:4
**graduated** 9:18 13:25
**graduating** 51:4
**grateful** 32:15
**great** 21:24 40:2
**grew** 8:25
**growing** 22:24 24:2
**Grubhub** 15:3,13,24
**guitar** 50:24

**H**

**HACH** 2:4
**Hal** 18:24
**half** 10:2
**hand** 5:5 23:23

Case 9:20-cv-01413-TJM-ML   Document 71-20   Filed 01/12/23   Page 64 of 72
800.523.7887                                        Associated Reporters Int'l., Inc.

Page 64

handler 16:6
happen 32:17
happened 11:19 12:18 52:16,18
happening 32:17
harm 18:12 35:11
head 6:9 22:14
heading 56:4
health 25:10 26:12,17,23 27:9
  27:18 28:15 29:11,25 30:7
  31:16,18 49:6
hear 10:9 11:4,24,25 12:2,3,4
  12:10,14 40:11
hearing 4:16
hearings 44:12,20
help 21:22 23:14,17,19,20,21
  30:22 53:9
helped 23:15
helping 23:23
Henry 8:20 16:16 45:13
hereof 56:4 57:6
hereto 57:5
high 13:14 14:2,4 17:2
highest 9:3
histories 13:14
holes 21:25 50:21
holiday 15:19,20 16:10
home 10:2 21:20
homework 21:22
honest 44:25
Honestly 42:12
hotel 16:17
hour 9:25
hours 34:13
house 7:24 8:24 22:15 23:14
household 33:13
housekeeper 16:17
hundred 24:6 29:5 30:5,20 40:24
  54:12
hurt 32:19 43:8
hurting 41:24 42:4 43:4
hydroxyzine 30:19 53:7

**I**

incarcerated 20:5 24:16 25:7
  26:18
incarceration 20:12 21:16 22:4
  22:6,7 23:13 25:11 27:5 28:8
  28:11 50:24
incident 10:7 11:19 12:24 42:19
inclusive 57:10

independent 15:2,6
Index 1:10 58:4
indicate 27:22,22 36:19 37:4,12
  40:21 41:9
indicated 37:15
indication 43:3
inherit 55:11
initially 36:24
inmates 18:11
Inn 16:18
inside 22:17
Instagram 40:14
Int'l 57:11
interested 49:15
INTERNATIONAL 58:2
issues 25:6
items 53:18,22

**J**

J 1:11
J-O-S-E-P-H 5:16
jail 19:18,20 25:18 31:25 32:7
  33:8,9 35:15 37:20 39:10
  43:25 53:19
Jamie 18:14
January 8:3,4,12
job 55:10
Joseph 1:1,5,14 2:1 3:1,3 4:1
  5:1,10,13 6:1,17 7:1 8:1 9:1
  10:1 11:1 12:1 13:1 14:1 15:1
  16:1 17:1 18:1 19:1 20:1 21:1
  22:1 23:1 24:1 25:1 26:1 27:1
  28:1 29:1 30:1 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1 56:1,3,8
  57:1,3 58:1,5
Jr 6:17
July 36:8
June 1:15 14:18

**K**

K-I-N-G 5:16
KALKACH 2:5 10:17 11:6,21 12:3
  13:22 17:13 20:8,24 21:5 23:4
  26:19,25 32:3,5 36:21 37:9,14
  37:23 38:11 39:11 40:23 41:11
  42:6 43:9
Kathleen 46:7,14

Case 9:20-cv-01413-TJM-ML   Document 71-20   Filed 01/12/23   Page 65 of 72
800.523.7887                                                    Associated Reporters Int'l., Inc.

