**MID-STATE CORRECTIONAL FACILITY**

**FROM: L.T.** Hall **,Watch Commander** **Date:** 11/16
**U.I. #** 18-0245 **C.C.C. #** 271858 **C.B#** **U.o.F. #**
**Notifications: Supt,** ✓ **DSS,** ✓ **O/D,** ✓ **OSI,** ✓ **NYSP,** ✓

## Unusual Incident

- ✓ 1. Preliminary UI as accepted by CCC
- ✓ 2. Cover letter from Supervisor
- ✓ 3. Memorandum from all staff involved
- ✓ 4. Digital Photos (labeled & Numbered) (2 copies)
  - a. Contraband (Weapon, Drugs, Phone, etc)
  - b. Injuries (4 sided & injuries listed)
  - c. Crime Scene
  - d. Accident Scene
- N/A 5. Employee Injury Report (copy, original to personnel)
- N/A 6. Worker comp election form (Copy, Original to personnel)
- ✓ 7. Inmate Injury report (copy)
- N/A 8. Protective Custody Refusal (copy)
- N/A 9. PC Request VPC / IPC (copy)
- ✓ 10. Chain of custody (copy of evidence bag)
- N/A 11. Misbehavior report (copy)
- ✓ 12. Supporting Documentation
  - a. 3152 SHU Screening (copy)
  - ✓ b. Cube Frisk (copy)
  - c. Urinalysis Request (copy)
  - d. 2080 request for drug test
  - e. NARK II Drug test Form
  - f. Fight Investigation

## Use of Force

- 1. Use of force (FUI0) print out
- 2. Use of force Report 2104
- 3. Use of force staff memo 2104a
- 4. Use of force part B 2104.1
- 5. Use of force part C 2104.1ADD
- 6. Cover letter from Supervisor
- 7. Employee injury report (copy, Orig. to personnel)
- 8. Worker Comp election form (Copy, Orig. to pers)
- 9. Inmate Injury Report (copy)
- 10. Digital Photos (Labeled & Numbered) (2 Copies)
  - a. Injuries (4 Sided & Injuries noted)
  - b. Employee Injuries
  - c. Weapon used
- 11. Misbehavior Report (copy)
- 12. Supporting Documentation
  - a. 3152 SHU Screening (copy)
  - b. Cube Frisk (copy)
  - c. Urinalysis Request (copy)
  - d. Fight Investigation
  - e. PC Waiver / IPC / VPC
- 13. Video of incident

**REVIEWED BY: W/C.** ____________ **Capt.** ____________ **DSS** [signature]



Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Jones, Superintendent

FROM: Capt. Adamik
~~A/Capt. Lt. Surprenant~~

DATE: November 19th, 2018

SUBJECT: Unusual Incident Report #180245
11/16/2018
CCC #271858
King 13A3662

I have reviewed the attached UI Report.

DSS Burns

/SRF

Attachments

PAGE 1

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

TELEPHONE DATE 11/16/18 TIME 12:01 PM

PERSON CALLING LT HALL
PERSON RECEIVING CAPT MARY E REED

REPORT DATE 11/20/18 PERSON REPORTING CAPT ADAMIK

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

******************************************************************************

DEATH (04) 04
INMATE - SUICIDE

OTHER (22) 13
USE OF AED

******************************************************************************

DESCRIPTION:

ON 11/16/18 AT APPROXIMATELY 2:50AM 4B HOUSING UNIT OFFICER CO SMALDON HEARD A LOUD BANG COMING FROM THE BATHROOM AREA. CO SMALDON WALKED INTO THE BATHROOM TO FIND A TOWEL OVER THE STALL DOOR AND SNEAKERS ON THE FLOOR AND HE ASKED WHO WAS IN THE STALL BUT GOT NO RESPONSE. CO SMALDON OPENED THE STALL TO FIND THE STALL EMPTY. HE THEN NOTICED LEGS IN THE ADJACENT STALL. CO SMALDON OPENED THE STALL DOOR TO FIND INMATE KING 13A3662 4B-9B SITTING ON THE FLOOR WITH A SHOESTRING AROUND HIS NECK AND TIED TO THE ELECTRICAL CONDUIT ON THE CEILING. CO SMALDON BROKE THE SHOESTRING AND LAID INMATE KING ON THE BATHROOM FLOOR, HE THEN REMOVED THE REMAINING GARROTE FROM INMATE KING'S NECK. CO SMALDON CALLED A MEDICAL RESPONSE VIA PAS RADIO AT APPROXIMATELY 2:51AM. SGT. JONES WAS NOTIFIED TO RESPOND TO THE AREA.

