11/15/18

Amy,
I Love you. I guess I just have to let you do what you want. I just hope I can talk to you every day and you still come to visit me until I come home. I pray there is still hope for our relationship when I return. This is really going to be a very, very hard for me to Accept. Because I need your help to get me through this. I need you in my life and Always will. I will never forgive myself for this. I am such A Fool. I just pray to God there is still hope for us. I've been listening to the raidio and so many songs make me think of you like I wish I had Jessies girl by Rick

King v. Ward, et al.  9:20-cv-1413    000495

springfeild and it just kills me that why I dont like to listen to the radio. your always on my mind by Willie Nelson. Just Keeps going through my mind everyday. I just cant handle this. I Just got off the phone with you. And you get so Aggrivated with me. I really think you want to end our relationship. I dont want to hurt you. Or the kids but I dont really think I'll make it through the night. I feel its time so say goodbye. I hope your happy to do what you want now that Im out of your life. Because I know you really dont want me anymore. And I cant live with myself. I'm sorry I dont want

King v. Ward, et al.  9:20-cv-1413     000496

to hurt you or the Kids but I can't live without you. I am so sad, unHappy, and you are breaking my heart, I just can't do this anymore. I'm Sorry. I Love you!

Love your Husband
Joe

Good-bye my beautiful I Love you! and I sorry.

Tell meghan & Joseph I Love them & I'm Sorry.

Please Forgive ME!
over ↓

King v. Ward, et al.   9:20-cv-1413   000497

you have broken my heart and I need to kill this pain.

King v. Ward, et al.  9:20-cv-1413    000498