

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SYRACUSE REGIONAL OFFICE

January 12, 2023

Hon. Thomas J. McAvoy
United States District Judge
15 Henry Street
Binghamton, New York 13901

Re: *Estate of Joseph P. King v. Annucci, et al*
Civil Case No.: 9:20-cv-1413

Dear Judge McAvoy:

    Please accept this letter as a request to file traditionally an enclosed disk, which contains audio recordings of telephone calls placed by Joseph King while incarcerated at Mid-State Correctional Facility, that is to be included as Exhibit "C" to Attorney Aimee Cowan's Declaration, filed on January 12, 2023 (ECF NO. 71-7).

Respectfully,

_s/ Aimee Cowan_

Aimee Cowan, Esq.
Assistant Attorney General

cc: Yamile Kalkach Campos, Esq.
Hillary Nappi, Esq.
Hach Rose Schirripa & Cheverie, LLP
112 Madison Avenue
New York, NY 10016

300 S. STATE STREET, SUITE 300, SYRACUSE, NY 13202 • (315) 448-4800 • (315) 448-4853* NOT FOR SERVICE OF PAPERS
http://www.ag.ny.gov