# HACH ROSE SCHIRRIPA & CHEVERIE LLP
### ATTORNEYS AT LAW

March 15, 2023

**VIA ELECTRONIC FILING**
Honorable Thomas J. McAvoy
Senior U.S. District Judge
United States District Court
U.S. Courthouse and Federal Building
15 Henry Street
Binghamton, New York 13901

Re: Estate of Joseph P. King v. Anthony J. Annucci, et al.
Civil Action No.: 9:20-cv-1413-TJM/ML

Dear Judge McAvoy:

The undersigned is counsel to plaintiff, the Estate of Joseph P. King, by and through its Administratrix, Amy King ("Plaintiff") in the above referenced matter.

I write to Your Honor in accordance with Local Rule 7.1(j) to respectfully request an extension of the return date and substantive motion deadlines for Plaintiff's opposition and Defendants' reply papers.

Defendants filed a Motion for Summary Judgment (ECF No. 71) on January 12, 2023. The Court graciously extended Plaintiff's deadlines on January 23, 2023. I have consulted with Assistant Attorney General Aimee Cowan, of Counsel to Attorney General Letitia James, who consents to the proposed deadline extension as set forth below:

The date for submission of Plaintiff's Response to the Motion for Summary Judgment is extended from March 17, 2023, to March 31, 2023.

The date for submission of Defendants' Reply Brief in support of the Motion for Summary Judgment is extended from March 27, 2023, to April 10, 2023.

I thank Your Honor for this Honorable Court's courtesy and consideration.

Sincerely,

*Hillary Nappi*
Hillary Nappi, Esq.

cc: Counsel of Record (Via ECF)

XX
Date
Page 2

618 247-C

HRSC LLP