UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Estate of Joseph P. King, by and through its Administratrix, Amy King, and Amy King, in her own right, <br><br>Plaintiffs, <br><br>v. <br><br>Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; and Marie T. Sullivan, MD, Commissioner, State of New York Department of Mental Health, in her individual capacity Jami Palladino, Mid-State Social Worker, in her individual capacity; Hal Meyers, Mid-State Chief Mental Health Counselor, in his individual capacity; <br><br>Defendants. | Docket No. 9:20-cv-1413 |

**DECLARATION OF HILLARY NAPPI, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1. I am member of the Bar of this Court and am a partner with the law firm of Hach Rose Schirripa & Cheverie, LLP, attorneys for the Plaintiffs. I am familiar with all of the facts and circumstances of this action. I submit this Declaration in Support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the Defendant Annucci's responses and objections to Plaintiffs' First Set of Interrogatories dated November 29, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the Defendant Meyers' responses and objections to Plaintiffs' First Set of Interrogatories dated November 17, 2021.

1

4. Attached hereto as Exhibit C is a true and correct copy of the Defendant Sullivan's responses and objections to Plaintiffs' First Set of Interrogatories dated November 22, 2021.

5. Attached hereto as Exhibit D is a true and correct copy of the Defendant Palladino's responses and objections to Plaintiffs' First Set of Interrogatories dated November 23, 2021.

6. Attached hereto as Exhibit E is a true and correct copy of the deposition of Defendant Meyers dated May 23, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of deposition of Defendant Palladino dated May 23, 2022.

8. Attached hereto as Exhibit G is a true and correct copy of the deposition of Dr. Li-Wen Lee dated June 17, 2022.

9. Attached hereto as Exhibit H is a true and correct copy of Comprehensive Suicide Risk Assessment Process Policy 3.8 dated November 9, 2015.

10. Attached hereto as Exhibit I is a true and correct copy of Comprehensive Suicide Risk Assessment Process Policy 1.0 dated November 9, 2015.

11. Attached hereto as Exhibit J is a true and correct copy of the Defendants' Responses and Objections to Plaintiffs' First Request to Produce Documents dated November 24, 2021.

12. Attached hereto as Exhibit K is a true and correct copy of the RCTP Observation and Dormitory Cells Policy No. 4.0 dated January 17, 2019.

13. Attached hereto as Exhibit L is a true and correct copy of a letter to Defendant Annucci from the Justice Center for Protection of People with Special Needs dated January25, 2019.

14. Attached hereto as Exhibit M is a true and correct copy of the Morbidity and Mortality Review Committee Meeting Minutes dated March 27, 2019.

15. Attached hereto as Exhibit N is a true and correct copy of the Suicide Watches Policy No. 4.2 dated February 14, 2019.

16. Attached hereto as Exhibit O is a true and correct copy of the Psychological Autopsy performed on Mr. King dated March 21, 2019.

17. Attached hereto as Exhibit P are true and correct copies of notes produced in this litigation bearing bates numbers 000553-000557.

18. Attached hereto as Exhibit Q are true and correct copy of the Office of Mental Health PHI dated June 6, 2021.

19. Attached hereto as Exhibit R are true and correct copy of the deposition of Meghan King dated June 24, 2022.

Dated: New York, New York
       March 31, 2023

                      HACH ROSE SCHIRRIPA & CHEVERIE, LLP

                      By:  */s/ Hillary Nappi*

                      Hillary M. Nappi
                      112 Madison Avenue, 10th Floor
                      New York, NY 10016
                      Telephone: (212) 213-8311
                      Facsimile: (212) 779-0028

                      *Counsel for Plaintiff*

4

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2023, I caused the foregoing Declaration of Hillary M. Nappi Esq. in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ *Hillary Nappi*
      Hillary M. Nappi