# EXHIBIT R

Page 1

King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

THE ESTATE OF JOSEPH P. KING, BY

AND THROUGH ITS ADMINISTRATRIX,

AMY KING, and AMY KING IN HER OWN

RIGHT,

    Plaintiffs,

v                          Index No.:  9:20-CV-1413

ANTHONY J. ANNUCCI, et al,

    Defendants.

_____X

           DEPOSITION OF: MEGHAN LEE KING

           DATE:         June 24, 2022

           TIME:         11:25 a.m. to 12:10 p.m.

           VENUE:       WebEx



ASSOCIATED REPORTERS INT'L., INC.
ARII@courtsteno.com
(800) 523-7887 www.courtsteno.com
Transcription - National and International reporting coverage

Page 2

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2   APPEARANCES:

3        FOR THE PLAINTIFF:

4             HACH ROSE SCHIRRIPA & CHEVERIE, L.L.P.

5             BY:  YAMILE KALKACH, ESQ.

6             112 Madison Avenue

7             New York, New York 10016

8        FOR THE DEFENDANTS:

9             OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

10             BY:  AIMEE COWAN, ESQ.

11             300 South State Street, Suite 300

12             Syracuse, New York 13205

13

14

15

16

17

18

19

20

21

22

23

24

25

Associated Reporters Int'l., Inc.

                                                              Page 3

1     King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2            I N D E X   O F   P R O C E E D I N G S

3   MEGHAN LEE KING: Sworn

4   Direct Examination by Ms. Cowan                              5

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2                          STIPULATIONS

3         It is HEREBY STIPULATED by and among the attorneys

4    for the respective parties, in accordance with the Federal

5    Rules of Civil Procedure, that this deposition may be

6    taken by the Defendant at this time, pursuant to subpoena;

7         FURTHER STIPULATED, that all objections except as to

8    the form of the questions and responsiveness of the

9    answers, be reserved until trial;

10        FURTHER STIPULATED, that the witness may read and

11   sign the deposition and make any corrections to same

12   before any Notary Public;

13        AND FURTHER STIPULATED, that if the original

14   deposition has not been duly signed by the witness and

15   returned to the attorney taking the deposition by the time

16   of trial or any hearing in this cause, a certified copy of

17   the deposition may be used as though it were the original

18

19

20

21

22

23

24

25

```
 1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                    (The deposition commenced at 11:25

 3         a.m.)

 4                    THE COURT REPORTER:  Ms. King, can I

 5         please have you raise your right hand?  Do you swear

 6         or affirm that the testimony you are about to give

 7         today in this cause will be the truth, the whole

 8         truth and nothing but the truth?

 9                    MS. KING:  Yes.

10                    MEGHAN KING; Sworn

11                    THE COURT REPORTER:  Can you please

12         state your name for the record?

13                    THE WITNESS:  Meghan King.

14                    THE COURT REPORTER:  Can you please

15         spell your name for the record?

16                    THE WITNESS:  M-E-G-H-A-N K-I-N-G.

17                    THE COURT REPORTER:  Thank you.  The

18         witness has been sworn.

19                    MS. COWAN:  Thank you.

20                    DIRECT EXAMINATION

21                    BY MS. COWAN:

22                    Q.   Good morning, Ms. King.  My name

23         is Aimee Cowan.  I represent some state employees

24         that are involved in a lawsuit in which your -- your

25         mother has filed against them.  Just a few ground
```

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2         rules before we get started.  Make sure that your

3         answers are audible.  No shaking your head or saying

4         uh-huh so that we can make sure that the record is

5         clear, okay?

6                        A.    Okay.

7                        Q.    If you don't understand a

8         question I ask that's totally fine.  You can ask me

9         to rephrase and I'll rephrase it for you, all right?

10                       A.    Okay.

11                       Q.    I'm going to try to make sure

12        that this is as quick as possible so we can get you

13        out of here.  But just make sure you let me finish

14        asking my question before you start answering so

15        we're not speaking over each other, all right?

16                       A.    Okay.

17                       Q.    Is there anybody else in the room

18        with you right now?

19                       A.    No.

20                       Q.    And can you give me your full

21        name?

22                       A.    Meghan Lynn King.

23                       Q.    Are there any other names that

24        you've gone by?

25                       A.    No.

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                     Q.    What is your date of birth?

3                     A.    February 22nd, 1994.

4                     Q.    Are you on any medications today

5        that could affect your ability to testify truthfully?

6                     A.    No.

7                     Q.    Have you drank any alcohol today?

8                     A.    No.

9                     Q.    Other than an attorney have you

10       discussed this deposition with anybody else?

11                    A.    No.

12                    Q.    Now we've --.

13                    MS. KALKACH:  One quick question off

14       the record.  Are we redacting the birthdates?

15                    MS. COWAN:  Oh, sure we can do that.

16                    MS. KALKACH:  Okay.  Perfect.  I just

17       --.

18                    MS. COWAN:  Before I file anything

19       with the court I always redact birthdates.

20                    MS. KALKACH:  Okay.  Perfect.  Thank

21       you so much.

22                    BY MS. COWAN:  (Cont'g.)

23                    Q.    Ms. King, I just went through a

24       deposition with your brother Joseph.  Did you speak

25       with him at all about his deposition in the -- in the

Associated Reporters Int'l., Inc.

```
 1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

 2        break in between these two depositions?

 3                        A.    No.

 4                        Q.    Did you review anything in

 5        preparation for this deposition?

 6                        A.    No.

 7                        Q.    Are you currently married?

 8                        A.    No.

 9                        Q.    Have you ever been married?

10                        A.    No.

11                        Q.    Do you have any children?

12                        A.    No.

13                        Q.    And it's my understanding that

14        you currently reside with your brother, is that

15        right?

16                        A.    Yes.

17                        Q.    And it's my understanding that

18        you lived with your brother prior to this residence

19        as well, correct?

20                        A.    Yes.

21                        Q.    What is the highest level of

22        education you achieved?

23                        A.    Bachelor's degree.

24                        Q.    Where did you receive your

25        bachelors?
```

```
 1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                        A.    From SUNY Plattsburgh.

 3                        Q.    What was the degree that you

 4    received from SUNY Plattsburgh?

 5                        A.    A bachelors in criminal justice.

 6                        Q.    When did you receive that?

 7                        A.    Believe it was -- think 2017.

 8                        Q.    Did you receive any other college

 9    education other than SUNY Plattsburgh?

10                        A.    My first two years was at Hudson

11    Valley Community College.

12                        Q.    And then you transferred to SUNY

13    Plattsburgh?

14                        A.    Yes.

15                        Q.    Did you receive a degree from I

16    think you said Hudson Community College?

17                        A.    Yes.  I received an associate's

18    degree and then continued on the two -- next two

19    years.

20                        Q.    Was your associate's degree also

21    in criminal justice?

22                        A.    Yes.

23                        Q.    Who paid for your college

24    education?

25                        A.    I received financial aid.
```

Associated Reporters Int'l., Inc.

1     King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                         Q.   Were you out of pocket any

3          expenses?

4                         A.   Possibly for like books and

5          things like that but not any like tuition.

6                         Q.   And when I say that I'm -- I'm

7          talking about both the community college and SUNY

8          Plattsburgh.  Were you out of pocket any -- any money

9          for that?

10                        A.   From what I remember I think it

11         might have been just books or students loans, but.

12                        Q.   When did you graduate high

13         school?

14                        A.   2012.

15                        Q.   Have you received any

16         certifications or licenses in any area?

17                        A.   No.

18                        Q.   Where did you graduate high

19         school from?

20                        A.   Moriah Central School.

21                        Q.   Have you been convicted of any

22         crime?

