

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES  
SYRACUSE REGIONAL OFFICE

April 5, 2023

Hon. Thomas J. McAvoy  
United States District Judge  
15 Henry Street  
Binghamton, New York 13901

    Re:    *Estate of Joseph P. King v. Annucci, et al*  
            Civil Case No.: 9:20-cv-1413

Dear Judge McAvoy:

    Defendants filed a motion for summary judgment (ECF No. 71), to which Plaintiff has filed opposition papers (ECF Nos. 77-80). Defendants respectfully request a 5-page extension for their reply memorandum of law, for a total of fifteen pages.

                              Respectfully,

                              *s/Aimee Cowan*

                              Aimee Cowan, Esq.  
                              Assistant Attorney General

cc:    Hillary Nappi, Esq., *via CM/ECF*

300 S. STATE STREET, STE. 300, SYRACUSE, NY 13202 • (315) 448-4800 • (315) 448-4853* NOT FOR SERVICE OF PAPERS  
http://www.ag.ny.gov