UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

The Estate of Joseph P. King, by and through its
Administratrix, Amy King, and Amy King in her own right,
                                *Plaintiff*,      **ATTORNEY REPLY DECLARATION**

      -against-                                      9:20-CV-1413
                                                                       (TJM/ML)

Anthony J. Annucci, Acting Commissioner, State of New
York Department of Corrections, in his individual capacity;
and Marie T. Sullivan, Commissioner, State of New York
Department of Mental Health, in her individual capacity;
Jami Palladino, Mid-State Social Worker, in her individual
capacity; Hal Meyers, Mid-State Chief Mental Health Counselor,
in his individual capacity;

                                      *Defendants*.
_____

       Aimee Cowan, pursuant to § 1746 of Title 28 of the United States Code, declares the following to be true and correct under penalty of perjury under the laws of the United States of America:

       1.     I am an Assistant Attorney General for the State of New York and appear in this action on behalf of Letitia James, Attorney General for the State of New York, attorney for Anthony J. Annucci, Acting Commissioner, State of New York Department of Corrections, in his individual capacity; Ann Marie T. Sullivan, Commissioner, State of New York Department of Mental Health, in her individual capacity; Jami Palladino, Mid-State Social Worker, in her individual capacity; and Hal Meyers, Mid-State Chief Mental Health Counselor[1], in his individual capacity ("Defendants") in this action.

       2.     I make this Reply Declaration in further support of Defendants' motion pursuant to

---

[1] Defendant Meyers was actually the Unit Chief at Mid-State Correctional Facility on the dates in question.

1

Federal Rule of Civil Procedure §56(a) for an order granting summary judgment and dismissing Plaintiff's Amended Complaint in its entirety and with prejudice.

3. Attached as **Exhibit "A"** is a true and accurate copy of a letter dated February 22, 2019 from New York State Office of Mental Health Associate Commissioner Donna Hall to Denise Miranda, Executive Director of the Justice Center for the Protection of People with Special Needs.

4. Attached as **Exhibit "B"** is a redacted portion of Decedent's DOCCS visitor logs.

Defendants respectfully request that this Court grant their motion for summary judgment and dismiss Plaintiff's Amended Complaint in its entirety, with prejudice.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2023

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants
Office of the Attorney General
Syracuse Regional Office
300 S. State Street, Ste. 300
Syracuse, New York 13202

*s/ Aimee Cowan*
Aimee M. Cowan, Esq.
Assistant Attorney General
Federal Bar Roll No. 516178