```
01/27/21    NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE    1
VPR005                  VISITOR AND PACKAGE REGISTRATION SYSTEM

                            INMATE'S LOG OF VISITS
                                   MIDSTATE

                        FOR PERIOD 08/15/13 TO 11/16/18
================================================================================
            DIN:  13-A-3662     NAME:  KING, JOSEPH P
================================================================================

                                         NEGATIVE: YES
UNKNOWN                                  NON CONTACT VISIT ONLY UNTIL: 08/08/33
UNKNOWN                      NY   00000
    RELATIONSHIP: OTHER

                             VISITOR DATES/TYPES

    08/20/13 - EARLY RG
--------------------------------------------------------------------------------

KING, AMY

                             NY   12974
    RELATIONSHIP: SPOUSE-LGL

                             VISITOR DATES/TYPES

    12/16/17 - VISIT RM      07/01/17 - VISIT RM      05/20/17 - VISIT RM
    05/13/17 - VISIT RM      01/28/17 - VISIT RM      01/21/17 - VISIT RM
    01/15/17 - VISIT RM      01/07/17 - VISIT RM      01/01/17 - VISIT RM
    12/11/16 - VISIT RM      12/03/16 - VISIT RM      11/24/16 - VISIT RM
    11/11/16 - VISIT RM      11/05/16 - VISIT RM      10/30/16 - VISIT RM
    10/29/16 - VISIT RM      10/22/16 - VISIT RM      10/15/16 - VISIT RM
    10/08/16 - VISIT RM      10/01/16 - VISIT RM      09/24/16 - VISIT RM
    09/17/16 - VISIT RM      09/11/16 - VISIT RM      09/04/16 - VISIT RM
    08/27/16 - VISIT RM      08/20/16 - VISIT RM      08/06/16 - VISIT RM
    07/17/16 - VISIT RM      07/09/16 - VISIT RM      07/02/16 - VISIT RM
    06/25/16 - VISIT RM      06/19/16 - VISIT RM      06/11/16 - VISIT RM
    06/05/16 - VISIT RM      05/28/16 - VISIT RM      05/21/16 - VISIT RM
    05/07/16 - VISIT RM      05/01/16 - VISIT RM      04/23/16 - VISIT RM
    04/16/16 - VISIT RM      04/02/16 - VISIT RM      03/26/16 - VISIT RM
    03/19/16 - VISIT RM      03/12/16 - VISIT RM      03/05/16 - VISIT RM
    02/28/16 - VISIT RM      02/20/16 - VISIT RM      02/14/16 - VISIT RM
    02/06/16 - VISIT RM      01/30/16 - VISIT RM      01/23/16 - VISIT RM
    01/17/16 - VISIT RM      01/10/16 - VISIT RM      01/02/16 - VISIT RM
    12/27/15 - VISIT RM      12/26/15 - VISIT RM      12/19/15 - VISIT RM
    12/12/15 - VISIT RM      12/05/15 - VISIT RM      11/28/15 - VISIT RM
    11/26/15 - VISIT RM      11/14/15 - VISIT RM      11/11/15 - VISIT RM
    11/07/15 - VISIT RM      11/01/15 - VISIT RM      10/24/15 - VISIT RM
    10/17/15 - VISIT RM      10/11/15 - VISIT RM      10/04/15 - VISIT RM
    10/03/15 - VISIT RM      09/26/15 - VISIT RM      09/19/15 - VISIT RM
    09/13/15 - VISIT RM      09/06/15 - VISIT RM      09/05/15 - VISIT RM
    08/29/15 - VISIT RM      08/23/15 - VISIT RM      08/15/15 - VISIT RM
    08/09/15 - VISIT RM      08/01/15 - VISIT RM      08/01/15 - VISIT RM
    07/25/15 - VISIT RM      07/18/15 - VISIT RM      07/11/15 - VISIT RM
    07/04/15 - VISIT RM      06/27/15 - VISIT RM      06/21/15 - VISIT RM
    06/13/15 - VISIT RM      06/06/15 - VISIT RM      05/30/15 - VISIT RM

                            *** CONTINUED ***
```

```
01/27/21    NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION      PAGE      2
VPR005                   VISITOR AND PACKAGE REGISTRATION SYSTEM

                              INMATE'S LOG OF VISITS
                                     MIDSTATE

                         FOR PERIOD 08/15/13 TO 11/16/18