Page  65

**keep** 5:25  10:22
**kids** 7:14
**kind** 27:4  32:17  50:9  53:11
**King** 1:1,1,5,7,7,14  2:1,1  3:1,1
  3:3  4:1,1  5:1,1,4,9,10,13,22
  6:1,1,17  7:1,1  8:1,1  9:1,1
  10:1,1,21  11:1,1,25,25  12:1,1
  13:1,1  14:1,1  15:1,1  16:1,1
  17:1,1  18:1,1  19:1,1  20:1,1
  21:1,1  22:1,1  23:1,1  24:1,1
  25:1,1  26:1,1  27:1,1  28:1,1
  29:1,1  30:1,1  31:1,1  32:1,1
  33:1,1  34:1,1  35:1,1  36:1,1
  37:1,1  38:1,1  39:1,1  40:1,1
  41:1,1  42:1,1  43:1,1  44:1,1
  45:1,1  46:1,1  47:1,1  48:1,1
  49:1,1  50:1,1  51:1,1,12  52:1
  52:1  53:1,1  54:1,1  55:1,1
  56:1,1,3,8  57:1,1,3  58:1,1,4
  58:5,7
**knew** 36:14  43:20  44:5  55:4
**know** 12:17  16:16  19:8  20:20
  22:16,24  23:7,10,16,16,25
  26:2,3,4  31:24  32:14,19  33:7
  34:10  36:17  39:3  40:12,15,16
  40:17,18  42:14  43:21,25  44:7
  44:14,15,19,21,23  48:15  49:9
  49:11,21  50:6  52:13
**knowledge** 25:5  54:23

---

**L**

**L** 46:16,16
**L.L.P** 2:4
**Lake** 17:6  24:4,10,11
**large** 32:7
**lasted** 44:4
**lawsuit** 17:8  18:7
**leading** 39:15  54:18
**leads** 36:6
**learn** 22:22
**leave** 34:11,12  40:6
**leaving** 41:16
**led** 20:12  49:20
**left** 11:14  43:6
**letters** 34:18,19,21,22,22,24
  38:5
**level** 9:4
**licenses** 13:21
**life** 32:2,7  36:2  38:10
**linked** 49:22

**little** 22:19  28:2
**live** 8:5,7,15,19,21  50:14
**lived** 8:2  15:15
**lives** 7:18
**living** 45:11,14
**local** 19:18,20
**lockbox** 34:20
**long** 8:2,7  9:12  14:14  15:4,16
  16:7,19  23:7  34:6,14  46:24
  52:8
**looking** 51:4
**lot** 10:15  21:25  28:3  29:8  32:9
  32:10,14  50:17,18,19  51:6
  52:15

---

**M**

**Madison** 2:6
**main** 18:2  52:3,22,25
**man** 40:22  41:10
**March** 6:19  21:11
**marijuana** 49:16
**married** 7:10,12
**materials** 57:11
**math** 8:10
**matter** 39:25
**matters** 38:23
**MCCLAIN** 57:2,14
**mean** 15:8  28:16  52:18
**meant** 46:11
**medical** 27:15  38:21  49:15
**medication** 25:24  30:10,15  31:4
  31:10,14  48:9,12,15,21,25
  53:5
**medications** 6:23  26:5  29:25
  31:21  35:14,18,19,23  46:9
  47:15  53:15  54:19,22
**medicine** 46:12,14,16,18,21  47:8
  47:11,20  48:4
**meet** 41:19
**Meghan** 7:20  8:17,22  45:15
**members** 32:16
**memories** 22:2,2
**mental** 24:12  25:9  26:12,17,23
  27:9  29:10,24  31:17  49:6
**mention** 53:14
**mentioned** 27:19
**met** 18:20  43:18
**Middlebury** 16:17,18
**milligram** 48:5
**milligrams** 49:2,3

Associated Reporters Int'l., Inc.

**mind** 40:17
**mom** 8:23 13:6 24:17 33:4,22
  37:3 38:16 40:6 45:15
**money** 9:24 33:5,9,12
**month** 14:17,25 28:22,25 33:24
  34:5
**months** 8:9 28:22
**Moriah** 14:6
**morning** 5:22,25 53:11
**mother** 17:8 18:7 35:24 41:10,14
  54:25
**Mountain** 24:4,9,11
**moved** 16:21 46:4,6,22 47:3
**movie** 36:18
**moving** 51:3,4
**multiple** 35:7 49:23
**mute** 12:6,9
**Myers** 18:24