******************************************************************************

EVENTS CAUSING:

AT 2:50AM HOUSING UNIT OFFICER CO SMALDON RESPONDED TO THE BATHROOM AREA OF 4B HOUSING UNIT AFTER HE HEARD A LOUD BANG. ONCE INSIDE THE BATHROOM, CO SMALDON OBSERVED A TOWEL OVER A STALL WITH SNEAKERS ON THE FLOOR. AS HE CALLED OUT TO SEE WHO WAS IN THE STALL, HE RECIEVED NO RESPONSE. CO SMALDON LOOKED INTO THE STALL TO FIND IT EMPTY AND THEN OBSERVED LEGTS IN THE ADJACENT STALL. AS HE PUSHED OPEN THE ADJACENT STALL DOOR HE FOUND INMATE KING ON THE FLOOR WITH A SHOESTRING TIED AROUND HIS NECK WHICH WAS TIED TO AN ELECTRICAL CONDUIT IN THE CEILIING. CO SMALDON BROKE THE SHOESTRING AND

PAGE 2 STATE OF NEW YORK PRINTED AT
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION 11/26/18 04:31 PM
UNUSUAL INCIDENT REPORT

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

**********************************************************************

EVENTS CAUSING: (CONTINUED)

REMOVED THE GARROTE FROM THE INMATES NECK AND RADIOED FOR MEDICAL VIA PAS RADIO.

**********************************************************************

ACTION TAKEN:

CO SMALDON IMMEDIATELY STARTED CPR AND 4 BLDG ROVER CO PIERSON ARRIVED WITH THE AED 480-02 #B13C01486 AND FIRST AID KIT. THE AED WAS APPLIED BY CO PIERSON AT APPROXIMATELY 2:52AM AND NO SHOCK WAS ADVISED. CO PIERSON AND CO SMALDON CONTINUED CPR WHILE WAITING FOR MEDICAL TO RESPOND. CO WANINGER ARRIVED AT APPROXIMATELY 2:53AM AND CONTINUED CPR WITH CO PIERSON WHILE CO DUFORD HELD INMATE KING'S HEAD. THE AMBULANCE WAS CALLED BY SGT. SALVATORE AT APPROXIMATELY 2:55AM. RN PLAISIME ARRIVED AT APPROXIMATELY 2:55AM AND ASSESSED THE INMATE AS APPEARING CYANOTIC, RED MARK AROUND NECK WITH NO BLEEDING, NO PULSE DETECTED, NO RESPIRATIONS, NO CHEST MOVEMENT, NO REFLEXES, PUPILS NON-REACTIVE, DID NOT RESPOND TO NOXIOUS STIMULI OR VERBAL COMMANDS. INMATE WAS GIVEN OXYGEN, NARCAN TWICE WITH NO RESPONSE. THE AMBULANCE ARRIVED AT APPROXIMATELY 3:20AM. THE AMBULANCE PERSONNEL TOOK OVER CARE AT APPROXIMATELY 3:25AM. THE AMBULANCE LEFT THE FACILITY AT APPROXIMATELY 3:40AM. INMATE KING WAS TRANSPORTED TO ST. ELIZABETH'S HOSPITAL BY AMCARE AMBULANCE PARAMEDICS ZACHERY EBERSOLD AND MARK ANTL WHERE HE WAS PRONOUNCED DEAD BY DR. VANESSA BROWN AT 4:20AM. THE BODY WAS TAKEN BY SCOTT BEACH ONEIDA COUNTY MEDICAL EXAMINER. OFFICER SMALDON CONDUCTED THE COUNT AT APPROXIMATELY 2:45AM AND ALL INMATES WERE ACCOUNTED FOR IN THEIR BEDS. THE BATHROOM AND CUBE WERE SECURED AS A CRIME SCENE BY LT. HALL. A CRIME SCENE LOG WAS STARTED AT THE BATHROOM BY CO PIERSON AT APPROXIMATELY 3:45AM. INMATE KING'S PROPERTY WAS SECURED BY LT HALL. A CUBE FRISK WAS CONDUCTED AND A SUICIDE NOTE WAS RECOVERED BY OSI STAPPENBECK. THE NOTE WAS SECURED PER DIRECTIVE 4910A. THE GARROTE WAS PHOTOGRAPHED BY SGT. JONES. THE STATE POLICE WERE NOTIFIED AT RESPONDED AT APPROXIMATELY 6:00AM. OSI WAS NOTIFIED AND RESPONDED AT APPROXIMATELY 6:35AM. THE GARROTE WAS SECURED BY BCI OFFICER CRONEISER. INMATE KING'S DATE OF BIRTH IS 6/3/68. IMAM MONTEIRO WAS NOTIFIED TO NOTIFY THE NEXT OF KIN. SUPT JONES, DSS BURNS, OD ADSP DEBRACCIO AND MENTAL HEALTH WAS NOTIFIED. CO NELSON RETURNED FROM ST ELIZABETH'S HOSPITAL WITH AED 480-02 FSO HUSNAY WAS NOTIFIED AND SECURED AND REPLACED AED 480-02 WITH AED 480-16 #B13C02631.