23                        A.   No.

24                        Q.   Are you currently employed?

25                        A.   Yes.

Page 11

 1   King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

 2                    Q.   Where are you employed?

 3                    A.   I currently work for the Town of

 4        North Greenbush as a court clerk.

 5                    Q.   How long have you had that

 6        position?

 7                    A.   Only since March.

 8                    Q.   March of 2022?

 9                    A.   Yes.

10                    Q.   Where were you employed before

11        then?

12                    A.   Walgreens.

13                    Q.   How long were you employed at

14        Walgreens?

15                    A.   I believe about four years.

16                    Q.   So since approximately 2018?

17                    A.   Yes, I believe so.

18                    Q.   What was your position at

19        Walgreens?

20                    A.   Supervisor.

21                    Q.   Were you supervisor for the

22        entire four years that you were there?

23                    A.   Yes, besides I think the first

24        six months.

25                    Q.   And were you -- what was your

1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2       position for those six months?  An associate or

3       something like that?

4                   A.   Yeah, just a cashier.

5                   Q.   Prior to Walgreens were you

6       employed?

7                   A.   No.

8                   Q.   Meghan, your mother Amy King has

9       filed a lawsuit against some New York State employees

10      as a result of your father's death in jail in 2018.

11      So I'm going to be asking you a few questions that

12      relate to this lawsuit.  My first question is are you

13      familiar with this lawsuit?

14                  A.   Yes.

15                  Q.   Are you familiar with the

16      allegations that your mother has made in the

17      complaint that she filed?

18                  A.   Yes.

19                  Q.   What is your understanding as to

20      the allegations that she has made?

21                  A.    Just basically that my father was

22      neglected inside the prison and responsible for what

23      led to his death.

24                  Q.   Now the lawsuit names some

25      individuals specifically, so I'd like to ask you

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2      about those people if you're familiar with them.  Are

 3      you familiar with Jamie Paledeno?

 4                 A.   I don't remember that name.

 5                 Q.   So do you recall any

 6      conversations or correspondence that you ever had

 7      with her?

 8                 A.   No.

 9                 Q.   Same question for Hal Myers.  Are

10      you familiar with Hal Myers?

11                 A.   No.

12                 Q.   So did you ever have any

13      correspondence or any conversations with Hal Myers?

14                 A.   No.

15                 Q.   Okay.  Now your father was

16      initially arrested back in 2012, is that right?

17                 A.   Yes.

18                 Q.   How old were you in 2012 when he

19      was arrested?

20                 A.   I was almost eighteen so I was

21      seventeen at the time.

22                 Q.   Where were you living at that

23      time?

24                 A.   In Port Henry, New York.

25                 Q.   Were you living with your father
```

Page 14

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2        and your mother and your brother?

3                    A.   Yes.

4                    Q.   Now it's my understanding that

5        your father spent some time in -- in local prison,

6        Essex County Jail at first, is that right?

7                    A.   Yes.

8                    Q.   And then he was incarcerated with

9        New York State Department of Corrections from 2013

10       until 2018, is that right?

11                   MS. KALKACH:   Objection.

12                   BY MS. COWAN:   (Cont'g.)

13                   Q.   You can answer.

14                   A.   Oh, okay.  Yes.

15                   Q.   Are you familiar with the felony

16       convictions that led to his incarceration?

17                   A.   Yes.

18                   Q.   Did you ever speak to him about

19       those felony convictions?

20                   A.   Not like in specifically.  Just

21       that they happened.

22                   Q.   Are you familiar with whether he

23       had been convicted of any crimes prior to that arrest

24       in 2012?

25                   A.   No.

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                        Q.    When he began his jail sentence

3    in 2013 how old were you then?

4                        A.    I believe I would have been

5    nineteen.

6                        Q.    All right.  And were you still

7    living at home with your father and your mother when

8    he went to prison?

9                        A.    Yes.

10                       Q.    Let me ask you a series of

11   questions about prior to his incarceration.  So this

12   is prior to 2013.  Can you describe your relationship

13   with your dad during that time period?

14                       MS. KALKACH:  Objection.  You can

15   answer.

16                       A.    Okay.  Yeah, it was always a good

17   relationship.  I was really close with him.  Just

18   like a normal father daughter relationship.  We would

19   do stuff together.  He taught me how to drive.  He

20   would bring us to theme parks or concerts.  My

21   brother and my friends he'd bring us.  I guess that's

22   it.

23                       BY MS. COWAN:  (Cont'g.)

24                       Q.    Did he help out around the house?

25                       A.    Yes.

Associated Reporters Int'l., Inc.

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                    Q.    What did he do?

3                    A.    He did a lot of yard work and

4    things like that outside whether it was summer or

5    winter.  I remember he always worked, you know,

6    helping with my grandmother's car, my mom's car

7    doing, you know, changing oils or shoveling neighbors

8    driveways or mowing peoples lawns or helping even

9    other families with -- well, other family members

10   with yard stuff or things around their house as well.

11                   Q.    Prior to 2013 was he employed?

12                   A.    Yes.

13                   Q.    You recall where he was employed?

14                   A.    Walmart.

15                   Q.    In what capacity did he work for

16   Walmart?

17                   A.    He worked overnight.  I believe

18   he did stocking.

19                   Q.    Do you know how long he had that

20   position?

21                   A.    I don't remember.

22                   Q.    Was that a full time or part time

23   job?

24                   A.    Full time.

25                   Q.    Other than Walmart, are you aware

Page 17

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2         of any other employment he had prior to 2013?

3                        A.   Yes.

4                        Q.   Where else did he work?

5                        A.   He worked for Mountain Lake

6         Services.

7                        Q.   And was that also a full time

8         position?

9                        A.   Yes.

10                       Q.   Do you recall what his position

11        was there?

12                       A.   It was taking care of adults with

13        mental disabilities.

14                       Q.   And did he actually participate

15        in -- in taking care of those adults or did he have

16        some other function?

17                       A.   No, he took care of them.

18                       Q.   You recall how long he worked for

19        that company?

20                       A.   I don't know exactly how long,

21        but I know it was for a very long time because he

22        received like, you know, certificates for being there

23        for so long.  So, I mean that's all as I can

24        remember.

25                       Q.   Okay.  Do you know why he left

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2        that company?

3                        A.   I believe he didn't have his

4        license at the time, he lost it.   And they required a

5        driving license to take the residents like to

6        doctors' appointments and things.

7                        Q.   What year was that that he left

8        that company?

9                        A.   I don't remember exact year.

10                       Q.   Do you know why your father lost

11       his license?

12                       A.   No, I don't remember.

13                       Q.   Do you know if it was taken away

14       by the state, by court proceedings?   Do you -- you

15       recall anything about why it was taken away or how it

16       was taken away?

17                       MS. KALKACH:   Objection.   You can

18       answer.

19                       A.   Okay.   I just like -- sure.   No,

20       I can't remember.

21                       BY MS. COWAN:   (Cont'g.)

22                       Q.   How long did your father not have

23       a license?

24                       A.   I don't remember it being a very

25       long time.   I don't remember exact amount of time

1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2        though.

3                      Q.   Okay.  Was there a period of time

4        where he wasn't able to take you to concerts or

5        school functions or things like that?

6                      A.   No.

7                      Q.   What about for Walmart.  Did he

8        have his license when he worked at Walmart?

9                      A.   Yes.

10                     Q.   Any other employment that he had

11       that you can recall prior to 2013?

12                     A.   No.

13                     Q.   To your knowledge, did your

14       father have any substance abuse issues?

15                     A.   No.

16                     Q.   Were you familiar with any mental

17       health conditions he may have been diagnosed with

18       prior to 2013?

19                     A.   I believe just depression.

20                     Q.   Do you know when that diagnosis

21       was made?

22                     A.   No.

23                     Q.   How were you aware that he had

24       been diagnosed with depression?

25                     A.   Just like overhearing my mother

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2        and father speaking.

3                          Q.   Did his depression ever affect

4        your relationship with him?

5                          A.   No.

6                          Q.   Were you aware of any medications

7        he was prescribed prior to 2013?

8                          A.   No.

9                          Q.   What about you?  Were you

10       diagnosed with any mental health conditions prior to

11       2013?

12                         A.   No.

13                         Q.   Okay.  I want to switch gears to

14       during your father's incarceration.  So during the

15       time period of 2013 to 2018.  During that time period

16       were you diagnosed with any mental health conditions?

17                         A.   Just depression and anxiety.

18                         Q.   You recall when those diagnoses

19       were made?

20                         A.   It probably was 2013 that I

21       started going to the doctors for it.

22                         Q.   Where did you treat back in 2013?

23                         A.   Ticonderoga Health Center.

24                         Q.   And were you ever told the cause

25       of your anxiety or depression?

Page 21

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King
 2                        A.   After -- like I spoke about what
 3   was going on in my life and they believe it was
 4   because of that but they never flat out said that's
 5   why, but.
 6                        Q.   Now when you say what was going
 7   on in your life, are you referring to your father
 8   going to prison?
 9                        MS. KALKACH:   Objection.
10                        A.   Yes.
11                        BY MS. COWAN:   (Cont'g.)
12                        Q.   Did you ever experience panic
13   attacks during that time period?
14                        A.   Yes.
15                        Q.   How often did you experience
16   panic attacks from 2013 to 2018?
17                        A.   In the beginning like closer to
18   2013 it was a lot more often.  But as I started
19   medication and stuff it -- it got better and didn't
20   happen as often.  Not sure exactly like how many
21   times or anything.
22                        Q.   Okay.  So back in 2013 how -- how
23   frequently would you say?  Once a week, once a month?
24                        A.   Maybe once or twice a week.
25                        Q.   And then you said you were given
```