===============================================================================
           DIN:  13-A-3662       NAME:  KING, JOSEPH P
===============================================================================

KING, AMY

                              VISITOR DATES/TYPES

     05/25/15 - VISIT RM        05/23/15 - VISIT RM        05/16/15 - VISIT RM
     05/09/15 - VISIT RM        05/02/15 - VISIT RM        04/25/15 - VISIT RM
     04/18/15 - VISIT RM        04/12/15 - VISIT RM        04/04/15 - VISIT RM
     03/28/15 - VISIT RM        03/21/15 - VISIT RM        03/14/15 - VISIT RM
     03/07/15 - VISIT RM        02/21/15 - VISIT RM        02/15/15 - VISIT RM
     02/14/15 - VISIT RM        01/31/15 - VISIT RM        01/25/15 - VISIT RM
     01/19/15 - VISIT RM        01/17/15 - VISIT RM        01/11/15 - VISIT RM
     01/03/15 - VISIT RM        01/01/15 - VISIT RM        12/28/14 - VISIT RM
     12/25/14 - VISIT RM        12/20/14 - VISIT RM        12/14/14 - VISIT RM
     11/30/14 - VISIT RM        11/27/14 - VISIT RM        11/22/14 - VISIT RM
     11/16/14 - VISIT RM        11/08/14 - VISIT RM        11/02/14 - VISIT RM
     10/19/14 - VISIT RM        10/13/14 - VISIT RM        10/11/14 - VISIT RM
     10/05/14 - VISIT RM        09/27/14 - VISIT RM        09/21/14 - VISIT RM
     09/13/14 - VISIT RM        09/07/14 - VISIT RM        09/01/14 - VISIT RM
     08/24/14 - VISIT RM        08/16/14 - VISIT RM        08/10/14 - VISIT RM
     08/02/14 - VISIT RM        07/27/14 - VISIT RM        07/19/14 - VISIT RM
     07/13/14 - VISIT RM        07/05/14 - VISIT RM        07/04/14 - VISIT RM
     06/29/14 - VISIT RM        06/21/14 - VISIT RM        06/15/14 - VISIT RM
     06/07/14 - VISIT RM        06/01/14 - VISIT RM        05/26/14 - VISIT RM
     05/18/14 - VISIT RM        05/10/14 - VISIT RM        05/04/14 - VISIT RM
     04/26/14 - VISIT RM        04/20/14 - VISIT RM        04/12/14 - VISIT RM
     04/06/14 - VISIT RM        03/29/14 - VISIT RM        03/23/14 - VISIT RM
     03/15/14 - VISIT RM        03/09/14 - VISIT RM        03/01/14 - VISIT RM
     02/23/14 - VISIT RM        02/17/14 - VISIT RM        02/15/14 - VISIT RM
     02/09/14 - VISIT RM        02/01/14 - VISIT RM        01/26/14 - VISIT RM
     01/18/14 - VISIT RM        01/12/14 - VISIT RM        01/04/14 - VISIT RM
     01/01/14 - VISIT RM        12/29/13 - VISIT RM        12/25/13 - VISIT RM
     12/21/13 - VISIT RM        12/07/13 - VISIT RM        12/01/13 - VISIT RM
     11/28/13 - VISIT RM        11/23/13 - VISIT RM        11/17/13 - VISIT RM
     11/11/13 - VISIT RM        11/03/13 - VISIT RM        10/26/13 - VISIT RM
     10/20/13 - VISIT RM        10/06/13 - VISIT RM        09/29/13 - VISIT RM
     09/22/13 - VISIT RM        09/14/13 - VISIT RM        08/31/13 - VISIT RM
     08/24/13 - VISIT RM
_____

KING, AMY L
              T
                              NY   12974
          RELATIONSHIP: SPOUSE-LGL

                              VISITOR DATES/TYPES

     11/12/18 - VISIT RM        11/03/18 - VISIT RM        10/08/18 - VISIT RM

                                *** CONTINUED ***
```

```
01/27/21    NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE      3
VPR005                 VISITOR AND PACKAGE REGISTRATION SYSTEM

                              INMATE'S LOG OF VISITS
                                    MIDSTATE

                         FOR PERIOD 08/15/13 TO 11/16/18
=============================================================================
         DIN:   13-A-3662       NAME:  KING, JOSEPH P