**N**

**N** 3:2,2
**name** 5:12,15,22 6:15 58:4
**named** 18:14,24 46:7
**names** 6:20
**necessarily** 22:13
**need** 22:20
**needed** 23:20 30:24 31:2
**negligence** 18:10
**neighbors** 23:18,19
**neither** 11:6
**never** 11:19 18:17,20 19:2 22:22
  25:24 27:24 28:5 32:12,16
  35:12,16 37:13,15 38:22 41:21
  43:10,19 53:20,24,25
**new** 1:3 2:7,7,9,12 7:17 8:6,20
  9:8 16:21 17:6,8 18:23 20:5
  21:9 45:13 47:19 50:22 58:12
  58:14
**night** 53:8
**nineteen** 45:10
**North** 10:4 11:15 12:23 13:7
**NORTHERN** 1:3
**notary** 4:12 56:11 58:9
**noted** 56:4,6
**noticed** 25:25 53:10
**November** 39:16 45:8
**number** 9:11 57:9 58:4

**O**

**O** 3:2,2

**O.M.H** 37:21 38:6 39:9
**Objection** 11:21 13:22 17:13
  20:8,24 21:5 23:4 26:19,25
  32:3 36:21 37:9,14,23 38:11
  39:11 40:23 41:11 42:6 43:9
**objections** 4:7
**obtain** 35:18
**obviously** 18:20 27:25
**occurred** 10:7
**October** 8:12,18
**offer** 49:17
**Office** 2:9 5:23 58:12
**official** 49:12
**officially** 12:22
**Oh** 12:6 13:3 16:12 23:15 32:6
  46:18
**okay** 6:2,3,6,7,10,11 8:10,14,14
  9:12,20 10:11,18,24 11:13,18
  12:10,17,21 13:3,7,15,20
  14:18 15:12,16,23,23 16:14,22
  17:7,20 18:13 19:6,8,12,13,21
  21:3,13 22:5 23:13 24:13 25:2
  25:17 26:4,13 27:7,21 28:7,21
  29:2,7,14 30:12,23 31:3,13
  32:6 36:6,19 37:12 39:3 41:8
  42:15 44:16 45:14 46:2,15,20
  46:24 47:7 49:21 51:7 54:10
**old** 19:21 21:10,14 23:10 24:13
  45:8
**older** 26:11
**once** 28:22,22 31:15 32:17 34:5
  48:7
**original** 4:13,17
**outgoing** 23:22
**overcome** 32:12,13
**overnight** 22:24 23:5,8
**overnights** 21:20,21 24:3

**P**

**P** 1:1,5 2:1 3:1,2 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1
**P.T.S.D** 49:8,13,16,19,22 50:4

package 16:6
Page 57:6
pages 57:9
paid 13:4,8
paint 23:21
painting 23:20
Paledeno 18:14
panic 51:13,15,18,25 52:9,14
  53:5,7
Park 7:17 47:3,4
parole 44:11,20,24
part 25:3
partially 37:25
particular 42:21
parties 4:4 58:10
Patrick 1:14 3:3 6:17 56:3,8
  57:3 58:5
pending 19:10
people 24:12 40:13
perceived 32:24
percent 24:6 29:5 30:5,21 40:24
  54:12
period 27:10 29:25 31:18,21
  39:18
perseverance 32:14
person 18:21 19:3
personal 14:23 38:23
personality 32:20
personally 18:18 37:19,21
perspective 32:9
phone 19:3 35:2,10 38:2 39:17
  41:23 42:11 54:9
phonetic 18:14,24 46:8
phrase 58:16,17,18,19,21,22,23
physical 33:3
physician 46:7
Physicians 46:8 47:6,7,18 48:14
piano 50:25
picked 37:3
pinpoint 27:25
place 56:4 57:4
places 21:24
PLAINTIFF 2:3
Plaintiffs 1:9
planned 51:2
planning 10:4
plans 41:19 50:13 51:6 55:6
play 50:24
please 5:5,11,14 6:5,16 56:5
  58:8,9

point 42:15 52:6 53:13,17,21
  54:3,18
pool 22:19
popped 12:18
Port 8:20 16:16 45:13
position 14:21 15:18 23:3,11,24
  24:5
positions 24:22
possible 49:12,22
possibly 41:15 55:9
preparation 7:8
prepared 57:10
prescribed 29:24 30:3,10,18,21
  31:4,20 35:14 47:14 53:15
prescription 30:22,24
prescriptions 26:23
presence 57:5 58:8
prior 8:4,18 14:24 15:12,23
  16:3,14,24 20:22 21:4,16
  23:13 25:11 39:16 51:12,21,22
  54:7,11
prison 19:18 21:9 22:8 26:14,24
  29:3,10,18,21 32:22 33:2,5,10
  33:14,17 34:2,19 35:2 36:3
  37:19 38:6 42:17 44:13 45:5
  50:7,12
probably 42:19 51:16,23 54:14
Procedure 4:5
professionals 38:21
program 17:4
protect 18:11
provided 57:12
providing 23:22
public 4:12 56:11 58:9
pursuant 4:6
put 32:10 42:24