King v. Ward, et al. 9:20-cv-1413 000071

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

*************************************************************************************

ACTION TAKEN: (CONTINUED)

THE BATHROOM WAS RELEASED BY OSI AT APPROXIMATELY 7:35AM. ALL PERTINENT PAPERWORK AND PHOTOS TAKEN AND INCLUDED. SUPT JONES, DSS BURNS, OD ADSP DEBRACCIO NOTIFIED

*************************************************************************************

MEDICAL REPORT:

N/A

*************************************************************************************

PROPERTY DAMAGE:

N/A

*************************************************************************************

NOTIFICATION (FAMILY):

N/A

NOTIFICATION (POLICE/OTHER):

SUPT JONES
DSS BURNS
OD ADSP DEBRACCIO

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT 11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

****************************************************************************

****************************************************************************
INMATE INFORMATION:
****************************************************************************

KING, JOSEPH P 13A3662 DOB 06/03/1968 ETHNIC- WHITE

| GEN INCIDENT | SPECIFIC INCIDENT | ROLE | WEAPON | FORCE | INJURY |
|---|---|---|---|---|---|
| DEATH | - INMATE-SUICIDE | VICTIM | GARROTE | | |
| OTHER | - USE OF AED | VICTIM | | | |

****************************************************************************
EMPLOYEE INFORMATION:
****************************************************************************

WANINGER, ANDREW M CO

| GEN INCIDENT | SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|---|
| DEATH | - INMATE-SUICIDE | | | |

****************************************************************************

PLAISIME, MAGDALAH NURSE

| GEN INCIDENT | SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|---|
| DEATH | - INMATE-SUICIDE | | | |

****************************************************************************

HALL, RONALD W JR LT

| GEN INCIDENT | SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|---|
| DEATH | - INMATE-SUICIDE | | | |

****************************************************************************

SALVATORE, DAVID D SGT

| GEN INCIDENT | SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|---|
| DEATH | - INMATE-SUICIDE | | | |

****************************************************************************

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT 11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

**************************************************************************
EMPLOYEE INFORMATION:
**************************************************************************

DUFORD, RONALD N CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

**************************************************************************

JONES, AARON JR SGT

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |
| OTHER - USE OF AED | | | |

**************************************************************************

STAPPENBECK, MARK W OSI

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

**************************************************************************

PIERSON, ADAM D CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |
| OTHER - USE OF AED | | | |

**************************************************************************

NELSON, KENNETH P CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| OTHER - USE OF AED | | | |

**************************************************************************

MONTEIRO, ALIKABIR CLERGY

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

**************************************************************************

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

************************************************************************

EMPLOYEE INFORMATION:

************************************************************************

HUSNAY, MICHAEL P CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| OTHER - USE OF AED | | | |

************************************************************************

SMALDON, ADAM J CO

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

NAME UNAVAILABLE CITZ.

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

NAME UNAVAILABLE CITZ.