Page 22

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2        medications at some point and it helped with the

 3        panic attacks?

 4                         A.    Yes.

 5                         Q.    What medications were you given?

 6                         A.    Sertraline.

 7                         Q.    Do you recall when you were

 8        prescribed that medication?

 9                         A.    I believe 2013.

10                         Q.    How long did you take sertraline?

11                         A.    I'm still actually currently on

12        it.

13                         Q.    Okay.  What is the current dosage

14        that you're taking?

15                         A.    I -- I believe a hundred

16        milligrams.

17                         Q.    Has the dosage changed at any

18        point since 2013?

19                         A.    Yeah, it's slowly increased.

20                         Q.    Okay.  When was the last time it

21        was increased?

22                         A.    Just recently like a month ago.

23                         Q.    Do you know what caused the panic

24        attacks that you described having between 2013 and

25        2018?
```

Page 23

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                          A.   Yeah, it was just a result --

3         revolving around what was going on like with my

4         father.  Like just the, you know, stress and worry of

5         him being there.

6                          Q.   I'm going to ask you a very broad

7         question and -- and it's okay if you have trouble

8         answering it.  But my question is how did your --

9         your father's jail sentence change your life?

10                         A.   It changed a lot.  Just like

11        reacting to things in life in general.  It makes you

12        look at things differently especially graduating high

13        school and going through college, not having him

14        there.  I mean, he was there to talk to but it's not

15        like you can just pick up the phone and talk to him

16        when you need to.  Just worrying about him being

17        there was always, you know, it's contributed to the

18        anxiety and depression, things like that.  And

19        because of that, you know, when you're depressed you

20        don't want to do as many things or, yeah.

21                         Q.   Did your --.

22                         A.   Basically not having him there.

23        I'm sorry.

24                         Q.   If you ever want to take a break

25        just let me know.  I just want to make sure that you

Page 24

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2         answer the -- whatever question I've asked -- asked

3         you I want you to make sure you answer it.  But if

4         you ever want to take a break we can do that, okay?

5                        A.    Okay.

6                        Q.    After your father's

7         incarceration, did your relationship change?

8                        A.    No, not other than him physically

9         being there.

10                       Q.    Was he able to send you and your

11        brother or your mom any money from prison?

12                       A.    No.

13                       Q.    Did you visit him in prison?

14                       A.    Yes.

15                       Q.    How often did you visit him?

16                       A.    Every other week I think.

17                       Q.    How long did those visits last?

18                       A.    Like half of the day.  We'd get

19        there early in the morning and by, you know, later

20        afternoon we would -- I think that's when they ended.

21                       Q.    Did you write your father any

22        letters?  Did he write any letters to you?

23                       A.    Yes.

24                       Q.    How often did you write him?

25                       A.    I probably write him once a week

 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2        or so but I -- I didn't write as much because we

 3        spoke on the phone almost every day.

 4                     Q.   That was my next question.  I --

 5        I'm --

 6                     A.   Oh, okay.

 7                     Q.   -- you spoke with him on the

 8        phone -

 9                     A.   Yeah.

10                     Q.   -- almost every day?

11                     A.   Yes.  Unless like something, you

12        know, I was busy with things going on in life.  But

13        other than that, yes.

14                     Q.   During your conversations with

15        him, did he ever express to you that he wanted to

16        harm himself in any way?

17                     A.   No.

18                     Q.   Did he ever speak to you about

19        the medications that he'd been prescribed while in

20        prison?

21                     A.   No.

22                     Q.   Did he ever describe to you any

23        concerns he had about his medications?

24                     A.   No.

25                     Q.   Did he ever mention that his

Page 26

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2        medications had been discontinued?

3                        A.    No.

4                        Q.    Were you ever concerned that he

5        would try to take his own life?

6                        A.    After the -- after he tried to

7        yes.  But before that no.

8                        Q.    Okay.  And you referenced a -- an

9        attempted suicide that occurred back in 2016, is that

10       right?

11                       A.    Yeah, I believe it was that year.

12                       Q.    Did you ever speak to him about

13       that attempt?

14                       A.    Yeah, I actually I did visited

15       him in the mental health area of the prison with my

16       mother basically just about it being, you know,

17       really heartbreaking.

18                       Q.    Did he indicate to you why he

19       attempted suicide?

20                       A.    Not specifically, no.

21                       Q.    Did he ever indicate to you that

22       he would never attempt suicide again or never try to

23       harm himself again?

24                       A.    He promised he wouldn't but I

25       know depression is difficult.

Page 27

```
 1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                      Q.   At any point around 2013 to 2018

 3    did you ever personally speak with any staff at the

 4    prison he was located at?  Any DOCCS personnel or --

 5    or office of mental health personnel or anybody?

 6                      A.   No.

 7                      Q.   Did you ever call anybody with

 8    DOCCS or with O.M.H. during that time period?

 9                      A.   No.

10                      Q.   Did you ever write any

11    correspondence or letters to any employees at O.M.H.

12    or DOCCS during that time period?

13                      A.   No.

14                      Q.   Do you know when he was supposed

15    to be released from prison?

16                      A.   There was never an exact date.  I

17    just know every couple years he would come up for

18    parole.

19                      Q.   Did he ever speak to you about

20    the parole board hearings that he would attend?

21                      A.   No, just, I mean, if he was

22    worried about what questions they'd ask because he'd

23    want it to go well.  But that's it.

24                      Q.   Are you aware of whether he was

25    denied parole at these parole board hearings?
```

```
 1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                    A.    Not that I remember.

 3                    Q.    Did he ever speak with you about

 4    taking any medications that were not prescribed to

 5    him?