=============================================================================

KING, AMY L

                              VISITOR DATES/TYPES

       09/16/18 - VISIT RM      09/08/18 - VISIT RM      09/01/18 - VISIT RM
       08/19/18 - VISIT RM      08/05/18 - VISIT RM      07/21/18 - VISIT RM
       07/04/18 - VISIT RM      06/30/18 - VISIT RM      06/16/18 - VISIT RM
       06/02/18 - VISIT RM      05/19/18 - VISIT RM      05/12/18 - VISIT RM
       04/29/18 - VISIT RM      04/21/18 - VISIT RM      04/07/18 - VISIT RM
       03/24/18 - VISIT RM      03/18/18 - VISIT RM      03/10/18 - VISIT RM
       02/19/18 - VISIT RM      01/27/18 - VISIT RM      01/14/18 - VISIT RM
       01/07/18 - VISIT RM      01/01/18 - VISIT RM      11/11/17 - VISIT RM
       11/04/17 - VISIT RM      10/14/17 - VISIT RM      10/01/17 - VISIT RM
       09/16/17 - VISIT RM      09/02/17 - VISIT RM      08/20/17 - VISIT RM
       08/12/17 - VISIT RM      08/05/17 - VISIT RM      07/29/17 - VISIT RM
       07/22/17 - VISIT RM      07/16/17 - VISIT RM      07/09/17 - VISIT RM
       06/25/17 - VISIT RM      06/10/17 - VISIT RM      06/03/17 - VISIT RM
       05/27/17 - VISIT RM      05/20/17 - VISIT RM      05/13/17 - VISIT RM
       05/06/17 - VISIT RM      04/22/17 - VISIT RM      04/15/17 - VISIT RM
       04/09/17 - VISIT RM      04/02/17 - VISIT RM      04/02/17 - VISIT RM
       03/25/17 - VISIT RM      03/19/17 - VISIT RM      03/19/17 - VISIT RM
       03/12/17 - VISIT RM      03/12/17 - VISIT RM      03/04/17 - VISIT RM
       02/25/17 - VISIT RM      02/20/17 - VISIT RM      02/18/17 - VISIT RM
       02/11/17 - VISIT RM      02/05/17 - VISIT RM      02/04/17 - VISIT RM
       01/28/17 - VISIT RM


KING, JOSEPH P JR
       ▇▇▇▇▇▇▇▇▇▇▇▇▇▇            NY    12974
          RELATIONSHIP: CHILD

                              VISITOR DATES/TYPES

       06/17/17 - VISIT RM      11/24/16 - VISIT RM      06/19/16 - VISIT RM
       05/15/16 - VISIT RM      05/07/16 - VISIT RM      02/27/16 - VISIT RM
       01/30/16 - VISIT RM      11/26/15 - VISIT RM      10/11/15 - VISIT RM
       08/23/15 - VISIT RM      07/25/15 - VISIT RM      06/06/15 - VISIT RM
       05/09/15 - VISIT RM      04/04/15 - VISIT RM      03/07/15 - VISIT RM
       01/19/15 - VISIT RM      01/01/15 - VISIT RM      12/14/14 - VISIT RM
       11/16/14 - VISIT RM      10/13/14 - VISIT RM      09/27/14 - VISIT RM
       08/24/14 - VISIT RM      08/10/14 - VISIT RM      07/27/14 - VISIT RM
       07/05/14 - VISIT RM      06/15/14 - VISIT RM      06/01/14 - VISIT RM
       05/10/14 - VISIT RM      03/29/14 - VISIT RM      03/09/14 - VISIT RM
       02/23/14 - VISIT RM      02/09/14 - VISIT RM      01/26/14 - VISIT RM
       01/04/14 - VISIT RM      12/29/13 - VISIT RM      12/21/13 - VISIT RM
       12/01/13 - VISIT RM      11/17/13 - VISIT RM      11/03/13 - VISIT RM

                              *** CONTINUED ***
```

```
01/27/21      NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION      PAGE     4
VPR005                    VISITOR AND PACKAGE REGISTRATION SYSTEM

                                  INMATE'S LOG OF VISITS
                                       MIDSTATE

                            FOR PERIOD 08/15/13 TO 11/16/18
================================================================================
          DIN:   13-A-3662      NAME:   KING, JOSEPH P
================================================================================

KING, JOSEPH P JR

                              VISITOR DATES/TYPES