Q

Queensbury 9:8,24
question 6:4 10:9 12:19,21
  19:10,11 31:24 36:7
questions 4:8 5:24 17:10 19:7
  22:6 26:12 55:14,17
quickly 51:8

R

R 3:2
radius 28:25
raise 5:5
rarely 51:23

**read** 4:10 56:3 58:8
**reality** 44:4
**really** 22:4 25:25 31:23 50:25
  51:15 55:15
**reason** 29:18 43:14
**recall** 24:13,19 26:10 27:12
  28:19 31:3,9,14 37:7,10 39:17
  39:22 40:18 41:2,3 42:13,20
  44:16 48:11,13 54:6,9,15
**receive** 26:22 27:15 53:4
**receiving** 50:3
**recollection** 44:8
**record** 5:12,15 6:10,16 11:3,8
  11:10,11 51:8,9,10 56:4 57:10
**records** 27:16
**regarding** 38:23
**regretted** 37:5
**regular** 28:20
**regulations** 45:5
**rejoicing** 50:18
**relationship** 21:17 25:21 32:21
  32:25
**release** 50:13
**released** 50:7,11
**remained** 22:4
**remember** 22:20 24:23 30:9 34:15
  42:16,18 46:23
**rent** 7:21,23
**repeat** 10:9
**rephrase** 6:5 18:3
**Reporter** 5:4,11,14,17 10:8,13
  10:16,18,20 11:2,7 12:4,8,12
  12:14 57:14
**Reporters** 57:11 58:2
**represent** 17:9
**reserved** 4:9
**reside** 7:16
**residence** 7:22
**respective** 4:4
**response** 41:3
**responsibility** 18:10
**responsiveness** 4:8
**restaurant** 17:5
**restaurants** 50:23
**result** 44:19
**Return** 58:11
**returned** 4:15
**review** 7:7
**ride** 22:9,11

**right** 1:8 5:5 6:13 9:3 10:19
  13:16,19 16:3,24 17:7 19:19
  20:7,20 26:16 32:4 39:5,7
  42:14
**room** 6:12 40:16
**ROSE** 2:4
**Rules** 4:5
**rush** 16:10,10

---

**S**

**S** 3:2 46:16
**Saratoga** 8:6,7,15 15:15 16:21
  46:4,6,23
**sat** 34:11
**satisfied** 48:20,23
**saying** 6:9 41:4
**scene** 36:18
**SCHIRRIPA** 2:4
**school** 9:13,21,23 13:14 14:2,4
  14:6 17:2 29:12,15,20,22 32:8
  53:3
**school's** 17:3
**schooling** 13:16
**screen** 10:23
**season** 15:19,20
**seasonal** 15:18 16:8
**seasonally** 16:5
**see** 10:24 13:3 23:18 34:2 44:9
  46:5 50:19
**seeing** 10:22 38:19 40:22 41:10
**seek** 46:20
**seen** 17:17 32:16
**seldom** 33:15 40:10
**seldomly** 20:19 51:19
**self-** 18:11
**self-endangerment** 18:11
**self-strength** 32:14
**semester** 9:14,17,19,21 10:6
  11:16 13:2
**send** 33:4 38:4
**sent** 27:17
**sentence** 21:9 32:2,7
**separation** 41:20
**sertraline** 30:5,8 31:13 49:3
**service** 24:4,8,10,12
**Services** 24:11
**set** 44:8,10
**setting** 22:18
**seventeen** 39:4
**Seventh** 20:3