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

NAME UNAVAILABLE DR

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

NAME UNAVAILABLE ME

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

NAME UNAVAILABLE POLICE

| GEN INCIDENT - SPECIFIC INCIDENT | FORCE | INJURY | DEGREE |
|---|---|---|---|
| DEATH - INMATE-SUICIDE | | | |

************************************************************************

STATE OF NEW YORK
DEPT OF CORRECTIONS AND COMMUNITY SUPERVISION
UNUSUAL INCIDENT REPORT

PRINTED AT
11/26/18 04:31 PM

MIDSTATE FAC CODE 480 FAC LOG# 180245 CCC# 271858

INCIDENT DATE 11/16/18 TIME 04:20 AM LOCATION TOILET AREA

USE OF FORCE NO WEAPON USED YES WORKPLACE VIOLENCE NO

********************************************************************************

SPT LAURINE JONES
SUPERINTENDENT

11/26/18
DATE

 Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

## MEMORANDUM

To: Lt. Hall

From: Sgt A. Jones

Date: 11-16-18

Subject: UI 18-0245 Inmate King 13A3662

I Sgt. Jones responded to a medical emergency on 4B approx. 2:50 am on the above date. Upon arrival, I followed response into the inmate bathroom and noticed an inmate lying on the floor and Officers Smaldon and Pierson preforming CPR on him. The officers had the AED already on the inmate activated and operating. At that time, I had the above officers slowly pull the inmate from the toilet area to the floor area so there would be more room to work. Officer Pierson then began giving the chest compression and Officer Waninger was administering the rescue breathing with the ambu bag. Officer Duford was holding the inmates head while the rescue breathing was administered. Nurse M. Plaisime arrived approx..2:55 am to the area with rounds one and began assessing the inmate. At this time, I assisted the nurse with the oxygen and placed oxygen lines on the inmate. Officers continued CPR as directed by the AED stopping only as directed and continuing as the AED assessed the inmate's status until the arrival of the ambulance. When the ambulance arrived at approx.3:20 am. The EMTs took over control and began assessing the inmate. They had the inmate placed on a backboard and placed on the gurney. CPR was continued until the EMTs took the inmate off of the unit to the ambulance approx. 3:30 am.

At approx. 3:20 am, I directed Officer Smaldon to make a round of the unit and search the inmate's cube. I secured the bathroom as a crime scene and stationed Officer Pierson at the door. I directed the other response officers to report back to their areas. I stayed on scene until the State Police arrived to access the scene with Superintendent Jones. I left when directed to do so by Lt. Hoke.

Respectfully Submitted
SGT A JONES / [signature]

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.

Mid-State Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov

 Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

To: DSS Burns

From: Lt. Hall

Date: November 16, 2018

Subject: UI 18-0245

The incident that took place on November 16, 2018 took place during a winter storm. Due to the poor road conditions travel was significantly slower than normal. The roads outside the facility had not been plowed yet and this was out of the facility control.

Respectfully submitted

Lt Hall

Lt. Hall

2 2018

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.

Mid-State Correctional Facility 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov

King v. Ward, et al. 9:20-cv-1413 000078



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

MEMORANDUM

TO: Lt R Hall

FROM: Sgt D Salvatore

DATE: 11/15/18

SUBJECT: UI 18-0245, King, Joseph 13A3662

On the above date at approximately 2:50 AM I was working my post as the Assistant Watch Commander stationed in the 22 Bldg Chart Office when there was a call for assistance via facility radio regarding a medical emergency on HU 4B. A short time later there was another call via facility radio requesting an ambulance to be called and dispatched to the scene, as well a nurse to respond. At approximately 2:55 AM I notified Kunkel Ambulance via facility telephone to respond to the facility for what I believed to be a possible cardiac arrest, but that I could provide them no additional information at that time. I then had CO's K Nelson, 27 OMH Rover, and M Decarlis, 31 Bldg Rover report directly to 22 Bldg to gather equipment for an emergency trip and await the ambulance's arrival. CO M Kennedy was sent to the tower to prepare for the ambulance's arrival. I then prepared the necessary paperwork for an Emergency Trip.

The ambulance arrived at the facility truck trap at approximately 3:20 AM and was immediately escorted directly to 4 Bldg. I was notified a short time later that Stittville FD had arrived at the facility. They were directed to remain outside the gate until the ambulance departed the facility. At approximately 3:40 AM the ambulance departed the facility with Stittvile FD escorting them and with CO Decarlis in a chase vehicle. They arrived at St Elizabeth Hospital at approximately 4:09 AM. I was notified a short time later by CO Nelson via phone that Inmate King was pronounced dead at approximately 4:20 AM at St Elizabeth Hospital. COs Nelson and Decarlis were instructed to remain with Inmate King and await further instruction. CO J Brewer was sent to St Elizabeth's to photograph Inmate King's body and obtain a body receipt. This was completed and CO's Nelson, Decarlis, and Brewer then returned to the facility.