 6                    A.    No.

 7                    Q.    Did he ever discuss with you

 8    being charged with violating prison policies or

 9    regulations?

10                    A.    No.

11                    Q.    I'd like to take you up to the

12    week that was leading up to his -- his death in

13    November 2018.  Did you speak with him on the phone

14    during that time period?

15                    A.    Yes.

16                    Q.    Do you recall the sum and

17    substance of any conversations that you had with him?

18                    A.    Just basically what was going on

19    in life.  I mean, he seemed more like upset and

20    depressed but nothing like specifically that he said.

21                    Q.    What made it seem to you that he

22    was more upset and depressed?

23                    A.    Just his mood.

24                    Q.    What was his mood like during

25    those conversations?
```

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                     A.   Just not as, you know, trying to

3        think how to put it, like lively on the phone.  Like

4        not as -- not laughing as much.  Just kind of like

5        that.

6                     Q.   Did he ever express concerns to

7        you that he believed that your mother was going to

8        leave him?

9                     A.   No.

10                    Q.   Did he ever express concerns to

11       you that your mother was seeing somebody else?

12                    A.   No.

13                    Q.   Did he ever ask you to look at

14       your mother's phone or try to see who she was talking

15       to on her phone?

16                    MS. KALKACH:   Objection.

17                    A.   No.

18                    BY MS. COWAN:   (Cont'g.)

19                    Q.   During those conversations, were

20       you concerned that your father was going to try to

21       hurt himself?

22                    A.   No.

23                    Q.   At any point during those

24       conversations in -- in the last week before his

25       death, did you indicate that you were going to

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2       contact his counselor based on the things that he was

 3       saying to you?

 4                      A.   No.

 5                      Q.   Had he ever tell you not to

 6       contact the counselor to discuss what the counselor

 7       what --

 8                      A.   No.

 9                      Q.   -- he was telling you?

10                      A.   No.

11                      Q.   Did he ever express any concerns

12       about his marriage to your mom?

13                      A.   I mean, just it was not with the

14       marriage itself.  But, you know, just the struggle of

15       being away.

16                      Q.   When was -- if you recall, when

17       was the last time that you physically visited him

18       prior to his death?

19                      A.   It would have been a week or two

20       before.

21                      Q.   Do you recall the sum and

22       substance of that visit with him?

23                      A.   Yeah, I mean, once again, his

24       mood, you know, just was dampened and stuff like

25       that.  Other than that we still talked about normal
```

Associated Reporters Int'l., Inc.

Page 31

1   King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2        things.

3                      Q.   Were you concerned after that

4        meeting with him about whether he was going to do

5        something to hurt himself?

6                      A.   No.

7                      Q.   Did he repeat to you at any point

8        during that visit why his mood was different or that

9        he seemed more depressed than usual?

10                     MS. KALKACH:   Objection.

11                     A.   Just hard being far away from his

12       family.  And just the environment of the prison.

13                     BY MS. COWAN:   (Cont'g.)

14                     Q.   Had he expressed those concerns

15       to you prior to that visit?

16                     A.   Yeah.  I mean, that was always an

17       issue, you know, feeling safe in the prison or just

18       being away from us and wishing he could be home.

19                     Q.   Now your father's death was on

20       November 16th, 2018.  And were you still living with

21       your mother and your brother at that time?

22                     A.   Yes.

23                     Q.   How old were you?

24                     A.   Let me think.  Twenty-four.

25                     Q.   Were you employed at that time?

1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

2                    A.    Yes.

3                    Q.    Was that at -- at Walgreens?

4                    A.    Yes.

5                    Q.    During the time that your father

6    was in prison did you contribute to any household

7    bills or expenses?

8                    A.    When I was working at Walgreens

9    2018 I might have -- I probably contributed, you

10   know, to groceries and things like that.  I was older

11   so.

12                   Q.    All right.  And was your mom

13   working full time between that time period --

14                   A.    Yes.

15                   Q.    -- 2013 to 2018?

16                   A.    Yes.

17                   Q.    Now after your father's death did

18   you continue to treat for depression and anxiety?

19                   A.    Yes.

20                   Q.    Did you continue to treat at

21   Ticonderoga?

22                   A.    Yes, up until I moved.

23                   Q.    When did you move?

24                   A.    2019.

25                   Q.    And I believe you moved to

Page 33

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2        Clifton Park now?

 3                     MS. KALKACH:   Objection.

 4                     A.   Saratoga Springs.

 5                     Q.   Saratoga Springs.  Did you treat

 6        with anyone in Saratoga Springs for anxiety or

 7        depression?

 8                     A.   Yes, I went to Ellis Primary.

 9                     Q.   How long did you treat at Ellis

10        for?

11                     A.   I still do just the location near

12        me in Clifton Park.

13                     Q.   Have you treated anywhere else

14        for anxiety or depression other than Ticonderoga and

15        Ellis?

16                     A.   No.

17                     Q.   After your father's death, were

18        you prescribed any different medications?

19                     A.   No.

20                     Q.   Did your medications change in

21        any way after your father's death?

22                     A.   My dosage increased a little bit

23        once and then once recently.

24                     Q.   Do you know why your dosage

25        increased?
```

Associated Reporters Int'l., Inc.

 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                  A.   Just it didn't seem to be working

 3   as well.  So they tried just upping the dosage to see

 4   if it helped and it did.

 5                  Q.   Have there been any new mental

 6   health condition diagnoses since your father's death?

 7                  A.   No.

 8                  Q.   As a result of your father's

 9   death, did you inherit anything from his estate?

10                  A.   No.

11                  Q.   Did you ever speak to your father

12   about any plans upon his release like living with him

13   or starting a business with him or any future plans

14   like that?

15                  A.   Just plans like, you know, to

16   catch up on everything that was missed for those

17   years.  You know take him places we've been since

18   then and just try to spend a lot of time with him

19   honestly.

20                  Q.   I'm going to take a look at my

21   notes for like two minutes and then we can finish

22   this up if that's okay with everyone.

23                  (Off the record 12:01 p.m.)

24                  (On the record 12:07 p.m.)

25                  BY MS. COWAN:   (Cont'g.)

     1    King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

     2                          Q.    Just a couple of more questions,

     3         Ms. King.  You indicated that in the last visit with

     4         your father before his death he seemed a little more

     5         depressed, is that right?

     6                          A.    Yes.

     7                          Q.    Did you ask him why he seemed

     8         that way or ask him if there's anything else going on

     9         in his life that was making him seem the way he

    10         seemed to you?

    11                          A.    No.

    12                          Q.    During any of the phone calls

    13         that you had with him in the week leading up to his

    14         death, did -- did he ever indicate that he didn't

    15         want to live anymore?

    16                          A.    No.

    17                          Q.    Did he ever state that to you

    18         during the -- the years that he was incarcerated?

    19                          A.    No.

    20                          MS. COWAN:  That's all the questions

    21         that I have unless your attorney has any questions?

    22                          MS. KALKACH:  No, I don't have any

    23         follow ups.

    24                          MS. COWAN:  Okay.  All right.  We are

    25         all set.  Thank you very much.  I appreciate it.

Associated Reporters Int'l., Inc.

```
 1     King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2                      (The deposition concluded at 12:10

 3          p.m.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 37

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2    STATE OF                    )
     COUNTY OF                   )
3
             I, MEGHAN LEE KING, have read the foregoing
4    record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
5    (Please check one)
             ( ) That it is a true and correct transcription of
6    same.
             ( ) With the exceptions noted in the attached
7    errata sheet, it is a true and correct transcript of same.