      10/20/13 - VISIT RM        09/29/13 - VISIT RM        08/31/13 - VISIT RM
      08/24/13 - VISIT RM
--------------------------------------------------------------------------------

      KING, JOSEPH P JR

                              NY    12974
          RELATIONSHIP: CHILD

                              VISITOR DATES/TYPES

      08/20/17 - VISIT RM        06/18/17 - VISIT RM        05/06/17 - VISIT RM
      02/20/17 - VISIT RM
--------------------------------------------------------------------------------



                              NY    12974
          RELATIONSHIP: PARENT

                              VISITOR DATES/TYPES

      06/17/17 - VISIT RM        12/25/16 - VISIT RM        11/13/16 - VISIT RM
      09/05/16 - VISIT RM        08/21/16 - VISIT RM        06/04/16 - VISIT RM
      04/24/16 - VISIT RM        04/23/16 - VISIT RM        04/10/16 - VISIT RM
      02/27/16 - VISIT RM        02/07/16 - VISIT RM        01/24/16 - VISIT RM
      12/20/15 - VISIT RM        12/06/15 - VISIT RM        11/15/15 - VISIT RM
      10/31/15 - VISIT RM        10/25/15 - VISIT RM        10/10/15 - VISIT RM
      09/12/15 - VISIT RM        08/30/15 - VISIT RM        08/08/15 - VISIT RM
      06/20/15 - VISIT RM        05/10/15 - VISIT RM        04/11/15 - VISIT RM
      03/15/15 - VISIT RM        02/28/15 - VISIT RM        12/20/14 - VISIT RM
      11/11/14 - VISIT RM        10/25/14 - VISIT RM        09/21/14 - VISIT RM
      08/16/14 - VISIT RM        07/19/14 - VISIT RM        06/29/14 - VISIT RM
      05/24/14 - VISIT RM        05/24/14 - VISIT RM        01/01/14 - VISIT RM
      12/07/13 - VISIT RM        10/26/13 - VISIT RM        09/22/13 - VISIT RM
      09/02/13 - VISIT RM        08/27/13 - VISIT RM
--------------------------------------------------------------------------------



                              NY    12974
          RELATIONSHIP: PARENT


                              *** CONTINUED ***
```

```
01/27/21    NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION      PAGE     5
VPR005               VISITOR AND PACKAGE REGISTRATION SYSTEM

                              INMATE'S LOG OF VISITS
                                    MIDSTATE

                         FOR PERIOD 08/15/13 TO 11/16/18
===============================================================================
           DIN:   13-A-3662      NAME:   KING, JOSEPH P
===============================================================================


                              VISITOR DATES/TYPES

     11/18/17 - VISIT RM        10/01/17 - VISIT RM        08/26/17 - VISIT RM
     06/04/17 - VISIT RM        04/16/17 - VISIT RM
-------------------------------------------------------------------------------

  KING, MEGHAN
                              NY   12974
     RELATIONSHIP: CHILD

                              VISITOR DATES/TYPES

     01/01/17 - VISIT RM        11/24/16 - VISIT RM        10/23/16 - VISIT RM
     10/08/16 - VISIT RM        06/25/16 - VISIT RM        06/19/16 - VISIT RM
     05/28/16 - VISIT RM        03/12/16 - VISIT RM        02/14/16 - VISIT RM
     01/10/16 - VISIT RM        12/19/15 - VISIT RM        11/11/15 - VISIT RM
     10/17/15 - VISIT RM        09/19/15 - VISIT RM        08/22/15 - VISIT RM
     08/15/15 - VISIT RM        08/01/15 - VISIT RM        08/01/15 - VISIT RM
     06/21/15 - VISIT RM        06/13/15 - VISIT RM        05/23/15 - VISIT RM
     05/16/15 - VISIT RM        04/04/15 - VISIT RM        03/28/15 - VISIT RM
     03/07/15 - VISIT RM        02/15/15 - VISIT RM        02/14/15 - VISIT RM