shaking 6:9
sheet 56:7
shifts 16:9
shopper 14:23
shovel 23:18,20
show 22:15 39:24 50:23,25
showing 12:8
sic 20:19 51:19
side 39:25
sign 4:11 58:8,10
signature 58:11
signed 4:14 10:6 58:25
significant 40:15
similar 24:23 34:5 39:23 42:23
simple 22:14,18 23:16 25:15
 43:22
single 33:23 40:15
sister 7:19 8:16,22 37:3 38:17
 45:15
sit 40:13
sitting 40:16 55:16
six 28:22
skepticism 40:13
sleeping 21:21
Slightly 40:7
social 18:14
something's 10:21
somewhat 26:3 32:19
soon 34:9
sorry 12:19
sort 24:7
Sounds 6:3
South 2:11 58:13
speak 20:17 34:25 35:13,17,22
 37:19,21,25 41:14,15,18
speaking 35:20 39:17 42:11
specialized 50:3
specific 27:24 38:22
specifically 28:5 37:15 42:7
 43:20 49:23,25 53:5
specifics 39:2 44:15
spell 5:15
spelling 18:15,24 46:8
spent 19:18 22:3
spoke 18:17 35:4 41:23 53:13
 54:7
spoken 19:3
Springs 8:6,8,15 16:21
staff 37:20,21 38:2,6 39:10

stalk 40:14
start 50:14
started 47:25
state 2:9,11 5:12 6:15 17:9
 18:7,24 20:5 21:9 43:15 56:2
 58:12,13
stated 57:5
STATES 1:2
stay 34:8
staying 9:23
steered 48:24
stick 22:7
STIPULATED 4:3,7,10,13
STIPULATIONS 4:2
stocker 23:5,8
Street 2:11 58:13
strike 45:4
stuff 16:9
subpoena 4:6
substance 25:6 39:20 54:16
suicide 36:8,20 37:5 38:9 45:8
Suite 2:11 58:13
sulk 42:24
sum 39:20 54:15
summer 16:20,22,25 17:3 22:2
SUNY 9:7,15 11:14 13:3
supposed 50:7
sure 6:8 9:10 18:5 24:7 29:5
 30:5,21 40:24 41:4,7 44:25
 49:7,8 54:13
swear 5:5
swim 50:21
swimming 21:25
switch 27:4 46:2 48:18
switched 45:25 47:2,17,23
sworn 3:3 5:10,18 56:10 57:7
Syracuse 2:12 58:14

                    T

tag 33:23
take 19:8,9,11 31:11 36:2 38:10
 39:14 48:6
taken 4:6 13:12 30:24 56:4 57:3
talk 36:17 38:25 40:4 49:9
talked 13:11 51:4
tank 22:17
tasks 22:13 23:17
taught 22:9,11,12,21 32:13
 50:24
teach 22:20

teacher's 24:25
teaching 24:22 51:5
tell 6:5 40:8
testify 6:24 57:7
testimony 5:6 56:4 57:3,6 58:8
Thank 5:17,19 55:15
therapists 38:20
thing 28:10 37:10
things 21:21 22:10,14,18,19
  27:25 29:8 32:10 50:17,18
think 10:17 12:6 13:25 22:13
  24:21 38:8 47:4,23 51:20
thinking 9:22 41:24 42:4 43:3
  55:8,10
thirteen 21:10,14
thirty 58:9,10
thought 41:9 53:22,25
three 28:25 54:14
throw 50:20
Ti 30:7
Ticonderoga 27:18 28:15 31:16
  47:13
time 1:16 4:6,15 9:10,22 15:25
  19:18,23 20:2,21,22 22:2,25
  25:2,3,4 27:9 28:4 29:3,15,25
  30:4,7 31:18,21 32:19 34:5,9
  34:15,17 37:5,18 38:19 39:18
  40:22 41:6,7,8 42:16 43:18
  44:8,13 45:3,9,12,15 46:15
  51:18 52:12 54:6,11 55:10
  56:4 57:4
times 22:3 28:16 35:6,7 51:24
today 5:6 6:23 7:2 17:10
toilet 22:16
told 40:2 49:18
top 22:14
town 17:4
trade 53:18,22,23,25
transcript 56:5,7 58:8,10,11
transcription 57:9
transfer 11:15 12:22,25
transferring 9:23 11:20 51:3
treat 28:14 30:16 31:17 45:18
  46:24 47:8,10 48:9
treated 27:18
treatment 45:21 46:21 50:4
trial 4:9,16 41:20
trips 21:23
true 36:15,16 56:5,7 57:10

truth 5:7,7,8 57:7,7,8
truthfully 6:24
try 5:25 36:2 37:13 38:10 39:24
  40:3 42:24 48:18
tuned 51:6
twelve 19:24 20:21
twice 52:7,9
Twitter 40:14
two 13:13 15:14 17:2 54:10,14
two-year 55:9
typewritten 57:8
typically 34:7,14