Respectfully Submitted
Sgt D Salvatore

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.

Mid-State Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov



NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Lt. R. Hall

FROM: C.O. M. DeCarlis

DATE: 11-16-18

SUBJECT: U.I. 18-0245

On the above date I was called by Sgt. Salvatore at approximately 2:50 A.M. to report to the chart office. I was told to drive the chase vehicle and follow Amcare ambulance to St. Elizabeth's hospital. Inmate King was worked on by hospital staff and was pronounced deceased at 4:20 A.M. Upon receiving a body receipt for inmate King I returned to facility grounds.

Respectfully Submitted

C.O. M. DeCarlis

NOTICE
(Penal Law ~210.45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Class A Misdemeanor.

NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: L.T. R. Hall

FROM: C.O Knelson

DATE: 11/16/18

SUBJECT: UI 18-0245

---

On the above date at approximately 3:00 am I processed Amcare ambulance through the truck trap, and escorted them to four building. The ambulance drivers loaded inmate King on to the stretcher. I then escorted them back to the truck trap, and rode in the ambulance to St Elizabeths. Inmate King was pronounced dead at 4:20 AM. Upon receiving a body receipt for inmate King I returned back to the facility.

Respectfully Submitted.
[signature]
C.O. Knelson

NOTICE:
(Penal Law ~210.45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Class A misdemeanor



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt. Jones

FROM: Co. A. Smaldon

DATE: 11/16/18

SUBJECT: UI 180245

On the above date at approximately 230am I officer Smaldon made security rounds. At approximately 245am I officer Smaldon started to conduct the master count. At approximately 250am I heard a loud bang in the bathroom, upon investigation I saw what appeared to be an inmate using the bathroom. I officer Smaldon asked the inmate what he was doing, I got no response so I walked to the stall where the inmate was and moved the towel that he had hanging to cover the view into the bathroom stall. When I looked in the stall I didn't see an inmate, what I saw was an inmates legs on the floor coming from the next stall so I looked into the next stall to see an inmate hanging from a shoestring tied to conduit on the ceiling. I then broke the string assisted the inmate to the floor, removed the shoelace that was around his neck and immediately called for a medical response over the facility radio. Next I started administering CPR until the nurse and the rest of the response showed up at which point officer Pierson relieved me at doing chest compressions. When Co. Pierson arrived on the unit he placed the AED patches on the inmate and listened to the instructions from the AED.

Co. [signature]

NOTICE:
(Penal Law ~210.45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Cl[ass A misdemeanor].

**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

To: Lt. Hall

From: CO T Gaiser

Date: 11-16-18

Subject: Inmate King 13A3662

UI # 180245

Sir:

On the above stated date at approximately 2:50 AM I, CO T Gaiser was working Rounds I when Midstate Base alerted all 1800 Radios that there was a medical emergency on 4-B. I responded by picking up CO Duford (EAST Side Rover) and CO Nelson (OMH Rover) Near 27 Bldg. I drove between 83 Bldg and back side of 114 around to pick up Nurse Maggie Plaisure. CO Nelson exited Van to prepare for Medical Trip. I drove Nurse Plaisure and CO Duford to the back dock of 4 Bldg and entered 4B dorm with the Black Medical Case. I observed several officers attending to Inmate King on the Floor of the 4-B Bathroom, The AED was administered and chest compressions and AMBU Bag were being utilized. I made a round on 4-B then drove to the truck trap to process the Ambulance into the compound. I went to 22 charts to pick up the Gate Pass, Black and White photo and Itinerary, CO Nelson processed the Ambulance and I escorted it down to 4 Bldg and then Back through the Truck trap. the Ambulance cleared the truck trap at approximately 3:40 AM.

Respectfully Submitted,
[signature] / T Gaiser CO

Page 1 of 2

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR



NEW YORK STATE
Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt. Jones

FROM: C.O. G. Forward

DATE: 11-16-19

SUBJECT: Inmate King 13A3662 ....