8
                              X
                               MEGHAN LEE KING
9

10   Sworn to before me this
     _____day of _____, 2022.
11   X_____
     NOTARY PUBLIC
12   My Commission Expires:
     _____
13

14

15

16

17

18

19

20

21

22

23

24

25

1    King, et al v Annucci, et al – 6/24/2022 – Meghan Lee King

2      I, ANTHONY MCCLAIN, do hereby certify that the

3    foregoing testimony of MEGAN LEE KING was taken by me, in

4    the cause, at the time and place, and in the presence of

5    counsel, as stated in the caption hereto, at Page 1

6    hereof; that before giving testimony said witness was duly

7    sworn to testify the truth, the whole truth and nothing

8    but the truth; that the foregoing typewritten

9    transcription, consisting of pages number 1 to 36,

10   inclusive, is a true record prepared by me and completed

11   by Associated Reporters Int'l., Inc. from materials

12   provided by me.

13   *Anthony McClain BLF*

14   ANTHONY MCCLAIN, Reporter

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 39

```
 1   King, et al v Annucci, et al - 6/24/2022 - Meghan Lee King

 2          ASSOCIATED REPORTERS INTERNATIONAL, INC.
                        (800) 523-7887
 3
     Date:
 4   Case Name:  King v Annucci, et al
     Index Number:  9:20-CV-1413
 5   Deponent:  Meghan Lee King
     Deposition Date:  6/24/2022
 6   Examining Attorney:  Amy Cowan, A.A.G.

 7   Dear Ms. King:

 8
     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
 9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12
             OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13           BY:  AIMEE COWAN, ESQ.
             300 South State Street, Suite 300
14           Syracuse, New York 13205

15
     CORRECTIONS:
16
     _____     Word or phrase:  _____
                  Corrected to:    _____
17
     _____     Word or phrase:  _____
18                Corrected to:    _____
     _____     Word or phrase:  _____
19                Corrected to:    _____
     _____     Word or phrase:  _____
20                Corrected to:    _____
     _____     Word or phrase:  _____
21                Corrected to:    _____
     _____     Word or phrase:  _____
22                Corrected to:    _____
     _____     Word or phrase:  _____
23
                  Corrected to:    _____
     _____
24
     Date Signed                   _____
```

**A**

**A.A.G** 39:6
**a.m** 1:16  5:3
**ability** 7:5
**able** 19:4  24:10
**abuse** 19:14
**achieved** 8:22
**acknowledge** 37:4
**ADMINISTRATRIX** 1:6
**adults** 17:12,15
**affect** 7:5  20:3
**affirm** 5:6
**afternoon** 24:20
**ago** 22:22
**aid** 9:25
**Aimee** 2:10  5:23  39:13
**al** 1:1,1,11  2:1,1  3:1,1  4:1,1
  5:1,1  6:1,1  7:1,1  8:1,1  9:1,1
  10:1,1  11:1,1  12:1,1  13:1,1
  14:1,1  15:1,1  16:1,1  17:1,1
  18:1,1  19:1,1  20:1,1  21:1,1
  22:1,1  23:1,1  24:1,1  25:1,1
  26:1,1  27:1,1  28:1,1  29:1,1
  30:1,1  31:1,1  32:1,1  33:1,1
  34:1,1  35:1,1  36:1,1  37:1,1
  38:1,1  39:1,1,4
**alcohol** 7:7
**allegations** 12:16,20
**amount** 18:25
**Amy** 1:7,7  12:8  39:6
**and/or** 39:8
**Annucci** 1:1,11  2:1  3:1  4:1  5:1
  6:1  7:1  8:1  9:1  10:1  11:1
  12:1  13:1  14:1  15:1  16:1  17:1
  18:1  19:1  20:1  21:1  22:1  23:1
  24:1  25:1  26:1  27:1  28:1  29:1
  30:1  31:1  32:1  33:1  34:1  35:1
  36:1  37:1  38:1  39:1,4
**answer** 14:13  15:15  18:18  24:2,3
**answering** 6:14  23:8
**answers** 4:9  6:3
**ANTHONY** 1:11  38:2,14
**anxiety** 20:17,25  23:18  32:18
  33:6,14
**anybody** 6:17  7:10  27:5,7
**anymore** 35:15
**APPEARANCES** 2:2
**appointments** 18:6
**appreciate** 35:25

**appropriate** 39:10
**approximately** 11:16
**area** 10:16  26:15
**arrest** 14:23
**arrested** 13:16,19
**asked** 24:2,2
**asking** 6:14  12:11
**associate** 12:2
**associate's** 9:17,20
**Associated** 38:11  39:2
**attached** 37:6
**attacks** 21:13,16  22:3,24
**attempt** 26:13,22
**attempted** 26:9,19
**attend** 27:20
**attorney** 2:9  4:15  7:9  35:21
  39:6,12
**attorneys** 4:3
**audible** 6:3
**Avenue** 2:6
**aware** 16:25  19:23  20:6  27:24

**B**

**Bachelor's** 8:23
**bachelors** 8:25  9:5
**back** 13:16  20:22  21:22  26:9
**based** 30:2
**basically** 12:21  23:22  26:16
  28:18
**began** 15:2
**beginning** 21:17
**believe** 9:7  11:15,17  15:4  16:17
  18:3  19:19  21:3  22:9,15  26:11
  32:25
**believed** 29:7
**better** 21:19
**bills** 32:7
**birth** 7:2
**birthdates** 7:14,19
**bit** 33:22
**board** 27:20,25
**books** 10:4,11
**break** 8:2  23:24  24:4
**bring** 15:20,21
**broad** 23:6
**brother** 7:24  8:14,18  14:2  15:21
  24:11  31:21
**business** 34:13
**busy** 25:12

| C | |
|---|---|
| **C** 3:2 | **Cont'g** 7:22 14:12 15:23 18:21 |
| **call** 27:7 | 21:11 29:18 31:13 34:25 |
| **calls** 35:12 | **contact** 30:2,6 |
| **capacity** 16:15 | **continue** 32:18,20 |
| **caption** 38:5 | **continued** 9:18 |
| **car** 16:6,6 | **contribute** 32:6 |
| **care** 17:12,15,17 | **contributed** 23:17 32:9 |
| **Case** 39:4 | **conversations** 13:6,13 25:14 |
| **cashier** 12:4 | 28:17,25 29:19,24 |
| **catch** 34:16 | **convicted** 10:21 14:23 |
| **cause** 4:16 5:7 20:24 38:4 | **convictions** 14:16,19 |
| **caused** 22:23 | **copy** 4:16 |
| **Center** 20:23 | **correct** 8:19 37:5,7 |
| **Central** 10:20 | **Corrected** 39:16,18,19,20,21,22 |
| **certificates** 17:22 | 39:23 |
| **certifications** 10:16 | **corrections** 4:11 14:9 39:8,11 |
| **certified** 4:16 | 39:15 |
| **certify** 38:2 | **correspondence** 13:6,13 27:11 |
| **change** 23:9 24:7 33:20 | **counsel** 38:5 |
| **changed** 22:17 23:10 | **counselor** 30:2,6,6 |
| **changes** 39:8 | **County** 14:6 37:2 |
| **changing** 16:7 | **couple** 27:17 35:2 |
| **charged** 28:8 | **court** 1:2 5:4,11,14,17 7:19 |
| **check** 37:5 | 11:4 18:14 |
| **CHEVERIE** 2:4 | **Cowan** 2:10 3:4 5:19,21,23 7:15 |
| **children** 8:11 | 7:18,22 14:12 15:23 18:21 |
| **Civil** 4:5 | 21:11 29:18 31:13 34:25 35:20 |
| **clear** 6:5 | 35:24 39:6,13 |
| **clerk** 11:4 | **crime** 10:22 |
| **Clifton** 33:2,12 | **crimes** 14:23 |
| **close** 15:17 | **criminal** 9:5,21 |
| **closer** 21:17 | **current** 22:13 |
| **college** 9:8,11,16,23 10:7 23:13 | **currently** 8:7,14 10:24 11:3 |
| **come** 27:17 | 22:11 |
| **commenced** 5:2 | |
| **Commission** 37:12 | D |
| **community** 9:11,16 10:7 | **D** 3:2,2 |
| **company** 17:19 18:2,8 | **dad** 15:13 |
| **complaint** 12:17 | **dampened** 30:24 |
| **completed** 38:10 | **date** 1:15 7:2 27:16 39:3,5,24 |
| **concerned** 26:4 29:20 31:3 | **daughter** 15:18 |
| **concerns** 25:23 29:6,10 30:11 | **day** 24:18 25:3,10 37:10 |
| 31:14 | **days** 39:9,10 |
| **concerts** 15:20 19:4 | **Dear** 39:7 |
| **concluded** 36:2 | **death** 12:10,23 28:12 29:25 |
| **condition** 34:6 | 30:18 31:19 32:17 33:17,21 |
| **conditions** 19:17 20:10,16 | 34:6,9 35:4,14 |
| **consisting** 38:9 | **Defendant** 4:6 |
| | **Defendants** 1:12 2:8 |
| | **degree** 8:23 9:3,15,18,20 |