     01/31/15 - VISIT RM        01/17/15 - VISIT RM        01/01/15 - VISIT RM
     12/28/14 - VISIT RM        12/06/14 - VISIT RM        11/22/14 - VISIT RM
     11/02/14 - VISIT RM        10/13/14 - VISIT RM        09/27/14 - VISIT RM
     09/13/14 - VISIT RM        09/01/14 - VISIT RM        08/24/14 - VISIT RM
     08/10/14 - VISIT RM        07/27/14 - VISIT RM        06/07/14 - VISIT RM
     06/01/14 - VISIT RM        05/26/14 - VISIT RM        05/18/14 - VISIT RM
     05/04/14 - VISIT RM        04/20/14 - VISIT RM        04/06/14 - VISIT RM
     03/29/14 - VISIT RM        03/15/14 - VISIT RM        02/23/14 - VISIT RM
     02/01/14 - VISIT RM        01/12/14 - VISIT RM        01/01/14 - VISIT RM
     12/21/13 - VISIT RM        12/07/13 - VISIT RM        11/17/13 - VISIT RM
     11/03/13 - VISIT RM        10/20/13 - VISIT RM        09/29/13 - VISIT RM
     09/14/13 - VISIT RM        08/24/13 - VISIT RM
-------------------------------------------------------------------------------

  KING, MEGHAN L
                              NY   12974
     RELATIONSHIP: CHILD

                              VISITOR DATES/TYPES

     11/12/18 - VISIT RM        04/29/18 - VISIT RM        02/03/18 - VISIT RM
     01/07/18 - VISIT RM        11/11/17 - VISIT RM        07/09/17 - VISIT RM

                               *** CONTINUED ***
```

```
01/27/21    NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION    PAGE     6
VPR005                   VISITOR AND PACKAGE REGISTRATION SYSTEM

                              INMATE'S LOG OF VISITS
                                     MIDSTATE

                         FOR PERIOD 08/15/13 TO 11/16/18
===============================================================================
          DIN:  13-A-3662      NAME:  KING, JOSEPH P
===============================================================================

KING, MEGHAN L

                              VISITOR DATES/TYPES

     06/18/17 - VISIT RM     06/03/17 - VISIT RM     04/22/17 - VISIT RM
     03/12/17 - VISIT RM     02/05/17 - VISIT RM     02/04/17 - VISIT RM


                                          NEGATIVE: YES
UNKNOWN                                   NON CONTACT VISIT ONLY UNTIL: 08/08/33
UNKNOWN                      NY  00000
   RELATIONSHIP: OTHER

                              VISITOR DATES/TYPES

     08/20/13 - EARLY RG



                             NY  12883
   RELATIONSHIP: SIBLING

                              VISITOR DATES/TYPES

     06/17/17 - VISIT RM     04/29/17 - VISIT RM     12/25/16 - VISIT RM
     11/13/16 - VISIT RM     09/05/16 - VISIT RM     08/21/16 - VISIT RM
     06/04/16 - VISIT RM     05/15/16 - VISIT RM     04/24/16 - VISIT RM
     04/10/16 - VISIT RM     02/07/16 - VISIT RM     01/24/16 - VISIT RM
     12/20/15 - VISIT RM     12/06/15 - VISIT RM     11/15/15 - VISIT RM
     10/31/15 - VISIT RM     10/25/15 - VISIT RM     10/10/15 - VISIT RM
     09/12/15 - VISIT RM     08/30/15 - VISIT RM     08/08/15 - VISIT RM
     06/20/15 - VISIT RM     05/10/15 - VISIT RM     04/11/15 - VISIT RM
     03/15/15 - VISIT RM     02/28/15 - VISIT RM     12/20/14 - VISIT RM
     11/11/14 - VISIT RM     10/25/14 - VISIT RM     09/21/14 - VISIT RM
     08/16/14 - VISIT RM     11/09/13 - VISIT RM     09/22/13 - VISIT RM
     09/02/13 - VISIT RM     08/27/13 - VISIT RM



                             NY  12883
   RELATIONSHIP: SIBLING

                              VISITOR DATES/TYPES

     10/13/18 - VISIT RM     09/16/18 - VISIT RM     07/04/18 - VISIT RM

                                *** CONTINUED ***
```