## U

U.P.S 16:6,7
uh-huh 6:10
understand 6:5 19:9 51:14
understanding 10:12 17:24 18:6
  19:14
uneasy 50:10
UNITED 1:2
use 22:21
usual 39:23
usually 53:8

## V

v 1:1,10 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1,4
various 22:13
VENUE 1:17
Vermont 16:17
violating 45:4
visit 33:18 42:21 43:2,6
visited 33:21 42:17
visits 34:6 49:10
visually 17:19
vivid 22:2

## W

waiting 50:10
waking 43:24 44:2
Walgreens 15:15,17,24 16:3

**Walmart** 14:13,22,25 23:2,3,8,25
**want** 19:7,8,9 27:4 53:22
**wanted** 35:11 40:4 48:18,18
  49:14 50:18,19,19,20,23,25
**wanting** 35:18 53:23
**wasn't** 32:11 48:23
**water** 22:17
**way** 19:4 28:2 32:7,8 35:11
  40:15 41:25 42:4,10 43:4 44:4
**we'll** 22:7
**WebEx** 1:17
**week** 35:6,7 39:15,16 41:22 42:5
  42:10 52:7,9
**weekend** 33:23,24
**weekends** 42:19
**went** 22:8,15 25:18 26:14 33:8
  33:22 44:14,16 47:17,24
**Westport** 17:6
**witness** 4:10,14 5:13,16,18
  10:24 12:10,17 57:6
**wonder** 26:2
**wondering** 17:10 18:5
**Word** 58:16,17,18,19,21,22,23
**work** 5:23 16:7,15,19 17:2 23:16
  25:3 29:12 32:8 53:3
**worked** 16:5,16 17:5 21:20 23:8
  24:3,21
**worker** 18:14
**working** 15:12 22:24,25 23:2,11
  24:14
**worried** 40:22
**write** 34:19
**wrong** 25:25
**wrote** 34:22,23,24

---

**X**

**X** 1:13 3:2 56:8,11

---

**Y**

**YAMILE** 2:5
**yard** 23:16
**yeah** 10:10,13 11:9 21:11 23:21
  24:23 28:18 32:18 41:6
**year** 15:5 16:11 17:4 34:2
**years** 17:3 21:10,14 42:15
**York** 1:3 2:7,7,9,12 7:17 8:6,20
  9:8 16:21 17:6,8 18:23 20:5
  21:9 45:13 58:12,14
**young** 33:8 39:3
**youth** 17:3

---

**Z**

---

**0**

---

**1**

**1** 57:6,9
**10:12** 1:16 5:2
**10:17** 11:10
**10:20** 11:11
**10016** 2:7
**11:10** 51:9
**11:18** 51:10
**11:20** 1:16 55:19
**112** 2:6
**13205** 2:12 58:14
**16th** 6:19 21:12 39:16 45:8
**1999** 6:19

---

**2**

**2012** 19:15,22 20:23 21:4
**2012-ish** 27:6
**2013** 20:6,23 21:10,17 25:18
  26:14 29:3
**2016** 36:8,25 38:9 39:5
**2017** 9:19,19 14:2 17:5
**2018** 11:16 20:6 27:6 29:4 30:13
  31:7 39:16 45:8 51:13
**2019** 8:11,12,18 15:21 16:22,25
**2021** 8:3,4,11,13 15:22 16:12
**2022** 1:15 14:19 56:10
**24** 1:15

---

**3**

**30** 58:9,10
**300** 2:11,11 58:13,13

---

**4**

---

**5**

**5** 3:4
**523-7887** 58:2
**55** 57:9

---

**6**

**6/24/2022** 1:1 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1

800.523.7887

Associated Reporters Int'l., Inc.

```
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1,5
```

**7**

**8**

**800** 58:2

**9**

**9:20-CV-1413** 1:10  58:4

ARII@courtsteno.com

www.courtsteno.com