On the above date at approximately 2:50AM I responded to a medical emergency in 4B with Sgt. Jones. When I arrived on 4B the inmate was on the bathroom floor with the AED activated and operating. Officer Smalden was doing chest ~~st~~ compressions and Officer Pierson was doing the rescue breathing with the Ambubag. Pierson relieved Smalden and Officer Waniger took over the Ambubag. Officer Duford held the inmates head and tilted it with the rescue breathes. Nurse Maggie directed the Officer to continue their rescue efforts. These efforts continued until the ambulance crew arrived and took over care. Since I wasn't directly Involved I was directed by Sgt. Jones to return to my post as a Rover.

Respectfully Submitted

G. Forward

NOTICE:
(Penal Law ~210.45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Class A misdemeanor.

 NEW
YORK
STATE

**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Lt. Hall

FROM: C.O. R. Duford

DATE: 11-16-18

SUBJECT: 4B Medical Emergency

On 11-16-18 at aproximatley 2:50 AM. I CO R.Duford responded to amedical emergency in 4B, along with Rounds One CO Gieser and the infirmary nurse. Upon arival to 4B housing Unit the inmate was on the bathroom floor with the AED activated and operating. Officer Pierson (4 Rover) and Officer Waninger (1 Rover) were performing CPR chest compressions and breathing assistance, I aided in stabilizing the inmate's head. CPR was performed until the inmate was in the ambulance and EMT's had taken over.

Respectfully Submitted
C.O. R. Duford
R. Duford

NOTICE:
(Penal Law ~210.45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Class A misdemeanor.

NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: SGT Jones

FROM: C.O. A. Pierson

DATE: 11/16/18

SUBJECT: UI 180245

Sir, at approximately 2:50am I responded to a medical emergency on housing unit 4-B. I was 4 Rover and I brought the AED and first aid kit/BVM kit. upon entering 4-B bathroom I witnessed C.O. A. Smaldon performing CPR on Inmate King 13A3662. I proceeded to open the AED and first aid kit. I then connected the AED to inmate King. C.O. A. Smaldon and I followed the direction of the AED. C.O. A. Smaldon continued compressions and I gave breaths with the BVM. More response appeared during this time. I relieved C.O. A. Smalon from chest compressions and C.O. A. Waninger relieved me of the breaths with the BVM. We continued following the direction of the AED. When Nurse Maggie arrived she directed C.O. A Waninger and I to follow the direction of the AED. We followed the direction of the AED until EMT's arrived on the scene. I then followed their instructions until inmate King was in the ambulance

Respectfully

C.O. A. Pierson
A Pierson

NOTICE:
(Penal Law ~210.45)
In a written instrument any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York in punishable as a Class A misdemeanor



Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

MEMORANDUM

TO: Sgt. Jones

FROM: A-Waninger C.O

DATE: 16 November 2018

SUBJECT: Inmate King 13A3662

On the above date at approximately 2:56am, I responded to a medical emergency at the H.U. 4-B inmate bathroom. When I arrived, C.O.'s Smullden and Pierson had already placed the AED on inmate King 13A3662, and were performing CPR.

At this time I relieved C.O. Pierson and took over rescue breathing with the Ambu bag, While Pierson relieved Smullden and continued chest compressions. We continued to follow the prompts from the AED until Nurse Maggie arrived. Next Nurse Maggie directed us to continue CPR and to follow the prompts of the AED. At this time C.O. Duford held inmate King's head, and tilted it as I administered the rescue breaths via the ambubag. We continued to administer CPR as prescribed by the AED until the EMT's arrived and directed us to help place the inmate on the stretcher. The EMT's took the inmate out of 4 Bld, and I then helped secure the crime scene, directing inmate traffic to the 4-A restroom. I continued doing this until Sgt. Jones directed me to return to 1 Bld

Respectfully submitted,
A. Waninger
A. Waninger / C.O.

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.

Mid-State Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov

King v. Ward, et al. 9:20-cv-1413 000087

NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt Jones

FROM: C.O. D Healey

DATE: 11/16/18

SUBJECT: 180245

Sir on the above date at approximately 2:50 AM I responded to a medical emergency on HU 4B. When I arrived at HU 4B Bathroom C.O. Smaldon was performing CPR on inmate King 13A3662. At this time I summoned RDs I to bring the nurse to HU 4B. When RDs I arrived with the nurse I met them at the Back door of 4 Bldg and let them in. When the ambulance arrived I let them in the front door of 4 Bldg. I secured State clothing from inmate Kings Room and brought it to the truck trap and placed it in the chase Vehicle.