**delivered** 39:10
**denied** 27:25
**Department** 14:9
**Deponent** 39:5
**deposition** 1:14  4:5,11,14,15,17
  5:2  7:10,24,25  8:5  36:2  39:5
**depositions** 8:2
**depressed** 23:19  28:20,22  31:9
  35:5
**depression** 19:19,24  20:3,17,25
  23:18  26:25  32:18  33:7,14
**describe** 15:12  25:22
**described** 22:24
**diagnosed** 19:17,24  20:10,16
**diagnoses** 20:18  34:6
**diagnosis** 19:20
**different** 31:8  33:18
**differently** 23:12
**difficult** 26:25
**Direct** 3:4  5:20
**disabilities** 17:13
**discontinued** 26:2
**discuss** 28:7  30:6
**discussed** 7:10
**DISTRICT** 1:2,3
**DOCCS** 27:4,8,12
**doctors** 20:21
**doctors'** 18:6
**doing** 16:7
**dosage** 22:13,17  33:22,24  34:3
**drank** 7:7
**drive** 15:19
**driveways** 16:8
**driving** 18:5
**duly** 4:14  38:6

                    **E**

**E** 3:2,2,2
**early** 24:19
**education** 8:22  9:9,24
**eighteen** 13:20
**Ellis** 33:8,9,15
**employed** 10:24  11:2,10,13  12:6
  16:11,13  31:25
**employees** 5:23  12:9  27:11
**employment** 17:2  19:10
**ended** 24:20
**entire** 11:22
**environment** 31:12
**errata** 37:7

**especially** 23:12
**ESQ** 2:5,10  39:13
**Essex** 14:6
**estate** 1:5  34:9
**et** 1:1,1,11  2:1,1  3:1,1  4:1,1
  5:1,1  6:1,1  7:1,1  8:1,1  9:1,1
  10:1,1  11:1,1  12:1,1  13:1,1
  14:1,1  15:1,1  16:1,1  17:1,1
  18:1,1  19:1,1  20:1,1  21:1,1
  22:1,1  23:1,1  24:1,1  25:1,1
  26:1,1  27:1,1  28:1,1  29:1,1
  30:1,1  31:1,1  32:1,1  33:1,1
  34:1,1  35:1,1  36:1,1  37:1,1
  38:1,1  39:1,1,4
**exact** 18:9,25  27:16 .
**exactly** 17:20  21:20
**Examination** 3:4  5:20
**Examining** 39:6
**exceptions** 37:6
**expenses** 10:3  32:7
**experience** 21:12,15
**Expires** 37:12
**express** 25:15  29:6,10  30:11
**expressed** 31:14

                    **F**

**F** 3:2
**fail** 39:10
**familiar** 12:13,15  13:2,3,10
  14:15,22  19:16
**families** 16:9
**family** 16:9  31:12
**far** 31:11
**father** 12:21  13:15,25  14:5  15:7
  15:18  18:10,22  19:14  20:2
  21:7  23:4  24:21  29:20  32:5
  34:11  35:4
**father's** 12:10  20:14  23:9  24:6
  31:19  32:17  33:17,21  34:6,8
**February** 7:3
**Federal** 4:4
**feeling** 31:17
**felony** 14:15,19
**file** 7:18
**filed** 5:25  12:9,17
**financial** 9:25
**fine** 6:8
**finish** 6:13  34:21
**first** 9:10  11:23  12:12  14:6
**flat** 21:4

follow 35:23
foregoing 37:3  38:3,8
form 4:8
four 11:15,22
frequently 21:23
friends 15:21
full 6:20  16:22,24  17:7  32:13
function 17:16
functions 19:5
FURTHER 4:7,10,13
future 34:13

### G

G 3:2
gears 20:13
general 2:9  23:11  39:12
give 5:6  6:20
given 21:25  22:5
giving 38:6
go 27:23
going 6:11  12:11  20:21  21:3,6,8
  23:3,6,13  25:12  28:18  29:7,20
  29:25  31:4  34:20  35:8
good 5:22  15:16
graduate 10:12,18
graduating 23:12
grandmother's 16:6
Greenbush 11:4
groceries 32:10
ground 5:25
guess 15:21

### H

HACH 2:4
Hal 13:9,10,13
half 24:18
hand 5:5
happen 21:20
happened 14:21
hard 31:11
harm 25:16  26:23
head 6:3
heading 37:4
health 19:17  20:10,16,23  26:15
  27:5  34:6
hearing 4:16
hearings 27:20,25
heartbreaking 26:17
help 15:24
helped 22:2  34:4

helping 16:6,8
Henry 13:24
hereof 37:4  38:6
hereto 38:5
high 10:12,18  23:12
highest 8:21
home 15:7  31:18
honestly 34:19
house 15:24  16:10
household 32:6
Hudson 9:10,16
hundred 22:15
hurt 29:21  31:5

### I

incarcerated 14:8  35:18
incarceration 14:16  15:11  20:14
  24:7
inclusive 38:10
increased 22:19,21  33:22,25
Index 1:10  39:4
indicate 26:18,21  29:25  35:14
indicated 35:3
individuals 12:25
inherit 34:9
initially 13:16
inside 12:22
Int'l 38:11
INTERNATIONAL 39:2
involved 5:24
issue 31:17
issues 19:14

### J

J 1:11
jail 12:10  14:6  15:2  23:9
Jamie 13:3
job 16:23
Joseph 1:5  7:24
June 1:15
justice 9:5,21

### K

K-I-N-G 5:16
KALKACH 2:5  7:13,16,20  14:11
  15:14  18:17  21:9  29:16  31:10
  33:3  35:22
kind 29:4
King 1:1,1,5,7,7,14  2:1,1  3:1,1
  3:3  4:1,1  5:1,1,4,9,10,13,22

6:1,1,22 7:1,1,23 8:1,1 9:1,1
10:1,1 11:1,1 12:1,1,8 13:1,1
14:1,1 15:1,1 16:1,1 17:1,1
18:1,1 19:1,1 20:1,1 21:1,1
22:1,1 23:1,1 24:1,1 25:1,1
26:1,1 27:1,1 28:1,1 29:1,1
30:1,1 31:1,1 32:1,1 33:1,1
34:1,1 35:1,1,3 36:1,1 37:1,1
37:3,8 38:1,1,3 39:1,1,4,5,7
39:25
**know** 16:5,7,19 17:20,21,22,25
18:10,13 19:20 22:23 23:4,17
23:19,25 24:19 25:12 26:16,25
27:14,17 29:2 30:14,24 31:1
32:10 33:24 34:15,17
**knowledge** 19:13