Respectfully Submitted
C.O. D Healey
C.O. D Healey

NOTICE:
(Penal Law ~210 45)
In a written instrument, any person who knowingly makes a false statement, in which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A misdemeanor.

 Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

To: Whom It May Concern.

From: M. Plaisime RN

Date: 11-16-2018

Subject: Inmate King, Joseph Din# 13A3662

Mam/ Sir

On 11-16-2018 I Magdalah Plaisime notified of a medical emergency for housing unit 4 B. After 2 minutes, I was notified by security team to call an ambulance and I did, I tried to call MD Zaki voice mail answered I hung up due to being picked up by Rounds 1 van. Upon arrival to 4 b unit, inmate King Din#13a3662 was noted to be on the bathroom floor, lying flat on his back with AED attached and on. CPR was already in progress by two officers, I began RN assessment, inmate appeared cyanotic, red mark all round neck line but no bleeding noted. Upon assessing inmate King din#13a3662 no pulses detected, no respirations, no chest movement, no reflexes, pupils non-reactive, inmate did not respond to noxious stimuli nor verbal commands. Inmate was given oxygen, Narcan x2 via IM per Doccs protocol but no response. Temp 97.4, finger stick 208, Blood Pressure undetectable, 02sat undetectable. AED advised no shock and advised to continue with CPR, while waiting for ambulance this writer started peripheral line to start 0.9% NS upon connecting fluid line AMCARE ambulance arrived and took over inmate's care, neck brace applied by AMCARE staff, CPR remains in progress by AMCARE as inmate was living the unit via stretcher in to the ambulance at approx. 3:35 AM. Upon arriving to bld 114 I called MD Zaki and obtain orders, I also notified Dr Mannava of the incidents.

Respectfully submitted,

NOTICE
(PENAL LAW – 210.45)

IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.

Mid-State Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov

M Plaisime RN 11-16-18

M. Plaisime, RN II 11-16-2018

Page 2 of 2

**NOTICE**
**(PENAL LAW – 210.45)**

**IN A WRITTEN INSTRUMENT, ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT IN WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE HAS COMMITTED A CRIME UNDER THE LAWS OF THE STATE OF NEW YORK AND IS PUNISHABLE AS A CLASS A MISDEMEANOR.**

Mid-State Correctional Facility, 9005 Old River Road, P.O. Box 216, Marcy, NY 13403-0216 | (315) 768-8581 | www.doccs.ny.gov

King v. Ward, et al. 9:20-cv-1413 000090

# EVIDENCE/PROPERTY

MIDSTATE
Agency DOCS Case No. 18-0245
Item No. Offense
Suspect
Victim KING 18-0245
Date and Time of Recovery 11/16/18
Recovered By CO SMALDON
Description and/or Location NOTE TO WIFE ABOUT SUICIDE

DO NOT CUT HERE TO OPEN — DO NOT CUT HERE TO OPEN — DO NOT CUT HERE TO OPEN

## CHAIN OF CUSTODY

| FROM | TO | DATE |
|---|---|---|
| CO SMALDON | SGT JONES, A | 11/16/18 |
| SGT JONES | INV. L. CRONEISER | 11/16/18 |
| INV L CRONEISER | SGT JONES, A | 11/16/18 |
| | | |
| | | |
| | | |
| | | |
| | | |

**TO USE:**
1) Remove Release Liner from Flap.
2) Fold Where Indicated. BAG IS NOW SEALED.
3) Tear Where Indicated and Retain Evidence Receipt.
**CAUTION: ATTEMPTS TO REOPEN WILL DISTORT SEALED AREA.**

CONDITION OF BAG WHEN OPENED: ☐ SEALED
☐ OTHER ____________

OPENED BY ____________ DATE ____________

DO NOT CUT HERE TO OPEN — DO NOT CUT HERE TO OPEN — DO NOT CUT HERE TO OPEN

**SIRCHIE**® Products • Vehicles • Training
100 Hunter Place, Youngsville, N.C. 27596 U.S.A.
Phone: (919) 554-2244, (800) 356-7311
Fax: (919) 554-2266, (800) 899-8181
www.sirchie.com

NO. IEB7500

**TO REMOVE CONTENTS — CUT ALONG BOTTOM**