**L**

**L.L.P** 2:4
**Lake** 17:5
**laughing** 29:4
**lawns** 16:8
**lawsuit** 5:24 12:9,12,13,24
**leading** 28:12 35:13
**leave** 29:8
**led** 12:23 14:16
**Lee** 1:1,14 2:1 3:1,3 4:1 5:1
6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1,3,8 38:1,3 39:1,5
39:25
**left** 17:25 18:7
**letters** 24:22,22 27:11
**level** 8:21
**license** 18:4,5,11,23 19:8
**licenses** 10:16
**life** 21:3,7 23:9,11 25:12 26:5
28:19 35:9
**little** 33:22 35:4
**live** 35:15
**lived** 8:18
**lively** 29:3
**living** 13:22,25 15:7 31:20
34:12
**loans** 10:11
**local** 14:5
**located** 27:4

**location** 33:11
**long** 11:5,13 16:19 17:18,20,21
17:23 18:22,25 22:10 24:17
33:9
**look** 23:12 29:13 34:20
**lost** 18:4,10
**lot** 16:3 21:18 23:10 34:18
**Lynn** 6:22

**M**

**M-E-G-H-A-N** 5:16
**Madison** 2:6
**making** 35:9
**March** 11:7,8
**marriage** 30:12,14
**married** 8:7,9
**materials** 38:11
**MCCLAIN** 38:2,14
**mean** 17:23 23:14 27:21 28:19
30:13,23 31:16
**medication** 21:19 22:8
**medications** 7:4 20:6 22:2,5
25:19,23 26:2 28:4 33:18,20
**meeting** 31:4
**MEGAN** 38:3
**Meghan** 1:1,14 2:1 3:1,3 4:1 5:1
5:10,13 6:1,22 7:1 8:1 9:1
10:1 11:1 12:1,8 13:1 14:1
15:1 16:1 17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1 25:1 26:1
27:1 28:1 29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1 37:1,3,8
38:1 39:1,5,25
**members** 16:9
**mental** 17:13 19:16 20:10,16
26:15 27:5 34:5
**mention** 25:25
**milligrams** 22:16
**minutes** 34:21
**missed** 34:16
**mom** 24:11 30:12 32:12
**mom's** 16:6
**money** 10:8 24:11
**month** 21:23 22:22
**months** 11:24 12:2
**mood** 28:23,24 30:24 31:8
**Moriah** 10:20
**morning** 5:22 24:19
**mother** 5:25 12:8,16 14:2 15:7
19:25 26:16 29:7,11 31:21

mother's 29:14
Mountain 17:5
move 32:23
moved 32:22,25
mowing 16:8
Myers 13:9,10,13

### N

N 3:2,2
name 5:12,15,22 6:21 13:4 39:4
names 6:23 12:24
near 33:11
need 23:16
neglected 12:22
neighbors 16:7
never 21:4 26:22,22 27:16
new 1:3 2:7,7,9,12 12:9 13:24
  14:9 34:5 39:12,14
nineteen 15:5
normal 15:18 30:25
North 11:4
NORTHERN 1:3
notary 4:12 37:11 39:9
noted 37:4,6
notes 34:21
November 28:13 31:20
number 38:9 39:4

### O

O 3:2,2
O.M.H 27:8,11
Objection 14:11 15:14 18:17
  21:9 29:16 31:10 33:3
objections 4:7
occurred 26:9
office 2:9 27:5 39:12
Oh 7:15 14:14 25:6
oils 16:7
okay 6:5,6,10,16 7:16,20 13:15
  14:14 15:16 17:25 18:19 19:3
  20:13 21:22 22:13,20 23:7
  24:4,5 25:6 26:8 34:22 35:24
old 13:18 15:3 31:23
older 32:10
once 21:23,23,24 24:25 30:23
  33:23,23
original 4:13,17
outside 16:4
overhearing 19:25
overnight 16:17

### P

P 1:5 3:2
p.m 1:16 34:23,24 36:3
Page 38:5
pages 38:9
paid 9:23
Paledeno 13:3
panic 21:12,16 22:3,23
Park 33:2,12
parks 15:20
parole 27:18,20,25,25
part 16:22
participate 17:14
parties 4:4 39:10
people 13:2
peoples 16:8
Perfect 7:16,20
period 15:13 19:3 20:15,15
  21:13 27:8,12 28:14 32:13
personally 27:3
personnel 27:4,5
phone 23:15 25:3,8 28:13 29:3
  29:14,15 35:12
phrase 39:16,17,18,19,20,21,22
physically 24:8 30:17
pick 23:15
place 37:4 38:4
places 34:17
PLAINTIFF 2:3
Plaintiffs 1:9
plans 34:12,13,15
Plattsburgh 9:2,4,9,13 10:8
please 5:5,11,14 37:5 39:8,9
pocket 10:2,8
point 22:2,18 27:2 29:23 31:7
policies 28:8
Port 13:24
position 11:6,18 12:2 16:20
  17:8,10
possible 6:12
Possibly 10:4
preparation 8:5
prepared 38:10
prescribed 20:7 22:8 25:19 28:4
  33:18
presence 38:4 39:8
Primary 33:8
prior 8:18 12:5 14:23 15:11,12
  16:11 17:2 19:11,18 20:7,10

30:18 31:15
**prison** 12:22 14:5 15:8 21:8
  24:11,13 25:20 26:15 27:4,15
  28:8 31:12,17 32:6
**probably** 20:20 24:25 32:9
**Procedure** 4:5
**proceedings** 18:14
**promised** 26:24
**provided** 38:12
**public** 4:12 37:11 39:9
**pursuant** 4:6
**put** 29:3

### Q

**question** 6:8,14 7:13 12:12 13:9
  23:7,8 24:2 25:4
**questions** 4:8 12:11 15:11 27:22
  35:2,20,21
**quick** 6:12 7:13

### R

**R** 3:2
**raise** 5:5
**reacting** 23:11
**read** 4:10 37:3 39:8
**really** 15:17 26:17
**recall** 13:5 16:13 17:10,18
  18:15 19:11 20:18 22:7 28:16
  30:16,21
**receive** 8:24 9:6,8,15
**received** 9:4,17,25 10:15 17:22
**record** 5:12,15 6:4 7:14 34:23
  34:24 37:4 38:10
**redact** 7:19
**redacting** 7:14
**referenced** 26:8
**referring** 21:7
**regulations** 28:9
**relate** 12:12
**relationship** 15:12,17,18 20:4
  24:7
**release** 34:12
**released** 27:15
**remember** 10:10 13:4 16:5,21
  17:24 18:9,12,20,24,25 28:2
**repeat** 31:7
**rephrase** 6:9,9
**Reporter** 5:4,11,14,17 38:14
**Reporters** 38:11 39:2
**represent** 5:23

**required** 18:4
**reserved** 4:9
**reside** 8:14
**residence** 8:18
**residents** 18:5
**respective** 4:4
**responsible** 12:22
**responsiveness** 4:8
**result** 12:10 23:2 34:8
**Return** 39:11
**returned** 4:15
**review** 8:4
**revolving** 23:3
**right** 1:8 5:5 6:9,15,18 8:15
  13:16 14:6,10 15:6 26:10
  32:12 35:5,24
**room** 6:17
**ROSE** 2:4
**rules** 4:5 6:2

### S

**S** 3:2
**safe** 31:17
**Saratoga** 33:4,5,6
**saying** 6:3 30:3
**SCHIRRIPA** 2:4
**school** 10:13,19,20 19:5 23:13
**see** 29:14 34:3
**seeing** 29:11
**send** 24:10
**sentence** 15:2 23:9
**series** 15:10
**sertraline** 22:6,10
**Services** 17:6
**set** 35:25
**seventeen** 13:21
**shaking** 6:3
**sheet** 37:7
**shoveling** 16:7
**sign** 4:11 39:8,10
**signature** 39:11
**signed** 4:14 39:24
**six** 11:24 12:2
**slowly** 22:19
**somebody** 29:11
**sorry** 23:23
**South** 2:11 39:13
**speak** 7:24 14:18 25:18 26:12
  27:3,19 28:3,13 34:11
**speaking** 6:15 20:2

**specifically** 12:25 14:20 26:20 28:20
**spell** 5:15
**spend** 34:18
**spent** 14:5
**spoke** 21:2 25:3,7
**Springs** 33:4,5,6
**staff** 27:3
**start** 6:14
**started** 6:2 20:21 21:18
**starting** 34:13
**state** 2:9,11 5:12,23 12:9 14:9 18:14 35:17 37:2 39:12,13
**stated** 38:5
**STATES** 1:2
**STIPULATED** 4:3,7,10,13
**STIPULATIONS** 4:2
**stocking** 16:18
**Street** 2:11 39:13
**stress** 23:4
**struggle** 30:14
**students** 10:11
**stuff** 15:19 16:10 21:19 30:24
**subpoena** 4:6
**substance** 19:14 28:17 30:22
**suicide** 26:9,19,22
**Suite** 2:11 39:13
**sum** 28:16 30:21
**summer** 16:4
**SUNY** 9:2,4,9,12 10:7
**supervisor** 11:20,21
**supposed** 27:14
**sure** 6:2,4,11,13 7:15 18:19 21:20 23:25 24:3
**swear** 5:5
**switch** 20:13
**sworn** 3:3 5:10,18 37:10 38:7
**Syracuse** 2:12 39:14

### T

**take** 18:5 19:4 22:10 23:24 24:4 26:5 28:11 34:17,20
**taken** 4:6 18:13,15,16 37:4 38:3
**talk** 23:14,15
**talked** 30:25
**talking** 10:7 29:14
**taught** 15:19
**tell** 30:5
**telling** 30:9
**testify** 7:5 38:7

**testimony** 5:6 37:4 38:3,6 39:8
**Thank** 5:17,19 7:20 35:25
**theme** 15:20
**they'd** 27:22
**things** 10:5 16:4,10 18:6 19:5 23:11,12,18,20 25:12 30:2 31:2 32:10
**think** 9:7,16 10:10 11:23 24:16 24:20 29:3 31:24
**thirty** 39:9,10
**Ticonderoga** 20:23 32:21 33:14
**time** 1:16 4:6,15 13:21,23 14:5 15:13 16:22,22,24 17:7,21 18:4,25,25 19:3 20:15,15 21:13 22:20 27:8,12 28:14 30:17 31:21,25 32:5,13,13 34:18 37:4 38:4
**times** 21:21
**today** 5:7 7:4,7
**told** 20:24
**totally** 6:8
**Town** 11:3
**transcript** 37:5,7 39:8,10,11
**transcription** 38:9
**transferred** 9:12
**treat** 20:22 32:18,20 33:5,9
**treated** 33:13
**trial** 4:9,16
**tried** 26:6 34:3
**trouble** 23:7
**true** 37:5,7 38:10
**truth** 5:7,8,8 38:7,7,8
**truthfully** 7:5
**try** 6:11 26:5,22 29:14,20 34:18
**trying** 29:2
**tuition** 10:5
**Twenty-four** 31:24
**twice** 21:24
**two** 8:2 9:10,18,18 30:19 34:21
**typewritten** 38:8

### U

**uh-huh** 6:4
**understand** 6:7
**understanding** 8:13,17 12:19 14:4
**UNITED** 1:2
**upping** 34:3
**ups** 35:23
**upset** 28:19,22

**usual** 31:9

## V

**v** 1:1,10 2:1 3:1 4:1 5:1 6:1
 7:1 8:1 9:1 10:1 11:1 12:1
 13:1 14:1 15:1 16:1 17:1 18:1
 19:1 20:1 21:1 22:1 23:1 24:1
 25:1 26:1 27:1 28:1 29:1 30:1
 31:1 32:1 33:1 34:1 35:1 36:1
 37:1 38:1 39:1,4
**Valley** 9:11
**VENUE** 1:17
**violating** 28:8
**visit** 24:13,15 30:22 31:8,15
 35:3
**visited** 26:14 30:17
**visits** 24:17

## W

**Walgreens** 11:12,14,19 12:5 32:3
 32:8
**Walmart** 16:14,16,25 19:7,8
**want** 20:13 23:20,24,25 24:3,4
 27:23 35:15
**wanted** 25:15
**wasn't** 19:4
**way** 25:16 33:21 35:8,9
**we're** 6:15
**we've** 7:12 34:17
**WebEx** 1:17
**week** 21:23,24 24:16,25 28:12
 29:24 30:19 35:13
**went** 7:23 15:8 33:8
**winter** 16:5
**wishing** 31:18
**witness** 4:10,14 5:13,16,18 38:6
**Word** 39:16,17,18,19,20,21,22
**work** 11:3 16:3,15 17:4
**worked** 16:5,17 17:5,18 19:8
**working** 32:8,13 34:2
**worried** 27:22
**worry** 23:4
**worrying** 23:16
**wouldn't** 26:24
**write** 24:21,22,24,25 25:2 27:10

## X

**X** 1:13 3:2 37:8,11

## Y

**YAMILE** 2:5
**yard** 16:3,10
**yeah** 12:4 15:16 22:19 23:2,20
 25:9 26:11,14 30:23 31:16
**year** 18:7,9 26:11
**years** 9:10,19 11:15,22 27:17
 34:17 35:18
**York** 1:3 2:7,7,9,12 12:9 13:24
 14:9 39:12,14

## Z

## 0

**1** 38:5,9
**10016** 2:7
**11:25** 1:16 5:2
**112** 2:6
**12:01** 34:23
**12:07** 34:24
**12:10** 1:16 36:2
**13205** 2:12 39:14
**16th** 31:20
**1994** 7:3

## 2

**2012** 10:14 13:16,18 14:24
**2013** 14:9 15:3,12 16:11 17:2
 19:11,18 20:7,11,15,20,22
 21:16,18,22 22:9,18,24 27:2
 32:15
**2016** 26:9
**2017** 9:7
**2018** 11:16 12:10 14:10 20:15
 21:16 22:25 27:2 28:13 31:20
 32:9,15
**2019** 32:24
**2022** 1:15 11:8 37:10
**22nd** 7:3
**24** 1:15

## 3

**30** 39:9,10
**300** 2:11,11 39:13,13
**36** 38:9

## 4

## 5

Associated Reporters Int'l., Inc.



**5** 3:4
**523-7887** 39:2

**6**

**6/24/2022** 1:1  2:1  3:1  4:1  5:1
  6:1  7:1  8:1  9:1  10:1  11:1
  12:1  13:1  14:1  15:1  16:1  17:1
  18:1  19:1  20:1  21:1  22:1  23:1
  24:1  25:1  26:1  27:1  28:1  29:1
  30:1  31:1  32:1  33:1  34:1  35:1
  36:1  37:1  38:1  39:1,5

**7**

**8**

**800** 39:2

**9**

**9:20-CV-1413** 1:10  39:4